# EXHIBIT B



# Lennox Miami Corp

## Valuation & Review

INVENTORY  |  MACHINERY & EQUIPMENT  |  **BUSINESS VALUATION**  |
BRANDS & INTELLECTUAL PROPERTY  |  REAL ESTATE

**EFFECTIVE DATE:** August 16, 2020
**REPORT DATE:** August 18, 2021

# TABLE OF CONTENTS

**Appraisal performed for:**
Shutts & Bowen LLP
on behalf of Lennox Miami Corp
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

**Appraisal contacts:**
Gordon Brothers Asset Advisors, LLC
Prudential Tower
800 Boylston St., 27th Floor
Boston, MA 02199

**President, Valuations**
Chris Carmosino

**Senior Managing Director,**
**North American Sales**
Frank Grimaldi

**Managing Director/Review Appraiser**
Cameron E. Cook, ASA, CIA, CDBV

**Project Manager**
Patrick Millar, ASA

**Manager**
Craig Kucik, CVA

**For inquiries, please contact**
Rick Wilichowski
Relationship Manager
+1.262.227.9810
rwilichowski@gordonbrothers.com

## I. INTRODUCTION .......................................................................... 1
Scope of the Engagement ................................................................ 1
Lennox Miami Corp .......................................................................... 1
Effective Date. ................................................................................. 3
Standard of Value ............................................................................ 3
Uses of the Report .......................................................................... 4
Sources of Information. .................................................................... 4
Hypothetical Condition .................................................................... 5

## II. HISTORY AND NATURE OF THE BUSINESS ........................ 6
Lennox Hotel ................................................................................... 6
   Renovations ................................................................................. 6
Articles of Incorporation .................................................................. 6
Summary Financial Review ............................................................. 6

## III. ECONOMIC REVIEW ............................................................... 9

## IV. APPROACHES TO VALUE .................................................... 11
Income Approach ........................................................................... 11
   Discounted Cash Flow Method .................................................. 11
   Cash Flow Capitalization Method .............................................. 11
Market Approach. ........................................................................... 11
Adjusted Balance Sheet Approach (Cost Approach) .................... 12
Selected Valuation Methods .......................................................... 12

## V. ADJUSTED BALANCE SHEET APPROACH ......................... 13
Additional Adjustments to Indicated Fair Value of Equity ............. 15
   Real Estate Taxes ..................................................................... 15
   PPP Loan .................................................................................. 15
   Breach of Contract Liability ....................................................... 15
   Adjusted Fair Value of Equity – Controlling Marketable Basis ... 15
   Adjustment for Excess Paid in Capital ...................................... 15
Pro Rata Value of 125 Shares out of 1,000 Shares ..................... 16
Discount for Lack of Control .......................................................... 17
   FactSet Mergerstat/BVR Control Premium Study ..................... 17
   Closed-End Fund Studies .......................................................... 20
   Partnership Profiles, Inc. ........................................................... 21
   Discounts for Lack of Control in the Courts ............................... 25
   Conclusion of Discount for Lack of Control ................................ 25
Discount for Lack of Marketability ................................................. 26
   Factors Affecting Marketability .................................................. 29
   Discounts for Lack of Marketability in the Courts. ..................... 29
   Conclusion of Discount for Lack of Marketability ...................... 31
Application of DLOC and DLOM .................................................... 31

## VI. CONCLUSION OF VALUE ..................................................... 33
Closing Remarks ........................................................................... 33

## VII. CERTIFICATION OF VALUE ................................................ 34

## VIII. GENERAL ASSUMPTIONS AND LIMITING CONDITIONS ..... 35

## APPENDICES
I:    Appraiser Qualifications
II:   Exhibit A
III:  Addendum of Financial Statements – Income Tax Basis
IV:  Real Estate Appraisal – Lennox Hotel Miami Beach



# I. INTRODUCTION

## SCOPE OF THE ENGAGEMENT

Gordon Brothers Asset Advisors, LLC ("Gordon Brothers"), an affiliate of Gordon Brothers Group, LLC ("Gordon Brothers Group"), has been retained by Shutts & Bowen LLP on behalf of Lennox Miami Corp (the "Client") to determine the Fair Value of 125 shares out of 1,000 outstanding shares in Lennox Miami Corp ("Lennox" or the "Company") on a minority, non-marketable basis.  The subject 125 shares are held by Mr. Diego Agnelli ("Agnelli").  Lennox is a Florida Profit Corporation that has its principal address at 1900 Collins Avenue in Miami Beach, Florida, where it owns and operates the Lennox Hotel.  Further, Gordon Brothers has been engaged to testify to its conclusion and opinions.  The effective date of this appraisal is August 16, 2020 ("Effective Date").  Gordon Brothers understands this appraisal will be used to establish the Fair Value of 125 shares in Lennox owned by Mr. Agnelli in the matter of Agnelli v. Lennox Miami Corp, CASE No. 20-22800-CIV-SCOLA/TORRES (S.S. Fla. Filed July 8, 2020).

## LENNOX MIAMI CORP

Lennox is a real estate holding company that owns a single hotel in Miami Beach, Florida called the Lennox Hotel.  The Lennox Hotel is a recently renovated, hotel located at 1900 Collins Avenue in Miami's South Beach neighborhood.  The hotel, which originated as the Peter Miller Hotel in 1936, was acquired by Lennox in late 2010 for approximately $14.7 million.[1]  The hotel was renovated between 2012 and mid-2019 and celebrated its grand opening on July 10, 2019



**Location of Lennox Hotel in the Miami Area**

The Lennox Hotel sits on 0.70 acres of land and consists of four interconnected buildings featuring Art Deco and Mediterranean Revival architecture.  The hotel has 119 guest rooms, one restaurant, a lobby bar, a pool bar, pool, meeting room, fitness center, and underground parking for 24 vehicles.  As of the Effective Date, the hotel is managed by Driftwood Hospitality Management II, LLC pursuant to a five-year management agreement with an expiration date of August 1, 2024.

---

[1] *Lennox Hotels Brings Argentinian Flare and Art Deco History to Miami Beach*, https://travelmarketreport.com, February 25, 2020.





**Aerial View of the Hotel**



**Front View of the Hotel**

Lennox was established in 2010 for the purpose of owning and operating the Lennox Hotel. Juan Castellanos provided the funding for the business and held 750 shares out of 1,000 outstanding shares in the Company until 2015, when he transferred his interest to Invernorth Limited, a British Virgin Islands company. The remaining 250 shares in Lennox were split evenly between Mr. Castellanos' daughter Analia Castellanos and his son-in-law Mr. Agnelli. Mr. Agnelli and Mr. Castellanos served as the Company's President and Vice President, respectively, until June 22, 2020, and as the sole Directors from inception of the Company to June 2020. On June 17, 2020, Mr. Castellanos succeeded Mr. Agnelli as President and remained as the sole Director. Ms. Jimena Duran succeeded Mr. Castellanos as Vice President.

As of the Effective Date of this appraisal, Invernorth Limited held 750 shares out of 1,000 shares outstanding in Lennox while Mr. Castellanos' daughter Ms. Analia Castellanos and Mr. Agnelli each held 125 shares.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## EFFECTIVE DATE

The Effective Date of the appraisal is August 16, 2020, which is one day before Mr. Agnelli filed an amended complaint in U.S. District Court for the Southern District of Florida for breach of contract and judicial dissolution of Lennox pursuant to Fla. Stat. §607.1430. The Effective Date is the date on which the opinion of value developed in this report applies. Only information that was known or knowable as of the Effective Date was considered in this analysis.

## STANDARD OF VALUE

Mr. Agnelli was seeking dissolution of Lennox pursuant to Fla. Stat. §607.1430. As an alternative to dissolution, Fla. Stat. §§607.1434 and §607.1436(1) provide that the corporation or its other shareholders may elect to purchase all of the petitioning shareholder's shares for their Fair Value. Lennox has elected to acquire Mr. Agnelli's shares at Fair Value.

Fla. Stat. §§607.1430 through 607.1436 do not limit or otherwise define Fair Value. Fair Value is synonymous with Fair Market Value and used interchangeably herein. The American Society of Appraisers defines Fair Market Value as follows:

| Fair Market Value ("FMV") | *"The price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts."[2]* |
| --- | --- |

The aforementioned definition implies an arm's length cash transaction between two hypothetical parties with the willingness and ability to act. Moreover, both buyer and seller are assumed to be representative of typical buyers and sellers of similar assets. This report uses the above definition of Fair Market Value as Fair Value.

Fair Market Value focuses on what someone would be willing to pay for a particular ownership interest, taking into account all of the interest's unique characteristics. An investor contemplating the purchase of a minority ownership interest in a closely-held business would consider his or her lack of control over the company's operations and the lack of ready market for his or her shares. Given that consideration and given the subject of this appraisal is a minority interest in a closely held business, this appraisal applies discounts for lack of control and lack of marketability in arriving at the Fair Value of the subject equity interest.

As an additional reference for how Fair Value should be determined and defined, Revenue Ruling 59-60 outlines the general approach, methods, and factors to be considered when valuing shares of stock of closely held corporations or corporations where market quotations are either unavailable or not reflective of Fair Market Value. Originally, the ruling applied solely to valuations performed for estate, gift, and inheritance tax purposes. However, the ruling was later deemed applicable to valuations performed for other purposes and for other forms of business organizations.

Revenue Ruling 59-60 notes that the determination of Fair Market Value, being a question of fact, will depend on the specific circumstances of each case. Since no one formula can be devised which is applicable to all valuation situations, the appraiser is called upon to study all relevant facts carefully and use common sense and informed judgment in determining the significance of each factor as it relates to the value of the shares under consideration. In arriving at the Fair Market Value of closely held shares, Revenue Ruling 59-60 identifies eight factors that warrant careful consideration in each case:

- The history and nature of the business;
- The general economic outlook and the prospects for the specific industry;
- The book value of the stock and the financial condition of the business;
- The earning capacity of the company;
- The dividend-paying capacity of the business;
- The existence of goodwill or other intangible assets;
- Historical stock sales and the size of the block to be valued; and

---

[2] American Society of Appraisers, Business Valuation Standards – Glossary, p27, July 2008



- The market price of stocks of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market, either on an exchange or over-the-counter.

Each of these factors has been taken into consideration in this valuation.

This appraisal has been developed and is being submitted in conformance with the Uniform Standards of Professional Appraisal Practice ("USPAP"), as promulgated by the Appraisal Standards Board of the Appraisal Foundation.  This is an Appraisal Report in a summary format.

## USES OF THE REPORT

As noted above, this appraisal report will be used to establish the Fair Value of 125 shares in Lennox for litigation and dispute settlement purposes.  It is inappropriate to use this appraisal for any other purpose without the prior written consent of Gordon Brothers.  Neither the appraisers listed in the report nor Gordon Brothers is responsible for the unauthorized use of this report.

## SOURCES OF INFORMATION

For the purposes of this appraisal, Gordon Brothers requested certain documents and information concerning Lennox, the Lennox Hotel, and its operations.  The following is a list of documents and information related to the Company and the hotel that were used in preparing this appraisal.

- Articles of Incorporation
- Bylaws of Lennox Miami Corp Amended and Restated Bylaws of Lennox Miami Corp
- 2020 Florida Profit Corporation Annual Report and Amended Annual Report
- 2021 Florida Profit Corporation Annual Report
- Profit and Loss Statement for 2019
- Monthly Balance Sheets for 2019
- Accountants' Compilation Report (Financial Statements for 2019)
- Adjusted Internal Financial Statements for fiscal years 2014 to 2019 and seven and a half months ended August 16, 2020
- 2020 Notice of Real Estate Property Taxes for Property Address of 1900 Collins Avenue, Miami Beach, Florida
- Various PPP Loan Documents for Lenox Payroll LLC and Lennox Hotel Miami Beach
- Real estate appraisal of the Lennox Hotel Miami Beach as of August 16, 2020 as prepared by JLL Valuation & Advisory Services, LLC

In addition to the above documents and information, information from outside sources has been used in preparing this appraisal, including, but not limited to:

- Business Valuation Resources: www.bvresources.com
- FactSet Mergerstat Review
- FactSet Mergerstat/BVR Control Premium Study
- 2019 Executive Summary Report on Partnership Re-Sale Discounts, Partnership Profiles, Inc.
- Business Valuation Discounts and Premiums – 2nd Edition
- Business Valuation Resources' Guide to Discounts for Lack of Marketability
- Valuing a Business – 5th Edition
- Valuation Advisors' Lack of Marketability Discount Study

Gordon Brothers assumes all information related to Lennox provided to it for the purpose of preparing this appraisal and all data obtained from outside sources to be accurate and complete.  The scope of this appraisal did not include an audit of this information to determine its accuracy and legitimacy.

**4**

COMPANY NAME:** Lennox Miami Corp
REPORT DATE:** August 18, 2021
EFFECTIVE DATE:** August 16, 2020
JOB NUMBER:** 3095842



## HYPOTHETICAL CONDITION

In the development of its Fair Value analysis, Gordon Brothers has incorporated the use of a Hypothetical Condition into the presented appraisal report.  USPAP describes "Hypothetical Condition" as follows:

| | |
|---|---|
| **Hypothetical Condition** | *"A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis."*[3] |
| | USPAP comments that "Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."[4] |

Gordon Brothers has identified the following Hypothetical Condition in this report: Economic Impacts of Coronavirus.

The evolving coronavirus (the "Virus") that is responsible for causing outbreaks of the coronavirus disease named COVID-19[5] has been having a material impact on the U.S. and world economies.  This impact is creating uncertainties with regard to economic trends, consumer sentiment, marketability of assets, and commodity prices.  Since the presence of the Virus was made widely apparent to the world in early 2020, commodity prices in a number of markets including but not limited to metals prices, agricultural products, and food products have been impacted.  In addition, concern about the Virus' spread has restricted international travel and placed local and regional quarantines in place that have limited travel and the efficient flow of goods.

As a result of these occurrences, Gordon Brothers has seen the following general types of impacts that are affecting asset values: (1) supply chain impacts with delayed delivery of goods from manufacturers and distributors; (2) fluctuations in the market prices of goods due to evolving market conditions; (3) reduced demand in the export market of used equipment that requires in-person inspections by buyers; and (4) reduced retail foot traffic in areas materially affected by COVID-19 outbreaks.  The current appraisal of the Company's shares considers current market conditions as of the Effective Date and has not taken into account hypothetical future market conditions that may occur due to the spread of the Virus and COVID-19.  This issue will be important for the Client to monitor on a going forward basis given its wide-ranging implications for many industries and the supply chains associated with them.  *(Effective 3-25-2020)*

---

[3] The Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, 2020-2021 Edition, page 4, lines 117-118.
[4] The Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, 2020-2021 Edition, page 4, lines 119-121.
[5] A coronavirus is one of a number of viruses that cause diseases in mammals and birds.  In humans, the viruses cause respiratory infections, including the common cold, which are typically mild, though rarer forms such as SARS, MERS, and COVID-19 can be lethal.

**5** | **COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## II. HISTORY AND NATURE OF THE BUSINESS

As noted above, the subject of this appraisal report is Lennox, a Florida Profit Corporation that was incorporated in November 2010. The Company was established to own, renovate, and operate the property located at 1900 Collins Avenue, previously known as the Peter Miller Hotel, in the South Beach neighborhood of Miami Beach.

Lennox acquired the historic Peter Miller hotel property in 2010 at a cost of approximately $14.7 million. Lennox started renovating the hotel in 2012 with the objective of preserving as much of the hotel's Art Deco architecture as possible while adding modern finishes throughout the property. The renovations were substantially completed in early July 2019, followed by a grand opening on July 10, 2019 and a hard opening on August 1, 2019.

### LENNOX HOTEL

The Lennox Hotel originated as the Peter Miller Hotel in 1936. The historic 3-story Art Deco hotel was designed by Russell Pancoast, the grandson of John Collins, one of the founders of Miami Beach. During World War II, the U.S. Army used the property as a technical training command for the Air Force. Following the war, the property was converted back to a hotel and operated as such until it was acquired by Lennox in 2010.

#### Renovations

The renovation of the hotel by Lennox preserved three historic buildings that were converted for hotel use. A new one-story rooftop addition was added to the largest of the historic buildings creating new guestrooms on a 4th floor. The building required comprehensive concrete remediation, new foundations, and structural reinforcement. A new basement was excavated under the largest historic building for back of the house operations and to provide structural support for the new rooftop addition. A new underground parking garage covered with the courtyard pool was built directly against the historic structures.

After the renovations, the hotel featured 119 guest rooms, a hotel bar, a restaurant, and a conference room. At the center of the four interconnected buildings is a Mediterranean styled courtyard featuring a swimming pool and an outdoor bar. The primary entryway to the hotel is located in the rounded corner tower at the intersection of Collins Avenue & 19th Street.

### ARTICLES OF INCORPORATION

Lennox was incorporated in the State of Florida on November 22, 2010 by Mr. Agnelli. The company was incorporated with 1,000 shares of stock and for the purpose of any and all lawful business. The Articles of Incorporation identify the initial officers of the company as Mr. Agnelli, President, and Mr. Agnelli's father-in-law Juan Castellanos, Vice President.

Mr. Castellanos provided the investment capital for the business. Upon contributing capital to the business, Mr. Castellanos gifted capital for 125 shares for his daughter Analia and transferred capital for his son-in-law Mr. Agnelli. As a result, Mr. Castellanos' daughter and his son-in-law each owned 125 shares out of 1,000 outstanding shares in Lennox while Mr. Castellanos retained the remaining 750 shares. On or about December 2015, Mr. Castellanos' 750 shares in Lennox were transferred to Invernorth Limited.

For the purpose of this appraisal, Gordon Brothers requested any and all governing documents for Lennox including, but not limited to, shareholder agreements, articles of incorporation, limited liability agreements, and by-laws. In response to that request, Gordon Brothers was provided the Company's by-laws and restated by-laws. Gordon Brothers was informed that the Company's shareholders never entered into a written shareholder agreement. As a result, Gordon Brothers has no other documentation on the rights and obligations afforded to shareholders as such with respect to such matters as the management of the company, capital contributions, distributions of earnings and cash flows, and sale and/or transfer of shareholders' stock.

### SUMMARY FINANCIAL REVIEW

Because the Lennox Hotel was closed for renovations for approximately seven years from 2012 through the middle of 2019, the Company did not report any revenues for that period until August 2019. The following figure presents the Company's internal unadjusted income statements for the last six months of 2019.

**6**

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



### Lennox Miami Corp
### Unadjusted Income Statements[1]

*($)*

| | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Hotel Rooms | $ - | $ 54,777 | $ 73,279 | $ 242,449 | $ 476,444 | $ 474,055 |
| Hotel Sales | - | - | - | - | 384,696 | 289,072 |
| Restaurant Rent | - | - | - | 39,097 | 39,097 | 39,097 |
| Total Income | - | 54,777 | 73,279 | 281,545 | 900,237 | 802,224 |
| | | | | | | |
| Cost of Goods Sold | - | 10,836 | 79,417 | 68,150 | 162,941 | 226,029 |
| Gross Profit | - | 43,941 | (6,138) | 213,395 | 737,296 | 576,195 |
| | | | | | | |
| **Expenses** | | | | | | |
| Amortization | (6,708) | - | - | - | - | 737,543 |
| Depreciation | - | - | - | - | - | 660,810 |
| Payroll | 141,108 | 306,675 | 206,059 | 217,048 | 151,931 | 256,812 |
| Construction | - | 82,118 | 40,776 | 30,540 | 30,197 | 23,002 |
| General and Administration | 42,862 | 105,457 | 103,961 | 55,632 | 75,418 | 55,890 |
| Information and Telecommunications | 2,132 | 9,247 | 6,744 | 3,732 | 16,002 | 13,199 |
| Advertising and Promotion | 2,874 | 12,169 | 38,450 | 74,469 | 37,874 | 10,853 |
| Franchise | - | - | 3,000 | 3,648 | 3,000 | 149 |
| Repairs and Maintenance | 18,059 | 15,596 | 24,884 | 11,295 | 17,243 | 16,691 |
| Utilities | 12,333 | 16,022 | 37,532 | 19,672 | 24,598 | 18,348 |
| Other Operating | 58,835 | 19,808 | 69,589 | 73,433 | 76,855 | 124,874 |
| Interest | - | 22,954 | 22,892 | 22,671 | 22,022 | 22,241 |
| Late Mortgage Fee | - | - | 1,692 | - | - | - |
| Total Expenses | 271,496 | 590,046 | 555,578 | 512,142 | 455,140 | 1,940,414 |
| | | | | | | |
| Net Ordinary Income | (271,496) | (546,105) | (561,716) | (298,747) | 282,156 | (1,364,220) |
| | | | | | | |
| Total Other Income | - | 565 | 584 | 584 | 547 | 604 |
| Net Income | $ (271,496) | $ (545,540) | $ (561,132) | $ (298,163) | $ 282,703 | $ (1,363,616) |
| | | | | | | |
| EBITDA | $ (278,204) | $ (522,586) | $ (538,241) | $ (275,491) | $ 304,724 | $ 56,979 |

**Notes:**
(1)  Source: Internal profit and loss statements for Lennox Miami Corp.

As the above figure shows, the hotel 's gross revenues increased from just under $55 thousand in August 2019 to just over $900 thousand in November before falling back to $802.2 thousand in December.  Earnings before interest, taxes, depreciation, and amortization ("EBITDA") was negative until November, when the Lennox Hotel reported monthly EBITDA of $304.7 thousand.  In December 2019, EBITDA declined more than 81.0% to $57.0 thousand.

The figure on the following page presents Lennox's unadjusted balance sheets as of December 31, 2019 and August 16, 2020.  It is important to note that Lennox or its advisors engaged a third party, Berkowitz Pollack Brant Advisors + CPAs ("Berkowitz"), to review certain financial information of Lennox.  As a result of the information obtained from that investigation, Lennox prepared restated or adjusted balance sheets.  The restated balance sheet information will be discussed later in this report.  As of August 16, 2020, Lennox reported total unadjusted assets of $70.16 million compared to $71.06 million on December 31, 2019.  Fixed assets consisting of land, building, improvements, and furniture and equipment accounted for the vast majority of the Company's assets during the observation period followed by other assets and current assets.  Other assets totaled $9.6 million on August 16, 2020 and consisted of primarily start-up costs of $7.9 million and loan costs of $2.4 million plus relatively nominal amounts in software, trademark, and other assets.  Current assets on Lennox's unadjusted balance sheet consisted primarily of cash and accounts receivable.  As of August 16, 2020, the Company reported cash and restricted cash of $1.06 million and $84.9 thousand, respectively.

Because Lennox's renovations were financed largely with capital contributions from Mr. Castellanos, the business had relatively little debt as of the two balance sheet dates.  As of August 16, 2020, the unadjusted balance sheet of the Company reported total liabilities of $6.5 million and unadjusted book value of shareholders' equity of $63.6 million.



### Lennox Miami Corp
### Unadjusted Balance Sheets[1]

*($)*

|  | 12/31/2019 | 8/16/2020 |
|---|---|---|
| **Assets** | | |
| Current Assets | | |
| Cash | $ 2,106,271 | $ 1,058,512 |
| Accounts Receivable | 88,897 | 255,058 |
| Restricted Cash | - | 84,902 |
| Escrow Account | 49,255 | - |
| Prepaid Expenses | 6,171 | 32,349 |
| Prepaid Insurance | 26,178 | - |
| Note Receivable | 10,616 | 12,867 |
| Total Current Assets | 2,287,388 | 1,443,688 |
| | | |
| Fixed Assets | | |
| Building - Lennox Hotel | 47,394,559 | 47,394,559 |
| Land - Lennox Hotel | 11,848,640 | 11,848,640 |
| Building and Improvements | 351,286 | 268,192 |
| Furniture and Equipment | 202,633 | 225,657 |
| Accumulated Depreciation | (660,810) | (660,810) |
| Total Fixed Assets | 59,136,308 | 59,076,238 |
| | | |
| Other Assets | | |
| Security Deposits | 7,685 | - |
| Loan Costs | 2,416,237 | 2,416,237 |
| Software | 65,876 | 65,876 |
| Start Up Costs | 7,865,795 | 7,865,795 |
| Trademark | 15,925 | 15,926 |
| Accumulated Amortization | (730,835) | (730,835) |
| Other | - | 7,296 |
| Total Other Assets | 9,640,683 | 9,640,295 |
| | | |
| **Total Assets** | **$ 71,064,379** | **$ 70,160,221** |
| | | |
| **Liabilities and Capital** | | |
| Current Liabilities | | |
| Accounts Payable | $ 796,242 | $ 558,526 |
| Excrow Shortage Payable | 13,294 | - |
| Sales Tax Payable | 7,557 | - |
| State and Local Tax Payable | 108,870 | - |
| Security Deposit Held Restaurant | 60,000 | - |
| Other Payables | - | 186,093 |
| Mortgage Payable, Current Portion | - | 70,380 |
| Total Current Liabilities | 985,963 | 814,999 |
| | | |
| Long-Term Liabilities | | |
| Mortgage | 5,627,345 | 5,522,003 |
| Loan Payable, Related Party | - | 175,000 |
| Long-Term Liabilities | 5,627,345 | 5,697,003 |
| | | |
| Total Liabilities | 6,613,308 | 6,512,002 |
| | | |
| Equity | | |
| Capital Stock | 1,000 | 1,000 |
| Paid-In Capital | 68,860,909 | 68,860,909 |
| Accumulated Deficit | (4,410,838) | (5,213,690) |
| Total Equity | 64,451,071 | 63,648,219 |
| | | |
| Total Liabilities and Members' Equity | $ 71,064,379 | $ 70,160,221 |

**Notes:**
(1)  Source: The balance sheet as of December 31, 2019 was extracted from Accountants' Compilation Report for Lennox Miami
Corp, December 31, 2019.  The balance sheet as of August 16, 2020 was extracted from Lennox Miami Corp, Financial
Statements - Income Tax Basis as prepared by Berkowitz Pollack Brant Advisors + CPAs ("Berkowitz"). The balance sheet as of
August 16, 2020 is an unadjusted balance sheet, meaning it does not reflect any adjustments made by Berkowitz during its
forensic report of Lennox's financial statements.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## III. ECONOMIC REVIEW

In the appraisal of any business, the general economic factors prevailing on the date of the appraisal along with the general expectation of the future must be considered in order to gain insight into the economic climate in which investors are dealing. Gordon Brothers was provided with an appraisal of the Lennox Hotel as of August 16, 2020 prepared by JLL. The report considers economic conditions in the Miami-Fort Lauderdale-West Palm Beach Florida Metropolitan Statistical Area ("Miami MSA") as of the Effective Date so as to assess their impact and influence on property values in general and on the subject property specifically. In addition to the general economic conditions in the Miami MSA, the appraisal considers economic conditions in the South Beach submarket, where the Lennox Hotel is located.

The following are some summary points from the appraisal's discussion of market conditions in the Miami MSA.

- The Miami MSA is 5,066 square miles in size and is the eighth most populous metropolitan area in the nation.

- The Miami MSA has an estimated 2020 population of 6,140,484, which represents an average annual 1.0% increase over the 2010 census amount of 5,564,635. Miami MSA added an average of 57,585 residents per year over the 2010 - 2020 period, and its annual growth rate is less than that of the State of Florida.

- The 2019 estimate of total employment in the Miami MSA is 2,718,125 jobs. Since 2010, employment grew by 522,908 jobs, equivalent to a 23.8% gain over the entire period. Employment increased every year over that same period of time despite the national economic downturn and slow recovery.

- The Miami MSA's rate of change in employment underperformed the State of Florida, which experienced an increase in employment of 24.8% or 1,777,417 over this period.

- Over the past decade, the Miami MSA unemployment rate of 6.3% has been lower than the Florida rate of 6.4%. In the latter half of the decade that trend has continued, as the Miami MSA has consistently overperformed Florida. Employment rates have been affected by the COVID-19 pandemic. Data shows that the Miami MSA unemployment rate is 7.0%, in comparison to a 6.3% rate for Florida, a negative sign for the Miami MSA economy.

- The Leisure/hospitality sector accounts for 10.0% of Miami MSA payroll employment compared to 10.7% for Florida as a whole. This sector includes employment in hotels, restaurants, recreation facilities, and arts and cultural institutions.

- The Miami MSA has a higher level of household income than Florida. Median household income for the Miami MSA is $57,562, which is 2.1% higher than Florida.

- The Miami MSA has a comparable concentration of households in the lower income levels than Florida. Specifically, 30% of the Miami MSA households are below the $35,000 level in household income as compared to 30% of Florida households. A greater concentration of households exists in the higher income levels, as 39% of the Miami MSA households are at the $75,000 or greater levels in household income versus 38% of Florida households.

- Residents of the Miami MSA have a higher level of educational attainment than those in Florida. An estimated 33.6% of the Miami MSA residents are college graduates with four-year degrees or higher, while Florida residents have an estimated 31.0% with at least a four-year degree. People in the Miami MSA are younger than their peers in Florida. The median age of the Miami MSA is 41 years, while Florida is 43 years.

JLL concludes with the following comments regarding the outlook for the Miami MSA:

> We acknowledge that the outbreak of the COVID-19 pandemic and subsequent social distancing and stay at home orders have caused significant market uncertainty as of the effective date of value. While we do not expect a long-term effect on the market, it is reasonable to expect that during the near-term, overall market economics in the metro area and submarket will not increase at similar levels experienced over the past few years. Thus, our assumptions used to project near term market conditions throughout our analysis reflect this sentiment consistent with current market views. However, the Miami MSA's economy will benefit from a growing population base, and higher income and education levels.



III. ECONOMIC REVIEW

As for economic conditions in the immediate vicinity of the property, namely the area marked by Dade Boulevard to the north, 5th Street to the south, the Atlantic Ocean to the east, and Biscayne Bay to the west, JLL notes the area is one of the most notable tourist destinations in the United States and construction and redevelopment activity has been relatively steady.  However, given the current COVID-19 pandemic, it is concluded that the subject's area is in the recession stage of its life cycle as of the Effective Date.  As the pandemic eases in the future, it is anticipated that the market will improve and recover, strengthening the demand for real estate overall.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## IV. APPROACHES TO VALUE

In all appraisals disciplines, be it business valuation, inventory valuation, machinery and equipment valuation, or real estate valuation, there are three generally accepted approaches to value. Although the various disciplines may use different terms to describe the approaches, the three approaches are commonly known as the income approach, the market approach, and the cost approach. In the business valuation field, the cost approach when applied to the valuation of an entire business is often referred to as the adjusted balance sheet approach.

All three approaches to value were considered in preparing this appraisal. Those that were deemed appropriate were applied. The following is a discussion of the various approaches to valuation.

### INCOME APPROACH

The income approach bases value on an asset's income-earning potential. The underlying premise is that an investor will pay no more for an asset than the present value of the future benefits one could derive from owning the asset. Since the income approach takes into account the particular cash flow characteristics of the subject investment, it is particularly well suited for valuing going business concerns. The two primary methods for valuing businesses under the income approach are the discounted cash flow ("DCF") method and the cash flow capitalization method.

**Discounted Cash Flow Method**
The DCF method is a multi-period method that arrives at value by converting the cash flows that a prospective investor could expect to derive from holding the asset to their present worth by means of a discount rate. The discount rate is the rate of return used to convert a monetary sum, payable or receivable in the future, to present value. In economic terms, the discount rate is an "opportunity cost" or the expected rate of return (or yield) that an investor would have to forego by investing in the subject investment instead of available alternative investments that are comparable in terms of risk and other characteristics.

Discount rates depend on alternative investment yields, are derived from market data, vary with time, incorporate inflationary expectations, reflect general market risk, and must be adjusted for risk specific to the assets being appraised. Factors external to the business under consideration that affect the choice of discount rate include, but are not limited to, general economic conditions, the nature of the industry in which the business operates, the industry's economic conditions, and the perception of the market for similar investment opportunities. Some company-specific factors that affect the choice of a discount rate include the financial condition of the business, the level and quality of its earnings, access to supplies and markets, and the quality of management.

The choice of a discount rate is also driven by the definition of economic income. In other words, the discount rate must be appropriate for the definition of economic income. Some of the different measurements of economic income include earnings before depreciation, interest, and taxes ("EBDIT"); earnings before interest and taxes ("EBIT"); pretax income; net income after taxes; dividends; net cash flow; invested capital cash flow; and equity net cash flow. In any event, it is essential that the projected economic income stream be clearly defined and that an appropriate discount rate for the definition of economic income is used in the analysis.

**Cash Flow Capitalization Method**
The cash flow capitalization method is a single-period method that calculates the present worth of future earnings by dividing normalized earnings by a capitalization rate. The earnings capitalization method is applicable for businesses or assets whose earnings are expected to grow at a constant rate into perpetuity.

The income approach was incorporated into this appraisal analysis by and through the Real Estate Appraisal performed by JLL.

### MARKET APPROACH

The market approach is based on the principle of substitution. The underlying premise of value is that the most an investor will pay for an asset is the price other investors are currently paying for identical assets on the market. If cash sales of identical or substantially comparable assets can be identified, the market approach is the superior method of valuation as the indicated value is based on actual transactions between willing buyers and willing sellers.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



The two most common market approach methods for valuing businesses are the merger and acquisition method and the guideline public company method.  The merger and acquisition method uses previous transactions in the company's own stock and/or previous sales of comparable companies to arrive at an indication of value.  When previous sales of comparable companies are available, the prices paid for those companies are used to derive pricing ratios, such as price-to-earnings ratios or price-to-book-value ratios.  These ratios are adjusted for differences between the comparable businesses and the subject business and then applied to the corresponding financial measures of the subject business to arrive at a value estimate.

The guideline public company method is similar to the merger and acquisition method except it uses prices investors are paying for the stock of publicly traded companies to derive pricing benchmarks.  Depending on the size of and market for the subject interest, the indicated values may then require adjustments to account for considerations such as controlling interest versus minority status, as well as liquidity factors.

The market approach was incorporated into this appraisal analysis by and through the Real Estate Appraisal performed by JLL.

## ADJUSTED BALANCE SHEET APPROACH (COST APPROACH)

The cost or adjusted balance sheet approach bases value on the benefits that could be realized through the hypothetical sale of a company's assets.  In applying this approach, all of the subject company's assets and liabilities are analyzed and adjusted from their historical cost basis to their appraised values.

The adjusted balance sheet approach uses a company's reported balance sheet as a starting point for identifying individual asset and liability account categories.  Information obtained from management and other sources, such as notes to the company's financial statements, is used to identify "off-balance sheet" assets and liabilities to be included in the analysis.  For example, a company may have tax liabilities that are have not been accrued for and are not listed on its balance sheet.  Such unreported assets or liabilities that are not shown on the company's balance sheet would be considered by a prospective investor when valuing the business.

After all the assets and liabilities have been identified, each is analyzed and valued separately.  Once the assets and liabilities have been revalued, the balance sheet is restated or adjusted to reflect the appraised value of all assets and liabilities.  The value of the current liabilities is then deducted from the value of the assets to arrive at the indicated value of the business enterprise.  Similarly, the value of all liabilities is deducted from the value of the assets to arrive at the indicated value of 100.0% of shareholders' equity.

The asset-based approach is generally applicable for valuing holding companies, capital intensive businesses with limited intangible assets, and companies in the process of liquidation.

## SELECTED VALUATION METHODS

Gordon Brothers used the adjusted balance sheet approach to determine the Fair Value of 100.0% of Lennox's shareholders' equity as of August 16, 2020 on a controlling, marketable basis.  Applying the adjusted balance sheet approach is appropriate since Lennox is a real estate investment holding company.  This is a standard and professionally customary method of valuing a holding company such as Lennox.  Further, Gordon Brothers was provided with an appraisal of the Lennox Hotel as of the Effective Date to assist in the application of the adjusted balance sheet approach.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## V. ADJUSTED BALANCE SHEET APPROACH

As noted above, the adjusted balance sheet value method is where all assets and liabilities (including off-balance sheet, intangible, and contingent items) are adjusted from their book values to the applicable standard of value, which in this case is Fair Value. The difference between the aggregate Fair Value of the assets and liabilities is equal to the Fair Value of 100.0% owners' equity on a controlling, marketable basis. Depending on the specific attributes of the equity interest being appraised, a discount for lack of control ("DLOC") and/or a discount for lack of marketability ("DLOM") may be applicable to arrive at the Fair Value of the subject equity interest.

In applying the adjusted balance sheet approach, Gordon Brothers started with Lennox's unadjusted balance sheet as of August 16, 2020. Gordon Brothers then layered in balance sheet adjustments as determined by Lennox and its accountants retained by Lennox to examine the Company's financial records and financial statements. The revised financial statements are presented in *Appendix III* to this report. Based on Berkowitz's forensic work through August 9, 2021, Lennox made several adjustments to Lennox's August 16, 2020 balance sheet to reverse the effects of things such as non-business personal expenses, improperly capitalized construction-in-progress costs, improperly capitalized other costs, and unrecorded liabilities. The restated balance sheets as reported by Lennox are presented on the following page.

The leftmost column of the figure on the following page presents Lennox's unadjusted balance sheet as of August 16, 2020. The adjustments identified by Berkowitz are presented in the second column, followed by a "Notes" column in the third column and Lennox's adjusted balance sheet as of August 16, 2020 in the fourth column. As the figure shows, the adjustments identified by Berkowitz reduced total assets by $2.88 million from $70.16 million to $67.28 million; increased total liabilities by $1.25 million from $6.51 million to $7.76 million; and reduced total equity by $4.13 million from $63.65 million to $59.52 million.

From the adjusted balance sheet, Gordon Brothers restated each line item to its Fair Value, when appropriate. For example, since current assets consist of cash and other accounts that will be converted into cash, book values are representative of Fair Value and so no adjustments were made.

The Lennox Hotel property is represented by all of the fixed asset line items on Lennox's balance sheets. As of the Effective Date, the gross and net book value of fixed assets was $59.20 million and $58.79 million, respectively. Since real property is recorded at historic cost less adjustments for depreciation, net book value is rarely representative of Fair Value. That is true in this case. JLL appraised the Fair Market Value of the Lennox Hotel including all land, buildings, improvements, furniture, fixtures, and equipment at $45.00 million as of the Effective Date of August 16, 2020. Considering JLL's appraisal analysis, the value of the fixed assets was adjusted to $45.00 million. This valuation of the subject 125 shares of Lennox relies on the JLL appraisal and its conclusions as a significant input. The JLL report has been incorporated into this valuation report and is presented in *Appendix IV*.

Other assets on Lennox's balance sheet as of August 16, 2020 consist of loan costs, software, start-up costs, trademark, and other. The loan costs of $2.41 million represent monies the Company spent in the past to secure loans. Since those costs could not be recovered upon the sale of the business, they have no Fair Value. It is Gordon Brothers' understanding that software on Lennox's books consists of reservation software. Since the value of software is captured in the $45 million Fair Market Value of the hotel as appraised by JLL, the software account was reduced to $0. Start-up costs are costs and expenses incurred in connection with forming and starting a new business. Similar to software, start-up costs are captured in the Fair Market Value of the hotel.

As of the Effective Date, Lennox reported a trademark asset with a book value of $15,926. Considering the many years the hotel was under renovation and the limited time the hotel was open before the COVID-19 pandemic broke out in the United States, Gordon Brothers doubts investors would ascribe any measurable value for the Lennox trade name. Further, and importantly, the value of the trademark asset is incorporated into the Fair Market Value of the hotel as appraised by JLL. Therefore, no separate Fair Value was assigned to the trademark asset. The book value of the "other asset" was used as a proxy for Fair Value.

The book value of liabilities represents the amount of cash in current dollars that would be needed to settle the liabilities. As a result, the book value of liabilities is equivalent to Fair Value. Deducting the book value of liabilities from the aggregate Fair Market Value of total assets yields indicated equity value of just over $38.69 million, as shown in the following figure.

**13**

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



**V. ADJUSTED BALANCE SHEET APPROACH**

## Lennox Miami Corp
## Adjusted Balance Sheet Method
## as of August 16, 2020

($)

| | Unadjusted | Adjustments | Notes | Adjusted | Fair Value Adjustments | Notes | Estimated Fair Value |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash | $ 1,058,512 | $ - | | $ 1,058,512 | $ - | | $ 1,058,512 |
| Accounts Receivable | 255,058 | - | | 255,058 | - | | 255,058 |
| Restricted Cash | 84,902 | - | | 84,902 | - | | 84,902 |
| Prepaid Expenses | 32,349 | - | | 32,349 | - | | 32,349 |
| Note Receivable | 12,867 | - | | 12,867 | - | | 12,867 |
| **Total Current Assets** | **1,443,688** | **-** | | **1,443,688** | **-** | | **1,443,688** |
| | | | | | | | |
| **Fixed Assets** | | | | | | | |
| Building - Lennox Hotel | 47,394,559 | | | 46,903,578 | (46,903,578) | (2) | - |
| Adjustment | | (1,609,283) | (1) | | | | |
| Adjustment | | (62,698) | (1) | | | | |
| Adjustment | | 1,181,000 | (1) | | | | |
| Land - Lennox Hotel | 11,848,640 | - | | 11,848,640 | (11,848,640) | (2) | - |
| Building and Improvements | 268,192 | - | | 268,192 | (268,192) | (2) | - |
| Furniture and Equipment | 225,657 | (44,456) | (1) | 181,201 | (181,201) | (2) | - |
| Accumulated Depreciation | (660,810) | 250,774 | (1) | (410,036) | 410,036 | (2) | - |
| Fair Value Adjustment | | | | | 45,000,000 | (2) | 45,000,000 |
| **Total Fixed Assets** | **59,076,238** | **(284,663)** | | **58,791,575** | **(13,791,575)** | | **45,000,000** |
| | | | | | | | |
| **Other Assets** | | | | | | | |
| Loan Costs | 2,416,237 | - | | 2,416,237 | (2,416,237) | (3) | - |
| Software | 65,876 | - | | 65,876 | (65,876) | (4) | - |
| Start Up Costs | 7,865,795 | (2,835,694) | (1) | 5,030,101 | (5,030,101) | (4) | - |
| Trademark | 15,926 | - | | 15,926 | (15,926) | (5) | - |
| Accumulated Amortization | (730,835) | 236,308 | (1) | (494,527) | 494,527 | (4) | - |
| Other | 7,296 | (178) | (1) | 7,118 | | | 7,118 |
| **Total Other Assets** | **9,640,295** | **(2,599,564)** | | **7,040,731** | **(7,033,613)** | | **7,118** |
| | | | | | | | |
| **Total Assets** | **$ 70,160,221** | **$ (2,884,227)** | | **$ 67,275,994** | **$ (20,825,188)** | | **$ 46,450,806** |
| | | | | | | | |
| **Liabilities and Capital** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | $ 558,526 | $ 1,247,000 | | $ 1,805,526 | $ - | | $ 1,805,526 |
| Other Payables | 186,093 | - | | 186,093 | - | | 186,093 |
| Mortgage Payable, Current Portion | 70,380 | - | | 70,380 | - | | 70,380 |
| **Total Current Liabilities** | **814,999** | **1,247,000** | | **2,061,999** | **-** | | **2,061,999** |
| | | | | | | | |
| **Long-Term Liabilities** | | | | | | | |
| Mortgage | 5,522,003 | - | | 5,522,003 | - | | 5,522,003 |
| Loan Payable, Related Party | 175,000 | - | | 175,000 | - | | 175,000 |
| **Long-Term Liabilities** | **5,697,003** | **-** | | **5,697,003** | **-** | | **5,697,003** |
| | | | | | | | |
| **Total Liabilities** | **6,512,002** | **1,247,000** | | **7,759,002** | **-** | | **7,759,002** |
| | | | | | | | |
| **Equity** | | | | | | | |
| Capital Stock | 1,000 | - | | 1,000 | - | | 1,000 |
| Paid-In Capital | 68,860,909 | - | | 68,860,909 | - | | 68,860,909 |
| Accumulated Deficit | (5,213,690) | (4,131,227) | (1) | (9,344,917) | (20,825,188) | (6) | (30,170,105) |
| **Total Equity** | **63,648,219** | **(4,131,227)** | | **59,516,992** | **(20,825,188)** | | **38,691,804** |
| | | | | | | | |
| **Total Liabilities and Members' Equity** | **$ 70,160,221** | **$ (2,884,227)** | | **$ 67,275,994** | **$ (20,825,188)** | | **$ 46,450,806** |

**Notes:**
(1)  Source:  Berkowitz, Pollack, Brant, Advisors + CPAs, Lennox Miami Corp, Financial Statements - Income Tax Basis.
(2)  Adjustment to restate the hotel assets (i.e., land, building, furniture, fixtures, and equipment) to Fair Market Value.  Fair Market Value of hotel assets was provided by JLL Valuation & Advisory Services, LLC per an appraisal report dated August 3, 2021.
(3)  Loan costs are fees incurred in connection with the issuance of debt.  Since loan costs are not recoverable upon the sale of the business, they have no Fair Value.
(4)  Included in the Fair Market Value of the hotel assets.
(5)  Considering the length of time the hotel was closed for renovations and short time the hotel was open prior to the Effective Date, no value was assigned to the trade name/trademark.
(6)  Adjusting entry to reflect aggregate Fair Value adjustments to assets and liabilities.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## ADDITIONAL ADJUSTMENTS TO INDICATED FAIR VALUE OF EQUITY

When companies prepare interim financials or close out their books at odd periods, such as the middle of a month, they often fail to capture all assets and liabilities on their balance sheet.  As of August 16, 2020, Lennox has several unreported liabilities.  They included real estate taxes, a PPP loan, and a potential breach of contract liability.

### Real Estate Taxes

Lennox's August 16, 2020 balance sheet does not include accrued real estate taxes for 2020.  In Florida, annual real estate taxes for the calendar year are due in November of that each year such that Lennox's real estate taxes for 2020 would have been payable in November 2020.  As of August 16, 2020, Lennox should have reported accrued real estate taxes for 7.5 months of the year, or $185,852 (*real estate taxes for the calendar year of $297,363 multiplied by 7.5 and divided by 12*).

### PPP Loan

In the spring of 2020, Lenox Payroll, LLC ("Lenox"), a subsidiary of Driftwood Hospitality Management II, LLC ("Driftwood"), obtained a PPP loan for $243,095 on behalf of Lennox.  In conjunction with that loan, Lennox entered into a repayment agreement with Lenox and Driftwood whereby Lennox agreed to repay the loan if the loan was not forgiven.  As of August 16, 2020, the loan had not yet been forgiven and represented a contingent liability for Lennox.

### Breach of Contract Liability

Mr. Agnelli alleges that Lennox terminated his employment with the Company without valid cause and, as a result, he is entitled to recover $6.0 million in damages pursuant to the terms of his employment agreement with the Company.  Further, Lennox claims the termination was with cause and thus no or limited liability is due.  No amount was deducted for Mr. Agnelli's claim since litigation is pending and an assessment of the validity of the claim is outside the scope of this appraisal.  Nevertheless, Gordon Brothers mentions the claim as its existence is a factor prospective investors would consider when evaluating how much to pay for a fractional interest in a closely held business.  If Mr. Agnelli's claim is successful, then the liability associated with the settlement amount would reduce the value of the Company's equity.

### Adjusted Fair Value of Equity – Controlling Marketable Basis

Deducting the accrued real estate taxes and PPP loan liability yields an adjusted value of 100.0% of equity on a controlling marketable basis of $38.26 million.  A controlling, marketable basis means the amount a prospective investor would be willing to pay for 100.0% of the equity of the Company assuming they owned 100.0% of the stock, had full control of the operations, and had a ready market for their acquired shares.

Discounts for lack of control and discounts for lack of marketability that are applicable to Mr. Agnelli's minority interest are discussed further below in this report.

### Adjustment for Excess Paid in Capital

As indicated earlier, Mr. Castellanos or Invernorth Limited (collectively the "Majority Shareholder") funded the renovations to the hotel. An analysis of Lennox's shareholders' equity shows the Majority Shareholder contributed approximately $14.46 million in excess capital contributions that were to be credited solely to its equity account.  Since each shareholder would be entitled to a return of its excess capital contributions upon a winding up of the business, Gordon Brothers deducted Invernorth Limited's excess capital contribution of $14.46 million from the adjusted equity value of $38.26 million to arrive at a computation of the pro rata equity value of Mr. Agnelli's 125 shares.  *Exhibit A* presents the calculation of excess paid-in-capital as provided by the Company.  As the figure on the following page shows, subtracting the $14.46 million from $38.26 million results in an equity value, net of excess paid in capital, of $23.80 million, on a controlling, marketable basis.



**V. ADJUSTED BALANCE SHEET APPROACH**

## Lennox Miami Corp
## Fair Value of 125 Shares on a Minority, Non-Marketable Basis
## as of August 16, 2020

*($)*

| | | |
|---|---|---:|
| **Indicated Fair Value of Equity - Controlling, Marketable Value**[1] | $ | 38,691,804 |
| | | |
| **Additional Adjustments to Equity Value** | | |
| Pro Rata Share of 2020 Real Estate Taxes[2] | $ | (185,852) |
| PPP Loan[3] | $ | (243,095) |
| Breach of Contract Liability, Agnelli Employment Agreement[4] | $ | - |
| **Total** | $ | (428,947) |
| | | |
| **Adjusted Fair Value of Equity - Controlling, Marketable Value** | $ | 38,262,857 |
| | | |
| Less: Excess Paid in Capital[5] | $ | 14,460,909 |
| **Indicated Fair Value of Equity, Net of Excess Paid in Capital - Controlling, Marketable Value** | $ | 23,801,948 |
| | | |
| Equity Interest Subject to this Appraisal: 125 of 1,000 Shares Outstanding | | 12.50% |
| **Fair Value of 125 Shares - Controlling, Marketable Value** | $ | 2,975,243 |

| | | | |
|---|---:|---|---:|
| Discount for Lack of Control[6] | 20.0% | $ | 595,049 |
| **Fair Value of 125 Shares - Minority, Marketable Value** | | $ | 2,380,195 |
| | | | |
| Discount for Lack of Marketability[7] | 20.0% | $ | 476,039 |
| **Fair Value of 125 Shares - Minority, Non-marketable Value** | | $ | 1,904,156 |
| | | | |
| **Indicated Fair Value of 125 Shares - Minority, Non-marketable Value** | | $ | 1,900,000 |

**Notes:**

(1) See Adjusted Balance Sheet Method figure in this report.

(2) The adjusted balance sheet developed by Berkowitz Pollack Brant Advisors + CPAs excludes accrued real estate taxes. Lennox's accrued real estate taxes through August 16, 2020 were estimated by multiplying the Company real estate taxes payable for 2020 of $297,363.46 by a fraction equal to 7.5 months divided by 12 months.

| | | |
|---|---|---:|
| 2020 real estate taxes | $ | 297,363 |
| Fraction of year through 8/16/2020 | | 0.625 |
| Accrued real estate taxes payable as of 8/16/2020 | $ | 185,852 |

(3) In the spring of 2020, Lenox Payroll, LLC ("Lenox"), a subsidiary of Driftwood Hospitality Management II, LLC ("Driftwood"), obtained a PPP loan for $243,095 on behalf of Lennox. In conjunction with that loan, Lennox entered into a repayment agreement with Lenox and Driftwood whereby Lennox agreed to repay the loan if the loan was not forgiven. As of August 16, 2020, the loan had not been forgiven and represented a contingent liability for Lennox.

(4) Diego Agnelli alleges that Lennox terminated his employment with the company without valid clause and as a result, he is entitled to recover $6.0 million in damages pursuant to the terms of his employment agreement with the Company. No amount was deducted for Mr. Agnelli's claim since litigation is pending and an assessment of the validity of the claim is beyond the scope of this appraisal.

(5) See *Exhibit A* for calculation of excess paid in capital contributions attributed to Invernorth Limited.

(6) Discount for lack of control was developed from analysis of control premium data and the prerogatives of control inherent in 125 shares out of 1,000 outstanding shares of stock in Lennox Miami Corp.

(7) Discount for lack of marketability was developed from analysis of restricted stock and IPO studies and marketability factors specific to the subject 125 shares of stock.

## PRO RATA VALUE OF 125 SHARES OUT OF 1,000 SHARES

The purpose of this appraisal is to determine the Fair Value of Mr. Agnelli's 125 shares in Lennox as of August 16, 2020. After the payment of the excess capital contributions, the Fair Value of equity that would be allocable to the Company's three shareholders on a pro rata basis is $23.80 million. Multiplying that amount by 12.5% yields an indicated value of approximately $2.98 million on a controlling, marketable basis.

The value of 100.0% of the equity of Lennox has been appraised based on a 100.0% controlling, marketable interest. This means that the 100.0% equity interest can control the organization and that the interest is freely tradable in the marketplace and has liquidity. The appraisal of a partial interest in a privately-held business such as the subject minority interest in Lennox, requires the consideration and application of all appropriate adjustments to value that reflect the deficiencies that a minority interest suffers from. The subject interest

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



suffers from deficiencies stemming from the lack of control and lack of a freely traded, liquid market.  The lack of control and lack of marketability of the subject minority interest has a significant impact on what the market will pay for the subject interest and therefore has an impact on the final determination of the Fair Value of the subject interest.  Since the subject minority interest does not represent absolute control over the management of Lennox, a DLOC needs to be considered in the final determination of value.  Similarly, a DLOM also needs to be considered since Lennox's shares are not actively traded and have no ready market.  These discounts are discussed below.

## DISCOUNT FOR LACK OF CONTROL

A DLOC considers the relationship between the controlling and the non-controlling, marketable value of the enterprise.  The extent of the DLOC is determined in part by the degree of control inherent in the non-controlling interest.  A controlling interest in a business is considered to have greater value than a minority interest because of the prerogatives enjoyed by the controlling party, including, but are not limited to, the ability to:

- Elect directors and appoint management
- Determine compensation and perquisite levels
- Acquire or liquidate assets
- Change articles of incorporation or bylaws
- Liquidate, dissolve, sell out, or recapitalize the company
- Power to declare dividends
- Set policy and change the course of business
- Control discretionary expenses

A prospective willing buyer would not purchase a minority interest except at a discount from its proportionate share of the 100.0% value of the subject company out of concern that the controlling shareholder could mismanage the company and/or use his/her controlling position to extract extra value from the business.  A minority interest in a company has greater risk than a controlling interest.

Market evidence of the value difference between minority and controlling interest in a corporation can be quantified from an analysis of mergers and acquisitions of publicly-traded companies.  Minority interest discounts generally compare control acquisition prices with pre-acquisition minority interest transaction prices.  Trades and prices in the stock market are for minority positions until an announcement is made that a buyer is seeking control of the business, and the buyer is usually offering a higher price to buy and the seller requiring a higher price to sell than the previous minority basis market price.

There are several recognized and generally accepted sources of information providing insight in the determination of appropriate discount to apply for lack of marketability.  They are discussed below.

### FactSet Mergerstat/BVR Control Premium Study
Control premiums can be quantified by the review of premiums paid in recent transactions involving publicly-traded stock.  To determine a reasonable minority interest discount applicable to a minority interest in the Company, Gordon Brothers utilized data from a study called the FactSet Mergerstat Review.  The FactSet Mergerstat Review studied the premiums paid over the market price in acquisitions of publicly traded companies.  The mathematical inverse of the premium paid for control is an indication of the non-controlling interest discount.  This analysis is relevant to a minority interest in Lennox as it relates to lack of control.  The Mergerstat® Review annually publishes the premium paid over the market price in acquisitions of publicly-traded companies.

Gordon Brothers ran a search of the database for all transactions studied between 2001 and August 16, 2020.  The search includes transactions based in any country, not just within the United States.  For the 10,382 transactions studied between 2001 and August 16, 2020, the median control premium was 30.9%, which corresponds to a median DLOC of 23.6%.  Overall, control premia across all industries rose year-to-date 2020, with a median across all industries of 34.3%, implying a minority discount of 25.5%, versus a control premium of 29.6% in 2019, which implies a discount of 22.8%.  This is a 2.7 percentage point increase in the DLOC from 2019 through August 16, 2020.



The following figure summarizes the study's findings over the years.

| FactSet Mergerstat / BVR Control Premium Studies[1] | | | | | |
|---|---|---|---|---|---|
| | Number of | Premium Offered[2] | | Implied Discount for Lack of Control[4] | |
| Year[3] | Transactions | Average | Median | Average | Median |
| 2001 | 564 | 45.0% | 29.9% | 31.0% | 23.0% |
| 2002 | 418 | 46.6% | 31.4% | 31.8% | 23.9% |
| 2003 | 462 | 58.0% | 33.2% | 36.7% | 24.9% |
| 2004 | 470 | 32.3% | 23.5% | 24.4% | 19.0% |
| 2005 | 543 | 36.7% | 21.5% | 26.8% | 17.7% |
| 2006 | 655 | 31.3% | 20.9% | 23.8% | 17.3% |
| 2007 | 841 | 26.6% | 20.0% | 21.0% | 16.7% |
| 2008 | 611 | 41.6% | 30.4% | 29.4% | 23.3% |
| 2009 | 421 | 76.8% | 40.6% | 43.4% | 28.9% |
| 2010 | 524 | 45.1% | 33.0% | 31.1% | 24.8% |
| 2011 | 583 | 47.6% | 32.7% | 32.2% | 24.6% |
| 2012 | 546 | 51.8% | 37.4% | 34.1% | 27.2% |
| 2013 | 461 | 45.3% | 31.4% | 31.2% | 23.9% |
| 2014 | 495 | 42.9% | 26.8% | 30.0% | 21.1% |
| 2015 | 527 | 43.3% | 32.0% | 30.2% | 24.2% |
| 2016 | 535 | 53.5% | 31.4% | 34.9% | 23.9% |
| 2017 | 552 | 39.9% | 27.1% | 28.5% | 21.3% |
| 2018 | 485 | 57.4% | 26.3% | 36.5% | 20.8% |
| 2019 | 473 | 50.3% | 29.6% | 33.5% | 22.8% |
| 2020 (thru 8/16/2020) | 216 | 59.7% | 34.3% | 37.4% | 25.5% |
| | High | 76.8% | 40.6% | 43.4% | 28.9% |
| | Mean | 46.6% | 29.7% | 31.4% | 22.8% |
| | Median | 45.2% | 30.9% | 31.1% | 23.6% |
| | Low | 26.6% | 20.0% | 21.0% | 16.7% |

**Notes:**
Source: FactSet Mergerstat / BVR Control Premium Study
(1) Includes transactions based outside of the United States.
(2) Excludes negative premiums. Premium calculations are based on the seller's closing market price five business days before the initial announcement.
(3) Year covers transactions that have an effective date within the year.
(4) Discount for Lack of Control = 1 - (1 / (1 + Control Premium))

Since the Company is based in the United States, Gordon Brothers then ran a search of the database for U.S.-based transactions only, studied between 2001 and August 16, 2020.  For the 4,313 U.S.-based transactions studied between 2001 and August 16, 2020, the median control premium was 34.3%, which corresponds to a median DLOC of 25.5%.  The median control premia across all industries year-to-date 2020 was 36.5%, implying a minority discount of 26.7%.  This was also an increase compared to 2019.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



| FactSet Mergerstat / BVR Control Premium Studies[1] | | | | | |
|---|---|---|---|---|---|
| Year[3] | Number of Transactions | Premium Offered[2] | | Implied Discount for Lack of Control[4] | |
| | | Average | Median | Average | Median |
| 2001 | 347 | 50.5% | 34.9% | 33.6% | 25.9% |
| 2002 | 218 | 55.7% | 45.1% | 35.8% | 31.1% |
| 2003 | 240 | 80.4% | 41.9% | 44.6% | 29.5% |
| 2004 | 238 | 39.5% | 29.6% | 28.3% | 22.8% |
| 2005 | 246 | 48.2% | 29.0% | 32.5% | 22.5% |
| 2006 | 298 | 33.1% | 25.2% | 24.9% | 20.1% |
| 2007 | 367 | 28.1% | 22.4% | 21.9% | 18.3% |
| 2008 | 211 | 45.2% | 33.7% | 31.1% | 25.2% |
| 2009 | 125 | 103.2% | 47.6% | 50.8% | 32.2% |
| 2010 | 194 | 46.7% | 38.8% | 31.8% | 28.0% |
| 2011 | 195 | 50.9% | 37.5% | 33.7% | 27.3% |
| 2012 | 201 | 50.1% | 41.0% | 33.4% | 29.1% |
| 2013 | 179 | 46.9% | 31.9% | 31.9% | 24.2% |
| 2014 | 176 | 50.4% | 32.3% | 33.5% | 24.4% |
| 2015 | 207 | 45.9% | 36.9% | 31.5% | 27.0% |
| 2016 | 225 | 52.6% | 35.9% | 34.5% | 26.4% |
| 2017 | 225 | 42.0% | 29.2% | 29.6% | 22.6% |
| 2018 | 191 | 85.1% | 28.7% | 46.0% | 22.3% |
| 2019 | 161 | 54.6% | 32.6% | 35.3% | 24.6% |
| 2020 (thru 8/16/2020) | 69 | 69.9% | 36.5% | 41.1% | 26.7% |
| | **High** | 103.2% | 47.6% | **50.8%** | **32.2%** |
| | **Mean** | 54.0% | 34.5% | **34.3%** | **25.5%** |
| | **Median** | 50.3% | 34.3% | **33.4%** | **25.5%** |
| | **Low** | 28.1% | 22.4% | **21.9%** | **18.3%** |

**Notes:**
Source: FactSet Mergerstat / BVR Control Premium Study
(1) Includes U.S. based transactions only.
(2) Excludes negative premiums. Premium calculations are based on the seller's closing market price five business days before the initial announcement.
(3) Year covers transactions that have an effective date within the year.
(4) Discount for Lack of Control = 1 - (1 / (1 + Control Premium))

Gordon Brothers then narrowed the search to transactions occurring within the real estate industry, which includes SIC codes 6500, 6512, 6513, 6514, 6517, 6519, 6531, and 6552.  The search was run for all real estate-based transactions in all locations, but then was also run for real estate transactions based in the United States only.  Given the Company operates a hotel, Gordon Brothers ran searches for non-residential building-based transactions.  The results of the searches are provided in the following figure.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



V. ADJUSTED BALANCE SHEET APPROACH

| FactSet Mergerstat / BVR Control Premium Studies[1] | | | | | |
|---|---|---|---|---|---|
| | Number of | Premium Offered[2] | | Implied Discount for Lack of Control[3] | |
| Segment | Transactions | Average | Median | Average | Median |
| All Real Estate - All Locations | 265 | 30.8% | 17.6% | 23.5% | 15.0% |
| Nonresidential Buildings - All Locations | 17 | 37.2% | 18.0% | 27.1% | 15.3% |
| Lessors of Real Property - All Locations | 13 | 22.5% | 17.3% | 18.4% | 14.7% |
| Operators of Dwellings Other than Apartment Buildings | 1 | 13.1% | 13.1% | 11.6% | 11.6% |
| | High | 37.2% | 18.0% | 27.1% | 15.3% |
| | Mean | 25.9% | 16.5% | 20.2% | 14.1% |
| | Median | 26.7% | 17.5% | 21.0% | 14.9% |
| | Low | 13.1% | 13.1% | 11.6% | 11.6% |

**Notes:**
Source: FactSet Mergerstat / BVR Control Premium Study
(1) Includes transactions based outside of the United States.
(2) Excludes negative premiums. Premium calculations are based on the seller's closing market price five business days before the initial announcement.
(3) Discount for Lack of Control = 1 - (1 / (1 + Control Premium))

| FactSet Mergerstat / BVR Control Premium Studies[1] | | | | | |
|---|---|---|---|---|---|
| | Number of | Premium Offered[2] | | Implied Discount for Lack of Control[3] | |
| Segment | Transactions | Average | Median | Average | Median |
| All Real Estate - U.S. Only | 23 | 38.4% | 26.4% | 27.7% | 20.9% |
| Nonresidential Buildings - U.S. Only | 1 | 114.5% | 114.5% | 53.4% | 53.4% |

**Notes:**
Source: FactSet Mergerstat / BVR Control Premium Study
(1) Includes transactions based in United States only.
(2) Excludes negative premiums. Premium calculations are based on the seller's closing market price five business days before the initial announcement.
(3) Discount for Lack of Control = 1 - (1 / (1 + Control Premium))

The median discount for real estate transactions across all locations was 15.0%, while the median discount for U.S.-based real estate transactions was 20.9%. None of the 23 U.S.-based transactions presented in the study involve hotels only.

**Closed-End Fund Studies**
Additional evidence of minority discounts applicable to the interest being valued comes from public transactions in closed-end funds. Closed-end funds are traded in the secondary market on formal exchanges or over the counter. A closed-end fund represents a fixed portfolio of investments that cannot change until the closed-end fund is terminated. The manager of a closed-end fund cannot change the underlying assets of the fund.

A closed-end fund has fixed capitalization but does not continually redeem shares on demand; therefore, the share price of a closed-end fund does not have to conform to the underlying value of its assets. In general, closed-end fund shares trade at a discount to their net asset value due to lack of control suffered by the minority shares being traded. The following figure represents the data from the analysis of closed-end funds.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



| Lennox Miami Corp Closed-End Funds[1][2] | | | | |
|---|---|---|---|---|
| Ticker | Fund Name | Price per Unit as of August 16, 2020 | Net Asset Value per Unit | Discount[3] |
| AWP | Aberdeen Global Premier Properties Fund | $ 4.89 | $ 5.69 | 14.1% |
| IGR | CBRE Clarion Global Real Estate Income Fund | $ 6.24 | $ 7.45 | 16.2% |
| RQI | Cohen & Steers Quality Income Realty Fund, Inc. | $ 11.40 | $ 12.43 | 8.3% |
| RNP | Cohen & Steers REIT and Preferred Income Fund, Inc. | $ 20.15 | $ 22.35 | 9.8% |
| RFI | Cohen & Steers Total Return Realty Fund, Inc. | $ 12.32 | $ 12.66 | 2.7% |
| NRO | Neuberger Real Estate Securities Income | $ 4.10 | $ 4.10 | 0.0% |
| JRS | Nuveen Real Estate Income Fund | $ 7.81 | $ 9.13 | 14.5% |
| PGZ | Pan Global Resources Inc. | $ 11.84 | $ 14.57 | 18.7% |
| | Maximum Discount | | | 18.7% |
| | **Mean** | | | **10.5%** |
| | **Median** | | | **12.0%** |
| | Minimum Discount | | | 0.0% |

**Notes:**
(1) Source: CEFConnect.com.  Excludes funds with premiums to their net asset value.
(2) Closed-end funds with real estate assets were selected.
(3) The price discount from net asset value of a closed-end fund is thought to be related to the lack of control.

## Partnership Profiles, Inc.

Another source of published data concerning minority interest discounts includes Partnership Profiles, Inc. ("PPI").  Since 1990, PPI has published annual surveys that report the level of discounts from net asset value ("NAV") at which minority, non-controlling interests in non-publicly-traded real estate limited partnerships and real estate investment trusts ("REIT") have been purchased in the secondary market where these investments are bought and sold.

For the published PPI data to apply to a valuation, the subject interest must contain two elements.  First, the subject interest must not represent a controlling interest.  Second, the interest must possess some marketability issues.  Both of the above elements apply to the subject minority interest in Lennox.  By analyzing empirical, real-world transactions between unrelated parties that involve purchases of non-controlling interests in comparable entities in terms of factors such as type of assets, capital structure, cash flow and distribution characteristics, data reported by PPI can be used to gauge how the interest being valued would be priced if it were traded in a secondary market.  The primary factor affecting the discounts is the ability to consistently pay cash distributions from operating cash flow.  The lower the distribution yield, the higher the discount from net asset value.  This makes sense intuitively from a minority interest perspective since a minority owner lacks control over operations and distribution policy.  If a program does not pay distributions, the only potential return is capital gains on the real estate upon some unknown sale date.  Another important factor is the amount of debt financing encumbering a program's properties.  Debt can impact how units are priced in the secondary market.  Debt not only adds risk to an investment, but it also impacts the amount of net operating cash flow a program can distribute to investors.

Overall, investors in the secondary market in 2020 purchased non-controlling, minority interests in publicly held real estate programs at an average price-to-value discount of 33.0%.  This is up significantly from an average price-to-value discount of 23% as reported in the 2019 survey.  Discounts are higher for 2020 for virtually every category of real estate program covered by the survey as compared to 2019.  The 2020 discounts are more consistent with the years 2009 to 2014 when overall discounts ranged from 28% to 33%, compared to a range of 19% to 23% from 2015 to 2019.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



| Partnership Profiles, Inc. Discount Study History | |
| --- | --- |
| **Survey Year** | **Average Price-to-Value Discount** |
| 2011 | 33.0% |
| 2012 | 32.0% |
| 2013 | 31.0% |
| 2014 | 28.0% |
| 2015 | 22.0% |
| 2016 | 20.0% |
| 2017 | 19.0% |
| 2018 | 19.0% |
| 2019 | 23.0% |
| 2020 | 33.0% |

PPI divides the 2020 survey results into five categories, including three for equity (distributing – low to no debt, distributing – moderate to high debt, and non-distributing), triple net lease, and mortgage loans.

- **Equity – Distributing Programs:** Programs in this group own equity interests in improved, income-producing real estate ranging from hotels to shopping centers to office buildings. All of these programs pay operating cash distributions to investors on a regular and predictable basis, either monthly or quarterly. Equity distributing programs with debt-to-NAV ratios of less than 75% are considered to have low-to-no debt. Equity distributing programs with debt-to-NAV ratios of more than 75% are considered to have moderate-to-high debt.

- **Equity – Non-Distributing Programs:** The programs in this category own improved, income-producing real estate but do not pay operating cash distributions, typically due to high debt loads, leasing issues, and/or property improvement funding needs. In some cases, it may be that the interest is structured such that it is not entitled to any distributions from operating cash flow, but only distributions resulting from the sale or refinancing of assets.

- **Triple Net Lease Programs:** All or substantially all of the real estate properties owned by the programs are net-leased to tenants pursuant to long-term lease agreements, whereby the lessees are obligated to pay all insurance, taxes and day-to-day maintenance expenses associated with the properties. Unlike other real estate programs which actively manage their properties, triple-net-lease programs generally act as landlord only. While restaurants are a common property type owned by these programs, other types of real estate include retail stores, industrial/warehouse facilities, hotels, healthcare and office buildings.

- **Mortgage Loan Programs:** These programs invest in commercial real estate debt. The debt consists primarily of floating-rate first mortgage loans secured by various property types.

- **Undeveloped Land Programs:** These programs strictly own undeveloped land.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



Average discounts and yields by investment category are summarized in the following figure.

| 2020 Survey of Partnership Re-Sale Discounts | | | |
|---|---|---|---|
| Category | Number of Programs | Average Discount | Average Yield |
| Equity - Distributing (Low-to-No Debt) | 8 | 29.0% | 7.1% |
| Equity - Distributing (Moderate-to-High Debt) | 12 | 28.0% | 8.1% |
| Equity - Non-Distributing | 12 | 44.0% | 0.0% |
| Triple Net Lease | 9 | 31.0% | 7.4% |
| Mortgage Loans | 2 | 25.0% | 10.4% |
| **Total** | **43** | | |
| **Notes:** | | | |
| Source: Partnership Profiles, Inc. | | | |

PPI discount surveys have made efforts to exclude any programs that had announced a definitive, near-term liquidation plan prior to or during the time-frame for which transaction data was used for the PPI Survey. Therefore, the results of the PPI survey reflect price to value discounts for programs with generally unknown liquidation horizons. Discounts are lower for programs with liquidation plans in place.

Given the unlikely liquidation of the Company in the foreseeable future, additional historical data for distributing and non-distributing equity ownership interests were consulted, with results for 2011 through 2020 summarized in the following figure.

| Average Partnership Re-Sale Discounts | | | | |
|---|---|---|---|---|
| Year | Equity - Non-Distributing - Total | Equity - Distributing - Total | Equity - Distributing - Low-to-No Debt | Equity - Distributing - Moderate-to-High Debt |
| 2011 | 46.0% | 26.0% | 17.0% | 32.0% |
| 2012 | 46.0% | 29.0% | 23.0% | 33.0% |
| 2013 | 46.0% | 24.0% | 18.0% | 26.0% |
| 2014 | 47.0% | 24.0% | 21.0% | 25.0% |
| 2015 | 38.0% | 20.0% | 18.0% | 21.0% |
| 2016 | 33.0% | 20.0% | 19.0% | 20.0% |
| 2017 | 35.0% | 17.0% | 19.0% | 16.0% |
| 2018 | 36.0% | 18.0% | 19.0% | 17.0% |
| 2019 | 36.0% | 22.0% | 23.0% | 21.0% |
| 2020 | 44.0% | 28.0% | 29.0% | 28.0% |
| **Notes:** | | | | |
| Source: Partnership Profiles, Inc. | | | | |

As can be seen above, average price-to-value discounts reported in 2020 are up significantly compared to recent years. While the inclination is to attribute this to the COVID-19 pandemic, the reason for the increase is more complicated. First, most of the transaction data used in the PPI survey represents secondary market pricing before the impact of COVID-19. This was necessary because most real estate programs report net asset values only once per year, and many of these share values became obsolete when the pandemic began affecting property values. For example, non-listed REIT Hospitality Properties Trust reported a share value of $8.35 as of December 31, 2019. This share value for this lodging REIT became obsolete, however, when COVID-19 began battering the hospitality sector. This has caused the trading price of the shares in the secondary market to plummet. To compare pre-pandemic share value of



the REIT to a post-COVID-19 trading price would lead to an erroneous understanding of the pricing of real estate programs relative to net asset values.

Second, while secondary market transaction prices for interests in real estate programs have certainly declined since the beginning of COVID-19, it is not possible to definitively say if this is due to 1) investors factoring in higher price-to-value discounts, 2) a decline in share values due to lower property values, or 3) a combination of the two. While there is empirical evidence that property values have declined due to the pandemic which impacts share values of real estate programs – especially those owning retail and lodging assets, it is not yet clear that investors buying interests in these programs in the secondary market have changed the way they price these interests in terms of discounts from net asset value. To be sure, this will not be known until the current field of non-listed real estate partnerships and REITs reports new share values that reflect pandemic-era conditions, and these updated share values have been incorporated into the pricing models of secondary market buyers. But this will not happen until next year since most real estate programs only update their share/unit values annually, as noted previously.

It should be noted a small number of non-listed REITs update their share values monthly or quarterly, and there are a few non-listed REITs that have reported annual share value having "as-of" dates that are subsequent to the onset of COVID-19, meaning they have reported values that should reflect the COVID-19 era. However, there are simply not enough programs that have reported pandemic-era share values, nor have there been nearly enough secondary market transactions in these shares to definitively indicate how investors are pricing these interests in terms of price-to-value discounts.

An additional consideration in evaluating the published data from PPI includes the allocation of the discounts between lack of marketability and lack of control. As outlined in the 2020 edition:

> Although it is not possible to precisely quantify the amount of discount attributable to marketability versus lack of control considerations, it is the opinion of PPI, along with many appraisers, that most of the overall discount is due to lack of control issues. Here's why: While the secondary market is not a recognized securities exchange, it is a market where there are multiple bidders who stand ready to purchase the units of virtually any publicly-registered partnership or REIT that has value.

The 2020 edition further states that "Simply using the time-value-of-money approach, this analysis suggests that a relatively small portion of the overall discount is due to marketability." The vast majority of the discount is thought to be associated with lack of control.

There are several factors that can influence a stock's minority interest discount or DLOC. These include, but are not limited to:

- Company management
- Ability to replace management
- Diversification of properties
- Restriction on transfer of interest
- Leverage of the company
- Company size
- Number of shareholders
- Concentration of control
- Size of the block of stock being valued
- Stock restrictions, such as voting right restrictions
- Volatility of assets
- Time of termination of entity

The subject interest is a 12.5% minority interest. The interest has limited control over operations and ability to replace management. There are only three shareholders, with a single majority owner holding a 75.0% interest in the Company. The Company has not paid distributions historically and this policy is not likely to be changed in the foreseeable future. Therefore, the subject interest is more similar to the equity-non-distribution category, which has an average DLOC of 44.0% in the above figure.

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



**Discounts for Lack of Control in the Courts**

Any time a minority interest is being valued, a DLOC is normally applied to any valuation method that results in a control value. There are a number of U.S. Tax Court cases in which the application of a DLOC has been accepted. The following is a brief summary of only a few of the U.S. Tax Court cases in which a DLOC has been at issue and has been accepted.

- *Estate of Barudin v. Commissioner*[6] – The expert for the taxpayer testified to a combined 67.5% minority and marketability discount based on a single prior transaction in units of a partnership that owned two commercial office buildings. The IRS' expert testified to a 15.0% minority discount and a 15.0% marketability discount. The minority discount was based on "market studies" that were unidentified in the written opinion but showed an average of 19%, which is the figure decided on by the court.

- *Estate of Weinberg v. Commissioner*[7] – Both experts and the court agreed the minority and marketability discounts were applicable to the subject minority limited partnership interest, but there were diverging opinions as to their magnitudes. Both appraisers used data from *The Partnership Spectrum* to quantify discounts using net asset value as the basis. The taxpayer's expert used a single strongly comparable guideline partnership and testified to a minority discount of 43.0%. The IRS' expert used 16 guideline partnerships and testified to a minority discount of 20.0%. The judge rejected the use of a single comparable, preferring the use of the group of 16. However, the court preferred other aspects of the taxpayer's expert's methodology and concluded a minority discount of 37.0%.

- *Estate of Jones v. Commissioner*[8] – In this case of valuing a partnership interest, one expert used a minority discount of 45.0% based on the latest published version of *The Partnership Spectrum* compilation and the other used 38.0% based on the following year's compilation, which covered the period of the Effective Date. The court compromised at 40.0%.

- *Estate of Jelke v. Commissioner*[9] – The estate's expert in this case discounted the decedent's minority interest in a corporation by 25.0% for lack of control, whereas the IRS' expert applied a 5.0% discount. The taxpayer's expert based his discount on the assumption the company was most like a closed-end fund and a widely traded investment fund holding publicly-traded securities. Comparing the subject company to such funds, the expert arrived at a 20.0% discount base and added an additional 5.0% because the subject company had fewer assets, paid fewer dividends, and posted lower short-term returns than the comparable funds. In contrast, the IRS expert's analysis began with an average discount of 8.61% for closed-end funds and reduced this because he claimed the company outperformed the comparables used by the estate. The court adopted a 10.0% lack of control discount, finding that the subject was smaller than some of the comparables presented, but that the subject was well diversified, which reduced investment risk and that investors in the company would base their investments on the company's history of good performance. This discount was affirmed on appeal.

- *Robertson v. United States*[10] – This case involved the valuation of limited partnership interests in determining a Generation Skipping Tax ("GST"). The taxpayer's expert arrived at a 22.0% minority discount based on 8.0% median discounts in closed-end funds, plus 11.0% based on "structural differences" between closed-end funds and the subject limited partnership, plus 3.0% for other factors. The court rejected the 3.0% discount for other factors, finding it was unwarranted since this was based on six factors unique to the partnership, none of which was empirically quantifiable and many of which had been factored into the closed-end fund analysis. The IRS' expert arrived at a 6.0% minority discount based on an average discount for closed-end funds. The court not only found the taxpayer's expert's analysis was more thorough but also commented the use of the median was more appropriate than the average, which could be unduly influenced by outliers. Thus, a 19.0% DLOC was allowed.

**Conclusion of Discount for Lack of Control**

The following describes some of the key items impacting Gordon Brothers' selection of the DLOC applicable to the subject 12.5% minority interest in Lennox.

- The size of the subject block of stock is minimal and there is no ability to team up with other minority shareholders to influence control. A single majority owner holds a 75.0% ownership interest in the Company, which argues for a larger DLOC.

---

[6] *Estate of Barudin v. Commissioner*, T.C. Memo 1996-395, 72 T.C.M. (CCH) 488 (1996).
[7] *Estate of Weinberg v. Commissioner*, T.C. Memo 2000-51, 79 T.C.M. (CCH) 1507 (2000).
[8] *Estate of Jones v. Commissioner*, 116 T.C. No. 11 (2001).
[9] *Estate of Jelke v. Commissioner*, T.C. Memo 2005-131 (2005), rev'd on other grounds, 503 F.3d 1317 (11th Cir. 2007).
[10] *Robertson v. United States*, 2006 U.S. Dist. LEXIS 1167 (N.D. Tex. 2006).

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



- A lack of distributions historically and in the foreseeable future argues for a larger DLOC.

- The asset pool held by the Company is not diversified, which argues for a larger DLOC.

- There is currently an adversarial relationship between the subject minority shareholder and the controlling shareholder, as well as the other minority shareholder, which argues for a larger DLOC.

- The Company has a relatively small amount of debt compared to the asset values, which suggests a smaller DLOC.

Based on the above study and factors, Gordon Brothers applied a DLOC of 20.0% to the controlling, marketable interest in the Company.

## DISCOUNT FOR LACK OF MARKETABILITY

Marketability is defined as "*the ability to convert the property to cash very quickly, at minimal cost, and with a high degree of certainty of realizing the anticipated amount of proceeds.*"[11]  Consequently marketability, or lack of it, is one of the more important factors bearing on value.  There are material differences as to the level of liquidity and marketability between a company whose shares are publicly and actively traded and that of a minority interest in a non-public, closely-held company.  A reasonable portion of this differentiation can be attributed to the inherent nature of the equity interest, and the nature of the characteristics imbedded in the minority interest security.

There is no active market for the subject minority interest in Lennox, nor is such a market foreseeable.  Since the potential buyers of closely held interests realize that their funds will usually be frozen for a potentially long time, they generally expect that such a non-liquid investment produce either a high level of income, a bright prospect for capital appreciation, or an attractive combination of those two rewards.  Thus, the investor would anticipate a discount from face value when making an investment in a non-marketable interest to help ensure his required return.  Generally, an investor in a non-liquid asset will require a higher potential return to offset the higher risks, restrictions, and costs associated with the illiquid assets.

There are several historic published studies that address lack of marketability discounts.  A study by the Securities and Exchange Commission[12] of the restricted stock of 398 reporting companies indicated a discount of approximately 25.8% for marketability concerns.  The same study also looked at the restricted stock of 398 non-reporting over the counter ("OTC") companies, which produced an indicated discount of approximately 32.6%.  This study researched the magnitude of non-marketability discounts of restricted stock as compared to the open market price of the same stock on the appropriate stock exchange.

In 1983, Standard Research Consultants[13] analyzed then recent private placements of common stock to test the applicability of the SEC study.  Based on a study of 28 private placements of restricted common stock from October 1978 to June 1982, price discounts ranged from 7% to 91%, with a median of 45%.

Robert E. Moroney[14] reviewed 146 block transactions of restricted equity securities by ten registered investment companies during the period late 1969 to 1973.  The average DLOM was 35.6%, with the median discount being 33%.

J. Michael Maher conducted a study of restricted common stocks purchased by four mutual funds during the years 1969 through 1973 as filed with the SEC.  The discounts were determined by a comparison of the purchase price of the restricted securities and the market price of the unrestricted securities of the same class of stocks in the same company.  The average discount of the restricted stocks was found to be 34.7% to 35.4%[15].

[11] Pratt, Shannon P, and Niculita, Alina V., *Valuing a Business – The Analysis and Appraisal of Closely Held Companies (Fifth Edition)*, 2008.
[12] *"Discounts Involved in Purchases of Common Stock (1966-1969)," Institutional Investor Study Report of the Securities and Exchange Commission.  H.R. No. 64, Part 5, 92d Cong., 1st Sess. 1971, pp. 2444-2456.*
[13] "Revenue Ruling 77-287 Revisited," SRC Quarterly Reports, Spring 1983, pp.1-3.
[14] Moroney, Robert E. "Most Courts Overvalue Closely Held Stocks," *Taxes*, March 1973, pp. 144-154.
[15] J. Michael Maher, "Discounts for Lack of Marketability for Closely-Held Business Interests," Taxes, September 1976, pp. 562-571.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



Milton Gelman reviewed 89 transactions of four closed-end investment companies specializing in restricted securities.  The transactions occurred over the period 1968 to 1970.  The study indicated that the non-marketability discount was in the range of 33%.[16]

Robert R. Trout reviewed 60 transactions of letter stock by mutual funds during the period 1968 to 1972.  Mr. Trout analyzed the transactions using a multiple regression model.  The study concluded that the average discount for restricted stock from publicly-traded stock was 33.45%.[17]

In a 1991 article in the *Financial Analysts Journal*, William L. Silber[18] presented the results of analysis of 69 private placements of common stock of publicly-traded companies.  The study covered the period between 1981 and 1988 and indicated that the average discount was 33.75%, which is very consistent with earlier studies.

There are other studies supporting marketability discounts such as: a study by Thomas A. Solberg[19], in which marketability discounts were between 10% and 90%; a study by Charles H. Stryker and William Pittock[20] where marketability discounts for private placements of stock were found to be in the range of 7% to 91%, with a median of 45%; and Willamette Management Associates Study in which private placement of restricted stocks indicated a median discount of 31.2% compared to the prices of their freely tradable counterparts[21].  The results of various selected Lack of Marketability discount studies are summarized in the following figure.

| Restricted Stock Studies | | |
|---|---|---|
| Study | Years Covered | Average Discount |
| SEC Overall Average | 1966 - 1969 | 25.8% |
| SEC Nonreporting OTC Companies | 1966 - 1969 | 32.6% |
| Gelman | 1968 - 1970 | 33.0% |
| Trout | 1968 - 1972 | 33.5% |
| Moroney | NA[(1)] | 35.6% |
| Maher | 1969 - 1973 | 35.4% |
| Standard Research Consultants | 1978 - 1982 | 45.0%[(2)] |
| Willamette Management Associates | 1981 - 1984 | 31.2%[(2)] |
| Silber | 1981 - 1988 | 33.8% |
| FMV Opinions, Inc. | April 1992 | 23.0% |
| Management Planning, Inc. | 1980 - 1996 | 27.1% |
| Johnson | 1991 - 1995 | 20.0% |
| Columbia Financial Advisors | 1996 - April 1997 | 21.0% |
| Columbia Financial Advisors | May 1997 - 1998 | 13.0% |

**Notes:**
Source: Shannon P. Pratt and Alina V. Niculita, "Valuing a Business, Fifth Edition,"  page 431.
(1) Although the years covered in this study are likely to be 1969 - 1972, no specific years w ere given in the published account.
(2) Median discount.

Gordon Brothers searched the Stout Restricted Stock Study[22] database, a recognized and generally accepted source, for transactions of companies based on different holding periods.  A summary of all transactions included within the Stout Restricted Stout Study is presented below.  As can be seen below, the average and median marketability discounts have declined as the holding periods have shortened. The holding period that a prospective buyer would expect when considering buying the minority 12.5% interest in Lennox would likely be much longer than two years.

[16] Milton Gelman, "An Economist-Financial Analyst's Approach to Valuing Stock of a Closely Held Company," Journal of Taxation, June 1972, pp. 353-354.
[17] Robert R. Trout, "Estimation of the Discount Associated with the Transfer of Restricted Securities," Taxes, June 1977, pp. 381-385.
[18] William L. Silber, "Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices," *Financial Analysts Journal*, July – August 1991, pp 60-64
[19] Thomas A. Solberg, "Valuing Restricted Securities: What Factors do the Courts and the Service Look For," Journal of Taxation (September 1979)
[20] William F. Pittock and Charles H. Stryker, "Revenue Ruling 77-287 Revisited," *SRC Quarterly Reports*, Spring 1983, pp 1-3
[21] (Shannon P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, 1996).
[22] In 2017, FMV Opinions, Inc. and the study were acquired by Stout.  The study is now known as the Stout Restricted Stock Study.



V. ADJUSTED BALANCE SHEET APPROACH

| Stout Restricted Stock Study[1] | Marketability Discounts | | |
|---|---|---|---|
| | Number | Average | Median |
| All Transactions | 762 | 20.6% | 15.8% |
| Two-Year Holding Period (Pre-1998) Transactions | 250 | 23.5% | 21.6% |
| One-Year Holding Period (1998-2007) Transactions | 342 | 21.4% | 15.4% |
| Six-Month Holding Period (Post-2007) Transactions | 170 | 14.6% | 11.3% |

Note:
(1) Source: Stout Restricted Stock Study (formerly FMV Restricted Stock Study)

Gordon Brothers then searched the database for transactions of companies operating as hotels. The search resulted in three comparable transactions.

| Stout Restricted Stock Study[1] | Marketability Discounts | | |
|---|---|---|---|
| | Number | Average | Median |
| All Hotel Transactions | 3 | 26.1% | 20.2% |
| Two-Year Holding Period (Pre-1998) Transactions - Hotels | 1 | 20.2% | 20.2% |
| One-Year Holding Period (1998-2007) Transactions - Hotels | 2 | 29.0% | 29.0% |
| Six-Month Holding Period (Post-2007) Transactions - Hotels | 0 | N/A | N/A |

Note:
(1) Source: Stout Restricted Stock Study (formerly FMV Restricted Stock Study)

Another recognized source of data comes from studies by Robert W. Baird & Company, which compared the sales of closely-held company shares to subsequent initial public offerings of the same company shares. These studies are summarized in the figure below.

| Emory Pre-IPO Studies | | | | |
|---|---|---|---|---|
| Study | Number of IPO Prospectuses Reviewed | Number of Qualifying Transactions | Mean Discount | Median Discount |
| 1997-2000 | 1,847 | 266 | 50.0% | 52.0% |
| 1995-1997 | 732 | 84 | 43.0% | 41.0% |
| 1994-1995 | 318 | 45 | 45.0% | 47.0% |
| 1992-1993 | 443 | 49 | 45.0% | 43.0% |
| 1990-1992 | 266 | 30 | 34.0% | 33.0% |
| 1989-1990 | 157 | 17 | 46.0% | 40.0% |
| 1987-1989 | 968 | 21 | 38.0% | 43.0% |
| 1985-1986 | 130 | 19 | 43.0% | 43.0% |
| 1980-1981 | 97 | 12 | 59.0% | 68.0% |
| All Nine Studies | 2,241 | 543 | 46.0% | 47.0% |

Notes:
Source: John D. Emory Sr., ASA, John D. Emory Jr., CFA, JD/MBA, F.R. Dengel III.
Business Valuation Review, December 2002.

Other studies using the same initial public offering data but eliminating the price levels shortly after the offering indicate that the average premium might be closer to 25% to 30%. The subject company had no prospects to go to a public market nor is there an active private market in the Company's shares, which decreases the comparability to these initial public offering data and supports the application of a

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



higher DLOM.  The factors evaluated in the study would suggest that the DLOM associated with an interest in Lennox could be greater than that indicated by the study.  The Baird studies are based on transactions of companies that enter into the public markets.  Since the subject would generally be considered too small to go public this study was not used for selection of an appropriate marketability discount.

Around the time the Emory Studies were first produced, Willamette Management Associates also conducted studies on prices of private stock transactions relative to those of subsequent public offerings of stock of the same companies.  Methodology in the Willamette Studies differs from that of the Emory Studies but reaches somewhat similar DLOM conclusions.

## Factors Affecting Marketability

Some of the factors specific to the subject that affect the size of the marketability discount are:

| Factors Affecting Marketability | | |
| --- | --- | --- |
| **Factors** | **Impact** | **Subject Company Characteristics** |
| Put Rights | Option to sell at a guaranteed price does not exist, increasing the discount. | The lack of a shareholder agreement and thus a lack of put rights increases the discount. |
| Dividend Payments | High dividends result in lower discounts. | The Company has not paid distributions historically.  This is not expected to change in the foreseeable future. This suggests a higher discount. |
| Potential Buyers | Many potential buyers reduce the discount. | Lennox has only three shareholders so the persons to whom a shareholder could sell his/her interest is quite limited. |
| Size of Block | Larger blocks are often harder to sell, increasing the discount. | A 12.5% interest would represent a small block and would be easier to sell than a larger, more expensive block.  However, the small block provides no potential 'swing vote' or control benefit to other minority shareholders. |
| Prospects of Public Offering or Sale of Company | No prospects to go public increases the discount. | Given the very limited size of Lennox's operations, the Company has no prospect of going public at this time. |
| Information Access | Readily available information reduces the discount. | Information regarding the Company is not readily available through public sources. |
| Restrictive Transfer Provisions | Excessive restrictions increase the discount. | There are no restrictions on the transfer of the 12.5% interest. |
| Ability to Finance | High collateralizable asset levels reduce the discount. | Income producing real estate represents an asset that can be highly collateralized.  Currently, the Company has a relatively small amount of debt compared to its net asset values. |
| Ownership Distribution | Fewer owners reach consensus easier, reducing the discount. | The equity of Lennox is owned by three shareholders, with one majority shareholder holding a 75.0% interest. An ownership structure consisting of one majority owner is less than optimal due to fewer points of view and voices of reason. |

## Discounts for Lack of Marketability in the Courts

The U.S. Tax Court has a long history of recognizing and allowing discounts for lack of marketability for non-controlling interests in closely-held companies.  Below is a brief summary of a few of the major U.S. Tax Court cases that have accepted a DLOM.

▪ *Mandelbaum v. Commissioner*[23] – This is probably the most famous case regarding DLOM.  The taxpayer and the IRS agreed on the freely-traded (marketable) minority value; thus, the only issue before the Tax Court was the DLOM.

The expert for the taxpayer cited seven restricted stock studies and other Pre-IPO studies.  The court used these studies as a starting point (35% average discount for restricted stock studies and 45% average discount for private transactions prior to

---

[23] *Mandelbaum v. Commissioner*, T.C. Memo 21006-96; 2006 Tax Ct. Memo LEXIS 97 (2006).

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



IPOs).  The expert listed nine factors that might cause the marketability discount for a given instance to be higher or lower than the benchmark averages.  The expert decided on a 30% discount.

The factors cited in this case were:

- Financial statement analysis
- Dividend policy
- Nature of the company, its history, its position within the industry, and its economic outlook
- Management
- Amount of control in the transferred shares
- Restrictions on transferability
- Holding period for the stock
- Company's redemption policy
- Cost associated with a public offering

The above factors have since often been referred to as the "Mandelbaum factors."  Many in the appraisal community believe that some of the factors, such as financial statement analysis, nature of the company, and management, constitute "double counting" because they would be reflected in the freely-traded value.  The court recognized the issue but felt that the factors also impacted the DLOM.

- *Estate of Jones v. Commissioner*[24] – In two complex limited partnerships involving several large ranches, one an 83.08% interest and the other a 16.915% interest, the Tax Court applied an 8% DLOM to each.  This case involved the formation of a trust by Jones to continue family ownership of the ranches that had been in the family for several generations.  Two partnerships were formed with Jones' children.  The issue of interest here was the DLOM.  The taxpayer's expert argued for a 20% discount.  This valuation was based in part on values of syndicated limited partnerships where it was acknowledged that a large DLOM was already built into the secondary market discount.  Although the taxpayer's expert adjusted the analysis of the data found in the restricted stock and pre-IPO studies to take into consideration the lack of marketability discount already allowed, the court found this adjustment inadequate.  The court allowed an 8% lack of marketability discount from the net asset value on the 83.08% interest and an 8% discount after a 40% minority discount on the 16.915% interest.

- *McCord v. Commissioner*[25] – This was a gift tax case involving interests in a limited liability partnership holding company.  The taxpayer's expert determined a 35% DLOM based on pre-IPO and restricted stock studies.  The IRS expert determined a 7% discount based on the expert's own study of 88 private placements.  The Tax Court found that of the 88 private placements, only the 29 middle market placements were useful.  Using these, the court concluded a 20% DLOM.  There was no rebuttal to the IRS DLOM evidence in this case.  On appeal, the Fifth Circuit reversed on legal grounds, rather than on valuation grounds; thus, the taxpayer's values were upheld, including a 35% DLOM based on restricted stock studies and pre-IPO studies.

- *Lappo v. Commissioner*[26] – In this case, the Tax Court found that a 21% initial DLOM was appropriate for an interest in a family limited partnership consisting of marketable securities and real estate subject to a long-term lease.  The court made a further upward adjustment of 3% to the discount to account for characteristics specific to the partnership, including the following:

  - The partnership was closely held with no real prospect of becoming publicly held.
  - The partnership was relatively small and not well known.
  - A present market for the partnership interests did not exist.
  - The partnership had a right of first refusal to purchase the interest.

- Estate of Kelly v. Commissioner[27] – The Tax Court in this case agreed that a DLOM was appropriate in valuing the interests in an investment family limited partnership, finding that there is not a ready market for partnership interests in a closely-held partnership. In determining the marketability discount, the taxpayer's expert used the restricted stock study approach and concluded a 38% marketability discount.  The IRS expert determined a 15% DLOM on the basis of the McCord Case.  The court was not persuaded

[24] *Estate of Jones v. Commissioner*, 2001 U.S. Tax Ct. LEXIS 11, 116 T.C. No. 11 (2001).
[25] *McCord v. Commissioner*, 461 F.3d 614, 2006 U.S. App. LEXIS 21473 (5th Cir. 2006).
[26] *Lappo v. Commissioner*, T.C. Memo 2003-258 (2003).
[27] *Estate of Kelley v. Commissioner*, T.C. Memo 2005-235 (2005).

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



by the taxpayer's approach, finding that the restricted stock studies examined mostly operating companies and that there are fundamental differences between an investment company holding easily valued and liquid assets and operating companies. However, the Tax Court was also not persuaded by the IRS's discount.  Because it declined to use either party's DLOM, the court conducted its own DLOM analysis, finding an initial 20% DLOM based on the McCord Case.  It further found that an upward adjustment of 3% was proper, based on the approach used in the Lappo Case, to incorporate characteristics specific to the partnership, thus concluding to a DLOM of 23%.

- Peracchio v. Commissioner[28] – The court in this case rejected the methodology of the taxpayer's experts, who relied on the Mandelbaum factors to arrive at a DLOM of at least 35%.  The court stated that nothing in Mandelbaum suggested that the range of discounts used in that case served any other purpose than to resolve the issues in that particular case.  The court further criticized the taxpayer's experts for failing to analyze and apply data from the restricted stock studies to the particular partnership interest being valued.  The court was also dissatisfied with the IRS expert, who had determined that the DLOM range was between 5% and 25% and then, without justification, arbitrarily picked the midpoint of the range, 15%, as his conclusion of the appropriate DLOM.  The court, treating the upper end of the IRS expert's range as a concession, ruled that 25% was the correct DLOM.

## Conclusion of Discount for Lack of Marketability

The following list describes some of the key items impacting the determination of the appropriate DLOM for the subject minority interest in Lennox.

- Lennox is a modest-sized company with no plans for a sale of the Company or an IPO in the near term, which argues for a larger DLOM.

- The size of the block of stock is small and does not offer any potential "swing vote value," which argues for a larger DLOM.

- The small size of the block of stock argues for a smaller DLOM because of its smaller value, which opens the interest to a broader size of potential investors.

- A lack of a shareholder agreement and no restrictions argues for a smaller DLOM.

Based on the above studies and factors, Gordon Brothers applied a DLOM of 20.0%, which is somewhat less than the results determined by the restricted stock studies and less than the results determined by the pre-IPO studies.

## APPLICATION OF DLOC AND DLOM

Applying a 20.0% DLOC and a 20.0% DLOM to the pro rata controlling, marketable basis value of 125 shares yields an indicated Fair Value of 125 shares on a minority, non-marketable basis of $1.904 million, as presented in the following figure.

---

[28] *Peracchio v. Commissioner*, T.C. Memo 2003-280 (2003).



**V. ADJUSTED BALANCE SHEET APPROACH**

## Lennox Miami Corp
## Fair Value of 125 Shares on a Minority, Non-Marketable Basis
## as of August 16, 2020

*($)*

| | | |
|---|---|---:|
| Indicated Fair Value of Equity - Controlling, Marketable Value[1] | $ | 38,691,804 |
| | | |
| **Additional Adjustments to Equity Value** | | |
| Pro Rata Share of 2020 Real Estate Taxes[2] | $ | (185,852) |
| PPP Loan[3] | $ | (243,095) |
| Breach of Contract Liability, Agnelli Employment Agreement[4] | $ | - |
| **Total** | $ | (428,947) |
| | | |
| **Adjusted Fair Value of Equity - Controlling, Marketable Value** | $ | 38,262,857 |
| | | |
| Less: Excess Paid in Capital[5] | $ | 14,460,909 |
| **Indicated Fair Value of Equity, Net of Excess Paid in Capital - Controlling, Marketable Value** | $ | 23,801,948 |
| | | |
| Equity Interest Subject to this Appraisal: 125 of 1,000 Shares Outstanding | | 12.50% |
| **Fair Value of 125 Shares - Controlling, Marketable Value** | $ | 2,975,243 |
| | | |
| Discount for Lack of Control[6] | 20.0% | $ | 595,049 |
| **Fair Value of 125 Shares - Minority, Marketable Value** | $ | 2,380,195 |
| | | |
| Discount for Lack of Marketability[7] | 20.0% | $ | 476,039 |
| **Fair Value of 125 Shares - Minority, Non-marketable Value** | $ | 1,904,156 |
| | | |
| **Indicated Fair Value of 125 Shares - Minority, Non-marketable Value** | $ | 1,900,000 |

**Notes:**

(1)  See Adjusted Balance Sheet Method figure in this report.

(2)  The adjusted balance sheet developed by Berkowitz Pollack Brant Advisors + CPAs excludes accrued real estate taxes.  Lennox's accrued real estate taxes through August 16, 2020 were estimated by multiplying the Company real estate taxes payable for 2020 of $297,363.46 by a fraction equal to 7.5 months divided by 12 months.

| | | |
|---|---|---:|
| 2020 real estate taxes | $ | 297,363 |
| Fraction of year through 8/16/2020 | | 0.625 |
| Accrued real estate taxes payable as of 8/16/2020 | $ | 185,852 |

(3)  In the spring of 2020, Lenox Payroll, LLC ("Lenox"), a subsidiary of Driftwood Hospitality Management II, LLC ("Driftwood"), obtained a PPP loan for $243,095 on behalf of Lennox.  In conjunction with that loan, Lennox entered into a repayment agreement with Lenox and Driftwood whereby Lennox agreed to repay the loan if the loan was not forgiven.  As of August 16, 2020, the loan had not been forgiven and represented a contingent liability for Lennox.

(4)  Diego Agnelli alleges that Lennox terminated his employment with the company without valid clause and as a result, he is entitled to recover $6.0 million in damages pursuant to the terms of his employment agreement with the Company. No amount was deducted for Mr. Agnelli's claim since litigation is pending and an assessment of the validity of the claim is beyond the scope of this appraisal.

(5)  See *Exhibit A* for calculation of excess paid in capital contributions attributed to Invernorth Limited.

(6)  Discount for lack of control was developed from analysis of control premium data and the prerogatives of control inherent in 125 shares out of 1,000 outstanding shares of stock in Lennox Miami Corp.

(7)  Discount for lack of marketability was developed from analysis of restricted stock and IPO studies and marketability factors specific to the subject 125 shares of stock.

32

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## VI. CONCLUSION OF VALUE

Based on the analysis detailed in this report, it is Gordon Brothers' opinion that the Fair Value of Mr. Agnelli's 125 shares in Lennox as of August 16, 2020 is $1,900,000.

### CLOSING REMARKS

This valuation has analyzed the subject property and financial data in the same manner as a prospective purchaser and a willing seller. The valuation analysis is subject to assumptions and conditions specified in this report and in the attached statement of *General Assumptions and Limiting Conditions*. The reasoning and procedures employed have been set forth in the preceding valuation report.

COMPANY NAME: Lennox Miami Corp
REPORT DATE: August 18, 2021
EFFECTIVE DATE: August 16, 2020
JOB NUMBER: 3095842



## VII. CERTIFICATION OF VALUE

It is hereby certified that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The analyses, opinions, and conclusions set forth in this report are limited only by the assumptions and limiting conditions (imposed by the terms of the assignment or by the undersigned) set forth by this report, and are our personal, unbiased, professional analyses, opinions, and conclusions.
- This appraisal report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and Standards of Professional Practice of The Appraisal Institute, the Uniform Standards of Professional Appraisal Practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal Foundation, and the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers.
- The use of this report is subject to the requirements of the American Society of Appraisers relating to review by its duly authorized representatives.  Disclosure of the contents of the appraisal report is governed by the Bylaws and Administrative Rules of the American Society of Appraisers.
- Gordon Brothers has no present or contemplated future interest in the property nor any personal interest or bias in the subject matter or the parties involved.
- The engagement of Gordon Brothers in this assignment was not contingent upon developing or reporting predetermined results.
- Neither the appraisal assignment nor the amount of the fee is contingent upon developing or reporting a predetermined value, requested minimum value, a direction in the value that favors the cause of the client, a specific valuation, the approval of a loan, the amount of the value estimates or attainment of a stipulated result, nor is our compensation contingent upon an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report, or the occurrence of a subsequent event directly related to the intended use of this appraisal.  Gordon Brothers has been compensated with a fee of $23,500 plus expenses for preparing this report.  Gordon Brothers will be compensated for additional time spent based on its standard hourly fee schedule.
- The appraiser(s) disclaim knowledge as to the appraised asset(s) operability, historical performance, and/or the existence of any hidden, latent, or undisclosed defects.
- Any statement(s) of condition are the result of visual inspection only and should not be construed as an opinion of operability or utility.
- No person or persons other than those acknowledged below prepared the analysis, conclusions, and opinions, or provided significant professional assistance.
- The American Society of Appraisers has a mandatory recertification program for all of its Senior Members.  Cameron E. Cook and Patrick Millar are in compliance with this program.
- The National Association of Certified Valuators and Analysts has a mandatory recertification program for all of its Certified Members.  Craig Kucik is in compliance with this program.
- The undersigned, unless denoted by an (*), has made an inspection of the property that is the subject of this report.
- Cameron E. Cook, Patrick Millar, and Craig Kucik have performed no services, as appraisers or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

Should you have any questions regarding the foregoing value estimates or require any further information, please contact the undersigned.

Respectfully submitted,

**Gordon Brothers Asset Advisors, LLC**


| | |
|---|---|
| *Cameron E Cook*  8-18-2021 | *Patrick M. Millar*  8-18-2021 |
| Cameron E. Cook, ASA, CIA, CDBV*  Date | Patrick Millar, ASA*  Date |
| *Craig Kucik*  8-18-2021 | |
| Craig Kucik, CVA*  Date | |

**COMPANY NAME:** Lennox Miami Corp
**REPORT DATE:** August 18, 2021
**EFFECTIVE DATE:** August 16, 2020
**JOB NUMBER:** 3095842



## VIII. GENERAL ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report has been made with the following general assumptions and limiting conditions.

- The contents of the appraisal and valuation as described hereof are to be considered confidential and for the use of the Client only. The valuation report has been prepared solely for the purpose stated and should not be used for any other purpose. Upon receipt of payment in full of the appraisal fee, the valuation shall be deemed to be owned by the Client or other specifically named intended users. Besides the Court in the lawsuit, no third party shall have any right to rely on the appraisal without Gordon Brothers' prior written consent.

- The personal property is appraised free and clear of any or all liens or encumbrances unless otherwise stated. Title to the property is assumed to be good and marketable unless otherwise indicated.

- It is assumed that all of the personal property included in the appraisal is owned by the company appraised. Gordon Brothers has relied upon management to identify any equipment that is leased or owned by parties unrelated to the appraisal. Conducting a UCC search is outside the scope of an appraisal assignment.

- The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy. Every reasonable attempt has been made to verify such information.

- It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the Appraisal Report.

- The value estimates submitted are based upon the definition of value stated in the body of the report as of the Effective Date.

- Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed and the Court in the lawsuit without the written consent of that party and, in any event, only with proper written qualification and only in its entirety.

- Following the delivery of this appraisal, no advice, opinion, perspective, or other communication by Gordon Brothers or its affiliates, regardless of the manner or circumstances given, may be relied upon by the Client or any other person for any reason absent a subsequent written engagement and/or a formal reissuance of the underlying appraisal report.

- Gordon Brothers reserves the right to recall all copies of this report to correct any error or omission.

- The appraiser, by reason of this appraisal, is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been made previously.

- Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

- Except to the extent otherwise set forth in a mutually executed agreement to which this report and the related appraisal engagement are subject: (i) the maximum liability of Gordon Brothers for the breach of any obligation in connection with this engagement or the report, and for any and all damages of any type or nature (whether in contract or in tort, and whether compensatory, consequential, or punitive in nature) sustained or claimed by the Company(ies) or any other person or entity in connection with this engagement or the report, shall be limited to the fee actually received by Gordon Brothers under the engagement letter; and (ii) in no event or circumstance shall Gordon Brothers have any liability to the Company(ies) or any other person or entity in excess of the fee actually paid to and received by Gordon Brothers under the engagement letter.

- This appraisal may not be included or referenced in any Securities and Exchange Commission ("SEC") or Canadian Securities Administrators ("CSA") filings without the prior written consent of Gordon Brothers.





# **Appendices**

I:   Appraiser Qualifications
II:  Exhibit A
III: Addendum of Financial Statements –
     Income Tax Basis
IV: Real Estate Appraisal – Lennox Hotel
     Miami Beach

## APPRAISER QUALIFICATIONS

### CAMERON E. COOK, ASA, CIA, CDBV

**Managing Director, Business Valuations**
Gordon Brothers
12200 N. Corporate Parkway, Suite 100
Mequon, WI 53092 USA

Office: 262.240.8801
Mobile: 414.378.3744
ccook@gordonbrothers.com

### Experience

Cameron Cook is responsible for overseeing business valuations and intangible asset valuations at Gordon Brothers. Cameron has prepared valuations of majority and minority equity positions of public companies and private closely held companies. During his appraisal career, which began in 1998, Cameron's reports have been used for merger and acquisition assistance, divestitures, shareholder agreements, estate settlement, gifting, minority shareholder rights cases, marital settlement cases, financing support, bankruptcy, restructuring proceedings and litigation support. Cameron performs business enterprise valuations, equity valuations, and intangible asset valuations for financial reporting under FASB Accounting Standard Codifications ASC 805, ASC 350, ASC 718 and other financial reporting and tax authority pronouncements. During his career, Cameron has served dozens of private equity groups and hedge funds, providing valuations of hard to value assets for the purposes of mark-to-market reporting and determining fund net asset value. As a court certified expert witness, Cameron has testified in various tribunal scenarios including before juries, judges, arbitrators, and deposition hearings. His valuation reports have been used as evidence in tax court, bankruptcy court and civil court.

### Industry Specialties (partial listing)

- Agriculture
- Apparel
- Automotive
- Biological & Medical Technologies
- Chemicals
- Communications
- Construction & Building Products
- Electronics & High-Tech
- Energy
- Fabricated Metal
- Food & Beverage
- Furniture
- Healthcare & Pharma
- Hospitality
- Jewelry
- Laboratories
- Machinery Manufacturing
- Mills & Primary Metals
- Mined & Quarried Products
- Mobile & Modular Units
- Packaging
- Paper
- Plastics & Rubber
- Printing & Publishing
- Rental & Leasing
- Restaurants
- Retail
- Software
- Sporting Goods
- Toys & Games
- Trucking & Transportation
- Warehousing & Storage
- Waste Management
- Wood Products

### Licenses, Accreditations, and Certifications

- Accredited Senior Appraiser (ASA), American Society of Appraisers
- Certified Internal Auditor (CIA), Institute of Internal Auditors
- Certification in Distressed Business Valuation (CDBV), Association of Insolvency & Restructuring Advisors

### Association Memberships

- American Society of Appraisers (President 2021/2022 – Wisconsin Chapter)
- Association of Insolvency and Restructuring Advisors
- Institute of Internal Auditors
- Licensing Executives Society

### Presentations and Publications

- Tax Benefits of Personal Goodwill in M&A Transactions, July 2020
- "Intellectual Property Value in the Covid-19 Era", The Secured Lender, June/July 2020
- Capturing the Value of Intellectual Property for Leveraged Finance Considerations, July 2019
- Utilizing Contracts as Collateral in Asset-Based Lending, July 2019
- Webinar Presenter, "The Life Cycle of an Appraisal," Secured Finance Network, June 2019
- The Challenges of Valuing Family Limited Partnerships Interests, August 2017
- Stock-Based Employee Compensation – Importance of Value, August 2017
- Valuing Distressed Companies: 12 Critical Questions, August 2017
- Panel Speaker, "Best Practices for Effective Fund Life Cycle Management: Maintaining Alignment in Mature Funds for GPs and LPs," September 2014
- Get Ready for Changes in Privately Held Companies as Baby Boomers Begin to Retire, October 2013
- Zombie Funds: Alive and Unwell, November 2012
- ESOP Valuation Experts Might be Harder to Find under Proposed ERISA Changes, July 2011



**Litigation Support**

Prepared valuation reports used as evidence in tax court, bankruptcy court, and civil court. As a court certified expert witness, testified in various tribunal scenarios including before juries, judges, arbitrators, and deposition hearings.

| | |
|---|---|
| District Court Eighth Judicial District, State of Minnesota, Swift County | Performed lost profit and damages analysis and expert report for a large breach of commercial contract case; testified before the Court. 2014-2016. |
| Circuit Court of Cook County, Illinois, Chancery Division | Prepared analysis and expert report for minority shareholder civil case. Testified in deposition. |
| Circuit Court for the State of Oregon, County of Morrow | Ethanol production plant property tax appeal case. Testified before a 12-person jury trial. |
| Circuit Court of Cook County, Illinois | Prepared valuation analysis and report used in minority shareholder civil case. Testified before a six-person jury. |
| Circuit Court Branch II Washington County, Wisconsin | Performed analysis to assist a Special Master to settle valuation dispute regarding two farm implement dealerships and grain mill. |
| United States District Court for the Northeastern District of Ohio, Eastern Division | Performed analysis and support for a rebuttal report regarding the retrospective value of a furniture store at the date of a contract default. Case was settled before trial. |
| State of Ohio, Ohio Board of Tax Appeal | Assisted in analysis and expert report regarding the valuation of an integrated steel mill using a Business Enterprise Valuation and Plant, Property, and Equipment overlay in a tax assessment dispute. |
| United States Bankruptcy Court Western District of New York | Prepared retrospective business valuation and report of metal fabricator in a fraudulent conveyance dispute. Reviewed plaintiff's expert report. |
| United States Bankruptcy Court Western District of Wisconsin | Prepared valuation analysis and report for client that was later used to support debtor's plan of reorganization in chapter 11 bankruptcy proceedings. 2017 |
| Superior Court of New Jersey Law Division, Monmouth County | Prepared appraisal of patented and unpatented technology in the medical equipment industry. Testified in deposition. Case settled without trial. 2016 |

**Education**

UNIVERSITY OF WISCONSIN – MADISON
Master of Business Administration – Finance, Investments and Banking
Bachelor of Science – Behavioral Science and Law, and Psychology

UNIVERSITY OF WISCONSIN – MILWAUKEE
Postgraduate – Accounting and Business



## APPRAISER QUALIFICATIONS

### PATRICK MILLAR, ASA

**Senior Manager, Valuations**
Gordon Brothers
1000 Business Center Circle, Suite 107
Newbury Park, CA 91320 USA

Office: 818.350.8061
Mobile: 805.341.2357
pmillar@gordonbrothers.com

### Experience

Patrick Millar has more than 25 years of experience providing business enterprise and equity valuations, economic analyses, intangible asset valuations and expert testimony to closely held and publicly traded businesses, government agencies and attorneys in private practice. He has extensive hands-on and managerial experience in the valuation of business entities ranging from billion-dollar international corporations to small locally owned partnerships and sole proprietorships.

### Industry Specialties (partial listing)

- Agriculture
- Aircraft Parts & Equipment
- Apparel
- Automotive
- Chemicals
- Construction & Building Products
- Department Stores
- Electronics & High-Tech

- Energy
- Ethanol
- Fabricated Metal
- Finance & Insurance
- Food & Beverage
- Furniture
- Healthcare & Pharma
- Homegoods & Housewares
- Machinery Manufacturing

- Medical Marijuana
- Mills and Primary Metals
- Mined & Quarried Products
- Mobile & Modular Units
- Oilfield Services
- Packaging
- Paper
- Plastics and Rubber
- Printing and Publishing

- Rental and Leasing
- Restaurants
- Retail
- Special Use Properties
- Trucking & Transportation
- Warehousing & Storage
- Waste Management
- Wood Products

### Licenses, Accreditation, and Certifications

- Accredited Senior Appraiser, American Society of Appraisers, Business Valuation

### Professional Development

- Attended the International Appraisers Conference hosted by the American Society of Appraisers, October 2015
- Attended the ASA/USC Tenth Annual Fair Value Conference hosted by the University of Southern California and the American Society of Appraisers, June 2015
- Attended "Inside View of the U.S. Tax Court with a discussion on two current tax court cases" hosted by the American Society of Appraisers, October 2014
- Attended "Time to Abandon Discounted NAV?  Why the Income Approach Should be the Cornerstone for Valuing All Private Minority Interests."  Business Valuation Resources, September 2014

### Association Memberships

- American Society of Appraisers, Senior Member

### Presentations and Publications

- How to Add Value to Your Next Appraisal: Part 3 – Intangibles, December 2014
- Ethanol: Fueling a Brighter Future?, August 2014
- Purchase of Assets vs. Purchase of a Business: What's the Big Difference?, February 2014
- "Valuation of Goodwill in Eminent Domain Proceedings," Right of Way Magazine, May 2001
- Presenter of "Financial Analysis and the Development of a Discounted Cash Flow Model," Right of Way Division of the California Department of Transportation
- Presenter of "Appraising Intangible Assets in Litigation," Legal Division of the California Department of Transportation

### Education

UNIVERSITY OF WISCONSIN – MADISON
Master of Business Administration, Finance

UNIVERSITY OF WISCONSIN – MADISON
Bachelor of Business Arts, Accounting, Finance and Risk and Insurance



## APPRAISER QUALIFICATIONS

### CRAIG KUCIK, CVA

**Manager, Valuations**
Gordon Brothers
12200 N. Corporate Parkway, Suite 100
Mequon, WI 53092 USA

Office: 262.240.8826
Mobile: 414.429.2532
ckucik@gordonbrothers.com

**Experience**
Craig Kucik is a manager in Gordon Brothers' Business Valuations practice. Craig has completed many business valuations across a wide range of industries during his appraisal career, which began in 2011.

**Industry Specialties (partial listing)**
- Automotive
- Chemicals
- Communications
- Construction & Building Products
- Electronics and High-Tech
- Energy
- Fabricated Metal
- Food & Beverage
- Healthcare and Pharma
- Homegoods and Housewares
- Insurance
- Internet and Catalog
- Laboratories
- Leases/Credit
- Machinery Manufacturing
- Mills and Primary Metals
- Mobile and Modular Units
- Oilfield and Gas Services
- Plastics and Rubber
- Printing and Publishing
- Rental and Leasing
- Restaurants
- Retail
- Software
- Trucking and Transportation
- Warehousing and Storage
- Wood Products

**Licenses, Accreditation, and Certifications**
- Accredited Senior Appraiser (Candidate), American Society of Appraisers
- Certified Valuation Analyst, National Association of Certified Valuators and Analysts

**Association Memberships**
- American Society of Appraisers
- National Association of Certified Valuators and Analysts
- Ambassador, Wisconsin Veterans Chamber of Commerce

**Education**
UNIVERSITY OF WISCONSIN – LA CROSSE
Bachelor of Science - Finance and Economics



**Report Date: August 18, 2021**                                                                                                                **Exhibit A**

## Lennox Miami Corp
## Calculation of Excess Paid in Capital
## as of August 16, 2020

*($)*

### Changes in Shareholders' Equity[1]

| | Invernorth Limited | Analia Castellanos | Diego Agnelli | Retained Earnings | Total |
|---|---|---|---|---|---|
| Balance as of December 31, 2018 | $ 45,443,059 | $ 6,800,125 | $ 6,800,125 | $ (2,025,887) | $ 57,017,422 |
| Capital Contributions | 9,818,600 | - | - | - | 9,818,600 |
| Net Income (Loss) | - | - | - | (2,384,951) | (2,384,951) |
| Capital Withdrawals | - | - | - | - | - |
| Dividend Distributions | - | - | - | - | - |
| Balance as of December 31, 2019 | $ 55,261,659 | $ 6,800,125 | $ 6,800,125 | $ (4,410,838) | $ 64,451,071 |

### Calculation of Excess Paid in Capital

| | Invernorth Limited | Analia Castellanos | Diego Agnelli | Total |
|---|---|---|---|---|
| Balance as of December 31, 2019 | $ 55,261,659 | $ 6,800,125 | $ 6,800,125 | $ 68,861,909 |
| Less:  Common Stock at Par Value | 750 | 125 | 125 | 1,000 |
| Paid in Capital | 55,260,909 | 6,800,000 | 6,800,000 | 68,860,909 |
| Share of Paid in Capital | 80.25% | 9.87% | 9.87% | 100.00% |
| | | | | |
| Paid in Capital | | 6,800,000 | 6,800,000 | |
| Ownership Interest in Paid in Capital | | 12.50% | 12.50% | |
| Allocable Paid in Capital | | 54,400,000 | 54,400,000 | 54,400,000 |
| | | | | |
| Excess Paid in Capital | | | | $ 14,460,909 |

### Reconciliation of Paid in Capital Balances

| | Invernorth Limited | Analia Castellanos | Diego Agnelli | Total |
|---|---|---|---|---|
| Total Paid in Capital | $ 55,260,909 | $ 6,800,000 | $ 6,800,000 | $ 68,860,909 |
| Less Excess Paid in Capital | 14,460,909 | - | - | 14,460,909 |
| Paid in Capital, Net of Excess | $ 40,800,000 | $ 6,800,000 | $ 6,800,000 | $ 54,400,000 |
| Share of Paid in Capital, Net of Excess | 75.0% | 12.5% | 12.5% | 100.0% |

<u>Notes:</u>
(1)   Change in Shareholders' Equity schedule was developed from Statement of Changes in Equity Tax Basis for the Twelve Months Ended December 31, 2019 as presented in Lennox's Financial Statements, December 31, 2019, Accountants' Compilation Report.



LENNOX MIAMI CORP

FINANCIAL STATEMENTS - INCOME TAX BASIS

As of and for the years ended
December 31, 2014,
December 31, 2015,
December 31, 2016,
December 31, 2017,
December 31, 2018,
December 31, 2019,

And as of and for the seven and a half months ended
August 16, 2020



LENNOX MIAMI CORP

FINANCIAL STATEMENTS – INCOME TAX BASIS

INDEX TO FINANCIAL STATEMENTS

Page

Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of December 31, 2014.................................................................... 2
Statement of Revenues and Expenses –
Income Tax Basis for the year ended December 31, 2014 ............................................ 3
Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of December 31, 2015.................................................................... 4
Statement of Revenues and Expenses –
Income Tax Basis for the year ended December 31, 2015 ............................................ 5
Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of December 31, 2016.................................................................... 6
Statement of Revenues and Expenses –
Income Tax Basis for the year ended December 31, 2016 ............................................ 7
Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of December 31, 2017.................................................................... 8
Statement of Revenues and Expenses –
Income Tax Basis for the year ended December 31, 2017 ............................................ 9
Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of December 31, 2018.................................................................... 10
Statement of Revenues and Expenses –
Income Tax Basis for the year ended December 31, 2018 ............................................ 11
Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of December 31, 2019.................................................................... 12
Statement of Revenues and Expenses –
Income Tax Basis for the year ended December 31, 2019 ............................................ 13
Statement of Assets, Liabilities and Stockholders' Equity –
Income Tax Basis as of August 16, 2020 ....................................................................... 14
Statement of Revenues and Expenses –
Income Tax Basis for the seven and a half months ended August 16, 2020................. 15

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of December 31, 2014 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| ASSETS: | | | | |
| CURRENT ASSETS: | | | | |
| Cash | $ 1,403,470 | | $ - | $ 1,403,470 |
| Restricted cash | 42,171 | | - | 42,171 |
| TOTAL CURRENT ASSETS | 1,445,641 | | - | 1,445,641 |
| BUILDING UNDER CONSTRUCTION | 14,327,536 | | - | 14,327,536 |
| CONSTRUCTION IN PROGRESS | 8,581,065 | A | (16,020) | 8,565,045 |
| PROPERTY AND EQUIPMENT, net | 11,833 | B | (5,351) | 9,536 |
| | | C | 3,054 | |
| OTHER ASSETS | 8,785 | | - | 8,785 |
| TOTAL ASSETS | $ 24,374,860 | | $ (18,317) | $ 24,356,543 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts payable | $ 25,144 | | $ - | $ 25,144 |
| Mortgage payable, current portion | 112,189 | | - | 112,189 |
| TOTAL CURRENT LIABILITIES | 137,333 | | - | 137,333 |
| MORTGAGE LOAN PAYABLE | 6,190,941 | | - | 6,190,941 |
| TOTAL LIABILITIES | 6,328,274 | | - | 6,328,274 |
| STOCKHOLDERS' EQUITY: | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | - | 1,000 |
| Additional paid-in-capital | 20,042,434 | | - | 20,042,434 |
| Accumulated deficit | (1,996,848) | A, B, C | (18,317) | (2,015,165) |
| TOTAL STOCKHOLDERS' EQUITY | 18,046,586 | | (18,317) | 18,028,269 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 24,374,860 | | $ (18,317) | $ 24,356,543 |

NOTES:

A - Adjustment to expense improperly capitalized construction in progress identified as non-business personal expenses incurred by Diego Agnelli:
| Lodging | $ 15,710 |
|---|---|
| Supplies | 310 |
| | $ 16,020 |

B - Adjustment to expense improperly capitalized furniture and equipment identified as non-business personal expenses incurred by Diego Agnelli (Shown as PP&E in 2014).

C - See Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2014 (Adjusted).

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2014 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

Year Ended December 31, 2014 (Adjusted)

|  | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $            20,598 | $            - | $            20,598 |
| EXPENSES: |  |  |  |  |
| Salaries and wages | 139,008 |  | - | 139,008 |
| Salary, officer | 90,000 |  | - | 90,000 |
| General and administrative | 136,877 | B | (16,780) | 120,097 |
| Marketing and advertising expenses | 7,357 |  | - | 7,357 |
| Depreciation expense | 11,497 | C | (3,054) | 8,443 |
| TOTAL EXPENSES | 384,739 |  | (19,834) | 364,905 |
| TOTAL LOSS BEFORE OTHER INCOME | (364,141) |  | 19,834 | (344,307) |
| OTHER INCOME AND EXPENSES: |  |  |  |  |
| Other income | 8,191 |  | - | 8,191 |
| Other expense | (6,536) |  | - | (6,536) |
| Interest income | 6,697 |  | - | 6,697 |
| TOTAL OTHER INCOME, net | 8,352 |  | - | 8,352 |
| NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI: |  |  |  |  |
| General and administrative | - | B | 16,780 | 16,780 |
| Construction in progress | - | A | 16,020 | 16,020 |
| Property and equipment | - | A | 5,351 | 5,351 |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI | - |  | 38,151 | 38,151 |
| NET LOSS | $           (355,789) | $           (18,317) | $           (374,106) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2014 (Adjusted).

B - Reclassification of expenses identified as non-business personal expenses incurred by Diego Agnelli from general and administrative:

| | |
|---|---|
| Travel | $            8,908 |
| Meals and entertainment | 3,339 |
| Office expenses | 2,983 |
| Fuel expense | 813 |
| Parking and tolls | 338 |
| Office supplies | 296 |
| Repairs and maintenance | 103 |
| Total | $            16,780 |

C - Adjustment to reverse current year depreciation related to improper capitalization of identified non-business personal expenses incurred by Diego Agnelli.

The Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2014 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of December 31, 2015 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| ASSETS: | | | | |
| CURRENT ASSETS: | | | | |
| Cash | $ 3,124,438 | | $ - | $ 3,124,438 |
| Restricted cash | 25,194 | | - | 25,194 |
| TOTAL CURRENT ASSETS | 3,149,632 | | - | 3,149,632 |
| | | | | |
| BUILDING UNDER CONSTRUCTION | 14,327,536 | | - | 14,327,536 |
| CONSTRUCTION IN PROGRESS | 12,487,747 | A | (16,020) | 12,452,174 |
| | | B | (19,553) | |
| START UP COSTS | 1,298,438 | E | (24,361) | 1,274,077 |
| INVESTMENT | 100,000 | | | 100,000 |
| | | C | (6,600) | |
| OTHER ASSETS | 32,473 | A | (2,297) | 23,576 |
| | | | | |
| TOTAL ASSETS | $ 31,395,826 | | $ (68,831) | $ 31,326,995 |
| | | | | |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts payable | $ 24,330 | | $ - | $ 24,330 |
| Subscription payable | 57,690 | | - | 57,690 |
| Loan payable, affiliate | 100,000 | | - | 100,000 |
| Mortgage payable, current portion | 137,877 | | - | 137,877 |
| TOTAL CURRENT LIABILITIES | 319,897 | | - | 319,897 |
| | | | | |
| MORTGAGE LOAN PAYABLE | 6,027,522 | | - | 6,027,522 |
| | | | | |
| TOTAL LIABILITIES | 6,347,419 | | - | 6,347,419 |
| | | | | |
| STOCKHOLDERS' EQUITY: | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | - | 1,000 |
| Additional paid-in-capital | 27,042,438 | | - | 27,042,438 |
| Accumulated deficit | (1,995,031) | A, B, C, D, E | (68,831) | (2,063,862) |
| TOTAL STOCKHOLDERS' EQUITY | 25,048,407 | | (68,831) | 24,979,576 |
| | | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 31,395,826 | | $ (68,831) | $ 31,326,995 |

NOTES:

A - Prior year (2014) adjustments identified as non-business personal expenses incurred by Diego Agnelli.

B - Adjustment to expense $19,553 in lodging improperly capitalized to construction in progress, identified as non-business personal expenses incurred by Diego Agnelli.

C - Adjustment to expense $6,600 in furniture and equipment, improperly capitalized to other assets identified as non-business personal expenses incurred by Diego Agnelli (Shown as PP&E in 2014).

D - See Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2015 (Adjusted).

E - Adjustment to expense improperly capitalized start-up costs identified as non-business personal expenses incurred by Diego Agnelli:

| | | |
|---|---|---|
| Travel | $ | 14,638 |
| Office supplies | | 5,686 |
| Fuel expense | | 1,578 |
| Meals and entertainment | | 1,100 |
| Parking and tolls | | 928 |
| Repairs and maintenance | | 431 |
| Total | $ | 24,361 |

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2015 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

Year Ended December 31, 2015 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $ - | | $ - | $ - |
| EXPENSES: | | | | |
| Salaries and wages | 184,734 | | - | 184,734 |
| Salary, officer | 90,000 | | - | 90,000 |
| General and administrative | 163,688 | | - | 163,688 |
| Marketing and advertising expenses | 73 | | - | 73 |
| Capitalized expenses | (433,619) | | - | (433,619) |
| TOTAL EXPENSES | 4,876 | | - | 4,876 |
| TOTAL LOSS BEFORE OTHER INCOME | (4,876) | | - | (4,876) |
| OTHER INCOME: | | | | |
| Interest income | 6,693 | | - | 6,693 |
| TOTAL OTHER INCOME | 6,693 | | - | 6,693 |
| NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI: | | | | |
| Startup costs | - | A | 24,361 | 24,361 |
| Construction in progress | - | A | 19,553 | 19,553 |
| Other assets | - | A | 6,600 | 6,600 |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI | - | | 50,514 | 50,514 |
| NET INCOME (LOSS) | $ 1,817 | | $ (50,514) | $ (48,697) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2015 (Adjusted).

The Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2015 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of December 31, 2016 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| ASSETS: | | | | |
| CURRENT ASSETS: | | | | |
| Cash | $ 3,247,335 | | $ - | $ 3,247,335 |
| Restricted cash | 40,162 | | - | 40,162 |
| TOTAL CURRENT ASSETS | 3,287,497 | | - | 3,287,497 |
| CONSTRUCTION IN PROGRESS | 21,676,126 | A | (35,573) | 21,626,788 |
| | | B | (13,765) | |
| BUILDING UNDER CONSTRUCTION | 14,327,536 | | - | 14,327,536 |
| START UP COSTS | 2,016,861 | A | (24,361) | 1,970,904 |
| | | D | (21,596) | |
| INVESTMENT | 250,000 | | - | 250,000 |
| LOAN RECEIVABLE, AFFILIATE | 165,430 | | - | 165,430 |
| OTHER ASSETS | 39,688 | A | (8,897) | 30,791 |
| TOTAL ASSETS | $ 41,763,138 | | $ (104,192) | $ 41,658,946 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts payable | $ 689,308 | | $ - | $ 689,308 |
| Mortgage payable, current portion | 128,334 | | - | 128,334 |
| TOTAL CURRENT LIABILITIES | 817,642 | | - | 817,642 |
| MORTGAGE LOAN PAYABLE | 5,898,950 | | - | 5,898,950 |
| TOTAL LIABILITIES | 6,716,592 | | - | 6,716,592 |
| STOCKHOLDERS' EQUITY: | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | - | 1,000 |
| Additional paid-in-capital | 37,043,638 | | - | 37,043,638 |
| Accumulated deficit | (1,998,092) | A, B, C, D | (104,192) | (2,102,284) |
| TOTAL STOCKHOLDERS' EQUITY | 35,046,546 | | (104,192) | 34,942,354 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 41,763,138 | | $ (104,192) | $ 41,658,946 |

NOTES:

A - Prior years (2014 and 2015) adjustments identified as non-business personal expenses incurred by Diego Agnelli.

B - Adjustment to expense improperly capitalized construction in progress identified as non-business personal expenses incurred by Diego Agnelli:

| | |
|---|---|
| Lodging | $ 11,992 |
| Supplies | 1,773 |
| | $ 13,765 |

C - See Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2016 (Adjusted).

D - Adjustment to expense improperly capitalized start-up costs identified as non-business personal expenses incurred by Diego Agnelli:

| | |
|---|---|
| Office supplies | $ 9,771 |
| Meals and entertainment | 8,074 |
| Fuel expense | 1,778 |
| Parking and tolls | 691 |
| Taxis and transportation | 625 |
| Dues and subscriptions | 340 |
| Maintenance expense | 168 |
| Education and seminars | 149 |
| Total | $ 21,596 |

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2016 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

Year Ended December 31, 2016 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $ - | $ - | | $ - |
| EXPENSES: | | | | |
| Salaries and wages | 208,239 | | - | 208,239 |
| Salary, officer | 90,000 | | - | 90,000 |
| General and administrative | 167,698 | | - | 167,698 |
| Capitalized expenses | (456,139) | | - | (456,139) |
| TOTAL EXPENSES | 9,798 | | - | 9,798 |
| TOTAL LOSS BEFORE OTHER INCOME | (9,798) | | - | (9,798) |
| OTHER INCOME: | | | | |
| Interest income | 6,737 | | - | 6,737 |
| TOTAL OTHER INCOME | 6,737 | | - | 6,737 |
| NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI: | | | | |
| Start up costs | - | A | 21,596 | 21,596 |
| Construction in progress | - | A | 13,765 | 13,765 |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI | - | | 35,361 | 35,361 |
| NET LOSS | $ (3,061) | | $ (35,361) | $ (38,422) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2016 (Adjusted).

The Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2016 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of December 31, 2017 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| **CURRENT ASSETS:** | | | | |
| Cash | $   2,975,232 | | $              - | $   2,975,232 |
| Restricted cash | 19,292 | | - | 19,292 |
| TOTAL CURRENT ASSETS | 2,994,524 | | | 2,994,524 |
| | | | | |
| CONSTRUCTION IN PROGRESS | 30,395,048 | A | (58,235) | 30,246,814 |
| | | B | (89,999) | |
| BUILDING UNDER CONSTRUCTION | 14,327,536 | | - | 14,327,536 |
| START UP COSTS | 2,855,242 | A | (45,957) | 2,712,089 |
| | | D | (93,469) | |
| | | C | (3,727) | |
| LOAN RECEIVABLE, AFFILIATE | 1,104,447 | | - | 1,104,447 |
| INVESTMENT | 550,000 | | - | 550,000 |
| OTHER ASSETS | 10,185 | | - | 10,185 |
| | | | | |
| TOTAL ASSETS | $  52,236,982 | | $   (291,387) | $  51,945,595 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| **CURRENT LIABILITIES:** | | | | |
| Accounts payable | $   1,326,325 | C | $      (3,727) | $   1,322,598 |
| Mortgage payable, current portion | 135,728 | | - | 135,728 |
| TOTAL CURRENT LIABILITIES | 1,462,053 | | (3,727) | 1,458,326 |
| | | | | |
| MORTGAGE LOAN PAYABLE | 5,755,828 | | - | 5,755,828 |
| | | | | |
| TOTAL LIABILITIES | 7,217,881 | | (3,727) | 7,214,154 |
| | | | | |
| **STOCKHOLDERS' EQUITY:** | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | - | 1,000 |
| Additional paid-in-capital | 47,043,638 | | - | 47,043,638 |
| Accumulated deficit | (2,025,537) | A, B, C, D | (287,660) | (2,313,197) |
| TOTAL STOCKHOLDERS' EQUITY | 45,019,101 | | (287,660) | 44,731,441 |
| | | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $  52,236,982 | | $   (291,387) | $  51,945,595 |

NOTES:

A - Prior years (2014, 2015 and 2016) adjustments identified as non-business personal expenses incurred by Diego Agnelli.

B - Adjustment to expense improperly capitalized construction in progress identified as non-business personal expenses incurred by Diego Agnelli:

| | |
|---|---|
| Lodging | $        67,087 |
| Furniture and equipment | 11,026 |
| Supplies | 8,793 |
| Marketing materials | 2,643 |
| Legal | 450 |
| | $        89,999 |

C - Reclassification of improperly capitalized legal fees identified as non-business personal expenses incurred by Diego Agnelli, unpaid at December 31, 2017.

D - Adjustment to expense improperly capitalized start-up costs identified as non-business personal expenses incurred by Diego Agnelli:

| | |
|---|---|
| Unapproved salary, officer and related payroll taxes | $        70,785 |
| Office supplies | 10,422 |
| Taxis and transportation | 2,951 |
| Attorney and legal fees | 2,500 |
| Office expenses | 1,730 |
| Fuel expense | 1,482 |
| Parking and tolls | 1,093 |
| Travel | 1,006 |
| Advertising and promotion | 587 |
| Dues and subscriptions | 400 |
| Repairs and maintenance | 267 |
| Maintenance expense | 152 |
| Cleaning and maintenance | 70 |
| Delivery and courier | 24 |
| Total | $        93,469 |

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2017 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

Year Ended December 31, 2017 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $          - | | $          - | $          - |
| EXPENSES: | | | | |
| Salaries and wages | 212,849 | | - | 212,849 |
| Salary, officer | 157,500 | | - | 157,500 |
| General and administrative | 228,062 | B | (17,126) | 210,936 |
| Marketing and advertising expenses | 1,598 | | - | 1,598 |
| Capitalized expenses | (566,283) | | - | (566,283) |
| TOTAL EXPENSES | 33,726 | | (17,126) | 16,600 |
| TOTAL LOSS BEFORE OTHER INCOME | (33,726) | | 17,126 | (16,600) |
| OTHER INCOME: | | | | |
| Interest income | 6,762 | | - | 6,762 |
| TOTAL OTHER INCOME | 6,762 | | - | 6,762 |
| NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI: | | | | |
| General and administrative | - | B | 17,126 | 17,126 |
| Start up costs | - | A | 93,469 | 93,469 |
| Construction in progress | - | A | 89,999 | 89,999 |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI | - | | 200,594 | 200,594 |
| NET LOSS | $    (26,964) | | $   (183,468) | $   (210,432) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2017 (Adjusted).

B - Reclassification of expenses identified as non-business personal expenses incurred by Diego Agnelli, from general and administrative:

| | | |
|---|---|---|
| Meals and entertainment | $ | 14,612 |
| Business gifts | | 2,514 |
| Total | $ | 17,126 |

The Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2017 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of December 31, 2018 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| **CURRENT ASSETS:** | | | | |
| Cash | $   1,643,939 | | $        - | $   1,643,939 |
| Restricted cash | 29,237 | | - | 29,237 |
| TOTAL CURRENT ASSETS | 1,673,176 | | - | 1,673,176 |
| | | | | |
| CONSTRUCTION IN PROGRESS | 42,250,658 | A | (148,234) | 40,991,154 |
| | | B | (1,111,270) | |
| BUILDING UNDER CONSTRUCTION | 14,347,548 | | - | 14,347,548 |
| START UP COSTS | 5,605,563 | A | (143,153) | 3,995,110 |
| | | D | (1,467,300) | |
| OTHER ASSETS | 36,004 | | - | 36,004 |
| | | | | |
| TOTAL ASSETS | $   63,912,949 | | $   (2,869,957) | $   61,042,992 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| **CURRENT LIABILITIES:** | | | | |
| Accounts payable | $   1,119,655 | A | $        (3,727) | $   1,115,928 |
| Mortgage payable, current portion | 1,257,290 | | - | 1,257,290 |
| TOTAL CURRENT LIABILITIES | 2,376,945 | | (3,727) | 2,373,218 |
| | | | | |
| MORTGAGE LOAN PAYABLE | 4,518,583 | | - | 4,518,583 |
| | | | | |
| TOTAL LIABILITIES | 6,895,528 | | (3,727) | 6,891,801 |
| | | | | |
| **STOCKHOLDERS' EQUITY:** | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | - | 1,000 |
| Additional paid-in-capital | 59,042,309 | | - | 59,042,309 |
| Accumulated deficit | (2,025,888) | A, B, C, D | (2,866,230) | (4,892,118) |
| TOTAL STOCKHOLDERS' EQUITY | 57,017,421 | | (2,866,230) | 54,151,191 |
| | | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $   63,912,949 | | $   (2,869,957) | $   61,042,992 |

NOTES:

A - Prior years (2014, 2015, 2016 and 2017) adjustments identified as non-business personal expenses incurred by Diego Agnelli.

B - Adjustment to expense improperly capitalized construction in progress identified as non-business personal expenses incurred by Diego Agnelli:

| | |
|---|---|
| Furniture hotel | $        440,526 |
| Owner representative | 425,218 |
| Construction | 92,784 |
| Lodging | 79,601 |
| Professional fees construction | 22,601 |
| Furniture and equipment | 17,733 |
| Fixtures | 12,452 |
| Lawn and pest control | 11,433 |
| Supplies | 7,841 |
| Driftwood | 458 |
| Marketing materials | 403 |
| Building Permit | 151 |
| Legal | 69 |
| Total | $      1,111,270 |

C - See Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2018 (Adjusted).

D - Adjustment to expense improperly capitalized start-up costs identified as non-business personal expenses incurred by Diego Agnelli:

| | | |
|---|---|---|
| Unapproved salary, officer and related payroll taxes | $      1,290,796 | Note 1 |
| Travel | 103,457 | |
| Meals | 27,661 | |
| Office expenses | 20,290 | |
| Dues and subscriptions | 4,834 | |
| Taxis and transportation | 4,283 | |
| Attorney and legal fees | 3,727 | |
| Education and seminars | 2,190 | |
| Business gifts | 2,097 | |
| Fuel expense | 2,093 | |
| Parking and tolls | 1,765 | |
| Bad debt | 1,246 | |
| Repairs and maintenance | 1,053 | |
| Maintenance expense | 518 | |
| Commission and other services | 447 | |
| Advertising and promotion | 384 | |
| Automobile | 324 | |
| Cleaning and maintenance | 120 | |
| Delivery and courier | 13 | |
| Bank fees | 2 | |
| Total | $      1,467,300 | |

Note 1: The unapproved salary, officer and related payroll tax adjustment totaling $1,290,796 assumes the employment agreement for Diego Agnelli is unenforceable. If Diego Agnelli's employment agreement is deemed enforceable the total adjustment would be $162,320, a decrease of $(1,128,476).

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2018 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

Year Ended December 31, 2018 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $ - | | $ - | $ - |
| EXPENSES: | | | | |
| Salaries and wages | 405,765 | | - | 405,765 |
| Salary, officer | 1,360,000 | | - | 1,360,000 |
| General and administrative | 534,820 | | - | 534,820 |
| Marketing and advertising expenses | 3,354 | | - | 3,354 |
| Capitalized expenses | (2,157,077) | | - | (2,157,077) |
| TOTAL EXPENSES | 146,862 | | - | 146,862 |
| TOTAL LOSS BEFORE OTHER INCOME | (146,862) | | - | (146,862) |
| OTHER INCOME: | | | | |
| Other income | 140,000 | | - | 140,000 |
| Interest income | 6,862 | | - | 6,862 |
| TOTAL OTHER INCOME | 146,862 | | - | 146,862 |
| NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI: | | | | |
| Start up costs | - | A | 1,467,300 | 1,467,300 |
| Construction in progress | - | A | 1,111,270 | 1,111,270 |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI | - | | 2,578,570 | 2,578,570 |
| NET LOSS | $ - | | $ (2,578,570) | $ (2,578,570) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2018 (Adjusted).

The Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2018 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of December 31, 2019 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| **CURRENT ASSETS:** | | | | |
| Cash | $ 2,106,261 | | $ - | $ 2,106,261 |
| Accounts receivable | 88,895 | | - | 88,895 |
| Restricted cash | 49,255 | | - | 49,255 |
| Prepaid expenses | 32,349 | | | 32,349 |
| Note receivable | 10,616 | | - | 10,616 |
| TOTAL CURRENT ASSETS | 2,287,376 | | - | 2,287,376 |
| | | | | |
| **PROPERTY AND EQUIPMENT** | | | | |
| Building | 47,394,559 | A | (1,228,448) | 45,785,276 |
| | | B | (380,835) | |
| Land | 11,848,640 | | - | 11,848,640 |
| Building improvements | 351,287 | | - | 351,287 |
| Furniture and equipment | 202,634 | A | (34,110) | 158,178 |
| | | E | (10,346) | |
| | | C | 247,720 | |
| Accumulated depreciation | (660,810) | A | 3,054 | (410,036) |
| TOTAL PROPERTY AND EQUIPMENT, net | 59,136,310 | | (1,402,965) | 57,733,345 |
| | | | | |
| **INTANGIBLES** | | | | |
| Start up costs | 7,865,795 | A | (1,610,453) | 5,030,101 |
| | | D | (1,225,241) | |
| Loan costs | 2,416,237 | | - | 2,416,237 |
| Software | 65,876 | | - | 65,876 |
| Trademark | 15,926 | | - | 15,926 |
| Accumulated amortization | (730,835) | C | 236,308 | (494,527) |
| TOTAL INTANGIBLES, net | 9,632,999 | | (2,599,386) | 7,033,613 |
| | | | | |
| OTHER ASSETS | 7,685 | | - | 7,685 |
| | | | | |
| TOTAL ASSETS | $ 71,064,370 | | $ (4,002,351) | $ 67,062,019 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| **CURRENT LIABILITIES:** | | | | |
| Accounts payable | $ 796,242 | | $ - | $ 796,242 |
| Other payables | 189,721 | | - | 189,721 |
| Mortgage payable, current portion | 34,962 | | - | 34,962 |
| TOTAL CURRENT LIABILITIES | 1,020,925 | | - | 1,020,925 |
| | | | | |
| MORTGAGE LOAN PAYABLE | 5,592,383 | | - | 5,592,383 |
| | | | | |
| TOTAL LIABILITIES | 6,613,308 | | - | 6,613,308 |
| | | | | |
| **STOCKHOLDERS' EQUITY:** | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | | 1,000 |
| Additional paid-in-capital | 68,860,909 | | | 68,860,909 |
| Accumulated deficit | (4,410,847) | A, B, C, D | (4,002,351) | (8,413,198) |
| TOTAL STOCKHOLDERS' EQUITY | 64,451,062 | | (4,002,351) | 60,448,711 |
| | | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 71,064,370 | | $ (4,002,351) | $ 67,062,019 |

NOTES:

A - Prior years (2014, 2015, 2016, 2017 and 2018) adjustments identified as non-business personal expenses incurred by Diego Agnelli.

B - Adjustment to expense improperly capitalized construction in progress identified as non-business personal expenses incurred by Diego Agnelli:

| | | |
|---|---|---|
| Furniture Hotel | $ | 99,928 |
| Owner representative | | 97,644 |
| Lodging | | 87,833 |
| Construction | | 34,958 |
| Professional fees construction | | 30,537 |
| Supplies | | 14,179 |
| Fixtures | | 7,961 |
| Hotel | | 2,680 |
| Lawn and pest control | | 1,960 |
| Hotel decor | | 1,557 |
| Marketing materials | | 1,119 |
| Restaurant | | 479 |
| Total | $ | 380,835 |

C - See Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2019 (Adjusted).

D - Adjustment to expense improperly capitalized start-up costs identified as non-business personal expenses incurred by Diego Agnelli:

| | | |
|---|---|---|
| Unapproved salary, officer and related payroll taxes | $ 1,009,551 | Note 1 |
| Travel | 65,527 | |
| Office expenses | 36,109 | |
| Meals | 30,522 | |
| Start-up costs | 29,599 | |
| Repairs and maintenance | 14,494 | |
| Commission and other services | 8,988 | |
| Attorney and legal fees | 6,133 | |
| Dues and subscriptions | 4,232 | |
| Parking and tolls | 3,821 | |
| Taxis and transportation | 2,998 | |
| Uniform expense | 2,991 | |
| Fuel expense | 2,438 | |
| Office equipment | 1,570 | |
| Hotel preopening expenses | 1,521 | |
| Moving expenses | 1,500 | |
| Office supplies | 1,442 | |
| Advertising and promotion | 1,265 | |
| Education and seminars | 540 | |
| Total | $ 1,225,241 | |

E - Adjustment to expense improperly capitalized furniture and equipment totaling $10,346 identified as non-business personal expenses incurred by Diego Agnelli.

Note 1: The unapproved salary, officer and related payroll tax adjustment totaling $1,009,551, for the period subject to capitalization in 2019 of January – July, assumes the employment agreement for Diego Agnelli is unenforceable. If Diego Agnelli's employment agreement is deemed enforceable the total adjustment would be $350,002, a decrease of $(659,549).

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2019 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

Year Ended December 31, 2019 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $ 2,112,062 | $ - | | $ 2,112,062 |
| COST OF REVENUES | 547,374 | | | 547,374 |
| GROSS PROFIT | 1,564,688 | | - | 1,564,688 |
| | | | | |
| EXPENSES: | | | | |
| Salaries and wages | 741,302 | D | - | 741,302 |
| Salary, officer | 1,689,615 | D | (607,115) | 1,082,500 |
| General and administrative | 1,954,319 | C | (244,142) | 1,710,177 |
| Marketing and advertising expenses | 178,516 | E | (1,166) | 177,350 |
| Amortization and depreciation expense | 1,391,645 | B | (484,028) | 907,617 |
| Capitalized expenses | (1,985,394) | | - | (1,985,394) |
| | | | | |
| TOTAL EXPENSES | 3,970,003 | | (1,336,451) | 2,633,552 |
| | | | | |
| TOTAL LOSS BEFORE OTHER INCOME | (2,405,315) | | 1,336,451 | (1,068,864) |
| | | | | |
| OTHER INCOME AND EXPENSES: | | | | |
| Other income | 170,597 | | - | 170,597 |
| Interest income | 6,869 | | - | 6,869 |
| Other expense | (44,330) | | - | (44,330) |
| Interest expense | (112,780) | | - | (112,780) |
| | | | | |
| TOTAL OTHER INCOME, net | 20,356 | | - | 20,356 |
| | | | | |
| NON-BUSINESS PERSONAL EXPENSES INCURRED | | | | |
| BY DIEGO AGNELLI: | | | | |
| Start up costs | - | A | 1,225,241 | 1,225,241 |
| Salary, officer | - | D | 607,115 | 607,115 |
| Building | - | A | 380,835 | 380,835 |
| General and administrative | - | C | 244,142 | 244,142 |
| Property and equipment | - | A | 10,346 | 10,346 |
| Marketing and advertising expenses | - | E | 1,166 | 1,166 |
| | | | | |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED | | | | |
| BY DIEGO AGNELLI | - | | 2,468,845 | 2,468,845 |
| | | | | |
| NET LOSS | $ (2,384,959) | | $ (1,132,394) | $ (3,517,353) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of December 31, 2019 (Adjusted).

B - Adjustment to reverse current year amortization and depreciation related to improper capitalization of identified non-business personal expenses incurred by Diego Agnelli.

C - Reclassification of expenses, for the period not subject to capitalization in 2019 of August - December,  identified as non-business personal expenses incurred by Diego Agnelli, from general and administrative:

| | | |
|---|---|---|
| Travel | $ 76,190 | |
| Lodging rent | 57,500 | |
| Meals | 16,375 | |
| Office expenses | 15,476 | |
| Attorney and legal fees | 12,133 | |
| Repairs and maintenance | 11,310 | |
| Office equipment | 10,939 | |
| Commission and other services | 10,215 | |
| Payroll taxes related to unapproved officer s | 8,803 | Note 1 |
| Franchise expense | 6,000 | |
| Hotel design and decor | 3,267 | |
| Parking and tolls | 2,992 | |
| Rooms | 2,963 | |
| Construction materials expense | 2,368 | |
| Hotel room supplies | 1,493 | |
| Uniform expense | 1,060 | |
| Taxis and transportation | 951 | |
| Fuel expense | 948 | |
| Dues and subscriptions | 881 | |
| A/C | 859 | |
| Landscape and pest control | 696 | |
| Office supplies | 337 | |
| Hotel preopening expenses | 280 | |
| Insurance expense | 71 | |
| Bank fees | 35 | |
| Total | $ 244,142 | |

D -  Reclassification of officer salary, for the period not subject to capitalization  in 2019 of August - December, totaling $607,115 identified as unapproved salary payments to Diego Agnelli, assuming the employment agreement is unenforceable. If Diego Agnelli's employment agreement is deemed enforceable the adjustment would be $144,615, a decrease of $(462,500).

E -  Reclassification of Marketing and advertising expenses , for the period not subject to capitalization in 2019 of August - December,  totaling $1,166 identified as non-business personal expenses incurred by Diego Agnelli.

Note 1: The payroll tax adjustment related to unapproved officer salary, for the period not subject to capitalization  in 2019 of August - December, totaling $8,803 assumes the employment agreement for Diego Agnelli is unenforceable. If Diego Agnelli's employment agreement is deemed enforceable the payroll tax adjustment would be $2,097, a decrease of $(6,706).

The Statement of Revenues and Expenses - Income Tax Basis for the year ended December 31, 2019 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance.  Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting.  These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

LENNOX MIAMI CORP
STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS'
EQUITY - INCOME TAX BASIS

As of August 16, 2020 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| ASSETS: | | | | |
| CURRENT ASSETS: | | | | |
| Cash | $ 1,058,512 | | $ - | $ 1,058,512 |
| Accounts receivable | 255,058 | | - | 255,058 |
| Restricted cash | 84,902 | | - | 84,902 |
| Prepaid expenses | 32,349 | | - | 32,349 |
| Note receivable | 12,867 | | - | 12,867 |
| TOTAL CURRENT ASSETS | 1,443,688 | | - | 1,443,688 |
| | | | | |
| PROPERTY AND EQUIPMENT | | | | |
| Building | 47,394,559 | A | (1,609,283) | 46,903,578 |
| | | B | (62,698) | |
| | | E | 1,181,000 | |
| Land | 11,848,640 | | - | 11,848,640 |
| Building improvements | 268,192 | | - | 268,192 |
| Furniture and equipment | 225,657 | A | (44,456) | 181,201 |
| Accumulated depreciation | (660,810) | A | 250,774 | (410,036) |
| TOTAL PROPERTY AND EQUIPMENT, net | 59,076,238 | | (284,663) | 58,791,575 |
| | | | | |
| INTANGIBLES | | | | |
| Start up costs | 7,865,795 | A | (2,835,694) | 5,030,101 |
| Loan costs | 2,416,237 | | - | 2,416,237 |
| Software | 65,876 | | - | 65,876 |
| Trademark | 15,926 | A | - | 15,926 |
| Accumulated amortization | (730,835) | A | 236,308 | (494,527) |
| TOTAL INTANGIBLES, net | 9,632,999 | | (2,599,386) | 7,033,613 |
| | | | | |
| OTHER ASSETS | 7,296 | C | (178) | 7,118 |
| | | | | |
| TOTAL ASSETS | $ 70,160,221 | | $ (2,884,227) | $ 67,275,994 |
| | | | | |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts payable | $ 558,526 | E | $ 1,247,000 | $ 1,805,526 |
| Other payables | 186,093 | | - | 186,093 |
| Mortgage payable, current portion | 70,380 | | - | 70,380 |
| TOTAL CURRENT LIABILITIES | 814,999 | | 1,247,000 | 2,061,999 |
| | | | | |
| LOAN PAYABLE, related party | 175,000 | | - | 175,000 |
| | | | | |
| MORTGAGE LOAN PAYABLE | 5,522,003 | | - | 5,522,003 |
| | | | | |
| TOTAL LIABILITIES | 6,512,002 | | 1,247,000 | 7,759,002 |
| | | | | |
| STOCKHOLDERS' EQUITY: | | | | |
| Common Stock, $1 par value, 1,000 shares authorized, issued and outstanding | 1,000 | | - | 1,000 |
| Additional paid-in-capital | 68,860,909 | | - | 68,860,909 |
| Accumulated deficit | (5,213,690) | A, B, C, D, E | (4,131,227) | (9,344,917) |
| TOTAL STOCKHOLDERS' EQUITY | 63,648,219 | | (4,131,227) | 59,516,992 |
| | | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 70,160,221 | | $ (2,884,227) | $ 67,275,994 |

NOTES:

A - Prior years (2014, 2015, 2016, 2017, 2018 and 2019) adjustments identified as non-business personal expenses incurred by Diego Agnelli.

B - Adjustment to expense improperly capitalized construction in progress identified as non-business personal expenses incurred by Diego Agnelli:

| | | |
|---|---|---|
| Owner representative | $ | 62,694 |
| A/C | | 4 |
| Total | $ | 62,698 |

C - Adjustment to expense improperly capitalized other asset totaling $178 identified as non-business personal expenses incurred by Diego Agnelli.

D - See Statement of Revenues and Expenses - Income Tax Basis for the seven and a half months ended August 16, 2020 (Adjusted).

E - Adjustment for unrecorded liabilities, identified by management as balances owed by Lennox Miami Corp for unrecorded vendor balances and legal settlements, of which $1,181,000 is capitalized to the building and $66,000 is included in other expenses:

| | | |
|---|---|---|
| Cuesta Construction Services, Inc. | $ | 1,100,000 |
| Miguel Lopez Jr. Inc. | | 40,000 |
| ADA Elevator Company | | 20,000 |
| Allbridge | | 18,000 |
| Deep Sleep | | 3,000 |
| Total capitalized | $ | 1,181,000 |
| | | |
| All Florida claims | $ | 25,000 |
| ADA Settlement | | 16,000 |
| NewLink Communications Company | | 15,000 |
| Mtucker / Singer NY Kitchen Equipment Company | | 10,000 |
| Total expensed | $ | 66,000 |
| | | |
| Total unrecorded liabilities | $ | 1,247,000 |

The Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of August 16, 2020 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.

14

LENNOX MIAMI CORP
STATEMENT OF REVENUES AND EXPENSES - INCOME TAX BASIS

For the seven and a half months ended August 16, 2020 (Adjusted)

| | Unadjusted | Notes | Adjustments | Adjusted |
|---|---|---|---|---|
| REVENUES | $ 156,387 | | $ - | $ 156,387 |
| EXPENSES: | | | | |
| Salary, officer | 686,801 | C | (643,889) | 42,912 |
| General and administrative | 215,232 | B | (76,742) | 138,490 |
| Marketing and advertising expenses | 3,359 | | - | 3,359 |
| TOTAL EXPENSES | 905,392 | | (720,631) | 184,761 |
| TOTAL LOSS BEFORE OTHER INCOME | (749,005) | | 720,631 | (28,374) |
| OTHER INCOME AND EXPENSES: | | | | |
| Other income | 42,853 | | - | 42,853 |
| Interest income | 3,697 | | - | 3,697 |
| Other expenses, unrecorded liabilities | - | A | (66,000) | (66,000) |
| Interest expense | (100,409) | | - | (100,409) |
| TOTAL OTHER EXPENSES, net | (53,859) | | (66,000) | (119,859) |
| NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI: | | | | |
| General and administrative | - | B | 76,742 | 76,742 |
| Unapproved salary, officer | - | C | 643,889 | 643,889 |
| Building | - | A | 62,698 | 62,698 |
| Other asset | - | A | 178 | 178 |
| TOTAL NON-BUSINESS PERSONAL EXPENSES INCURRED BY DIEGO AGNELLI | - | | 783,507 | 783,507 |
| NET LOSS | $ (802,864) | | $ (128,876) | $ (931,740) |

NOTES:

A - See Statement of Assets, Liabilities and Stockholders' Equity - Income Tax Basis as of August 16, 2020 (Adjusted).

B - Reclassification of expenses identified as non-business personal expenses incurred by Diego Agnelli from general and administrative:

| | | |
|---|---|---|
| Meals and entertainment | $ 16,574 | |
| Office expenses | 16,470 | |
| Payroll taxes related to unapproved officer salary | 15,229 | Note 1 |
| Commission and other services | 9,867 | |
| Travel | 4,973 | |
| Office supplies | 2,850 | |
| Fuel expense | 2,420 | |
| Dues and subscriptions | 2,030 | |
| Furniture expense | 1,778 | |
| Parking and tolls | 1,738 | |
| Other expenses | 1,029 | |
| Charity contributions | 1,000 | |
| Repairs and maintenance | 472 | |
| Taxis and transportation | 293 | |
| Computer, TV, internet expenses | 12 | |
| Automobile | 7 | |
| | $ 76,742 | |

C - Reclassification of officer salary totaling $643,889 identified as unapproved salary payments to Diego Agnelli, assuming the employment agreement is unenforceable. If Diego Agnelli's employment agreement is deemed enforceable the adjustment would be $117,780, a decrease of $(526,109).

Note 1: The payroll tax adjustment related to unapproved officer salary totaling $15,229 assumes the employment agreement for Diego Agnelli is unenforceable. If Diego Agnelli's employment agreement is deemed enforceable the payroll tax adjustment would be $1,708, a decrease of $(13,521).

The Statement of Revenues and Expenses - Income Tax Basis for the seven and a half months ended August 16, 2020 (Adjusted) of Lennox Miami Corp was not subjected to an audit, review, or compilation engagement by us and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance. Management has elected to omit the disclosures ordinarily included in financial statements prepared in accordance with the income tax basis of accounting. These financial statements do not include year-end tax adjusting entries. Adjustments herein, are based on information available and analyzed as of August 9, 2021.



# Valuation Advisory

**Client:**  Lennox Miami Corp

**Property:**  Lennox Hotel Miami Beach
1900 Collins Avenue, Miami Beach, Florida 33139

Report Date: August 3, 2021



SUBJECT





Lennox Hotel Miami Beach
1900 Collins Avenue
Miami Beach, FL  33139



450 Brickell Avenue, Suite 2110
Miami, FL 33131

Phone:  305-448-1333
Fax:  305-448-6767

August 3, 2021

Lennox Miami Corp
c/o Shutts & Bowen LLP
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131

Re: Appraisal

Lennox Hotel Miami Beach
1900 Collins Avenue
Miami Beach, Miami-Dade County, Florida 33139

JLL VAS File No.: 1001-20-165684

Dear Sirs:

At your request, we have prepared an appraisal for the above referenced property, which may be briefly described as follows:

The subject is the existing Lennox Miami Beach Hotel located in Miami Beach, FL. Originally built in 1936, the subject opened in August 2019 and has 119 rooms. Amenities include one restaurant, lobby bar, pool bar, pool, meeting room and fitness center. The subject is operated by a third-party management company. The underlying site consists of one parcel with a total of 0.70 acres or 30,483 square feet.

The appraisal is intended to conform to the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, and applicable state appraisal regulations.

The scope of work for this assignment included a virtual and a physical interior and exterior inspection and analysis of the Subject Property condition, analysis of the local economic and market conditions, examination of the historical operating performance of the Subject Property, estimation of the Subject Property's future operating performance, derivation of value considering all applicable approaches to value, and producing an appraisal report.

***Market Uncertainty from COVID-19 (Novel Coronavirus)***

*The outbreak of the COVID-19 (Novel Coronavirus), declared by the World Health Organization as a "Global Pandemic" on March 11, 2020, has impacted global financial markets. The COVID-19 outbreak is an evolving situation with the effects on the financial and real estate markets currently unknown. The impact will be driven by the scale and longevity of the pandemic. Market activity, meaning transactions and market evidence since the pandemic are limited. The reader is cautioned and reminded that the valuation is based on the information*

*available to us at the date of valuation, and the conclusions presented are only as of the effective date(s) indicated. It is difficult to predict the short- and long-term effects the pandemic may have on capital values.*

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), we have made the following value conclusion(s):

## Value Conclusion

| Appraisal Premise | Interest Appraised | Effective Date of Value | Value Conclusion | Per Room |
|---|---|---|---|---|
| Retrospective Fair Market Value | Fee Simple | August 16, 2020 | $45,000,000 | $378,200 |

## Allocation of Going Concern Value

| | Amount | % of Total |
|---|---|---|
| **Tangible Property** | | |
| Land & Improvements | $41,170,000 | 91.5% |
| Furniture, Fixtures & Equipment (FF&E) | $3,830,000 | 8.5% |
| Total Tangible Property | $45,000,000 | 100.0% |
| **Intangible Property** | $0 | 0.0% |
| **Retrospective Fair Market Value** | $45,000,000 | 100.0% |

Your attention is directed to the Limiting Conditions and Assumptions section of this report. Acceptance of this report constitutes an agreement with these conditions and assumptions.

## Extraordinary Assumptions and Hypothetical Conditions

The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results. An extraordinary assumption is uncertain information accepted as fact. If the assumption is found to be false as of the effective date of the appraisal, we reserve the right to modify our value conclusions.

1. As of the effective date of value, the hotel management indicated that the owner was seeking to terminate the food & beverage lease agreement with Mira South Beach LLC because of payment delinquency. Based on conversations with a leasing agent, due to the significant impact of the Covid-19 pandemic in the food & beverage industry, finding a new tenant with similar terms as those in the existing contract would be challenging. We have assumed that the restaurant and bars will reopen beginning January 2021 and be operated as part of the hotel operation.

2. The subject has currently two personal property taxes IDs with two different assessed values for 2020 ($5,192,208 and $110,063). It is our understanding that the disparity was caused by administrative errors. This has been communicated to the representatives at the Miami-Dade Assessor's office. However, since the final personal property tax assessment was not available at the time of the report preparation, we have reviewed the personal property tax assessments of comparables and estimated the personal property taxes applicable at the subject. We have assumed our estimate is accurate and similar to the final

3. We have assumed the condition of the subject as of the date of value was the same as that on the dates of our virtual inspection and physical inspection.

The value conclusions are based on the following hypothetical conditions that may affect the assignment results. A hypothetical condition is a condition contrary to known fact on the effective date of the appraisal but is supposed for the purpose of analysis.

1. It was brought to our attention that some of the rooms and public areas of the subject were not ADA compliant as of the effective date of value.However, there was no estimate of the cost of the remediations. We have made the hypothetical assumption that the hotel was ADA compliant as of the effective date of value. Estimating the cost is outside the scope of this assignment. As such, no associated cost to cure the deficiency has been deducted in our report. In reality (without the hypothetical condition), a knowledgeable buyer would likely deduct an estimated cost to arrive at the market value, which could potentially result in a lower value than that reported herein.

If you have any questions or comments, please contact the undersigned. Thank you for the opportunity to be of service.

Respectfully submitted,
JLL Valuation & Advisory Services

Charlotte Kang, MAI, FRICS
Managing Director
Certified General Real Estate Appraiser
FL Certificate # RZ3426
Telephone: (404) 995-2108
Email: charlotte.kang@am.jll.com

# Table of Contents

Certification ..................................................................................................................... 3

Summary of Salient Facts and Conclusions ................................................................ 4

Introduction .................................................................................................................... 5
    Ownership and Transaction History ....................................................................... 5
    Operating Structure ................................................................................................. 5

Scope of Work ................................................................................................................ 6
    Applicable Requirements ......................................................................................... 7
    Client, Intended Use, and User(s) ........................................................................... 7
    Asset Appraised ....................................................................................................... 7
    Purpose of the Appraisal ......................................................................................... 7
    Approaches to Value ................................................................................................ 8
    Prior Services ........................................................................................................... 8
    Report Option ........................................................................................................... 9
    Definition of Values ................................................................................................. 9
    Definition of Property Rights Appraised ................................................................10

Area Demographic and Market Analysis ...................................................................11
    Miami MSA Area Demographics ............................................................................11
    Surrounding Area Analysis .....................................................................................21

Property Description ....................................................................................................24
    Site Description .......................................................................................................24
    Improvements Description ......................................................................................28
    Assessment and Taxes ...........................................................................................41

Lodging Market Analysis .............................................................................................45

Highest and Best Use ...................................................................................................69

Valuation Methodology ...............................................................................................71
    Sales Comparison Approach ..................................................................................73
    Income Capitalization Approach ............................................................................80
    Discounted Cash Flow Analysis .............................................................................96
    Final Reconciliation ................................................................................................98
    Allocation of Going-Concern Value ......................................................................101

Assumptions and Limiting Conditions .....................................................................103

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Appendices

A. Appraiser Qualifications
B. Definitions
C. Comparable Data

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions and conclusions.

3. We have no present or prospective future interest in the property that is the subject of this report, and have no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report, or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP).

8. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

9. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

10. We certify sufficient competence to appraise this property through education and experience, in addition to the internal resources of the appraisal firm.

11. The appraisers have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

12. Charlotte Kang, MAI, FRICS and Roberta Oncken made a virtual inspection of the property that is the subject of this report. Charlotte Kang, MAI, FRICS also made a physical inspection of the property.

13. Significant real property appraisal assistance was provided by Roberta Oncken who has not signed this certification.

14. As of the date of this report, Charlotte Kang has completed the continuing education program for Designated Members of the Appraisal Institute.

Charlotte Kang, MAI, FRICS
Certified General Real Estate Appraiser
FL Certificate # RZ3426
Telephone: (404) 995-2108
Email: charlotte.kang@am.jll.com

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

# Summary of Salient Facts and Conclusions

| | |
|---|---|
| Property Name | Lennox Hotel Miami Beach |
| Address | 1900 Collins Avenue |
| | Miami Beach, Miami-Dade County, Florida  33139 |
| Property Type | Independent - Upper Upscale |
| Owner of Record | Lennox Miami Corp |
| Tax ID | 02-3226-001-0140 |

| | |
|---|---|
| Land Area - Total | 0.70 acres; 30,483 SF |
| Flood Zone | Zone AE, Within 100-year floodplain |
| Zoning Designation | CD-2, Commercial-Central |
| Number of Rooms | 119 |
| Gross Building Area | 71,691 SF |
| Year Built | 1936 |
| Year Renovated | 2019 |
| Type of Construction | Reinforced concrete frame |

| | |
|---|---|
| Highest and Best Use - As if Vacant | Hotel use |
| Highest and Best Use - As Improved | Continued hotel use |
| Exposure Time; Marketing Period | 6 to 12 months; 6 to 12 months |
| Effective Date of the Appraisal | August 16, 2020 |
| Date of the Report | August 3, 2021 |
| Property Interest Appraised | Fee Simple |

| | | | |
|---|---|---|---|
| Franchise Agreement End Date | None in place | Encumbered Upon Sale? | No |
| Hotel Management Agreement End Date | August 1, 2024 | Encumbered Upon Sale? | No |
| Union Contract | No | | |

| Period | Fiscal Year Ending July 2020 | Year 1 | Year 4 (Stab. Year) |
|---|---|---|---|
| Occupancy | ADR | RevPAR | 31.1% | $283 | $88 | 41.1% | $207 | $85 | 74.2% | $290 | $215 |
| Total Revenue | $4,330,000 | $4,725,000 | $12,138,000 |
| Gross Operating Profit | $1,417,000 | $1,055,000 | $5,544,000 |
| Property Tax | $118,000 | $340,000 | $366,000 |
| EBITDA after reserves | $1,054,000 | $140,000 | $3,963,000 |
| Management Fee * | 3.00% | 3.00% | 3.00% |
| Replacement Reserves * | 0.00% | 2.00% | 4.00% |

| | |
|---|---|
| Effective Date of Value | August 16, 2020 |
| Holding Period (years) | 10 |
| Inflation | 2.50% |
| Cap Rate | Exit Cap Rate | Discount Rate | -| 7.00% | 10.00% |
| Cost Approach | Not Used |
| Sales Comparison Approach | $45,200,000 |
| Income Capitalization Approach | $45,000,000 |
| Reconciled | $45,000,000 |
| **Value Conclusion** | **$45,000,000** |
| **Per Room** | **$378,151** |

\* as a % of total revenue

The values reported above are subject to the definitions, assumptions, and limiting conditions set forth in the accompanying report of which this summary is a part. No party other than Lennox Miami Corp (Client), Shutts & Bowen LLP, Gordon Brothers, and the Court, in the case styled: Agnelli v. Lennox Miami Corp, CASE NO. 20-22800-CIV-SCOLA/TORRES (S.D. Fla. filed July 8, 2020) may use or rely on the information, opinions, and conclusions contained in the report. It is assumed that the users of the report have read the entire report, including all of the definitions, assumptions, and limiting conditions contained therein.

**This appraisal is subject to extraordinary assumption(s) and hypothetical condition(s) as stipulated in the letter of transmittal. Their use might have affected the assignment results.**

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Introduction

The subject is the existing Lennox Miami Beach Hotel located in Miami Beach, FL. Originally built in 1936, the subject opened in August 2019 and has 119 rooms. Amenities include one restaurant, lobby bar, pool bar, pool, meeting room and fitness center. The subject is operated by a third-party management company. The underlying site consists of one parcel with a total of 0.70 acres or 30,483 square feet.

## Property Identification

| | |
|---|---|
| Property Name | Lennox Hotel Miami Beach |
| Address | 1900 Collins Avenue |
| | Miami Beach, Florida  33139 |
| Tax ID | 02-3226-001-0140 |
| Owner of Record | Lennox Miami Corp |

Source: Miami Dade County

## Ownership and Transaction History

To the best of our knowledge, no sale or transfer of ownership has occurred within the past three years.

## Operating Structure

The subject hotel is operated as an independent property and not subject to any franchise agreement. However, it is operated by a third-party management company. A management agreement along with subsequent amendments has been provided for our review.

### Hotel Management Agreement - Key Terms Summary

| Clause | Descriptions |
|---|---|
| Owner | Lennox Miami Corp |
| Operator | Driftwood Hospitality Management II, LLC |
| Contract Date | November 8, 2017 |
| Expiration Date | August 1, 2024 |
| Initial Term | Five years from hotel opening |
| Renewal | Two consecutive successive periods of five years |
| Base Management Fee | 3% of Gross Revenues |
| Incentive Management Fee | Not specified |
| Termination Upon Sale | Yes, if 18 months after the Opening Date |
| Performance Termination | Not specified |
| FF&E Reserve | Not specified |
| Encumbered Upon Sale? | No |
| Are owner/operator related? | No |

Source: Subject Owner

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Scope of Work

According to the Uniform Standards of Professional Appraisal Practice, it is the appraiser's responsibility to develop and report a scope of work that results in credible results that are appropriate for the appraisal problem and intended user(s).

Scope of work is the type and extent of research and analyses involved in an assignment. To determine the appropriate scope of work for the assignment, we considered the intended use of the appraisal, the needs of the user, the relevant characteristics of the subject property, and other pertinent factors. Our concluded scope of work is summarized below, and in some instances, additional scope details are included in the appropriate sections of the report.

## Summary

| Research | |
|---|---|
| | ▪ We inspected the property via a virtual inspection on December 21, 2020 and also via a physical inspection on June 24, 2021. Physical information on the subject was obtained from the property owner's representative, public records, and/or third-party sources. |
| | ▪ Regional economic and demographic trends, as well as the specifics of the subject's local area were investigated. Data on the local and regional property market (supply and demand trends, rent levels, etc.) was also obtained. This process was based on interviews with regional and/or local market participants, primary research, available published data, and other various resources. |
| | ▪ Other relevant data was collected, verified, and analyzed. Comparable property data was obtained from various sources (public records, third-party data-reporting services, etc.) and confirmed with a party to the transaction (buyer, seller, broker, owner, tenant, etc.) wherever possible. It is, however, sometimes necessary to rely on other sources deemed reliable, such as data reporting services. |
| Analysis | ▪ Based upon the subject property characteristics, prevailing market dynamics, and other information, we developed an opinion of the property's Highest and Best Use. |
| | ▪ We analyzed the data gathered using generally accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value. |
| | ▪ The results of each valuation approach are considered and reconciled into a reasonable value estimate. |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Applicable Requirements

This appraisal is intended to conform to the requirements of the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, and applicable state appraisal regulations.

# Client, Intended Use, and User(s)

Client:                              Lennox Miami Corp

Intended Use:                 The intended use of the appraisal is to determine the Fair Market Value of the hotel as of the effective date and to be used by the intendent users to calculate the fair value of the minority shares of Lennox Miami Corp and any other purposes Lennox Miami Corp chooses.

Intended User(s):           The intended users of the appraisal are Lennox Miami Corp (Client), Shutts & Bowen LLP, Gordon Brothers, and the Court, in the case styled: Agnelli v. Lennox Miami Corp, CASE NO. 20-22800-CIV-SCOLA/TORRES (S.D. Fla. filed July 8, 2020).

# Asset Appraised

The subject property is valued on a going concern basis. When a property is valued based upon the going concern premise, the valuation may include real estate, personal property financial assets and intangible asset, which constitute the Total Assets of a Business (TAB).

However, it should be noted that some of the assets included in the definition of TAB such as cash on hand, working capital, accounts receivable, and accounts payable, are not commonly included in the market value of a lodging and hospitality asset. As such, such items are excluded from our valuation. More specifically, we have provided an allocation of the contributory value of the real estate, personal property, and business enterprise value from our concluded value.

Note that the allocation is based upon the continuation of the going concern. If it ceases operations, the values of the individual components would likely be different than the value allocated to the components based upon the continuation of the business operation.

# Purpose of the Appraisal

The purpose of the appraisal is to estimate the Subject's:

| Appraisal Premise | Interest Appraised | Date of Value |
| --- | --- | --- |
| Retrospective Fair Market Value | Fee Simple | August 16, 2020 |

The date of the report is August 3, 2021. The appraisal is valid only as of the stated effective date or dates.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Approaches to Value

Appraisers usually consider the use of three approaches to value when developing a market value opinion for real property. These are the cost approach, sales comparison approach, and income capitalization approach. Applicability and utilization of the approaches in this assignment is described as follows.

| Approach | Description | Applicability | Utilization |
|---|---|---|---|
| Cost | A cost approach is most applicable in valuing new or proposed construction when the improvements represent the highest and best use of the land and the land value, cost new and depreciation are well supported.<br><br>Given the nature of the property as a historic hotel building that was renovated, the reliability of cost estimates and depreciation estimates could be limited, which could render the conclusion less meaningful. Exclusion of the cost approach does not diminish the credibility of the report. | Not Applicable | Not Utilized |
| Sales Comparison | A sales approach is most applicable when sufficient data on recent market transactions is available and there is an active market for the property type.<br><br>We have placed less weight on the sales comparison approach in this appraisal because of the market conditions as of the effective date of value caused by the COVID-19 pandemic and the limited transactions occurring during that time. We have utilized this approach in general support of the income approach. | Applicable | Utilized |
| Income | An income approach is most applicable when the subject is an income producing property or has the ability to generate income in the future as an investment. | Applicable | Utilized |

# Prior Services

USPAP requires appraisers to disclose to the client any other services they have provided in connection with the subject property in the prior three years, including valuation, consulting, property management, brokerage, or any other services.

- We have not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Report Option

Based on the intended users understanding of the subject's physical, economic and legal characteristics, and the intended use of this appraisal, an appraisal report format was used. Appraisal Report is defined as below.

Appraisal Report          This is an Appraisal Report as defined by Uniform Standards of Professional Appraisal Practice under Standards Rule 2-2(a). This format provides a summary or description of the appraisal process, subject and market data and valuation analyses.

# Definition of Values

Market Value             The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.

Source: Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), p.141.

Fair Market Value        1. In nontechnical usage, a term that is equivalent to the contemporary usage of market value.2. As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency.

Source: Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), p.86

Retrospective Value      A value opinion effective as of a specified historical date. The term retrospective does
Opinion                  not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date.

Source: Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), p.201

Market Value of the      The market value of all of the tangible and intangible assets of a business as if sold in
Total Assets of the      aggregate as a going concern.
Business

Source: Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), p. 143

Market Value of the      The market value of an established and operating business including the real
Going Concern            property, personal property, financial assets, and the intangible assets of the business.

Source: Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), p. 143

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Definition of Property Rights Appraised

Fee simple estate       Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

Source: Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015)

## Inspection

Charlotte Kang, MAI, FRICS and Roberta Oncken, conducted a virtual interior and exterior inspection of the property on December 21, 2020. Charlotte Kang, MAI, FRICS conducted a physical interior and exterior inspection of the property on June 24, 2021.

## Compensation

The compensation received for this appraisal was $16,500 (Sixteen thousand five hundred dollars). Additional compensation of $4,800 (Four thousand and eight hundred dollars) was received for the physical inspection conducted on June 24, 2021. The compensation for time spent regarding the preparation for and testimony will occur based on hourly rates ($600 per hour for Managing Director and $300 per hour for Vice President).

## Significant Appraisal Assistance

It is acknowledged that Roberta Oncken made a significant professional contribution to this appraisal, consisting of participating in the virtual property inspection, conducting research on the subject and transactions involving comparable properties, performing appraisal analyses, and assisting in report writing, under the supervision of the persons signing the report.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Area Demographic and Market Analysis

## Miami MSA Area Demographics

The subject is located in the Miami-Fort Lauderdale-West Palm Beach, FL Metropolitan Statistical Area, hereinafter called the Miami MSA, as defined by the U.S. Office of Management and Budget. The Miami MSA is 5,066 square miles in size and is the eighth most populous metropolitan area in the nation.

## Population

The Miami MSA has an estimated 2020 population of 6,140,484, which represents an average annual 1.0% increase over the 2010 census amount of 5,564,635. Miami MSA added an average of 57,585 residents per year over the 2010 - 2020 period, and its annual growth rate is less than that of the State of Florida.

### Population Trends

| Area | 2010 Census | Population 2020 Est. | 2025 Est. | Compound Ann. % Chng 2010 - 2020 | 2020 - 2025 |
|---|---|---|---|---|---|
| 1 mi. radius | 19,890 | 20,892 | 21,382 | 0.5% | 0.5% |
| 3 mi. radius | 57,305 | 60,251 | 62,146 | 0.5% | 0.6% |
| 5 mi. radius | 192,630 | 239,304 | 265,363 | 2.2% | 2.1% |
| Miami-Dade County | 2,496,435 | 2,759,670 | 2,894,298 | 1.0% | 1.0% |
| Miami MSA | 5,564,635 | 6,140,484 | 6,440,580 | 1.0% | 1.0% |
| Florida | 18,801,310 | 21,587,015 | 23,056,641 | 1.4% | 1.3% |
| United States | 308,745,538 | 333,793,107 | 346,021,282 | 0.8% | 0.7% |

Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

Looking forward, the Miami MSA's population is projected to increase at a 1.0% annual rate from 2020 - 2025, equivalent to the addition of an average of 60,019 residents per year. The Miami MSA growth rate is expected to lag that of Florida, which is projected to be 1.3%.

## Employment

The 2019 estimate of total employment in the Miami MSA is 2,718,125 jobs. Since 2010, employment grew by 522,908 jobs, equivalent to a 23.8% gain over the entire period. Employment increased every year over that same period of time despite the national economic downturn and slow recovery.

The Miami MSA's rate of change in employment underperformed the State of Florida, which experienced an increase in employment of 24.8% or 1,777,417 over this period.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Employment Trends

| Year | Miami-Dade County | Change | Miami MSA | Change | Florida | Change | United States | Change | Miami-Dade County | Miami MSA | Florida | United States |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Employment (Annual Average) | | | | | | Unemployment Rate (Ann. Avg.) | | | |
| 2006 | 1,007,587 | - | 2,400,225 | - | 7,985,267 | - | 136,435,417 | - | 2.8% | 3.1% | 3.2% | 4.6% |
| 2007 | 1,014,998 | 0.7% | 2,422,883 | 0.9% | 8,000,808 | 0.2% | 137,981,250 | 1.1% | 3.1% | 3.6% | 4.0% | 4.6% |
| 2008 | 1,006,416 | -0.8% | 2,359,650 | -2.6% | 7,717,375 | -3.5% | 137,223,833 | -0.5% | 4.8% | 5.5% | 6.3% | 5.8% |
| 2009 | 950,977 | -5.5% | 2,213,225 | -6.2% | 7,234,667 | -6.3% | 131,296,083 | -4.3% | 10.4% | 10.0% | 10.4% | 9.3% |
| 2010 | 947,091 | -0.4% | 2,195,217 | -0.8% | 7,175,192 | -0.8% | 130,345,000 | -0.7% | 11.1% | 10.8% | 11.0% | 9.6% |
| 2011 | 970,129 | 2.4% | 2,234,100 | 1.8% | 7,254,833 | 1.1% | 131,914,417 | 1.2% | 9.4% | 9.6% | 10.0% | 9.0% |
| 2012 | 992,676 | 2.3% | 2,286,883 | 2.4% | 7,399,792 | 2.0% | 134,157,417 | 1.7% | 8.3% | 8.2% | 8.5% | 8.1% |
| 2013 | 1,017,400 | 2.5% | 2,349,150 | 2.7% | 7,585,525 | 2.5% | 136,363,833 | 1.6% | 7.4% | 7.1% | 7.2% | 7.4% |
| 2014 | 1,046,237 | 2.8% | 2,428,308 | 3.4% | 7,827,892 | 3.2% | 138,939,750 | 1.9% | 6.7% | 6.3% | 6.3% | 6.2% |
| 2015 | 1,079,316 | 3.2% | 2,510,708 | 3.4% | 8,110,750 | 3.6% | 141,824,917 | 2.1% | 5.9% | 5.5% | 5.5% | 5.3% |
| 2016 | 1,107,359 | 2.6% | 2,585,042 | 3.0% | 8,388,283 | 3.4% | 144,335,833 | 1.8% | 5.3% | 4.9% | 4.8% | 4.9% |
| 2017 | 1,122,550 | 1.4% | 2,631,475 | 1.8% | 8,572,042 | 2.2% | 146,607,583 | 1.6% | 4.5% | 4.3% | 4.2% | 4.4% |
| 2018 | 1,144,432 | 1.9% | 2,681,583 | 1.9% | 8,782,917 | 2.5% | 148,908,417 | 1.6% | 3.5% | 3.5% | 3.6% | 3.9% |
| 2019 | 1,164,271 | 1.7% | 2,718,125 | 1.4% | 8,952,608 | 1.9% | 150,393,333 | 1.4% | 2.4% | 2.8% | 3.1% | 3.7% |
| **10 Yr Change** | **217,180** | **22.9%** | **522,908** | **23.8%** | **1,777,417** | **24.8%** | **20,594,333** | **15.8%** | | | | |
| Avg Unemp. Rate 2010-2019 | | | | | | | | | 6.5% | 6.3% | 6.4% | 6.2% |
| Unemployment Rate - Nov 2020 | | | | | | | | | 7.4% | 7.0% | 6.3% | 6.4% |

Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.



### Employment / Unemployment Historical Trends

Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



Source: Bureau of Labor Statistics. County employment is from the Quarterly Census of Employment & Wages (QCEW), all other areas use the Current Employment Survey (CES). Unemployment rates use the Current Population Survey (CPS). Data is not seasonally adjusted.

A comparison of unemployment rates is another way of gauging an area's economic health, where a higher unemployment rate is a negative indicator. Over the past decade, the Miami MSA unemployment rate of 6.3% has been lower than the Florida rate of 6.4%. In the latter half of the decade that trend has continued, as the Miami MSA has consistently overperformed Florida. Employment rates have been affected by the Covid-19 pandemic. Data shows that the Miami MSA unemployment rate is 7.0%, in comparison to a 6.3% rate for Florida, a negative sign for the Miami MSA economy.

## Employment Sectors

The composition of the Miami MSA job market is illustrated in the chart below, paired with that of Florida. Total employment for the areas is stratified by eleven major employment sectors, ranked from largest to smallest based on the percentage of Miami MSA jobs in each sector.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

The Miami MSA has a greater percentage employment than Florida in the following categories:

1.  Trade, Transportation, Utilities - which accounts for 21.4% of Miami MSA payroll employment compared to 20.0% for Florida as a whole. This sector includes jobs in retail trade, wholesale trade, trucking, warehousing, and electric, gas, and water utilities.

2.  Other Services - which accounts for 11.7% of Miami MSA payroll employment compared to 10.8% for Florida as a whole. This sector includes establishments that do not fall within other defined categories, such as private households, churches, and laundry and dry cleaning establishments.

3.  Professional, Business Services - which accounts for 8.4% of Miami MSA payroll employment compared to 7.9% for Florida as a whole. This sector includes legal, accounting, and engineering firms, as well as management of holding companies.

4.  Financial Activities - which accounts for 8.3% of Miami MSA payroll employment compared to 8.1% for Florida as a whole. Banking, insurance, and investment firms are included in this sector, as are real estate owners, managers, and brokers.

The Miami MSA is underrepresented in the following categories:

1.  Education, Health Services - which accounts for 21.2% of Miami MSA payroll employment compared to 22.0% for Florida as a whole. This sector includes employment in public and private schools, colleges, hospitals, and social service agencies.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

2. Leisure, Hospitality - which accounts for 10.0% of Miami MSA payroll employment compared to 10.7% for Florida as a whole. This sector includes employment in hotels, restaurants, recreation facilities, and arts and cultural institutions.

3. Government - which accounts for 3.6% of Miami MSA payroll employment compared to 4.4% for Florida as a whole. This sector includes public administration at the federal, state, and county level, as well as other government positions.

4. Manufacturing - which accounts for 4.8% of Miami MSA payroll employment compared to 5.3% for Florida as a whole. This sector includes all establishments engaged in the manufacturing of durable and nondurable goods.

## Major Employers

The table below contains major employers in the Miami MSA.

### Major Employers - Miami MSA

|   | Name | Employees |
|---|------|-----------|
| 1 | Publix Super Markets Inc. | 50,241 |
| 2 | Tenet Healthcare Corp. | 24,136 |
| 3 | HCA East Florida Division Office | 15,000 |
| 4 | University of Miami | 12,818 |
| 5 | Jackson Health System | 12,100 |
| 6 | Memorial Healthcare System | 11,500 |
| 7 | Baptist Health Systems of Southern Florida | 11,353 |
| 8 | American Airlines | 11,031 |
| 9 | Miami Cardio Vascular Institute | 10,000 |
| 10 | Broward Health | 8,234 |
| 11 | Comcast | 8,000 |
| 12 | Nova Southeastern University | 7,462 |
| 13 | AT&T | 6,629 |
| 14 | Winn-Dixie Stores | 6,000 |
| 15 | West Kendall Outpatient Center | 5,000 |
| 16 | NextEra Energy/Florida Power & Light Co. | 4,005 |
| 17 | AutoNation | 4,000 |
| 18 | The Continental Group | 3,900 |
| 19 | Florida International University | 3,534 |
| 20 | Carnival Cruise Lines | 3,500 |

Sources(s): City of Pompano Beach, 2017; Greater Fort Lauderdale Alliance, 2017; City of Miami Beach, 2016; City of Miami, 2016; Florida Research and Economic Information Database, 2017; South Florida Business Journal Book of Lists, 2017; Business Development Board of Palm Beach County, 2017; City of Delray Beach, 2017; City of West Palm Beach, 2017

## Household Income

The Miami MSA has a higher level of household income than Florida. Median household income for the Miami MSA is $57,562, which is 2.1% higher than Florida.

Lennox Hotel Miami Beach Real Estate Appraisal

## Median Household Income

| Area | Med. Household Income 2020 Est. | 2025 Est. | Compound Ann. % Chng 2020 - 2025 |
|---|---|---|---|
| Miami-Dade County | $53,726 | $57,987 | 1.5% |
| Miami MSA | $57,562 | $62,562 | 1.7% |
| Florida | $56,362 | $60,749 | 1.5% |
| United States | $62,203 | $67,325 | 1.6% |

Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

### 2020 Median Household Income Area Comparison



Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

The Miami MSA has a comparable concentration of households in the lower income levels than Florida. Specifically, 30% of the Miami MSA households are below the $35,000 level in household income as compared to 30% of Florida households. A greater concentration of households exists in the higher income levels, as 39% of the Miami MSA households are at the $75,000 or greater levels in household income versus 38% of Florida households.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

## Education and Age

Residents of the Miami MSA have a higher level of educational attainment than those in Florida. An estimated 33.6% of the Miami MSA residents are college graduates with four-year degrees or higher, while Florida residents have an estimated 31.0% with at least a four-year degree. People in the Miami MSA are younger than their peers in Florida. The median age of the Miami MSA is 41 years, while Florida is 43 years.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

## Conclusion

We acknowledge that the outbreak of the COVID-19 pandemic and subsequent social distancing and stay at home orders have caused significant market uncertainty as of the effective date of value. While we do not expect a long-term effect on the market, it is reasonable to expect that during the near-term, overall market economics in the metro area and submarket will not increase at similar levels experienced over the past few years. Thus, our assumptions used to project near term market conditions throughout our analysis reflect this sentiment consistent with current market views. However, the Miami MSA's economy will benefit from a growing population base, and higher income and education levels.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Area Map



# Surrounding Area Map



# Surrounding Area Analysis

## Boundaries

The subject is located within the South Beach submarket, which is generally bound as follows:

| | |
|---|---|
| North | Dade Boulevard |
| South | 5th Street |
| East | Atlantic Ocean |
| West | Biscayne Bay |

## Surrounding Demographics

A snapshot of the surrounding area demographics, including population, households, and income data, is displayed in the following table.

### Surrounding Area Demographics

| | 1 mi. radius | 3 mi. radius | 5 mi. radius | Miami-Dade County | Miami MSA | Florida | United States |
|---|---|---|---|---|---|---|---|
| **Population** | | | | | | | |
| 2010 | 19,890 | 57,305 | 192,630 | 2,496,435 | 5,564,635 | 18,801,310 | 308,745,538 |
| 2020 | 20,892 | 60,251 | 239,304 | 2,759,670 | 6,140,484 | 21,587,015 | 333,793,107 |
| 2025 | 21,382 | 62,146 | 265,363 | 2,894,298 | 6,440,580 | 23,056,641 | 346,021,282 |
| Compound Chg 2010 - 2020 | 0.49% | 0.50% | 2.19% | 1.01% | 0.99% | 1.39% | 0.78% |
| Compound Chg 2020 - 2025 | 0.46% | 0.62% | 2.09% | 0.96% | 0.96% | 1.33% | 0.72% |
| Density | 6,655 | 2,131 | 3,047 | 1,454 | 1,212 | 403 | 95 |
| **Households** | | | | | | | |
| 2010 | 11,585 | 32,381 | 95,929 | 867,352 | 2,097,626 | 7,420,802 | 116,716,292 |
| 2020 | 11,990 | 33,468 | 119,836 | 951,252 | 2,289,532 | 8,438,100 | 126,083,849 |
| 2025 | 12,182 | 34,336 | 132,926 | 995,690 | 2,393,417 | 8,989,496 | 130,658,485 |
| Compound Chg 2010 - 2020 | 0.34% | 0.33% | 2.25% | 0.93% | 0.88% | 1.29% | 0.77% |
| Compound Chg 2020 - 2025 | 0.32% | 0.51% | 2.10% | 0.92% | 0.89% | 1.27% | 0.72% |
| **Other Demographics** | | | | | | | |
| Med. Household Income | $55,743 | $64,170 | $59,318 | $53,726 | $57,562 | $56,362 | $62,203 |
| Avg. Household Size | 1.7 | 1.8 | 2.0 | 2.9 | 2.7 | 2.5 | 2.6 |
| College Graduate % | 51.4% | 55.8% | 49.8% | 30.8% | 33.6% | 31.0% | 33.1% |
| Median Age | 41 | 43 | 39 | 39 | 41 | 43 | 39 |
| Owner Occupied % | 29% | 33% | 35% | 49% | 58% | 65% | 64% |
| Renter Occupied % | 71% | 67% | 65% | 51% | 42% | 35% | 36% |
| Med. Home Value | $418,981 | $580,682 | $452,776 | $307,701 | $298,694 | $237,555 | $235,127 |

Source: ESRI. Compiled by JLL Valuation & Advisory Services, LLC.

As illustrated above, the current population within a three-mile radius of the subject is 60,251, and the average household size is 1.8. Population in the area has risen since the 2010 census, and this trend is expected to continue in the ensuing five years. The pace of population growth within a three-mile radius is projected to be less than that of the Miami MSA overall.

Median household income is $64,170, which is considerably higher than the household income for the Miami MSA as a whole. The populace within a three-mile radius has a notably higher level of formal college education than residents in the Miami MSA, and median home values in the area are also substantially higher.

## Neighborhood Overview

The Hotel is surrounded by a mixture of hotel, commercial and residential developments. The hotel has a corner location in the intersection of Collins Avenue and 19th Street. To the north of the Subject is the Baoli Restaurant and to the south, across the street, is the Dorchester Hotel. To the west of the Subject along 19th St are mostly residences.

Major demand drivers in the local market include the beach, retail and entertainment as well as the Miami Beach Convention Center.

## Access and Linkages

The subject is located along Collins Avenue/Florida A1A, which is the primary thoroughfare in Miami Beach providing north-south access. The area is served by public transportation with the nearest bus stop in the immediate vicinity of the subject along Collins Avenue. The subject has a walk score of 89 indicating an above average walkability factor. The subject is most commonly accessed via car or on foot.

The following table presents a summary of the convenience of walking and biking to amenities in the neighborhood around the subject property, as well as its accessibility to public transportation.

### Walk, Bike, and Transit Information

| Metric | Rating (0-100) | Description |
|---|---|---|
| Walk Score | 89 | Very Walkable |
| Bike Score | 68 | Bikeable |
| Transit Score | 61 | Good Transit |
| **Mass Transit** | **Mi. from Subj.** | **Location** |
| Nearest Bus Stop | < 0.5 mi. | Collins Av & 20 St |
| Summary: 11 nearby routes: 11 bus, no rail/other | | |

Source: Walkscore.com . Compiled by JLL Valuation & Advisory Services, LLC.

The nearest commercial airport is the Miami International Airport and is located within 13 miles of the subject property.

## Safety and Support Services

The nearest police and fire stations are within one and one and a half miles, respectively.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Outlook and Conclusion

The subject's area is one of the most notable tourist destinations in the United States and construction and redevelopment activity has been relatively steady. However, given the current COVID-19 pandemic, it is concluded that the subject's area is in the recession stage of its life cycle as of the effective date of value. As the pandemic eases in the future, it is anticipated that the market will improve and recover, strengthening the demand for real estate overall.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Property Description

## Site Description

### Aerial Map



### Land Area Summary

| Tax ID | Address | SF | Acres |
|---|---|---|---|
| 02-3226-001-0140 | 1900 Collins Avenue | 30,483 | 0.70 |
| **Total** | | **30,483** | **0.70** |

Source: Public Records

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Land Description

## Physical Characteristics

| | |
|---|---|
| Shape: | Irregular |
| Corner Location: | Yes |
| Primary Street Frontage: | 1900 Collins Avenue |
| Traffic Volume Rating: | High |
| Access Rating: | Excellent |
| Visibility Rating: | Excellent |
| Functional Utilitiy: | Excellent |
| Topography: | Level |
| Drainage: | No drainage problems were observed or disclosed to us during our inspection. This appraisal assumes that surface water collection is adequate and there are no drainage issues that impact value. |
| Soil Conditions: | Appear typical of the region and adequate to support development |
| Wetlands/Watershed: | None noted |

## Flood Zone

| | |
|---|---|
| FEMA Map Number: | 12086CO317L |
| FEMA Map Date: | 9/11/2009 |
| Flood Zone Designation: | AE |
| Flood Zone Description: | Within 100-year floodplain |
| Insurance Required? | Yes |

## Utilities

| | |
|---|---|
| Utilities: | All public utilities are available to the site including public water and sewer, gas, electric, and telephone |
| Utilities Adequacy: | Typical/Adequate |

## Zoning Analysis

| | |
|---|---|
| Zoning Jurisdiction | Miami Dade County |
| Zoning Designation | CD-2 |
| Description | Commercial-Central |
| Permitted Uses | General commercial use including apartments, hotels, bars and restaurants |
| Legally Conforming? | Appears to be legally conforming |
| Zoning Change Likely? | Unlikely |
| Other Land Use Regulations | We are not aware of any other land use regulations that would affect the property. |
| Zoning Comments | None |

We are not experts in the interpretation of zoning ordinances. An appropriately qualified land use attorney should be engaged if a determination of compliance is required.

## Encumbrance/Easements/Restrictions

Based upon a review of the deed and property survey, there do not appear to be any easements, encroachments, or restrictions that would adversely affect value. Our valuation assumes no adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title.

## Seismic Activity

A geological survey has not been provided or obtained. We are not aware that the subject is located near or within fault line or areas for earthquakes or liquefaction zone. We are not qualified to determine if fault lines or areas do or do not affect the subject property. If such concerns exist, we recommend obtaining an engineering study relating to the geological stability of the Site and surrounding areas.

## Environmental Hazards

An environmental assessment was not provided for review. No environmental hazards were apparent from inspection and it is assumed the Subject is free and clear of any environmental hazards including, without limitation, hazardous waste, toxic substances and mold.

## Overall Site Utility

Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses including those permitted by zoning.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Site Plan/Survey





# Improvements Description

The subject is the existing Lennox Miami Beach Hotel located in Miami Beach, FL. Originally built in 1936, the subject opened in August 2019 and has 119 rooms. Amenities include one restaurant, lobby bar, pool bar, pool, meeting room and fitness center. The subject is operated by a third-party management company. The underlying site consists of one parcel with a total of 0.70 acres or 30,483 square feet.

The Subject is composed by four buildings including the former Peter Miller Hotel (a historic hotel building) and three other buildings that were all converted into one hotel.

## Improvements Summary

| Overall Property | Subject |
|---|---|
| Name of Property | Lennox Hotel Miami Beach |
| General Property Type | Hotel |
| Property Subtype | Upper Upscale |
| Hotel Brand | Independent |
| Entry Type | Interior and Exterior |
| Occupancy Type | Independent and Third-Party Operated |
| Number of Buildings | 4 |
| Stories | 4/2/2/5 |
| Construction Class | B |
| Construction Type | Reinforced concrete frame |
| Construction Quality | Excellent |
| Condition | Excellent |
| Number of Rooms | 119 |
| Rooms per Acre (Density) | 170.1 |
| Gross Building Area (SF) | 71,691 |
| Floor Area Ratio (GBA/Land SF) | 2.35 |
| Building Area Source | Public Records |
| Year Built | 1936 |
| Year Renovated | 2019 |
| Actual Age (Yrs.) | 84 |
| Estimated Effective Age (Yrs.) | 1 |
| Total Economic Life (Yrs.) | 60 |
| Remaining Economic Life (Yrs.) | 59 |
| Number of Parking Spaces | 24 |
| Source of Parking Count | Hotel Management |
| Parking Type | Underground |
| Parking Spaces/Room | 0.2 |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Guestrooms

The subject's room type mix and in-room features are presented in the following tables.

### Room Mix

| Room Type | Count |
|-----------|-------|
| King Bed | 55 |
| Queen Bed | 30 |
| Double Room | 34 |
| **Total** | **119** |

Source: Hotel Management

### Room Features

| Features | At Subject |
|----------|------------|
| Work desk | X |
| Arm chair | X |
| Sleeper Sofa | |
| Television | X |
| Pay-Per-View | X |
| Iron / Board | X |
| Hair Dryer | X |
| Coffee Maker | X |
| Jacuzzi | |
| Wireless Internet | X |
| Wired Internet | X |
| Keycard Access | X |
| In-room Safe | X |
| Mini-Fridge | X |
| Microwave | |
| Kitchenette | |
| Tub shower | |
| Walk-in shower | X |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Hotel Amenities

| Amenities | At Subject | Comments |
|---|---|---|
| Restaurant | X | One restaurant |
| Bar / Lounge | X | |
| Meeting Space | X | One 12-persons board room |
| Market/Pantry | | |
| Gift Shop | | |
| Parking | X | Underground |
| Indoor Swimming Pool | | |
| Outdoor Swimming Pool | X | |
| Fitness Center | X | |
| Business Center | | |
| Guest Laundry | | |
| Vending Machine | X | |
| Wireless Internet | X | |

## Furniture, Fixtures & Equipment (FF&E)

As previously noted, non-realty items necessary for the continued operation of the property include FF&E in the guestrooms, common area and back-of-house as summarized in the following table.

| Location | Description |
|---|---|
| Guest Rooms | King or queen size bed(s), bedside table(s), incandescent light fixtures, lounge chair, desk with chair, chest of drawers, flat screen television, luggage bench,  coffee table, clothes closet, standard rooms furnishings. Guest bathroom with shower, water closet, single vanity, mirror, and wall lighting |
| Public and Back-of-house areas | |
| Lobby | Reception desk, lounge chairs, sofas, side tables |
| Restaurant | Table, bench and booth seating with chairs, bar-style seating and bar stools,  standard food and beverage service equipment |
| Bar / Lounge | Couch and lounge-style seating, standard table-style seating and chairs, bar-style seating and bar stools, standard food and beverage service equipment |
| Meeting Space | Fixed executive conference table with chairs in boardroom |
| Fitness Center | Exercise equipment, weight bench(es), free weights with racks, water cooler, mirrors, towel storage and disposal |
| Housekeeping | One commercial washer, two commercial dryers, storage equipment |
| Manager's Office | Standard office furniture and equipment |
| Employee area | Tables, chairs, microwave, refrigerator, bathrooms |
| Outdoor Swimming Pool | Chaise lounge chairs, tables, deck chairs, umbrellas, ADA pool lifts, service equipment |

## ADA Compliance

It was brought to our attention that the subject was not ADA compliant as of the effective date of value. Some of the rooms and public areas will need to be fixed to be compliant but there was no budget for the repairs as of the effective date of value. We have made a hypothetical assumption that the hotel was ADA compliant as of August 16th, 2020. As such, the market value reported herein did not include a deduction of the cost to cure the aforesaid deficiency.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Hazardous Substances

An environmental assessment report was not provided for review and environmental issues are beyond our scope of expertise. No hazardous substances were observed during our inspection of the improvements; however, we are not qualified to detect such substances. Unless otherwise stated, we assume no hazardous conditions exist on or near the subject.

## Improvements Analysis

The following sections describe our analysis of the improvements

### Quality and Condition

The hotel opened in August of 2019. The improvements are of excellent quality construction and are in excellent condition.

The quality of the subject is considered to be superior to that of competing properties, and maintenance appears to have been consistent with superior to that of competing properties. Overall, the market appeal of the subject is superior to that of competing properties.

### Functional Utility

The improvements appear to be adequately suited to their current use. Our inspection did not reveal any significant items of functional obsolescence.

### Planned Capital Expenditures

It is our understanding that no capital expenditures are planned at the property during the near term.

## Conclusion of Improvements Analysis

Overall, the quality, condition, and functional utility of the improvements are above average for their age and location.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Floor Plans









Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved





Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal



Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved







Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Subject Photographs – December 21, 2020



Façade
(Photo Taken on December 21, 2020)



Front Desk
(Photo Taken on December 21, 2020)



Boardroom
(Photo Taken on December 21, 2020)



Restaurant
(Photo Taken on December 21, 2020)



Terrace
(Photo Taken on December 21, 2020)



Lobby Bar
(Photo Taken on December 21, 2020)

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



Pool
(Photo Taken on December 21, 2020)



Pool Bar
(Photo Taken on December 21, 2020)



Fitness Center
(Photo Taken on December 21, 2020)



Double Queen Room
(Photo Taken on December 21, 2020)



King Room
(Photo Taken on December 21, 2020)



Bathroom
(Photo Taken on December 21, 2020)

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Subject Photographs – June 24, 2021


Lobby
(Photo Taken on June 24, 2021)


Pool
(Photo Taken on June 24, 2021)


Boardroom
(Photo Taken on June 24, 2021)


Restaurant
(Photo Taken on June 24, 2021)


King Room
(Photo Taken on June 24, 2021)


Fitness Center
(Photo Taken on June 24, 2021)

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Assessment and Taxes

The Subject Hotel is located in the taxing jurisdiction of Miami-Dade County and its real estate parcel ID is identified as 02-3226-001-0140.

Real estate in the State of Florida is assessed at the fair market value, as determined by the Miami-Dade County Property Appraiser's Office. The tax is levied on the assessed value of the property. In Florida, the property's assessed value equals to 100% of the fair market value less any exemptions unless otherwise specified by law. In the case of commercial property such as the Subject, the non-homestead cap limits annual increases in assessed value to 10% in the absence of a change of ownership. As a result, any increase in the assessed value of the property in excess of 10% qualifies as an exemption.

The assessment cycle is annual. A change of property ownership or completion of new construction on real property does not trigger a reassessment before the assessment cycle.

The tax bills received by property owners from the counties will include both the fair market value and the assessed value of the property. Fair market value as it relates to taxes means "the amount a knowledgeable buyer would pay for the property and a willing seller would accept for the property at an arm's length, bona fide sale."

Tax rates are based on the City of Miami Beach and Miami-Dade County budgets, which change annually. Tax rates have remained stable in the area from 2016 to 2018 but have increased in 2019. The base year's property tax burden is calculated by multiplying the estimated market value of the Subject Property determined by this appraisal with the stabilized tax rate.

The following table summarizes the Subject's historical fair market value, assessed value and taxes.

## Property Tax Assessment

| | |
|---|---|
| Assessing Jurisdiction | Miami Dade County |
| Current Tax Year | 2020, from January 1, 2020 to December 31, 2020 |
| Assessment Date of Value | January 1, 2020 |
| Assessment Cycle (years) | Every Year |
| Next Assessment Date | January 1, 2021 |
| Does sale trigger reassessment? | No |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Property Tax History

**Real Estate**

| Tax Year | 2020 | 2019 | 2018 |
|---|---:|---:|---:|
| **Real Property - 02-3226-001-0140** | | | |
| Market Value | | | |
| Land | $8,824,200 | $6,096,600 | $4,173,045 |
| Improvements | $7,175,800 | $12,585 | $7,809 |
| Total Market Value | $16,000,000 | $6,109,185 | $4,180,854 |
| Assessment Ratio | | | |
| Land | 100% | 100% | 100% |
| Improvements | 100% | 100% | 100% |
| Total Assessment Ratio | 100% | 100% | 100% |
| Assessed Value | | | |
| Land | $8,824,200 | $6,096,600 | $4,173,045 |
| Improvements | $7,175,800 | $12,585 | $7,809 |
| Ancillary / Special Features | $0 | $0 | $0 |
| Total Assessed Value | $16,000,000 | $6,109,185 | $4,180,854 |
| Non-Homestead Cap | | | |
| Land | 100% | 100% | 84% |
| Improvements | 100% | 100% | 84% |
| Total Non-Homestead Cap | 100% | 100% | 84% |
| Taxable Value | | | |
| Land | $8,824,200 | $6,096,600 | $3,485,757 |
| Improvements | $7,175,800 | $12,585 | $6,523 |
| Ancillary / Special Features | $0 | $0 | $0 |
| Total Taxable Value | $16,000,000 | $6,109,185 | $3,492,280 |
| Millage Rate | | | |
| Land | 1.936% | 1.938% | 1.880% |
| Improvements | 1.936% | 1.938% | 1.880% |
| Total Millage Rate | 1.936% | 1.938% | 1.880% |
| Direct / Special Assessments | | | |
| Direct / Special Assessments | $0 | $0 | $0 |
| Total Direct / Special Assessments | $0 | $0 | $0 |
| Real Estate Tax | | | |
| Land | $170,832 | $118,143 | $65,547 |
| Improvements | $138,921 | $244 | $123 |
| Ancillary / Special Features | $0 | $0 | $0 |
| Direct / Special Assessments | $0 | $0 | $0 |
| **Total Real Estate Tax** | **$309,753** | **$118,387** | **$65,670** |
| Effective Tax Rate | 1.9360% | 1.9379% | 1.5707% |
| [Tax Amount ÷ Market Value] | | | |

## Assessment Analysis

We have analyzed the assessment and corresponding taxation of competitive properties in the marketplace as a test of reasonableness compared to the subject's current assessment and taxation.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Real Estate Tax Comparables

| No. | Property Name | Rooms | Total Market Value | Total Market Value/Room | Total Taxes | Taxes/Room |
|---|---|---|---|---|---|---|
| 1 | Hyatt Centric | 105 | $31,400,000 | $299,048 | $583,575 | $5,558 |
| 2 | The Gale | 87 | $18,700,000 | $214,943 | $318,354 | $3,659 |
| 3 | The Redbury | 69 | $16,500,000 | $239,130 | $319,433 | $4,629 |
| 4 | The Betsy | 125 | $22,000,000 | $176,000 | $371,994 | $2,976 |
| 5 | Plymouth | 100 | $12,000,000 | $120,000 | $186,530 | $1,865 |
| Subject | Lennox Hotel Miami Beach | 119 | $16,000,000 | $134,454 | $309,753 | $2,603 |

Tax assessments for comparable properties range from $120,000 to $299,048 per room, as compared with the subject at $134,454 per room. On balance, the subject's appears reasonable.

## Personal Property

The subject is currently listed with two different Personal Property ID's. The ID 50-000-863 has an assessed value of $5,192,208 and the ID 50-006-374 has an assessed value of $110,063 for 2020. According to hotel management, ID 50-006-374 is the correct one that was filed by the subject's accountants. The issue is being addressed with the Assessor, but it is uncertain to us what the final assessed value is. Due to the considerable difference in the values, we have analyzed the personal property assessed values of the properties in the competitive set as presented in the table below.

## Personal Property Tax Comparables - 2020

| No. | Property Name | Rooms | Personal Property Assessed Value | Total Value/Room | Total Taxes | Taxes/Room |
|---|---|---|---|---|---|---|
| 1 | Hotel Victor | 91 | $703,313 | $7,729 | $13,567 | $149 |
| 2 | The Gale | 87 | $1,049,545 | $12,064 | $20,246 | $233 |
| 3 | Kimpton Anglers | 132 | $5,447,288 | $41,267 | $105,078 | $796 |
| 4 | The Betsy | 125 | $1,076,189 | $8,610 | $20,760 | $166 |
| 5 | Plymouth | 100 | $936,467 | $9,365 | $18,064 | $181 |
| 6 | COMO | 74 | $25,631 | $346 | $494 | $7 |
| Average | | | | $13,230 | | |

Source: Miami-Dade Property Appraiser Site

The personal property assessed values ranged from $346 to $41,267 per room, with an average of $13,230. We have considered that the preceding average assessed value per room to be reasonable, and have applied it to the subject's 119 rooms, resulting in an estimated personal property assessed value of $1,574,370. The millage in 2020 was 1.936% which equates to personal property taxes in the amount of $30,480.

In 2018 and 2019 there were no personal property taxes because the subject was still under construction.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Total Property Taxes

The table below presents the total property taxes estimated for the subject, including the real estate taxes and personal property taxes.

**Total Property**

| Tax Year | 2020 | 2019 | 2018 |
|---|---|---|---|
| **Lennox Hotel Miami Beach** | | | |
| Real estate value | $16,000,000 | $6,109,185 | $4,180,854 |
| Personal property value | $1,574,370 | $0 | $0 |
| Market Value | $17,574,370 | $6,109,185 | $4,180,854 |
| Assessment Ratio | 100% | 100% | 100% |
| Assessed Value | $17,574,370 | $6,109,185 | $4,180,854 |
| Non-Homestead Cap | 100% | 100% | 84% |
| Taxable Value | $17,574,370 | $6,109,185 | $3,492,280 |
| Millage Rate | 1.9360% | 1.938% | 1.880% |
| **Total Property Tax** | **$340,233** | **$118,387** | **$65,670** |
| Effective Tax Rate | 1.9360% | 1.9379% | 1.5707% |

[Tax Amount ÷ Market Value ]

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Lodging Market Analysis

## National Trends

The following graph summarizes the U.S. hotel performance trends during the calendar year periods from 2001 to 2019, as measured by average daily rate (ADR), room revenue per available room (RevPAR) and occupancy.

### United States Lodging Market Performance

| Year | Occupancy | | ADR | | RevPAR | | Supply Change | Demand Change | Room Revenue Change |
|---|---|---|---|---|---|---|---|---|---|
| | This Year | Change | This Year | Change | This Year | Change | | | |
| 2001 | 59.8% | - | $84.45 | - | $50.49 | - | - | - | - |
| 2002 | 59.0% | -1.3% | $83.15 | -1.5% | $49.04 | -2.9% | 1.8% | 0.8% | -0.7% |
| 2003 | 59.1% | 0.2% | $83.11 | 0.0% | $49.11 | 0.1% | 1.3% | 1.6% | 1.6% |
| 2004 | 61.3% | 3.7% | $86.24 | 3.8% | $52.88 | 7.7% | 1.0% | 4.6% | 8.8% |
| 2005 | 63.1% | 2.9% | $90.95 | 5.5% | $57.39 | 8.5% | 0.4% | 3.3% | 8.8% |
| 2006 | 63.3% | 0.3% | $97.89 | 7.6% | $61.96 | 8.0% | 0.6% | 1.1% | 8.1% |
| 2007 | 63.1% | -0.4% | $104.04 | 6.3% | $65.61 | 5.9% | 1.4% | 1.2% | 7.2% |
| 2008 | 60.3% | -4.4% | $106.96 | 2.8% | $64.49 | -1.7% | 2.7% | 0.6% | 0.7% |
| 2009 | 54.5% | -9.6% | $98.17 | -8.2% | $53.50 | -17.0% | 3.2% | -5.8% | -14.1% |
| 2010 | 57.5% | 5.5% | $98.06 | -0.1% | $56.43 | 5.5% | 2.0% | 7.7% | 7.6% |
| 2011 | 59.9% | 4.2% | $101.85 | 3.9% | $61.02 | 8.1% | 0.6% | 5.0% | 8.8% |
| 2012 | 61.3% | 2.3% | $106.25 | 4.3% | $65.15 | 6.8% | 0.5% | 3.0% | 7.3% |
| 2013 | 62.2% | 1.5% | $110.30 | 3.8% | $68.58 | 5.3% | 0.7% | 2.2% | 6.2% |
| 2014 | 64.4% | 3.5% | $114.92 | 4.2% | $74.04 | 8.0% | 0.9% | 4.5% | 9.2% |
| 2015 | 65.4% | 1.6% | $120.30 | 4.7% | $78.68 | 6.3% | 1.1% | 2.9% | 7.4% |
| 2016 | 65.4% | 0.0% | $124.13 | 3.2% | $81.15 | 3.1% | 1.6% | 1.7% | 4.8% |
| 2017 | 65.9% | 0.8% | $126.77 | 2.1% | $83.53 | 2.9% | 1.8% | 2.7% | 4.9% |
| 2018 | 66.1% | 0.3% | $129.97 | 2.5% | $85.96 | 2.9% | 2.0% | 2.5% | 5.0% |
| 2019 | 66.1% | 0.0% | $131.21 | 1.0% | $86.76 | 0.9% | 2.0% | 2.0% | 3.0% |
| YTD July 2019 | 67.0% | - | $131.77 | - | $88.27 | - | - | - | - |
| YTD July 2020 | 43.7% | -34.7% | $107.91 | -18.1% | $47.17 | -46.6% | -4.2% | -37.5% | -48.8% |
| **Compound Annual Growth Rate (CAGR)** | | | | | | | | | |
| 2001-2019 | 0.6% | | 2.5% | | 3.1% | | 1.4% | 2.2% | 4.5% |
| 2010-2019 | 1.6% | | 3.3% | | 4.9% | | 1.2% | 2.9% | 6.3% |
| 2010-2015 | 2.6% | | 4.2% | | 6.9% | | 0.8% | 3.5% | 7.8% |
| 2015-2019 | 0.3% | | 2.2% | | 2.5% | | 1.9% | 2.2% | 4.4% |

Source: Smith Travel Research

Prior to the 2008/2009 recession, U.S. hotels reached their peak performance in 2007, achieving RevPAR of $66 during that year. Because of the global financial crisis and the great recession that followed in 2008 and 2009, coupled with supply increase in dire market conditions, hotel performance took a severe hit. RevPAR in 2009 was $54, about 17.0% lower than that achieved in 2007.

In 2010, the U.S. lodging market condition began to improve. Occupancy increased consistently year-over-year since 2010, growing from 54.5% in 2009 to 66.1% in 2019. ADR in 2010 was flat from that achieved in 2009. However, as demand continued to strengthen, ADR began to increase in 2011 and has been growing year-over-year since then.  By 2012, the US hotels achieved RevPAR of $65, close to its previous peak level in 2007. It took a little over three years for the nation's lodging market to recover to its pre-recession levels on an actual dollar basis (without adjustment for inflation).

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

While both occupancy and ADR experienced increases since the beginning of the cycle in 2010, the pace of growth has markedly decelerated to more stabilized levels in recent years. During the period from 2010 to 2015, the compound annual growth rate (CAGR) for occupancy was 2.6%, and that for ADR was 4.2%. During the period from 2015 to 2019, the CAGRs for occupancy and ADR were 0.3% and 2.2%, respectively.

As a result of the occupancy and ADR movements, RevPAR CAGRs during the 2010-2015 and 2015-2019 periods were 6.9% and 2.5%, respectively.  Overall, RevPAR CAGR was 4.9% for the current cycle from 2010 to 2019, constituted of occupancy and ADR CAGRs of 1.6% and 3.3%, respectively. Backed by a strong economy, the lodging market benefited from increased demand. However, new supply also picked up pace. Therefore, the slower occupancy growth in the later years of the cycle, although partly caused by the market approaching a natural ceiling, was also caused by supply increase keeping occupancy growth in check. Moreover, new supply also created a more competitive environment thereby moderating the room rate growth in the recent years.

During the latest year-to-date period in 2020, the lodging market was severely impacted by the COVID-19 outbreak. When compared with the same period in the prior year, both occupancy and ADR experienced significant declines at -34.7% and -18.1%, respectively, resulting in a -46.6% decrease in RevPAR.

The impact of COVID-19 on the lodging industry was immediate. As shown in the following weekly performance chart, the U.S. lodging market hit its trough during the week of April 5-11, with RevPAR decreasing -83.6% from that achieved during the same period last year. Since then, RevPAR decline has moderated. Memorial Day and July 4th weekends saw one-time surges, but RevPAR were still significantly lower from a year ago. During the Week of July 26 - Aug 1, 2020, occupancy and ADR were -34.5% and -25.3% lower than same time last year, with RevPAR still lower by -51.1%.



Weekly US Lodging Market Performance % Change
From the Week of Feb 2-8 to the Week of July 26 - Aug 1

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## COVID-19

As demonstrated earlier, COVID-19's impact on the U.S. lodging has been immediate with steep declines in demand and RevPAR. Markets with high number of cases at the onset of COVID 19 pandemic posted the largest declines. While the market performance bottomed out in mid-April 2020, recovery has been slow. During the latest 12-Week Average ending the Week of July 26 - Aug 1, occupancy and ADR were 42.6% and $91.63, respectively. This is significantly lower than that achieved a year ago, with occupancy and ADR at 72.6% and $133.20, respectively. RevPAR during the latest 12-week period was $39.47, a steep decline from $96.89 achieved during the same period last year.

### Immediate Impacts

- Shelter in place orders drastically decreased demand and placed downward pressure on lodging fundamentals.
- At the onset of the pandemic, many markets were hovering in the low 20% range, supported by essential travel and frontline workers.
- Luxury and upper upscale hotels were observing virtually no demand at the onset of the pandemic, running occupancy in the single digits for most.
- All sporting, concert, fundraising and corporate events were canceled or postponed.
- Government mandates and low demand levels were forcing temporary hotel closures across the country, resulting in hotel owners facing heightened liquidity constraints.
- Travel restrictions and country lockdowns severely impact international demand; as such, gateway markets that tend to be denser and more reliant on international demand have become underperformers.
- Cancelled conferences and large group events coupled with social distancing is placing downward pressure on markets that rely heavily on group demand.
- Short-term outperformers at the effective date of appraisal were economy to mid-tier hotels, small metro markets, interstate locations and drive-to destinations.
- High unemployment rates with employees furloughed at both unit and corporate level.
- Hoteliers greatest challenge was to manage carrying costs given operating shortfalls, debt service payments and working capital.
- Owners were using FF&E reserves and Paycheck Protection Program (PPP) funding to manage working capital, if servicer, lender, or manager allows it.
- Stimulus measures were introduced by governments and central banks to support businesses and employees.

### Shifting Trends

- Markets with high exposure to urban or group-driven demand fare worse in this pandemic given the perception of being "less safe" and more prone to virus contraction.
- Food & Beverage operations have been forced to pivot as guest preferences shift to less social interaction and brand standards mandate safety measures such as no buffet offerings.
- Decreased interaction of guests and staff and potentially service levels.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

- Reduced amenities as high-risk areas such as recreational facilities, gyms, spas, locker rooms were either have to be closed or operate at limited capacity.
- New hygiene & sanitation standards were rolling out; housekeepers were being trained, resulting in higher cleaning and sanitation procedures and costs.

## Recovery

- Events that more negatively impact the economy result in a steeper and more protracted decline in RevPAR performance. During the prior cycle, it took five years for RevPAR to recover.
- Occupancy is expected to recover first before ADR, supported by pent up travel demand and constrained supply growth.
- ADR takes longer to recover than occupancy as operators turn to price discounts to encourage bookings and economic pressures make guests more price sensitive.
- Leisure transient demand is expected to recover first.
- Business transient and group demand shall follow but are expected to face limitations such as travel restrictions imposed by corporate management, challenging in-person meetings caused by workplace shifts and work-from-home practice, and impact from economic headwinds, social distancing and restrictions on size of events.
- Contract business such as airline crew shall recover once airlines relaunch operations. International crew demand was expected to take longer to recover as international airlift were challenged by depressed demand.
- Domestic demand was expected to rebound before international demand given ease of travel and typically lower total trip costs, as well as people shifting travel patterns to drive-to markets.
- Select service hotels were expected to recover before full service and big box hotels.
- Per PricewaterhouseCoopers (PwC) revised forecast released in its Hospitality Directions U.S. report in May 2020, US RevPAR is expected to decline 53.1% and increase by 65.9% in 2021.

## Future Considerations

- Supply growth was expected to remain constrained as pipelines moderate and construction spending decrease. Moreover, certain markets were seeing alternative or adaptive reuse of existing hotels such as residential condominiums, student housing or seniors housing.  The supply dynamics shall bode well for the industry's recovery.
- Consumers have allocated more spending to travel and lodging accommodations over the past 20 years. There is growing consumer focus on travel and experiences has contributed to a 32% increase in lodging accommodations' share of spending since 2000. This trend is expected to continue in the long term.
- Continued push to digitalization and automation is to be expected to allow for contact less hotel experience and efficiency.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

- All operators and hotel owners were having to revisit business models and operations to become more efficient. The "surviving mode" has challenged the industry to rethink, reinvent, to be creative, do more and better, with much less resources. NOI and margins should rise as revenues return to normalized levels.

## Capital Market

- Hotel transaction volume plunges 49% in Q1 2020 to a 10-year low, as investors shifted to "asset management" mode.
- Private equity's abundance of dry powder on hand made it the dominant buyer of hotel assets in Q1 2020, representing 58% of total activity.
- Private equity acquisition was more prominent after global financial crisis. Similar to its investment behavior following the global financial crisis, private equity is expected to be a major provider of liquidity when the hotel transactions market resumes activity.
- Foreign investor appetite remains focused on higher tier properties in primary markets such as New York, Washington D.C., Los Angeles, Chicago and Miami.
- Lenders are being flexible given the profound impact on total cashflows but have paused debt issuance for acquisitions and new construction.
- Starting off the year of 2020 on firm footing, CMBS market, however, was on hold for hotels as the lack of revenue was placing downward pressure on property owners ability to service their mortgages, ricocheting through to CMBS deals backed by those loans.
- With regulatory support, banks were offering hotel owners 90-day loan forbearance to help stall distress, in some cases another 90-day extension

## Regional and State Trends

The subject is located South Atlantic (SA) Region within the State of Florida.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



The SA Region and State of Florida had the following recent performance metrics:

- In terms of occupancy, the SA region reported 46.4% and this represents a -33.8% decrease from the prior year. The State of Florida reported an occupancy of 50.6%, which represents a -33.7% decrease from the prior year. The State of Florida reported an occupancy rate that was approximately 115.8% of the national average occupancy rate.

- In terms of ADR, the SA region reported $115.29 and this represents a -13.4% decrease from the prior year. The State of Florida reported an ADR of $146.91, which represents a -4.7% decrease of from the prior year. The State of Florida reported an ADR that was approximately 136.1% of the national average ADR.

- In terms of RevPAR, the SA region reported $53.45 and this represents a -42.6% decrease from the prior year. The State of Florida reported a RevPAR figure of $74.34 which represents a -36.8% decrease from the prior year. The State of Florida reported a RevPAR that was approximately 157.6% of the national average RevPAR.

- Consistent with the national lodging market trends, the region's performance has also been negatively affected by COVID-19 as reflected in the comparison of the year-to-date performance.

The tables on the following page highlight the performance for the subject's other competitive segments discussed above and also compares the State of Florida to other states in the SA Region.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Lennox Hotel Miami Beach Real Estate Appraisal

## Hotel Performance by Chain Scale, Class, Region, and Location

| Segment | Occupancy YTD July 2020 | Occupancy YTD July 2019 | Occupancy Change | Occupancy 2018 | Occupancy 2019 | Occupancy Change | ADR YTD July 2020 | ADR YTD July 2019 | ADR Change | ADR 2018 | ADR 2019 | ADR Change | RevPAR YTD July 2020 | RevPAR YTD July 2019 | RevPAR Change | RevPAR 2018 | RevPAR 2019 | RevPAR Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **United States** | 43.7% | 67.0% | -34.7% | 66.1% | 66.1% | 0.0% | $107.91 | $131.77 | -18.1% | $129.97 | $131.21 | 1.0% | $47.17 | $88.27 | -46.6% | $85.96 | $86.76 | 0.9% |
| **Chain Scale** | | | | | | | | | | | | | | | | | | |
| Luxury | 38.4% | 74.2% | -48.3% | 74.5% | 73.9% | -0.9% | $343.37 | $342.04 | 0.4% | $336.12 | $343.44 | 2.2% | $131.69 | $253.96 | -48.1% | $250.47 | $253.67 | 1.3% |
| Upper Upscale | 37.3% | 75.1% | -50.3% | 74.2% | 73.9% | -0.5% | $172.70 | $190.34 | -9.3% | $187.10 | $189.74 | 1.4% | $64.37 | $142.86 | -54.9% | $138.91 | $140.21 | 0.9% |
| Upscale | 42.5% | 73.6% | -42.2% | 73.2% | 72.6% | -0.8% | $123.35 | $143.71 | -14.2% | $142.14 | $142.58 | 0.3% | $52.46 | $105.81 | -50.4% | $103.98 | $103.46 | -0.5% |
| Upper Midscale | 43.6% | 68.6% | -36.5% | 67.9% | 67.6% | -0.5% | $99.19 | $113.77 | -12.8% | $112.72 | $113.03 | 0.3% | $43.20 | $78.09 | -44.7% | $76.52 | $76.35 | -0.2% |
| Midscale | 42.7% | 59.2% | -28.0% | 58.6% | 58.2% | -0.7% | $77.79 | $87.30 | -10.9% | $86.94 | $86.56 | -0.4% | $33.18 | $51.69 | -35.8% | $50.95 | $50.37 | -1.1% |
| Economy | 49.9% | 59.5% | -16.2% | 58.5% | 58.8% | 0.5% | $57.69 | $64.06 | -9.9% | $63.85 | $63.68 | -0.3% | $28.76 | $38.10 | -24.5% | $37.36 | $37.45 | 0.2% |
| Independents | 44.3% | 64.2% | -31.1% | 63.2% | 63.6% | 0.7% | $111.63 | $132.73 | -15.9% | $130.21 | $132.24 | 1.6% | $49.44 | $85.28 | -42.0% | $82.27 | $84.12 | 2.2% |
| **Class** | | | | | | | | | | | | | | | | | | |
| Luxury | 39.9% | 71.8% | -44.4% | 71.1% | 71.2% | 0.1% | $292.19 | $304.19 | -3.9% | $298.12 | $301.60 | 1.2% | $116.53 | $218.31 | -46.6% | $211.97 | $214.60 | 1.2% |
| Upper Upscale | 38.0% | 73.6% | -48.4% | 72.9% | 72.6% | -0.4% | $171.22 | $189.18 | -9.5% | $186.47 | $188.71 | 1.2% | $65.05 | $139.29 | -53.3% | $135.96 | $137.04 | 0.8% |
| Upscale | 42.3% | 72.5% | -41.6% | 71.8% | 71.5% | -0.4% | $125.33 | $145.11 | -13.6% | $143.22 | $143.92 | 0.5% | $53.08 | $105.26 | -49.6% | $102.86 | $102.93 | 0.1% |
| Upper Midscale | 43.6% | 68.6% | -36.4% | 67.8% | 67.6% | -0.3% | $101.94 | $116.63 | -12.6% | $115.40 | $115.93 | 0.5% | $44.43 | $79.98 | -44.4% | $78.21 | $78.34 | 0.2% |
| Midscale | 42.9% | 60.5% | -29.0% | 59.9% | 59.6% | -0.4% | $85.01 | $96.27 | -11.7% | $95.68 | $95.94 | 0.3% | $36.50 | $58.24 | -37.3% | $57.31 | $57.22 | -0.2% |
| Economy | 48.2% | 60.2% | -19.9% | 59.2% | 59.6% | 0.5% | $65.41 | $75.63 | -13.5% | $73.96 | $74.24 | 0.4% | $31.55 | $45.55 | -30.7% | $43.75 | $44.13 | 0.9% |
| **Region** | | | | | | | | | | | | | | | | | | |
| New England | 36.7% | 62.9% | -41.7% | 65.8% | 65.0% | -1.1% | $120.06 | $157.33 | -23.7% | $158.93 | $159.91 | 0.6% | $44.03 | $98.88 | -55.5% | $104.56 | $104.00 | -0.5% |
| Middle Atlantic | 41.0% | 67.9% | -39.6% | 69.7% | 69.1% | -0.9% | $118.83 | $158.48 | -25.0% | $166.57 | $166.33 | -0.1% | $48.69 | $107.59 | -54.7% | $116.10 | $114.91 | -1.0% |
| South Atlantic | 46.4% | 70.0% | -33.8% | 67.9% | 67.6% | -0.4% | $115.29 | $133.11 | -13.4% | $126.38 | $128.40 | 1.6% | $53.45 | $93.20 | -42.6% | $85.76 | $86.81 | 1.2% |
| East North Central | 38.8% | 61.0% | -36.5% | 61.5% | 61.5% | -0.6% | $88.41 | $111.36 | -20.6% | $100.91 | $103.45 | 2.5% | $34.27 | $67.95 | -49.6% | $69.28 | $68.96 | -0.5% |
| East South Central | 44.3% | 63.8% | -30.6% | 61.9% | 62.6% | 1.1% | $86.75 | $103.57 | -16.2% | $100.00 | $100.10 | 0.1% | $38.39 | $67.57 | -41.9% | $62.44 | $64.71 | 3.6% |
| West North Central | 37.9% | 58.3% | -35.1% | 57.7% | 58.3% | 1.2% | $84.66 | $99.40 | -14.8% | $99.03 | $99.23 | 0.2% | $32.06 | $57.97 | -43.2% | $57.18 | $58.00 | 1.5% |
| West South Central | 44.3% | 64.6% | -31.4% | 62.7% | 62.7% | 0.1% | $85.73 | $103.52 | -17.2% | $102.56 | $101.84 | -0.7% | $38.00 | $66.87 | -43.2% | $64.26 | $63.92 | -0.5% |
| Mountain | 46.4% | 68.0% | -31.7% | 66.2% | 66.9% | 1.0% | $111.08 | $124.48 | -10.8% | $119.09 | $122.23 | 2.6% | $51.57 | $84.68 | -39.1% | $78.86 | $81.76 | 3.7% |
| Pacific | 47.0% | 74.3% | -36.7% | 73.8% | 73.8% | -0.1% | $137.76 | $172.25 | -20.0% | $168.77 | $171.25 | 1.6% | $64.76 | $127.95 | -49.4% | $124.52 | $126.36 | 1.5% |
| **Location** | | | | | | | | | | | | | | | | | | |
| Urban | 40.4% | 73.6% | -45.0% | 73.4% | 73.1% | -0.4% | $138.76 | $180.18 | -23.0% | $183.22 | $183.71 | 0.3% | $56.11 | $132.55 | -57.7% | $134.52 | $134.36 | -0.1% |
| Suburban | 45.7% | 67.8% | -32.5% | 66.9% | 66.8% | -0.2% | $92.04 | $112.18 | -18.0% | $110.65 | $111.23 | 0.5% | $42.09 | $76.03 | -44.6% | $74.07 | $74.32 | 0.3% |
| Airport | 45.4% | 75.4% | -39.7% | 73.7% | 73.8% | 0.1% | $100.73 | $120.87 | -16.7% | $118.33 | $119.19 | 0.7% | $45.78 | $91.08 | -49.7% | $87.21 | $87.91 | 0.8% |
| Interstate | 42.5% | 58.5% | -27.4% | 57.9% | 58.0% | 0.1% | $78.23 | $87.83 | -10.9% | $87.01 | $87.79 | 0.9% | $33.22 | $51.39 | -35.4% | $50.41 | $50.90 | 1.0% |
| Resort | 45.6% | 72.4% | -37.1% | 70.2% | 70.1% | -0.1% | $182.11 | $188.65 | -3.5% | $178.81 | $182.96 | 2.3% | $83.02 | $136.67 | -39.3% | $125.51 | $128.29 | 2.2% |
| Small Metro/Town | 41.6% | 58.1% | -28.4% | 57.7% | 58.0% | 0.4% | $93.79 | $106.24 | -11.7% | $105.16 | $106.72 | 1.5% | $39.06 | $61.77 | -36.8% | $60.73 | $61.90 | 1.9% |

Note: Highlighted data are considered to be the most relevant to the subject classification
Source: Hotel Review, Smith Travel Research

Copyright © Jones Lang LaSalle IP, Inc. 2017. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## States in the South Atlantic Region

| Segment | Occupancy | | | | | | Average Daily Rate | | | | | | RevPar | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YTD July 2020 | YTD July 2019 | Change | 2019 | 2018 | Change | YTD July 2020 | YTD July 2019 | Change | 2019 | 2018 | Change | YTD July 2020 | YTD July 2019 | Change | 2019 | 2018 | Change |
| United States | 43.7% | 67.0% | -34.7% | 66.1% | 66.1% | 0.0% | $107.91 | $131.77 | -18.1% | $131.21 | $129.97 | 1.0% | $47.17 | $88.27 | -46.6% | $86.76 | $85.96 | 0.9% |
| South Atlantic | 46.4% | 70.0% | -33.8% | 67.6% | 67.9% | -0.4% | $115.29 | $133.11 | -13.4% | $128.40 | $126.38 | 1.6% | $53.45 | $93.20 | -42.6% | $86.81 | $85.76 | 1.2% |
| **State** | | | | | | | | | | | | | | | | | | |
| Delaware | 43.9% | 61.2% | -28.2% | 60.3% | 59.1% | 2.0% | $101.79 | $127.86 | -20.4% | $124.41 | $122.98 | 1.2% | $44.69 | $78.19 | -42.8% | $75.02 | $72.68 | 3.2% |
| Florida | 50.6% | 76.3% | -33.7% | 72.3% | 72.9% | -0.8% | $146.91 | $154.19 | -4.7% | $145.21 | $143.64 | 1.1% | $74.34 | $117.65 | -36.8% | $104.92 | $104.66 | 0.3% |
| Georgia | 47.1% | 67.4% | -30.1% | 65.2% | 65.4% | -0.3% | $88.19 | $110.31 | -20.1% | $107.47 | $104.04 | 3.3% | $41.54 | $74.38 | -44.1% | $70.07 | $68.03 | 3.0% |
| Maryland | 42.7% | 64.7% | -34.1% | 64.6% | 64.0% | 0.9% | $101.40 | $122.85 | -17.5% | $122.90 | $121.61 | 1.1% | $43.26 | $79.52 | -45.6% | $79.34 | $77.82 | 2.0% |
| North Carolina | 44.1% | 66.8% | -34.0% | 65.6% | 64.9% | 1.2% | $90.78 | $106.62 | -14.9% | $107.38 | $105.31 | 2.0% | $40.03 | $71.25 | -43.8% | $70.45 | $68.30 | 3.2% |
| South Carolina | 45.2% | 65.7% | -31.3% | 63.0% | 63.5% | -0.9% | $99.69 | $121.22 | -17.8% | $117.34 | $116.82 | 0.5% | $45.04 | $79.67 | -43.5% | $73.91 | $74.22 | -0.4% |
| Virginia | 42.0% | 64.9% | -35.3% | 64.2% | 64.3% | -0.1% | $91.37 | $113.80 | -19.7% | $112.77 | $110.86 | 1.7% | $38.41 | $73.91 | -48.0% | $72.43 | $71.30 | 1.6% |
| Washington, DC | 37.0% | 77.9% | -52.5% | 76.4% | 77.5% | -1.4% | $185.24 | $230.75 | -19.7% | $225.93 | $221.47 | 2.0% | $68.52 | $179.78 | -61.9% | $172.60 | $171.59 | 0.6% |
| West Virginia | 39.7% | 60.6% | -34.5% | 59.9% | 63.2% | -5.2% | $88.84 | $98.24 | -9.6% | $99.77 | $96.90 | 3.0% | $35.23 | $59.52 | -40.8% | $59.76 | $61.21 | -2.4% |

Source: Hotel Review, Smith Travel Research

Copyright © Jones Lang LaSalle IP, Inc. 2017, All Rights Reserved

52

## Metro Area Trends

The subject is located in the Miami/Hialeah market and lodging market trends in the Miami/Hialeah market provide a more meaningful benchmark than those for the State of Florida or SA Region, as a whole. After examining the overall metro trends, we will examine the subject and its direct competitors (the competitive set), which is the most meaningful market analysis for the subject.

- In terms of occupancy, the Miami/Hialeah market reported 51.0% and this represented a -35.4% decrease from the prior year. The Miami/Hialeah market's overall occupancy rate is greater than the State of Florida and is greater than the SA Region, as a whole. The Miami/Hialeah market's occupancy rate was approximately 117% of the national average.
- In terms of ADR, the Miami/Hialeah market reported $220.24 and this represented a 5.4% increase from the prior year. The Miami/Hialeah market's overall ADR is greater than the State of Florida, and is greater than the SA region, as a whole. The Miami/Hialeah market's ADR was approximately 204% of the national average.
- In terms of RevPAR, the Miami/Hialeah market reported $112.33 and this represented a -32% decrease from the prior year. The Miami/Hialeah market's overall RevPAR is greater than the State of Florida, and is greater than the SA region, as a whole. The Miami/Hialeah market's RevPAR was approximately 238% of the national average.
- Consistent with the national lodging market trends, the metro's performance has also been negatively affected by COVID-19 as reflected in the comparison of the year-to-date performance.

### Miami/Hialeah Market

| Segment | YTD July 2020 | YTD July 2019 | Change | 2019 | 2018 | Change |
|---|---|---|---|---|---|---|
| | | | Occupancy | | | |
| United States | 43.7% | 67.0% | -34.7% | 66.1% | 66.1% | 0.0% |
| South Atlantic | 46.4% | 70.0% | -33.8% | 67.6% | 67.9% | -0.4% |
| Florida | 50.6% | 76.3% | -33.7% | 72.3% | 72.9% | -0.8% |
| Miami/Hialeah, FL | 51.0% | 79.0% | -35.4% | 75.9% | 76.6% | -0.9% |
| | | | | | | |
| | | | Average Daily Rate | | | |
| United States | $107.91 | $131.77 | -18.1% | $131.21 | $129.97 | 1.0% |
| South Atlantic | $115.29 | $133.11 | -13.4% | $128.40 | $126.38 | 1.6% |
| Florida | $146.91 | $154.19 | -4.7% | $145.21 | $143.64 | 1.1% |
| Miami/Hialeah, FL | $220.24 | $208.91 | 5.4% | $196.52 | $198.86 | -1.2% |
| | | | | | | |
| | | | RevPAR | | | |
| United States | $47.17 | $88.27 | -46.6% | $86.76 | $85.96 | 0.9% |
| South Atlantic | $53.45 | $93.20 | -42.6% | $86.81 | $85.76 | 1.2% |
| Florida | $74.34 | $117.65 | -36.8% | $104.92 | $104.66 | 0.3% |
| Miami/Hialeah, FL | $112.33 | $164.96 | -31.9% | $149.19 | $152.33 | -2.1% |

Source: Hotel Review, Smith Travel Research

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Market Supply

We have analyzed hotels in the subject neighborhood that are considered to compete directly with the subject. The following details the properties.

### Existing Market Area Supply

| # | Name | Open Date | Rooms | % of Market |
|---|------|-----------|-------|-------------|
| Subject | Lennox Hotel Miami Beach | Aug-19 | 119 | 13.3% |
| 1 | The Redbury South Beach | Jun-52 | 69 | 7.7% |
| 2 | The Betsy Hotel | Jun-45 | 125 | 13.9% |
| 3 | Hotel Victor South Beach | Jun-38 | 91 | 10.1% |
| 4 | Gale South Beach, Curio Collection by Hilton | Dec-12 | 87 | 9.7% |
| 5 | The Plymouth | Dec-16 | 100 | 11.1% |
| 6 | Kimpton Angler's  South Beach | Jun-07 | 132 | 14.7% |
| 7 | The Standard Spa Miami Beach | Nov-63 | 100 | 11.1% |
| 8 | COMO Metropolitan Miami Beach | Mar-14 | 74 | 8.2% |
| | **Total** | | **897** | **100.0%** |



Like the Subject Hotel, most hotels in the competitive set are historic hotels built in the '30s to '60s that went through extensive renovations.

## Subject

| | | |
|---|---|---|
| Property Name | Lennox Hotel Miami Beach |  |
| Address | 1900 Collins Avenue | |
| City, State Zip | Miami Beach, FL 33139 | |
| Total Rooms | 119 | |
| Year Opened | Aug-19 | |

**Comments**

| | |
|---|---|
| Meeting Facilities | Boardroom |
| Hotel Amenities | Pool, fitness center, restaurant, lobby bar, beach service |
| Comments | The Subject is the newest hotel in the competitive set. It is comprised of the former Peter Miller Hotel, a historic hotel building from the 1930's and three other buildings that were completely redesigned with high end finishes to create a single new hotel. The property features upper upscale class positioning and full-service amenities. The hotel is third-party managed and is operated as an independent hotel affiliated with the Small Luxury Hotels of the World reservation system. |

## Comparable 1

| | | |
|---|---|---|
| Property Name | The Redbury South Beach |  |
| Address | 1776 Collins Avenue, Miami Beach, FL 33139 | |
| City, State Zip | Miami Beach, FL , 33139 | |
| Total Rooms | 69 | |
| Year Opened | Jun-52 | |

**Comments**

| | |
|---|---|
| Meeting Facilities | None |
| Hotel Amenities | Pool, bar, restaurant, beach service |
| Comments | The Redbury reopened in 2013 after extensive renovations and was sold in 2017. The new owners also own the hotel next door and plan to demolish it and build a 69-room extension of the Redbury. The hotel has a 12,000 square-foot rooftop pool and open events space. The property features upper upscale class positioning and full-service amenities. The hotel is third-party managed and is operated as an independent hotel. |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Comparable 2

| | |
|---|---|
| Property Name | The Betsy Hotel |
| Address | 1440 Ocean Dr, Miami Beach, FL 33139 |
| City, State Zip | Miami Beach, FL , 33139 |
| Total Rooms | 125 |
| Year Opened | Jun-45 |



### Comments

| | |
|---|---|
| Meeting Facilities | 2,498 square feet of meeting space and extensive outdoor areas for social events |
| Hotel Amenities | Rooftop pool and event space, courtyard pool, restaurant, wine bar, library |
| Comments | The Betsy South Beach reopened in March 2009 after extensive renovations. In 2018 the hotel went through another extensive renovation that merged with the former Carlton Hotel, resulting in a total of 125 rooms. The hotel is located on Ocean Drive The property features luxury class positioning and full-service amenities. The hotel is third-party managed and is operated as an independent hotel affiliated to the Small Luxury Hotels of the World reservation system. |

## Comparable 3

| | |
|---|---|
| Property Name | Hotel Victor South Beach |
| Address | 1144 Ocean Drive, Miami Beach, FL 33139 |
| City, State Zip | Miami Beach, FL , 33139 |
| Total Rooms | 91 |
| Year Opened | Jun-38 |



### Comments

| | |
|---|---|
| Meeting Facilities | Two boardrooms |
| Hotel Amenities | Restaurant, coffee shop, pool, spa, fitness center |
| Comments | The hotel reopened in 2013 after an $8 million renovation. Located on Ocean Drive, the hotel is next to the Casa Casuarina hotel (the former Versace Mansion). The owners of the hotel also purchased the Casa Casuarina in 2013. The property features upper upscale class positioning and full-service amenities. The hotel is third-party managed and operated as an independent property. |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Comparable 4

| | |
|---|---|
| Property Name | Gale South Beach, Curio Collection by Hilton |
| Address | 1690 Collins Avenue, Miami Beach, FL 33139 |
| City, State Zip | Miami Beach, FL , 33139 |
| Total Rooms | 87 |
| Year Opened | Dec-12 |



**Comments**

| | |
|---|---|
| Meeting Facilities | None |
| Hotel Amenities | Rooftop pool, restaurant, bar |
| Comments | The Gale South Beach opened in 2012 after a $35 million restoration of the historic 1940's hotel. The hotel is affiliated with Hilton's Curio brand and is positioned as an upper upscale hotel. |

## Comparable 5

| | |
|---|---|
| Property Name | The Plymouth |
| Address | 336 21 Street, Miami Beach, FL 33139 |
| City, State Zip | Miami Beach, FL , 33139 |
| Total Rooms | 100 |
| Year Opened | Dec-16 |



**Comments**

| | |
|---|---|
| Meeting Facilities | None |
| Hotel Amenities | Pool, restaurant, bar, beach service |
| Comments | The Plymouth reopened in 2016 after extensive renovations to the 1940's historic art deco hotel. The property features upper upscale class positioning and full-service amenities. The hotel is third-party managed and is operated as an independent hotel affiliated with the Small Luxury Hotels of the World reservation system. |

## Comparable 6

| | |
|---|---|
| Property Name | Kimpton Angler's  South Beach |
| Address | 660 Washington Avenue, Miami Beach, FL 33139 |
| City, State Zip | Miami Beach, FL , 33139 |
| Total Rooms | 132 |
| Year Opened | Jun-07 |



| Comments | |
|---|---|
| Meeting Facilities | One ballroom with 1,113 SF and several outdoor spaces |
| Hotel Amenities | Rooftop pool, restaurant, bar, spa |
| Comments | The hotel is affiliated to InterContinental Hotel Group's Kimpton brand and features upper upscale class positioning and full-service amenities. The hotel finished a $61 million renovation and redesign in 2019. |

## Comparable 7

| | |
|---|---|
| Property Name | The Standard Spa Miami Beach |
| Address | 40 Island Avenue, Miami Beach, FL 33139 |
| City, State Zip | Miami Beach, FL , 33139 |
| Total Rooms | 100 |
| Year Opened | Nov-63 |



| Comments | |
|---|---|
| Meeting Facilities | None |
| Hotel Amenities | Pool, spa, restaurant, bar, café, |
| Comments | The former Lido Spa Hotel reopened in 2006 as the Standard Spa Miami Beach after going through extensive renovations. The hotel is located on Belle Island and faces the Intracoastal Waterway. The hotel is an adult only property, and its famous for its spa. It is positioned as a luxury property. |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Comparable 8

| | |
|---|---|
| Property Name | COMO Metropolitan Miami Beach |
| Address | 2445 Collins Avenue, Miami Beach, FL 33140 |
| City, State Zip | Miami Beach, FL , 33140 |
| Total Rooms | 74 |
| Year Opened | Mar-14 |



### Comments

| | |
|---|---|
| Meeting Facilities | None |
| Hotel Amenities | Restaurant, bar, pool, spa |
| Comments | The Como is part of Como Hotels & Resorts from Singapore, a hotel company that has 14 hotels mostly in Asia and Europe. The property features luxury class positioning and full-service amenities. The hotel is also affiliated with the Small Luxury Hotels of the World reservation system. |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Performance of the Competitive Market

The data is presented in Fiscal Years from August through July. For example, Fiscal Year 2014 corresponds to August 1st, 2013 through July 31st, 2014.

The following table details the historical room nights available (RNA), room nights sold (RNS), average daily rate (ADR) and room revenue per available room (RevPAR) for the competitive set.

### Historical Performance of Existing Market Supply

| Fiscal Year | RNA | Change | RNS | Change | Occupancy | Change | ADR | Change | RevPAR | Change |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year ending July 31st | | | | | | | | | | |
| 2014 | 168,232 | N/A | 126,844 | N/A | 75.4% | N/A | $277.81 | N/A | $209.46 | N/A |
| 2015 | 192,082 | 14.2% | 151,285 | 19.3% | 78.8% | 4.5% | $285.14 | 2.6% | $224.58 | 7.2% |
| 2016 | 191,078 | -0.5% | 149,189 | -1.4% | 78.1% | -0.9% | $263.83 | -7.5% | $205.99 | -8.3% |
| 2017 | 229,611 | 20.2% | 170,617 | 14.4% | 74.3% | -4.8% | $237.58 | -9.9% | $176.54 | -14.3% |
| 2018 | 262,220 | 14.2% | 187,408 | 9.8% | 71.5% | -3.8% | $250.78 | 5.6% | $179.23 | 1.5% |
| 2019 | 283,877 | 8.3% | 207,953 | 11.0% | 73.3% | 2.5% | $251.21 | 0.2% | $184.02 | 2.7% |
| 2020 | 327,405 | 15.3% | 157,014 | -24.5% | 48.0% | -34.5% | $265.11 | 5.5% | $127.14 | -30.9% |
| Compound Annual Growth Rate (CAGR) | | | | | | | | | | |
| FY  2014 - 2020 | 11.7% | | 3.6% | | -7.3% | | -0.8% | | -8.0% | |

As shown above, the room nights available (RNA) have increased over the last seven years as new hotels entered the market including the Subject Property that opened in August of 2019.

In terms of demand, room nights sold (RNS) grew every year from fiscal year 2014 through fiscal year 2019 except for fiscal years 2016 and 2017 when the Miami Beach market was affected by the Zika virus outbreak. During the fiscal year 2020 period, the demand declined 24.5% as a result of the Covid-19 pandemic. Occupancies ranged from 71.5% to 78.8% during the fiscal years 2014-2019 period and declined to 48% in fiscal year 2020. Average Daily Rate (ADR) declined in 2016 and 2017 as a result of the Zika outbreak as well as overall additions to supply in the market and has recovered slowly. However, ADR has not yet reached the previous peak of $285 achieved in 2015. In 2020, Miami hosted the Superbowl, which boosted ADR's in February and helped offset the negative impact of the Covid-19 pandemic, resulting in an overall ADR increase over that in previous fiscal year.

Based on the preceding occupancy and ADR movements, RevPAR fluctuated during the seven fiscal years analyzed. Overall, RevPAR achieved an annual compound average growth rate (CAGR) of -8.0% during the FY 2014 to FY 2020 period.

It should be noted that April and May 2020 returned no monthly data because several hotels were closed during these two months.

The following tables highlight key lodging metric trends by month and year for the competitive set.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Competitive Set Occupancy by Month



## Competitive Set ADR by Month



Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



## Segmentation of Demand

Demand for hotel accommodations among the competitive hotels is comprised of the following market segments:

### Transient Demand

Transient traveler segment largely consists of commercial demand and leisure demand.

Commercial demand is primarily room nights generated by the office, businesses, and commercial activity in the nearby area. When examining a market and projecting future growth trends, a substantial commercial demand base is critical as it is the least rate sensitive of the three segments and provides for a reliable base business. Commercial demand generally includes transient business travelers that stay for one to two nights. Corporations that generate high volume of visitors also tend to establish corporate negotiated contracts and room rates with local hotels that meet their needs. This segment also includes commercial transient travelers eligible for government per diem rates. Commercial demand is strongest Monday through Thursday nights and is relatively constant throughout the year.

Leisure demand is primarily comprised of individual travelers and families traveling for sightseeing, recreation, or visiting friends and relatives. Leisure demand is the strongest on Friday and Saturday nights and all week during holiday periods and the summer months particularly for resort locations. These peak periods represent the inverse of commercial visitation trends, underscoring the stabilizing effect of capturing weekend and summer tourist travel. As personal travel is considered a discretionary spending, leisure demand is quite susceptible to the overall economic health of the region and the nation. Trends showing

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

changes in provincial and regional unemployment and disposable personal income correlate strongly with leisure travel levels. This segment is also generally more price-sensitive than the other segments.

## Meeting and Group Demand

Generally consisting of a block of ten rooms or more, group demand is an important business segment for hotels. There are numerous classifications within the meeting and group segment. The primary categories are corporate groups, associations, and SMERFE (social, military, ethnic, religious, fraternal, and educational) groups. Corporate groups typically meet during the business week and is generated by corporate, commercial, or association groups that either meet at hotels or at company offices. These groups tend to be the most profitable for hotels as they usually generate ancillary revenues including food, beverage, and banquet revenue. National, state and local association groups also typically meet on weekdays and can either be held at a single venue permanently or on a rotational basis moving from one location to another. Additionally, conventions, trade shows and other events are also major demand generators for group room nights. SMERFE groups are typically more price-sensitive and tend to meet on weekends and/or during the summer months or holiday season, when greater discounts are usually available.

Peak convention demand typically occurs in the spring and fall. While the length of stay varies depending on the type of group, it is typically two or three nights and can sometimes include a weekend night. Although meeting and groups may be high revenue generators, hotels that rely too heavily on this segment may be vulnerable. Past downturns in the economy proved that in addition to job cuts, corporations cut group and incentive travel and found ways to conduct business remotely in an effort to reduce costs.

## Contract Demand

Contract segment includes a minimum committed block of rooms at a pre-negotiated contract rates regardless of use, such as airline crews, government contracts, short-term construction or consulting projects, or extended stay guests over a period of 30 days or more. This segment generally brings in room nights volume but at lower average daily rates. However, it provides for a consistent revenue base and supports hotel operations particularly during low occupancy periods. For example, hotels that are located in heavily commercial districts with little leisure activities generally rely mostly on commercial demand and have lower occupancy during the weekends. Having guaranteed room nights during the weekends would help support fixed expenses at the hotels and enhance yield management strategy in some cases.

In the competitive market, demand is driven mostly by the Leisure market. Friday and Saturday have the highest occupancy and ADR of any other night. Additionally, the competitive market is comprised of mostly smaller boutique hotels that are generally transient oriented with some small group demand and no contract demand.

## Development Pipeline

We have reviewed the known supply pipeline that could enter the market. The following table summarizes the development pipeline in the subject market area known as of the effective date of value.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## New Supply

| Project Name | Address | City | Rooms | Status | Projected Opening |
|---|---|---|---|---|---|
| Collins Park Hotel | 2000 Park Ave | Miami Beach | 295 | In Construction | Aug-20 |
| MOXY Miami South Beach | 915 Washington Ave | Miami Beach | 202 | In Construction | Nov-20 |
| The Good Time | 601 Washington Ave | Miami Beach | 269 | In Construction | Aug-20 |
| The Variety Hotel | 1700 Alton Rd | Miami Beach | 70 | In Construction | Sep-20 |
| Radisson Red Miami | 900 SW 2nd Ave | Miami Beach | 124 | Final Planning | Aug-21 |
| The Fifth Hotel | 803 5th St | Miami Beach | 50 | Final Planning | Feb-22 |
| Grand Hyatt Miami Beach Convention Center | 1701 Convention Center Dr | Miami Beach | 800 | Final Planning | Dec-23 |
| Raleigh Hotel | 1775 Collins Ave | Miami Beach | 70 | Planning | N/A |
| CitizenM Miami Beach | 1212 Lincoln Rd | Miami Beach | 168 | Planning | N/A |
| Urbanica The Beach | 6747 Collins Ave | Miami Beach | 200 | Planning | N/A |
| Park Avenue Hotel | 355 19th St | Miami Beach | 100 | Planning | N/A |
| Bohemian House Hotel | 1409, 1413 Washington Ave | Miami Beach | 50 | Planning | N/A |
| Urbin Retreat Miami Beach | 1234, 1240, 1260 Washington Ave | Miami Beach | 56 | Planning | N/A |
| Sterling Building | 927-929 Lincoln Rd | Miami Beach | 144 | Planning | N/A |
| Sanctuary Hotel | 1745 James Ave | Miami Beach | 90 | Planning | N/A |
| **Total** | | | **2,688** | | |

Given the outbreak of COVID-19 and the then market conditions, projects in the planning phases were facing a significantly higher degree of uncertainty. Several projects have been deferred, and new supply was expected be tempered in the near term

We have not included any new supply that would be directly competitive with the Subject Property.

## Market Performance Projections

Based on historical market performance, we have projected market occupancy and ADR movements for the next seven years. Given the hotel closures and effects from the current COVID-19 pandemic, monthly analysis for the next 36 months has been conducted as summarized on the following page.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Lennox Hotel Miami Beach Real Estate Appraisal

## Monthly Analysis and Near Term Forecast

### Number of Rooms

| Fiscal Year | August | September | October | November | December | January | February | March | April | May | June | July | Total Year | % Change Total Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 298 | 417 | 389 | 458 | 457 | 468 | 409 | 527 | 527 | 527 | 527 | 527 | 461 | - |
| 2015 | 527 | 565 | 527 | 526 | 526 | 544 | 475 | 526 | 526 | 526 | 526 | 526 | 526 | 14.2% |
| 2016 | 526 | 564 | 523 | 523 | 523 | 540 | 472 | 523 | 523 | 523 | 523 | 523 | 524 | -0.5% |
| 2017 | 523 | 560 | 523 | 523 | 650 | 698 | 628 | 695 | 685 | 775 | 775 | 690 | 629 | 20.2% |
| 2018 | 690 | 739 | 690 | 690 | 690 | 713 | 623 | 690 | 775 | 775 | 775 | 775 | 718 | 14.2% |
| 2019 | 775 | 834 | 778 | 778 | 778 | 804 | 703 | 778 | 778 | 778 | 778 | 778 | 778 | 8.3% |
| 2020 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 15.3% |
| 2021F | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 0.0% |
| 2022F | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 0.0% |
| 2023F | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 0.0% |

Note: Forecasts are shown in shaded areas

### Occupancy (%)

| Fiscal Year | August | September | October | November | December | January | February | March | April | May | June | July | Total Year | % Change Total Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 77.0% | 57.7% | 71.1% | 76.7% | 75.5% | 84.4% | 86.0% | 76.4% | 83.2% | 73.2% | 69.0% | 72.9% | 75.4% | - |
| 2015 | 80.7% | 68.7% | 75.3% | 78.1% | 82.7% | 84.1% | 86.4% | 86.1% | 84.3% | 76.7% | 68.9% | 73.5% | 78.8% | 4.5% |
| 2016 | 73.9% | 68.2% | 74.5% | 78.3% | 81.2% | 84.5% | 84.7% | 87.6% | 85.1% | 78.4% | 65.8% | 75.0% | 78.1% | -0.9% |
| 2017 | 67.8% | 65.3% | 66.2% | 77.2% | 75.3% | 72.9% | 79.2% | 85.8% | 82.2% | 69.5% | 67.5% | 77.9% | 74.3% | -4.8% |
| 2018 | 67.2% | 49.5% | 69.3% | 75.3% | 78.2% | 81.7% | 86.9% | 87.9% | 73.4% | 60.3% | 60.6% | 70.6% | 71.5% | -3.8% |
| 2019 | 66.8% | 56.1% | 65.8% | 69.7% | 69.4% | 76.4% | 85.3% | 88.0% | 83.7% | 74.3% | 72.9% | 71.6% | 73.3% | 2.5% |
| 2020 | 62.1% | 50.9% | 64.4% | 77.1% | 79.0% | 87.3% | 89.0% | 43.3% | 0.0% | 0.0% | 14.4% | 10.4% | 48.0% | -34.5% |
| 2021F | 25.0% | 35.0% | 45.0% | 50.0% | 50.0% | 59.7% | 63.8% | 65.4% | 59.8% | 51.0% | 53.6% | 58.7% | 51.3% | 7.1% |
| 2022F | 52.8% | 41.6% | 53.1% | 59.9% | 60.4% | 75.6% | 80.8% | 82.9% | 75.8% | 64.6% | 63.7% | 69.7% | 65.0% | 26.6% |
| 2023F | 62.7% | 52.7% | 63.1% | 71.1% | 75.5% | 79.6% | 85.1% | 87.2% | 79.8% | 68.0% | 67.0% | 73.4% | 72.0% | 10.8% |

Note: Forecasts are shown in shaded areas

### ADR ($)

| Fiscal Year | August | September | October | November | December | January | February | March | April | May | June | July | Total Year | % Change Total Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | $212 | $193 | $224 | $219 | $394 | $320 | $348 | $370 | $300 | $248 | $211 | $215 | $278 | - |
| 2015 | $210 | $193 | $243 | $262 | $390 | $342 | $387 | $369 | $309 | $249 | $206 | $212 | $285 | 2.6% |
| 2016 | $203 | $194 | $229 | $259 | $361 | $315 | $331 | $327 | $265 | $235 | $195 | $209 | $264 | -7.5% |
| 2017 | $186 | $183 | $204 | $237 | $315 | $256 | $288 | $277 | $250 | $214 | $186 | $200 | $238 | -9.9% |
| 2018 | $177 | $172 | $192 | $217 | $348 | $280 | $322 | $333 | $270 | $233 | $195 | $197 | $251 | 5.6% |
| 2019 | $184 | $173 | $194 | $219 | $378 | $291 | $317 | $325 | $271 | $221 | $191 | $195 | $251 | 0.2% |
| 2020 | $174 | $156 | $183 | $213 | $347 | $334 | $383 | $277 | $0 | $0 | $167 | $176 | $265 | 5.5% |
| 2021F | $134 | $125 | $142 | $162 | $268 | $226 | $255 | $247 | $203 | $170 | $155 | $157 | $194 | -26.8% |
| 2022F | $143 | $125 | $152 | $173 | $286 | $272 | $307 | $296 | $243 | $204 | $174 | $177 | $222 | 14.1% |
| 2023F | $169 | $159 | $180 | $205 | $351 | $296 | $334 | $323 | $265 | $222 | $189 | $192 | $248 | 11.8% |

Note: Forecasts are shown in shaded areas

Copyright © Jones Lang LaSalle IP, Inc. 2021 All Rights Reserved

## Historical and Projected Performance of Competitive Set

| Fiscal Year* | RNA | Change | RNS | Change | Occupancy | Change | ADR | Change | RevPAR | Change |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 168,232 | N/A | 126,844 | N/A | 75.4% | N/A | $277.81 | N/A | $209.46 | N/A |
| 2015 | 192,082 | 14.2% | 151,285 | 19.3% | 78.8% | 4.5% | $285.14 | 2.6% | $224.58 | 7.2% |
| 2016 | 191,078 | -0.5% | 149,189 | -1.4% | 78.1% | -0.9% | $263.83 | -7.5% | $205.99 | -8.3% |
| 2017 | 229,611 | 20.2% | 170,617 | 14.4% | 74.3% | -4.8% | $237.58 | -9.9% | $176.54 | -14.3% |
| 2018 | 262,220 | 14.2% | 187,408 | 9.8% | 71.5% | -3.8% | $250.78 | 5.6% | $179.23 | 1.5% |
| 2019 | 283,877 | 8.3% | 207,953 | 11.0% | 73.3% | 2.5% | $251.21 | 0.2% | $184.02 | 2.7% |
| 2020 | 327,405 | 15.3% | 157,014 | -24.5% | 48.0% | -34.5% | $265.11 | 5.5% | $127.14 | -30.9% |
| 2021F | 327,405 | 0.0% | 168,093 | 7.1% | 51.3% | 7.1% | $194.10 | -26.8% | $99.65 | -21.6% |
| 2022F | 327,405 | 0.0% | 212,780 | 26.6% | 65.0% | 26.6% | $221.54 | 14.1% | $143.98 | 44.5% |
| 2023F | 327,405 | 0.0% | 235,832 | 10.8% | 72.0% | 10.8% | $247.65 | 11.8% | $178.38 | 23.9% |
| 2024F | 327,405 | 0.0% | 242,907 | 3.0% | 74.2% | 3.0% | $266.22 | 7.5% | $197.51 | 10.7% |
| 2025F | 327,405 | 0.0% | 242,907 | 0.0% | 74.2% | 0.0% | $272.88 | 2.5% | $202.45 | 2.5% |
| 2026F | 327,405 | 0.0% | 242,907 | 0.0% | 74.2% | 0.0% | $279.70 | 2.5% | $207.51 | 2.5% |
| 2027F | 327,405 | 0.0% | 242,907 | 0.0% | 74.2% | 0.0% | $286.69 | 2.5% | $212.70 | 2.5% |

* Ending July 31st

The overall occupancy for the fiscal year 2021 period is projected to be 51.3%, which represents an overall 70% recovery from 2019 levels. The occupancy is projected to grow to 65.0% in fiscal year 2022, 72.0% in fiscal year 2023 and stabilized at 74.2% in fiscal year 2024.

ADR's are projected to decline 26.8% to $194 in fiscal year 2021 as compared to fiscal year 2020. This reflects the depressed rate levels seen since June of 2020 due to the Covid-19 pandemic and were expected to continue for the next several months. ADR's are projected to grow 14.1% to $222 in fiscal year 2022, 11.8% to $248 in fiscal year 2023, 7.5% to $266 in fiscal year 2024 and grow at an inflationary rate of 2.5%thereafter

Overall, the competitive market's RevPAR is projected to grow to $198 in year 4 or during the fiscal year ending July 2024, surpassing the RevPAR level achieved in fiscal year 2019. As of the effective date of value, market participants were generally underwriting a three to four years recovery to 2019 levels. The projections are generally consistent with market expectations.

## Subject Fair Share Analysis

The subject's fair share of the market is developed as follows.

## Fair Share Analysis

| Fiscal Year Ending July 31st | Subject RNA | Market RNA | Subject Fair Share |
|---|---|---|---|
| 2020 | 43,435 | 327,405 | 13.3% |
| 2021 | 43,435 | 327,405 | 13.3% |
| 2022 | 43,435 | 327,405 | 13.3% |
| 2023 | 43,435 | 327,405 | 13.3% |
| 2024 | 43,435 | 327,405 | 13.3% |
| 2025 | 43,435 | 327,405 | 13.3% |
| 2026 | 43,435 | 327,405 | 13.3% |
| 2027 | 43,435 | 327,405 | 13.3% |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

A property achieves 100% occupancy penetration when it is earning its fair share of the market. For example, in a market of 1,000 rooms, a 100-room hotel constitutes 10% of total rooms (100 ÷ 1000). If there were 200,000 RNS, the hotel should sell 20,000 rooms (10% x 200,000). More than 20,000 RNS would indicate a penetration above 100%, less than 20,000 RNS would be a penetration of less than 100%.

## Subject Occupancy and ADR Projection Summary

The subject opened in August of 2019 and achieved a 65% occupancy penetration index and 107% ADR penetration index in its first year of operation. The subject's occupancy, ADR and RevPAR projections, as well as their penetration indices are summarized in the table below.

Subject Performance Projections

| Year | Occupancy | | | | | ADR | | | | | RevPAR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Market | % Chg | Subject | % Chg | Index | Market | % Chg | Subject | % Chg | Index | Market | % Chg | Subject | % Chg | Index |
| Historical (FY) | | | | | | | | | | | | | | | |
| 2020 | 48.0% | -34.5% | 31.1% | - | 65% | $265 | 5.5% | $283.11 | - | 107% | $127 | -30.9% | $88.05 | - | 69% |
| Forecast (FY) | | | | | | | | | | | | | | | |
| 2021 | 51.3% | 7.1% | 41.1% | 31.8% | 80% | $194 | -26.8% | $207.69 | -26.6% | 107% | $100 | -21.6% | $85.30 | -3.4% | 86% |
| 2022 | 65.0% | 26.6% | 61.7% | 50.3% | 95% | $222 | 14.1% | $241.48 | 16.3% | 109% | $144 | 44.5% | $149.09 | 74.8% | 104% |
| 2023 | 72.0% | 10.8% | 72.0% | 16.7% | 100% | $248 | 11.8% | $269.94 | 11.8% | 109% | $178 | 23.9% | $194.44 | 30.4% | 109% |
| 2024 | 74.2% | 3.0% | 74.2% | 3.0% | 100% | $266 | 7.5% | $290.18 | 7.5% | 109% | $198 | 10.7% | $215.29 | 10.7% | 109% |
| 2025 | 74.2% | 0.0% | 74.2% | 0.0% | 100% | $273 | 2.5% | $297.44 | 2.5% | 109% | $202 | 2.5% | $220.67 | 2.5% | 109% |
| 2026 | 74.2% | 0.0% | 74.2% | 0.0% | 100% | $280 | 2.5% | $304.87 | 2.5% | 109% | $208 | 2.5% | $226.19 | 2.5% | 109% |
| 2027 | 74.2% | 0.0% | 74.2% | 0.0% | 100% | $287 | 2.5% | $312.49 | 2.5% | 109% | $213 | 2.5% | $231.84 | 2.5% | 109% |

The subject was expected to ramp up its occupancy penetration index as it continued to get more established in the market. We have projected the occupancy penetration index to increase to 80% in fiscal year 2021, 95% in fiscal year 2022 and stabilize at 100% in fiscal year 2024. As a result, the occupancy for the subject is projected at 41.1% in fiscal year 2021, growing to 61.7% in fiscal year 2022 and 72.0% in fiscal year 2023, and stabilizing at 74.2% in fiscal year 2024.

The subject achieved an ADR premium over that of the market with a penetration index of 107% in its first year of operation. We have projected the ADR penetration index to remain at 107% in fiscal year 2021 and stabilize at 109% in fiscal year 2022 and thereafter. ADR is estimated to decline 26.6% to $208 in fiscal year 2021, then grow 16.3% in fiscal year 2022, 11.8% in fiscal year 2023, 7.5% in fiscal year 2024 and grow at an inflationary rate of 2.5% thereafter.

Overall, the subject's RevPAR penetration index is projected to reach 109% by fiscal year 2023 and remain more or less at that level in the subsequent years.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Conclusion

The calculations of the subject room revenue are summarized below.

## Rooms Revenue Projections Summary

| Fiscal Year | Occupancy | ADR | Revenue | RevPAR |
|---|---|---|---|---|
| Historical | | | | |
| 2020 | 31.1% | $283.11 | $3,824,331 | $88.05 |
| Projected | | | | |
| 2021 | 41.1% | $207.69 | $3,705,127 | $85.30 |
| 2022 | 61.7% | $241.48 | $6,475,710 | $149.09 |
| 2023 | 72.0% | $269.94 | $8,445,429 | $194.44 |
| 2024 | 74.2% | $290.18 | $9,351,069 | $215.29 |
| 2025 | 74.2% | $297.44 | $9,585,004 | $220.67 |
| 2026 | 74.2% | $304.87 | $9,824,559 | $226.19 |
| 2027 | 74.2% | $312.49 | $10,070,085 | $231.84 |

Note: Beyond 2027, the subject's occupancy is estimated to stabilize at 74.2%, and ADR to grow at inflationary rates

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Highest and Best Use

Highest and best use may be defined as the reasonably probable and legal use of vacant land or improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.

- **Legally Permissible**: What uses are permitted by zoning and other legal restrictions?

- **Physically Possible**: To what use is the site physically adaptable?

- **Financially Feasible**: Which possible and permissible use will produce any net return to the owner of the site?

- **Maximally Productive**: Among the feasible uses which use will produce the highest net return, (i.e., the highest present worth?)

## Highest and Best Use of the Site

### Legally Permissible

The site is zoned CD-2, Commercial-Central. Permitted uses include general commercial use including apartments, hotels, bars and restaurants . To our knowledge, there are no legal restrictions such as easements or deed restrictions that would effectively limit the use of the property. Given prevailing land use patterns in the area, only hotel use is given further consideration in determining highest and best use of the site, as though vacant.

### Physically Possible

The physical characteristics of the site do not appear to impose any unusual restrictions on development. Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses

### Financially Feasible

Based on our analysis of the market, there is limited demand for additional hotel development at the current time. It appears that a newly developed hotel use on the site would not have a value commensurate with its cost; therefore, hotel use is not considered to be financially feasible. Nevertheless, we expect an eventual recovery of the market accompanied by a rise in property values to a level that will justify the cost of new construction. Thus, it is anticipated that hotel development will become financially feasible in the future.

### Maximally Productive

There does not appear to be any reasonably probable use of the site that would generate a higher residual land value than holding the property for future development of a hotel use. Accordingly, it is our opinion that holding the property for future hotel use, based on the normal market density level permitted by zoning, is the maximally productive use of the property.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Conclusion

Holding the property for future development of a hotel use is the only use that meets the four tests of highest and best use. Therefore, it is concluded to be the highest and best use of the property as if vacant.

## Highest and Best Use as Improved

The subject site is developed with a hotel. The existing improvements were producing positive cash flow that we expect will continue. Therefore, a continuation of this use is concluded to be financially feasible.

Based on our analysis, there does not appear to be any alternative use that could reasonably be expected to provide a higher present value than the current use, and the value of the existing improved property exceeds the value of the site, as if vacant. For these reasons, continued hotel use is concluded to be maximally productive and the highest and best use of the property as improved.

## Most Probable Buyer

Taking into account the size and characteristics of the property, the likely buyer is national or regional investor.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Valuation Methodology

Three basic approaches may be applicable and utilized, then reconciled to arrive at an estimate of market value. An approach to value is included or eliminated based on its applicability to the property type being value and the information available. The reliability of each approach depends on the availability and comparability of market data as well as the motivation and thinking of purchasers. Applicable approaches and whether or not they were utilized are summarized below:

## Cost Approach

The Cost Approach is based on the proposition that an informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. In the Cost Approach, the appraiser forms an opinion of the cost of all improvements, depreciation from physical, functional and external causes. The land value, entrepreneurial profit and depreciated improvement costs are then added, resulting in indication of value.

## Sales Comparison Approach

The Sales Comparison Approach compares sales of similar properties with the subject property. Each comparable sale is adjusted for its inferior or superior characteristics. The values derived from the adjusted comparable sales form a range of value for the subject. A gross income multiplier and / or effective gross income multiplier may also be analyzed. By process of correlation and analysis, a final indicated value is derived.

## Income Approach

In the Income Capitalization Approach the income-producing capacity of a property is estimated by using contract rents on existing leases and by estimating market rent from rental activity at competing properties for the vacant space. Deductions are then made for vacancy and collection loss and operating expenses. The resulting net operating income is divided by an overall capitalization rate to derive an opinion of value for the subject property. The capitalization rate represents the relationship between net operating income and value. This method is referred to as Direct Capitalization.

Related to the Direct Capitalization Method is the Yield Capitalization Method. In this method periodic cash flows (which consist of net operating income less capital costs) and a reversionary value are developed and discounted to a present value using a discount rate or an internal rate of return.

The Income Approach converts the anticipated flow of future benefits (income) to a present value estimate through a capitalization and or a discounting process.

## Final Reconciliation

The appraisal process concludes with the Final Reconciliation of the values derived from the approaches applied for a single estimate of market value. Different properties require different means of analysis and lend themselves to one approach over the others.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Analyses Applied

Applicability and utilization of the approaches in this assignment is described as follows.

| Approach | Description | Applicability | Utilization |
| --- | --- | --- | --- |
| Cost | A cost approach is most applicable in valuing new or proposed construction when the improvements represent the highest and best use of the land and the land value, cost new and depreciation are well supported.<br><br>Given the nature of the property as a historic hotel building that was renovated, the reliability of cost estimates and depreciation estimates could be limited, which could render the conclusion less meaningful. | Not Applicable | Not Utilized |
| Sales Comparison | A sales approach is most applicable when sufficient data on recent market transactions is available and there is an active market for the property type.<br><br>We have placed less weight on the sales comparison approach in this appraisal because of the market conditions as of the effective date of value caused by the COVID-19 pandemic and the limited transactions occurring during that period. We have utilized this approach in general support of the income approach. | Applicable | Utilized |
| Income | An income approach is most applicable when the subject is an income producing property or has the ability to generate income in the future as an investment. | Applicable | Utilized |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Sales Comparison Approach

The Sales Comparison Approach is based on the premise that a buyer would pay no more for a specific property than the cost of obtaining a property with the same quality, utility, and perceived benefits of ownership.  It is based on the principles of supply and demand, balance, substitution and externalities. The following steps describe the applied process of the Sales Comparison Approach.

1. The market in which the subject property competes is investigated; comparable sales, contracts for sale and current offerings are reviewed.

2. The most pertinent data is further analyzed, and the quality of the transaction is determined.

3. The most meaningful unit of value for the subject property is determined.

4. Each comparable sale is analyzed and where appropriate, adjusted to equate with the subject property.

5. The value indication of each comparable sale is analyzed, and the data reconciled for a final indication of value via the Sales Comparison Approach.

We have researched comparables for this analysis, which are documented on the following pages, followed by a location map and analysis grid. All sales have been researched through numerous sources and, when possible, verified by a party to the transaction.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Summary of Comparable Improved Sales

| No. | Name/Address | Sale Date; Status | Yr. Blt.; # Stories | # Rooms; | Sale Price | $/Room; |
|-----|--------------|-------------------|---------------------|----------|------------|---------|
| 1 | Lord Balfour | Aug-19 | 1940 | 81 | $34,750,000 | $429,012 |
|   | 350 Ocean Drive | Closed Sale | 3 | | | |
|   | Miami Beach, FL | | | | | |
|   | Tax ID: 02-4203-003-0450 | | | | | |
|   | Grantor: Green Comet LLC | | | | | |
|   | Grantee: Henley Investment Management | | | | | |

Sale Comments: The 81-room Lord Balfour Hotel was sold by Green Comet, LLC to Henley Investment Management in August of 2019. The hotel sold for $34,750,000 or $429,012 per key. The hotel includes 64 rooms in a 1940's tower and a new tower with 17 rooms. The new owner invested $5.0 million and converted the hotel into the Life House Ocean Drive after the sale. We have attempted to confirm the sale with the parties involved with no success. The sale was confirmed by secondary sources and the recorded deed.

| No. | Name/Address | Sale Date; Status | Yr. Blt.; # Stories | # Rooms; | Sale Price | $/Room; |
|-----|--------------|-------------------|---------------------|----------|------------|---------|
| 2 | Vintro Hotel | Sep-18 | 1934 | 50 | $20,000,000 | $400,000 |
|   | 2216 Park Ave. | Closed Sale | 3 | | | |
|   | Miami Beach, FL | | | | | |
|   | Tax ID: 02-3226-001-0310 | | | | | |
|   | Grantor: Encotell, LLC | | | | | |
|   | Grantee: HUSA LH VN, LLC | | | | | |

Sale Comments: The 50-room Vintro hotel was sold by Encotel LLC to Henley USA, LLC on August 2018. The hotel sold for $20,000,000 or $400,000 per key. The hotel includes a restaurant, bar, rooftop lounge and pool. It is located in the Collins Park neighborhood of Miami Beach, near the Miami Beach Convention Center. The hotel was built in 1934 and renovated in 2014, according to property records. The hotel was converted into the Life House Collin Park after the sale. We have reached out to the partiess involved but were unable to confirm the sale. The sale was confirmed by a secondary source and the recorded deed.

| No. | Name/Address | Sale Date; Status | Yr. Blt.; # Stories | # Rooms; | Sale Price | $/Room; |
|-----|--------------|-------------------|---------------------|----------|------------|---------|
| 3 | The Haddon Hall | Jan-18 | 1940 | 163 | $63,500,000 | $389,571 |
|   | 1500 Collins Avenue | Closed Sale | 3 | | | |
|   | Miami Beach, FL | | | | | |
|   | Tax ID: 02-3234-019-1190 | | | | | |
|   | Grantor: Rockwood Capital | | | | | |
|   | Grantee: Grup Peralada | | | | | |

Sale Comments: The 163-room hotel fomerly known as The Hall was sold in January of 2018 by Rockwood Capital LLC to Grupo Peralada. The hotel was sold for $63,500,000 or approximately $389,600 per key. The new owners closed the hotel and invested another $12.2 million to convert it into the Axel Hotel.

| No. | Name/Address | Sale Date; Status | Yr. Blt.; # Stories | # Rooms; | Sale Price | $/Room; |
|-----|--------------|-------------------|---------------------|----------|------------|---------|
| 4 | The Redbury South Beach | Jun-17 | 1951 | 69 | $32,000,000 | $463,768 |
|   | 1776 Collins Ave | Closed Sale | 5 | | | |
|   | Miami Beach, FL | | | | | |
|   | Tax ID: 02-3234-019-0360 | | | | | |
|   | Grantor: Heyat Hospitality Group | | | | | |
|   | Grantee: Blue Road LLC | | | | | |

Sale Comments: The 69-room The Redbury was sold by SBE Entertainment to Blue Road LLC in June of 2017. The hotel was sold for $32,000,000 or $463,768 per key. The new owner owns the hotel next door (Hotel 18) which will be demolished and rebuilt as an expansion of the Redbury. Once completed, the Redbury will have a total of 138 rooms. The information about the sale was reported by a secondary source. We have tried to contact the buyer and the seller to confirm the sale but were unable to get a response.

| | Subject | | Yr. Blt. | # Rooms | | |
|-|---------|-|----------|---------|-|-|
| | **Subject** | | **1936** | **119** | | |
| | **Lennox Hotel Miami Beach** | | | | | |
| | **Miami Beach, FL** | | | | | |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Comparable Improved Sales Map





Lennox Hotel Miami Beach: 1900 Collins Avenue, Miami Beach, FL 33139



Lord Balfour 350 Ocean Drive, Miami Beach, FL



Vintro Hotel 2216 Park Ave., Miami Beach, FL



The Haddon Hall 1500 Collins Avenue, Miami Beach, FL

The Redbury South Beach 1776 Collins Ave, Miami Beach, FL

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Adjustment Factors

The sales are compared to the subject and adjusted to account for material differences that affect value. Adjustments are considered for the following factors, in the sequence shown below.

| Adjustment Factor | Accounts For | Comments |
| --- | --- | --- |
| Effective Sale Price | Accounts for atypical economics of a transaction, such as demolition cost, expenditures by the buyer at time of purchase, or other similar factors. Usually applied directly to sale price on a lump sum basis. | No adjustments necessary. |
| Real Property Rights | Fee simple, leased fee, leasehold, partial interest, etc. | No adjustments necessary. |
| Financing Terms | Seller financing, or assumption of existing financing, at non-market terms. | No adjustments necessary. |
| Conditions of Sale | Extraordinary motivation of buyer or seller, assemblage, forced sale, related parties transaction. | A downward adjustment was made to Comparable 4 due to the buyer's intention of assembling the property. |
| Market Conditions | Changes in the economic environment over time that affect the appreciation and depreciation of real estate. | All sales occurred before 2020. Downward adjustments were made to all Comparables to account for the impact of the Covid-19 pandemic in hotel values generally expected by market participants at the effective date of value. Based on the market RevPAR change during the 2017 to 2019 period, we have made slightly varied adjustments to each of the sales |
| Location | Market or submarket area influences on sale price; surrounding land use influences. | An upward adjustment was made to Comparable 3 due to its less desirable location. |
| Size | Inverse relationship that often exists between building size and unit value. | No adjustments necessary. |
| Age/Condition | Construction quality, amenities, market appeal, functional utility. Effective age; physical condition. | An upward adjustment was made to Comparables 2, 3 and 4 as they were not recently renovated at the time of the sale. |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

| Adjustment Factor | Accounts For | Comments |
|---|---|---|
| Building Quality | Construction quality, amenities, market appeal, functional utility. | An upward adjustment was made to all the Comparables due to the better quality of the Subject. |
| Economic Characteristics | Non-stabilized occupancy, above/below market rates, and other economic factors. Excludes differences in rent levels that are already considered in previous adjustments, such as for location or quality. | No adjustments necessary. |
| Hotel Brand Rating | JD Power Guest Satisfaction Rankings | No adjustments necessary. |

Lennox Hotel Miami Beach Real Estate Appraisal

The following table summarizes the adjustments we make to each sale.

## Improved Sales Adjustment Grid

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 |
|---|---|---|---|---|---|
| Property Name | Lennox Hotel Miami Beach | Lord Balfour | Vintro Hotel | The Haddon Hall | The Redbury South Beach |
| Address | 1900 Collins Avenue | 350 Ocean Drive | 2216 Park Ave. | 1500 Collins Avenue | 1776 Collins Ave |
| City | Miami Beach | Miami Beach | Miami Beach | Miami Beach | Miami Beach |
| State | Florida | FL | FL | FL | FL |
| Sale Date | | Aug-19 | Sep-18 | Jan-18 | Jun-17 |
| Sale Status | | Closed Sale | Closed Sale | Closed Sale | Closed Sale |
| Sale Price | | $34,750,000 | $20,000,000 | $63,500,000 | $32,000,000 |
| Gross Building Area | 71,691 | 28,714 | 25,931 | 72,554 | 81,000 |
| Number of Rooms | 119 | 81 | 50 | 163 | 69 |
| Year Built | 1936 | 1940 | 1934 | 1940 | 1951 |
| Year Renovated | 2019 | 2020 | 2014 | 2016 | 2017 |
| Stories | 4/2/2/5 | 3 | 3 | 3 | 5 |
| Product Segment | Upper Upscale | Upscale | Upscale | Upscale | Upper Upscale |
| ID | – | 369836 | 305925 | 371043 | 369833 |
| Price per Room | | $429,012 | $400,000 | $389,571 | $463,768 |
| Property Rights | | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| % Adjustment | | – | – | – | – |
| Financing Terms | | | | | |
| % Adjustment | | – | – | – | – |
| Conditions of Sale | | | | | |
| % Adjustment | | | | | -5% |
| $ Adjustment | | $0 | $0 | $0 | -$23,188 |
| Market Conditions | 8/16/2020 | Aug-19 | Sep-18 | Jan-18 | Jun-17 |
| Adjustment | | $12 | $23 | $31 | $38 |
| Annual % Adjustment | | -20% | -17% | -17% | -16% |
| Cumulative Adjusted Price | | $343,210 | $332,000 | $323,344 | $370,087 |
| Location | | – | – | 5% | – |
| Size (# of Rooms) | | – | – | – | – |
| Building Quality | | 5% | 5% | 5% | 5% |
| Age/Condition | | 5% | 5% | 3% | – |
| JD Power Franchise Ranking | | – | – | – | – |
| Economic Characteristics | | – | – | – | – |
| Final Adjusted Price | | $377,531 | $365,200 | $365,378 | $388,591 |
| Overall Adjustment | | 30% | 27% | 30% | 26% |

| | |
|---|---|
| Range of Adjusted Prices | $365,200 - $388,591 |
| Median | $371,455 |
| Average | $374,175 |
| **Indicated Value** | **$380,000** |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Value Indication – Sale Price Analysis

All of the value indications have been considered, and in the final analysis, comparables 2 and 4 have been given most weight in arriving at our final reconciled value, as depicted below.

Based on the preceding analysis, we arrive at a value indication as follows:

### Price per Room Analysis

| | |
|---|---|
| Indicated Value per Room | $380,000 |
| Subject Rooms | 119 |
| Indicated Value | $45,220,000 |
| **Rounded** | **$45,200,000** |

# Income Capitalization Approach

The Income Approach to value is based on the present worth of the future rights to income. This type of analysis considers the property from an investor's point of view, the basic premise being that the amount and quality of the income stream are the basis for value of the property. The market in which the subject property competes is investigated; comparable sales, contracts for sale and current offerings are reviewed.

In this analysis, we use discounted cash flow analysis because investors in this property type typically rely on this method.

## Room Revenue Projection

Economic rent is market rent or the average room rate a potential patron is warranted in paying and the motel operator is warranted in receiving for services. Forecasting of the subject's economic income involves an analysis of room sales. This is best accomplished by stabilized historical operation in conjunction with comparison with other similar motel properties available within the subject's effective market area. This was conducted in the Market Analysis section of this report. Stabilized average daily rate (ADR) and occupancy levels on a stabilized basis were previously concluded.

Total room nights available (RNA), room nights sold (RNS) and room revenue is calculated as follows.

### Rooms Revenue Projections Summary

| Fiscal Year | Occupancy | ADR | Revenue | RevPAR |
|---|---|---|---|---|
| Historical | | | | |
| 2020 | 31.1% | $283.11 | $3,824,331 | $88.05 |
| Projected | | | | |
| 2021 | 41.1% | $207.69 | $3,705,127 | $85.30 |
| 2022 | 61.7% | $241.48 | $6,475,710 | $149.09 |
| 2023 | 72.0% | $269.94 | $8,445,429 | $194.44 |
| 2024 | 74.2% | $290.18 | $9,351,069 | $215.29 |
| 2025 | 74.2% | $297.44 | $9,585,004 | $220.67 |
| 2026 | 74.2% | $304.87 | $9,824,559 | $226.19 |
| 2027 | 74.2% | $312.49 | $10,070,085 | $231.84 |

Note: Beyond 2027, the subject's occupancy is estimated to stabilize at 74.2%, and ADR to grow at inflationary rates

## Income and Expense Data

To develop projections of income and expenses, we analyze industry benchmarks, recent financial statements of the subject, and data from comparable properties. Industry data from Smith Travel Research are presented first in the following tables.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Lennox Hotel Miami Beach Real Estate Appraisal

## 2020 HOST Data - Full Service Hotels

| | South Atlantic | | | Urban | | | Resort | | | Luxury | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % of Revenue | $ / Avail. Room | $/Occ. Room | % of Revenue | $ / Avail. Room | $/Occ. Room | % of Revenue | $ / Avail. Room | $/Occ. Room | % of Revenue | $ / Avail. Room | $/Occ. Room |
| **Revenue** | | | | | | | | | | | | |
| Rooms | 60.0% | $51,507 | $190.51 | 67.6% | $60,095 | $218.35 | 53.7% | $68,258 | $251.18 | 56.5% | $93,843 | $347.23 |
| Food | 19.1% | $16,406 | $60.68 | 16.0% | $14,265 | $51.83 | 19.6% | $24,946 | $91.80 | 19.1% | $31,731 | $117.41 |
| Beverage | 6.0% | $5,161 | $19.09 | 5.0% | $4,491 | $16.32 | 6.9% | $8,809 | $32.42 | 7.3% | $12,168 | $45.02 |
| Other Food and Beverage | 6.0% | $5,130 | $18.98 | 6.0% | $5,344 | $19.42 | 5.2% | $6,592 | $24.26 | 5.9% | $9,803 | $36.27 |
| Food and Beverage Income | 31.1% | $26,697 | $98.74 | 27.1% | $24,100 | $87.57 | 31.7% | $40,347 | $148.47 | 32.3% | $53,703 | $198.70 |
| Other Operated Departments | 5.0% | $4,288 | $15.86 | 2.6% | $2,274 | $8.26 | 8.4% | $10,628 | $39.11 | 7.3% | $12,053 | $44.60 |
| Miscellaneous Income | 3.8% | $3,282 | $12.14 | 2.8% | $2,490 | $9.05 | 6.2% | $7,918 | $29.14 | 3.9% | $6,459 | $23.90 |
| Total Revenue | 100.0% | $85,773 | $317.25 | 100.0% | $88,959 | $323.23 | 100.0% | $127,151 | $467.89 | 100.0% | $166,057 | $614.42 |
| **Departmental Expenses** | | | | | | | | | | | | |
| Rooms | 24.3% | $12,516 | $46.29 | 28.2% | $16,944 | $61.57 | 25.1% | $17,103 | $62.94 | 27.7% | $25,995 | $96.18 |
| Food and Beverage | 66.9% | $17,872 | $66.10 | 75.8% | $18,276 | $66.41 | 69.3% | $27,946 | $102.84 | 75.9% | $40,735 | $150.72 |
| Other Operated Departments | 67.4% | $2,890 | $10.69 | 62.6% | $1,424 | $5.17 | 78.1% | $8,299 | $30.54 | 79.2% | $9,550 | $35.33 |
| Total Departmental Expenses | 38.8% | $33,279 | $123.09 | 41.2% | $36,645 | $133.15 | 42.0% | $53,348 | $196.31 | 45.9% | $76,279 | $282.24 |
| **Total Departmental Profit** | 61.2% | $52,495 | $194.16 | 58.8% | $52,314 | $190.08 | 58.0% | $73,803 | $271.58 | 54.1% | $89,778 | $332.18 |
| **Undistributed Operating Expenses** | | | | | | | | | | | | |
| Administrative & General | 8.1% | $6,967 | $25.77 | 8.1% | $7,249 | $26.34 | 7.2% | $9,094 | $33.47 | 8.0% | $13,240 | $48.99 |
| Information & Telecommunications Systems | 1.3% | $1,128 | $4.17 | 1.5% | $1,341 | $4.87 | 1.2% | $1,569 | $5.77 | 1.5% | $2,436 | $9.01 |
| Marketing | 7.3% | $6,238 | $23.07 | 7.2% | $6,444 | $23.41 | 6.4% | $8,151 | $29.99 | 6.8% | $11,254 | $41.64 |
| Franchise Fees | 1.2% | $1,028 | $3.80 | 1.1% | $952 | $3.46 | 0.6% | $760 | $2.80 | 0.2% | $394 | $1.46 |
| Sales & Marketing | 8.5% | $7,266 | $26.87 | 8.3% | $7,396 | $26.87 | 7.0% | $8,911 | $32.79 | 7.0% | $11,648 | $43.10 |
| Property Operations & Maintenance | 4.0% | $3,422 | $12.66 | 4.0% | $3,551 | $12.90 | 4.0% | $5,070 | $18.66 | 3.9% | $6,413 | $23.73 |
| Utilities | 2.8% | $2,435 | $9.01 | 2.7% | $2,434 | $8.84 | 2.8% | $3,506 | $12.90 | 2.4% | $4,048 | $14.98 |
| Total Undistributed Expenses | 24.7% | $21,217 | $78.48 | 24.7% | $21,970 | $79.83 | 22.1% | $28,150 | $103.59 | 22.8% | $37,785 | $139.81 |
| **Gross Operating Profit** | 36.5% | $31,277 | $115.68 | 34.1% | $30,344 | $110.25 | 35.9% | $45,653 | $168.00 | 31.3% | $51,993 | $192.38 |
| Management Fee | 3.5% | $2,975 | $11.00 | 3.5% | $3,108 | $11.29 | 3.4% | $4,297 | $15.81 | 3.3% | $5,532 | $20.47 |
| Income Before Fixed Charges | 33.0% | $28,303 | $104.68 | 30.6% | $27,236 | $98.96 | 32.5% | $41,356 | $152.18 | 28.0% | $46,460 | $171.91 |
| **Selected Fixed Charges** | | | | | | | | | | | | |
| Taxes | 3.1% | $2,626 | $9.71 | 4.4% | $3,956 | $14.37 | 2.5% | $3,205 | $11.79 | 3.5% | $5,734 | $21.22 |
| Insurance | 1.2% | $988 | $3.65 | 0.8% | $702 | $2.55 | 1.1% | $1,455 | $5.36 | 1.0% | $1,624 | $6.01 |
| **EBITDA*** | 28.8% | $24,689 | $91.32 | 25.4% | $22,578 | $82.04 | 28.9% | $36,696 | $135.03 | 23.5% | $39,103 | $144.68 |
| Less: Replacement Reserve | 2.7% | $2,346 | $8.68 | 2.7% | $2,358 | $8.57 | 2.5% | $3,227 | $11.87 | 2.5% | $4,093 | $15.14 |
| EBITDA Less Replacement Reserve | 26.0% | $22,344 | $82.64 | 22.7% | $20,220 | $73.47 | 26.3% | $33,469 | $123.16 | 21.1% | $35,010 | $129.54 |
| **Average Daily Rate** | $190.51 | | | $218.35 | | | $251.18 | | | $347.23 | | |
| **Occupancy (of Sample)** | 74.2% | | | 75.6% | | | 74.5% | | | 74.3% | | |
| **Average Size Of Property (Rooms)** | 298 | | | 384 | | | 387 | | | 310 | | |

*EBITDA shown only includes property taxes and insurance. It does not include all fixed expenses or non-operating expenses.

Source: HOST Study 2020, Smith Travel Research

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Income and expense statements for the subject property were obtained for the first year of operation, from August 2019 to July 2020. The following table summarizes our analysis.

**Lennox Hotel Miami Beach Operating Performance**

| All Values In (USD) | 2020 | | | |
|---|---|---|---|---|
| Period Ending | July 31 | | | |
| | | | | |
| Available Hotel Rooms | 119 | | | |
| Available Room Nights | 43,554 | | | |
| Occupied Room Nights | 13,540 | | | |
| | | | | |
| Occupancy | 31.1% | | | |
| Average Daily Rate | 283.11 | | | |
| RevPAR | 88.01 | | | |
| | **Amount** | **Ratio** | **PAR** | **POR** |
| **OPERATING REVENUE** | | | | |
| Rooms Revenue | 3,833,365 | 88.5% | 32,213 | 283.11 |
| Other Operated Departments Revenue | 496,286 | 11.5% | 4,170 | 36.65 |
| **Total Operating Revenue** | 4,329,651 | 100.0% | 36,384 | 319.77 |
| | | | | |
| **DEPARTMENTAL EXPENSES** | | | | |
| Rooms Expenses | 1,314,552 | 34.3% | 11,047 | 97.09 |
| Other Operated Departments Expenses | 192,198 | 38.7% | 1,615 | 14.19 |
| | | | | |
| **Total Departmental Expenses** | 1,506,750 | 34.8% | 12,662 | 111.28 |
| **Total Departmental Income** | 2,822,901 | 65.2% | 23,722 | 208.49 |
| | | | | |
| **UNDISTRIBUTED EXPENSES** | | | | |
| Administrative & General | 530,577 | 12.3% | 4,459 | 39.19 |
| Information & Telecommunication | 59,593 | 1.4% | 501 | 4.40 |
| Sales & Marketing | 313,893 | 7.2% | 2,638 | 23.18 |
| Property Operations and Maintenance (POM) | 318,009 | 7.3% | 2,672 | 23.49 |
| Utilities | 130,006 | 3.0% | 1,092 | 9.60 |
| | | | | |
| **Total Undistributed Expenses** | 1,352,078 | 31.2% | 11,362 | 99.86 |
| **Gross Operating Profit** | 1,470,823 | 34.0% | 12,360 | 108.63 |
| | | | | |
| Management Fee | 142,732 | 3.3% | 1,199 | 10.54 |
| | | | | |
| **Income Before Non-Operating Income & Expenses** | 1,328,091 | 30.7% | 11,160 | 98.09 |
| | | | | |
| **NON-OPERATING INCOME & EXPENSES** | | | | |
| Property Taxes | 118,386 | 2.7% | 995 | 8.74 |
| Insurance | 154,800 | 3.6% | 1,301 | 11.43 |
| | | | | |
| **Total Non-Operating Income & Expenses** | 273,785 | 6.3% | 2,301 | 20.22 |
| **EBITDA** | 1,054,306 | 24.4% | 8,860 | 77.87 |
| | | | | |
| Replacement Reserves (FF&E) | 0 | | | |
| | | | | |
| **EBITDA Less Replacement Reserve** | 1,054,306 | 24.4% | 8,860 | 77.87 |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Lennox Hotel Miami Beach Real Estate Appraisal

**Lennox Hotel Miami Beach Pro-Forma**

| All Values in (USD) | 2021 Amount | 2021 Ratio | 2021 PAR | 2021 POR | 2022 Amount | 2022 Ratio | 2022 PAR | 2022 POR | 2023 Amount | 2023 Ratio | 2023 PAR | 2023 POR | 2024 Amount | 2024 Ratio | 2024 PAR | 2024 POR | 2025 Amount | 2025 Ratio | 2025 PAR | 2025 POR | 2026 Amount | 2026 Ratio | 2026 PAR | 2026 POR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending | July 31 | | | | July 31 | | | | July 31 | | | | July 31 | | | | July 31 | | | | July 31 | | | |
| Days Open in Period | 365 | | | | 365 | | | | 365 | | | | 366 | | | | 365 | | | | 365 | | | |
| Available Hotel Rooms | 119 | | | | 119 | | | | 119 | | | | 119 | | | | 119 | | | | 119 | | | |
| Available Room Nights | 43,435 | | | | 43,435 | | | | 43,435 | | | | 43,554 | | | | 43,435 | | | | 43,435 | | | |
| Occupied Room Nights | 17,840 | | | | 26,817 | | | | 31,286 | | | | 32,313 | | | | 32,225 | | | | 32,225 | | | |
| Occupancy | 41.1% | | | | 61.7% | | | | 72.0% | | | | 74.2% | | | | 74.2% | | | | 74.2% | | | |
| Average Daily Rate | 207.28 | | | | 241.47 | | | | 269.93 | | | | 290.18 | | | | 297.43 | | | | 304.87 | | | |
| RevPAR | 85.14 | | | | 149.08 | | | | 194.43 | | | | 215.29 | | | | 220.67 | | | | 226.19 | | | |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rooms Revenue | 3,697,869 | 78.3% | 31,075 | 207.28 | 6,475,470 | 76.7% | 54,416 | 241.47 | 8,445,284 | 77.3% | 70,969 | 269.93 | 9,376,660 | 77.2% | 78,795 | 290.18 | 9,584,617 | 77.2% | 80,543 | 297.43 | 9,824,437 | 77.2% | 82,558 | 304.87 |
| Food & Beverage Revenue | 356,799 | 7.6% | 2,998 | 20.00 | 938,592 | 11.1% | 7,887 | 35.00 | 1,251,440 | 11.4% | 10,516 | 40.00 | 1,464,102 | 12.0% | 12,219 | 45.00 | 1,486,582 | 12.0% | 12,491 | 46.12 | 1,523,542 | 12.0% | 12,803 | 47.28 |
| Other Operated Departments Revenue | 670,241 | 14.2% | 5,632 | 37.57 | 1,032,690 | 12.2% | 8,678 | 38.51 | 1,234,929 | 11.3% | 10,378 | 39.47 | 1,307,348 | 10.8% | 10,986 | 40.46 | 1,336,370 | 10.8% | 11,230 | 41.47 | 1,369,779 | 10.8% | 11,511 | 42.51 |
| **Total Operating Revenue** | 4,724,909 | 100.0% | 39,705 | 264.85 | 8,446,751 | 100.0% | 70,981 | 314.98 | 10,931,672 | 100.0% | 91,863 | 349.41 | 12,238,110 | 100.0% | 102,001 | 375.64 | 12,407,569 | 100.0% | 104,265 | 385.03 | 12,717,759 | 100.0% | 106,872 | 394.65 |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rooms Expenses | 1,529,469 | 41.4% | 12,853 | 85.73 | 1,979,755 | 30.6% | 16,637 | 73.82 | 2,280,227 | 27.0% | 19,162 | 72.88 | 2,437,932 | 26.0% | 20,487 | 75.45 | 2,492,052 | 26.0% | 20,942 | 77.33 | 2,554,354 | 26.0% | 21,465 | 79.27 |
| Food & Beverage Expenses | 338,959 | 95.0% | 2,848 | 19.00 | 797,803 | 85.0% | 6,704 | 29.75 | 976,139 | 78.0% | 8,203 | 31.20 | 1,095,576 | 75.0% | 9,165 | 33.75 | 1,114,787 | 75.0% | 9,368 | 34.59 | 1,142,656 | 75.0% | 9,602 | 35.46 |
| Other Operated Departments Expenses | 303,270 | 45.2% | 2,549 | 17.00 | 470,968 | 45.6% | 3,958 | 17.56 | 536,647 | 43.5% | 4,510 | 17.15 | 561,758 | 43.0% | 4,729 | 17.42 | 573,738 | 43.1% | 4,820 | 17.87 | 590,101 | 43.1% | 4,959 | 18.31 |
| **Total Departmental Expenses** | 2,171,708 | 46.0% | 18,250 | 121.73 | 3,248,525 | 38.5% | 27,299 | 121.14 | 3,793,013 | 34.7% | 31,874 | 121.23 | 4,095,266 | 33.7% | 34,380 | 126.61 | 4,182,547 | 33.7% | 35,147 | 129.79 | 4,287,111 | 33.7% | 36,026 | 133.04 |
| **Total Departmental Income** | 2,553,201 | 54.0% | 21,455 | 143.12 | 5,198,226 | 61.5% | 43,683 | 193.84 | 7,138,660 | 65.3% | 59,989 | 228.17 | 8,142,844 | 66.3% | 67,621 | 249.03 | 8,225,022 | 66.3% | 69,118 | 255.24 | 8,430,648 | 66.3% | 70,846 | 261.62 |
| **UNDISTRIBUTED EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 527,097 | 11.2% | 4,429 | 29.55 | 683,622 | 8.1% | 5,745 | 25.49 | 791,158 | 7.2% | 6,648 | 25.29 | 848,055 | 7.0% | 7,127 | 26.24 | 867,065 | 7.0% | 7,283 | 26.93 | 889,602 | 7.0% | 7,476 | 27.61 |
| Information & Telecommunication | 60,217 | 1.3% | 506 | 3.38 | 61,723 | 0.7% | 519 | 2.30 | 63,266 | 0.6% | 532 | 2.02 | 64,847 | 0.5% | 545 | 2.01 | 66,468 | 0.5% | 559 | 2.06 | 68,130 | 0.5% | 573 | 2.11 |
| Sales & Marketing | 380,800 | 8.1% | 3,200 | 21.35 | 714,000 | 8.5% | 6,000 | 26.62 | 833,000 | 7.6% | 7,000 | 26.62 | 892,500 | 7.4% | 7,500 | 27.62 | 914,813 | 7.4% | 7,688 | 28.39 | 937,683 | 7.4% | 7,880 | 29.10 |
| Property Operations and Maintenance (POM) | 321,300 | 6.8% | 2,700 | 18.01 | 378,344 | 4.5% | 3,179 | 14.11 | 416,726 | 3.8% | 3,519 | 13.38 | 441,885 | 3.6% | 3,713 | 13.67 | 452,470 | 3.6% | 3,802 | 14.04 | 463,782 | 3.6% | 3,897 | 14.39 |
| Utilities | 208,250 | 4.4% | 1,750 | 11.67 | 229,340 | 2.7% | 1,927 | 8.55 | 245,095 | 2.2% | 2,060 | 7.83 | 255,335 | 2.1% | 2,146 | 7.90 | 261,568 | 2.1% | 2,198 | 8.12 | 268,108 | 2.1% | 2,253 | 8.32 |
| **Total Undistributed Expenses** | 1,497,664 | 31.7% | 12,585 | 83.95 | 2,067,028 | 24.5% | 17,370 | 77.08 | 2,351,244 | 21.5% | 19,759 | 75.15 | 2,502,623 | 20.6% | 21,030 | 77.45 | 2,563,234 | 20.7% | 21,540 | 79.54 | 2,627,305 | 20.7% | 22,078 | 81.53 |
| **Gross Operating Profit** | 1,055,538 | 22.3% | 8,870 | 59.17 | 3,131,197 | 37.1% | 26,313 | 116.76 | 4,787,415 | 43.8% | 40,230 | 153.02 | 5,544,221 | 45.7% | 46,590 | 171.58 | 5,661,798 | 45.6% | 47,578 | 175.70 | 5,803,343 | 45.6% | 48,768 | 180.09 |
| Management Fee | 141,747 | 3.0% | 1,191 | 7.95 | 253,403 | 3.0% | 2,129 | 9.45 | 327,950 | 3.0% | 2,756 | 10.48 | 364,143 | 3.0% | 3,060 | 11.27 | 372,227 | 3.0% | 3,128 | 11.55 | 381,533 | 3.0% | 3,206 | 11.84 |
| **Income Before Non-Operating Income & Expenses** | 913,790 | 19.3% | 7,679 | 51.22 | 2,877,795 | 34.1% | 24,183 | 107.31 | 4,459,465 | 40.8% | 37,474 | 142.54 | 5,180,078 | 42.7% | 43,530 | 160.31 | 5,289,571 | 42.6% | 44,450 | 164.14 | 5,421,810 | 42.6% | 45,561 | 168.25 |
| **NON-OPERATING INCOME & EXPENSES** | | | | | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 340,233 | 7.2% | 2,859 | 19.07 | 348,739 | 4.1% | 2,931 | 13.00 | 357,457 | 3.3% | 3,004 | 11.43 | 366,394 | 3.0% | 3,079 | 11.34 | 374,554 | 3.0% | 3,156 | 11.65 | 384,942 | 3.0% | 3,235 | 11.95 |
| Insurance | 339,150 | 7.2% | 2,850 | 19.01 | 347,629 | 4.1% | 2,921 | 12.96 | 356,319 | 3.3% | 2,994 | 11.39 | 365,227 | 3.0% | 3,069 | 11.30 | 374,358 | 3.0% | 3,146 | 11.62 | 383,717 | 3.0% | 3,225 | 11.91 |
| **Total Non-Operating Income & Expenses** | 679,383 | 14.4% | 5,709 | 38.08 | 696,368 | 8.2% | 5,852 | 25.97 | 713,777 | 6.5% | 5,999 | 22.81 | 731,621 | 6.0% | 6,148 | 22.64 | 749,912 | 6.0% | 6,302 | 23.27 | 768,660 | 6.0% | 6,459 | 23.85 |
| **EBITDA** | 234,407 | 5.0% | 1,970 | 13.14 | 2,181,427 | 25.8% | 18,331 | 81.35 | 3,745,688 | 34.3% | 31,476 | 119.72 | 4,448,457 | 36.0% | 37,382 | 137.67 | 4,539,659 | 36.6% | 38,148 | 140.87 | 4,653,151 | 36.6% | 39,102 | 144.40 |
| Replacement Reserves (FF&E) | 94,498 | 2.0% | 794 | 5.30 | 253,403 | 3.0% | 2,129 | 9.45 | 437,267 | 4.0% | 3,675 | 13.98 | 485,524 | 4.0% | 4,080 | 15.03 | 496,303 | 4.0% | 4,171 | 15.40 | 508,710 | 4.0% | 4,275 | 15.79 |
| **EBITDA Less Replacement Reserve** | 139,909 | 3.0% | 1,176 | 7.84 | 1,928,025 | 22.8% | 16,202 | 71.90 | 3,308,422 | 30.3% | 27,802 | 105.75 | 3,962,932 | 32.6% | 33,302 | 122.64 | 4,043,357 | 32.6% | 33,978 | 125.47 | 4,144,440 | 32.6% | 34,827 | 128.61 |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Lennox Hotel Miami Beach Real Estate Appraisal

## Lennox Hotel Miami Beach Pro-Forma

**All Values in (USD)**

| | 2027 | | | | 2028 | | | | 2029 | | | | 2030 | | | | 2031 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Ratio | PAR | POR | Amount | Ratio | PAR | POR | Amount | Ratio | PAR | POR | Amount | Ratio | PAR | POR | Amount | Ratio | PAR | POR |
| Period Ending | July 31 | | | | July 31 | | | | July 31 | | | | July 31 | | | | July 31 | | | |
| Days Open in Period | 365 | | | | 366 | | | | 365 | | | | 365 | | | | 365 | | | |
| Available Hotel Rooms | 119 | | | | 119 | | | | 119 | | | | 119 | | | | 119 | | | |
| Available Room Nights | 43,435 | | | | 43,554 | | | | 43,435 | | | | 43,435 | | | | 43,435 | | | |
| Occupied Room Nights | 32,225 | | | | 32,313 | | | | 32,225 | | | | 32,225 | | | | 32,225 | | | |
| Occupancy | 74.2% | | | | 74.2% | | | | 74.2% | | | | 74.2% | | | | 74.2% | | | |
| Average Daily Rate | 312.49 | | | | 320.10 | | | | 328.31 | | | | 336.52 | | | | 344.93 | | | |
| RevPAR | 231.84 | | | | 237.64 | | | | 243.58 | | | | 249.67 | | | | 255.91 | | | |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Rooms Revenue | 10,070,048 | 77.2% | 84,622 | 312.49 | 10,350,078 | 77.2% | 86,975 | 320.30 | 10,579,845 | 77.2% | 88,906 | 328.31 | 10,844,341 | 77.2% | 91,129 | 336.52 | 11,115,449 | 77.2% | 93,407 | 344.93 |
| Food & Beverage Revenue | 1,561,630 | 12.0% | 13,123 | 48.46 | 1,605,056 | 12.0% | 13,488 | 49.67 | 1,640,688 | 12.0% | 13,787 | 50.91 | 1,681,705 | 12.0% | 14,132 | 52.19 | 1,723,748 | 12.0% | 14,485 | 53.49 |
| Other Operated Departments Revenue | 1,404,024 | 10.8% | 11,799 | 43.57 | 1,443,067 | 10.8% | 12,127 | 44.66 | 1,475,103 | 10.8% | 12,396 | 45.77 | 1,511,980 | 10.8% | 12,706 | 46.92 | 1,549,780 | 10.8% | 13,023 | 48.09 |
| **Total Operating Revenue** | 13,035,703 | 100.0% | 109,544 | 404.52 | 13,398,202 | 100.0% | 112,590 | 414.63 | 13,695,635 | 100.0% | 115,089 | 425.00 | 14,038,026 | 100.0% | 117,967 | 435.62 | 14,388,977 | 100.0% | 120,916 | 446.51 |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | | | | | | | | | | | |
| Rooms Expenses | 2,610,213 | 26.0% | 22,002 | 81.25 | 2,691,020 | 26.0% | 22,614 | 83.28 | 2,750,760 | 26.0% | 23,116 | 85.36 | 2,819,529 | 26.0% | 23,694 | 87.69 | 2,890,017 | 26.0% | 24,286 | 89.68 |
| Food & Beverage Expenses | 1,171,223 | 75.0% | 9,842 | 36.35 | 1,203,792 | 75.0% | 10,116 | 37.25 | 1,230,516 | 75.0% | 10,340 | 38.19 | 1,261,279 | 75.0% | 10,599 | 39.14 | 1,292,811 | 75.0% | 10,864 | 40.12 |
| Other Operated Departments Expenses | 604,853 | 43.1% | 5,083 | 18.77 | 621,179 | 43.0% | 5,220 | 19.22 | 635,474 | 43.1% | 5,340 | 19.72 | 651,361 | 43.1% | 5,474 | 20.21 | 667,645 | 43.1% | 5,610 | 20.72 |
| **Total Departmental Expenses** | 4,394,289 | 33.7% | 36,927 | 136.36 | 4,515,992 | 33.7% | 37,950 | 139.76 | 4,616,749 | 33.7% | 38,796 | 143.27 | 4,732,168 | 33.7% | 39,766 | 146.85 | 4,850,472 | 33.7% | 40,760 | 150.52 |
| **Total Departmental Income** | 8,641,414 | 66.3% | 72,617 | 268.16 | 8,882,210 | 66.3% | 74,640 | 274.88 | 9,078,886 | 66.3% | 76,293 | 281.73 | 9,305,858 | 66.3% | 78,200 | 288.78 | 9,538,504 | 66.3% | 80,155 | 296.00 |
| **UNDISTRIBUTED EXPENSES** | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 911,842 | 7.0% | 7,663 | 28.30 | 936,094 | 7.0% | 7,866 | 28.97 | 958,004 | 7.0% | 8,050 | 29.73 | 981,954 | 7.0% | 8,252 | 30.47 | 1,006,503 | 7.0% | 8,458 | 31.23 |
| Information & Telecommunication | 69,833 | 0.5% | 587 | 2.17 | 71,579 | 0.5% | 602 | 2.22 | 73,369 | 0.5% | 617 | 2.28 | 75,203 | 0.5% | 632 | 2.33 | 77,083 | 0.5% | 648 | 2.39 |
| Sales & Marketing | 961,125 | 7.4% | 8,077 | 29.83 | 985,153 | 7.4% | 8,279 | 30.49 | 1,009,782 | 7.4% | 8,486 | 31.34 | 1,035,026 | 7.4% | 8,698 | 32.12 | 1,060,902 | 7.4% | 8,915 | 32.92 |
| Property Operations and Maintenance (POM) | 475,377 | 3.6% | 3,995 | 14.75 | 487,759 | 3.6% | 4,099 | 15.09 | 499,442 | 3.6% | 4,197 | 15.50 | 511,929 | 3.6% | 4,302 | 15.89 | 524,727 | 3.6% | 4,409 | 16.28 |
| Utilities | 274,810 | 2.1% | 2,309 | 8.53 | 281,842 | 2.1% | 2,368 | 8.72 | 288,723 | 2.1% | 2,426 | 8.96 | 295,941 | 2.1% | 2,487 | 9.18 | 303,339 | 2.1% | 2,549 | 9.41 |
| **Total Undistributed Expenses** | 2,692,987 | 20.7% | 22,630 | 83.57 | 2,762,427 | 20.6% | 23,214 | 85.49 | 2,829,320 | 20.7% | 23,776 | 87.80 | 2,900,053 | 20.7% | 24,370 | 89.99 | 2,972,554 | 20.7% | 24,979 | 92.24 |
| **Gross Operating Profit** | 5,948,427 | 45.6% | 49,987 | 184.59 | 6,119,783 | 45.7% | 51,427 | 189.39 | 6,249,566 | 45.6% | 52,517 | 193.93 | 6,405,805 | 45.6% | 53,830 | 198.78 | 6,565,950 | 45.6% | 55,176 | 203.75 |
| Management Fee | 391,071 | 3.0% | 3,286 | 12.14 | 401,946 | 3.0% | 3,378 | 12.44 | 410,869 | 3.0% | 3,453 | 12.75 | 421,141 | 3.0% | 3,539 | 13.07 | 431,669 | 3.0% | 3,627 | 13.40 |
| **NON-OPERATING INCOME & EXPENSES** | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 384,566 | 3.0% | 3,316 | 12.24 | 404,400 | 3.0% | 3,399 | 12.52 | 414,541 | 3.0% | 3,484 | 12.86 | 424,904 | 3.0% | 3,571 | 13.19 | 435,527 | 3.0% | 3,660 | 13.52 |
| Insurance | 393,100 | 3.0% | 3,305 | 12.21 | 403,143 | 3.0% | 3,388 | 12.48 | 413,221 | 3.0% | 3,472 | 12.82 | 423,552 | 3.0% | 3,559 | 13.14 | 434,141 | 3.0% | 3,648 | 13.47 |
| **Total Non-Operating Income & Expenses** | 787,876 | 6.0% | 6,621 | 24.45 | 807,573 | 6.0% | 6,786 | 24.99 | 827,762 | 6.0% | 6,956 | 25.69 | 848,456 | 6.0% | 7,130 | 26.33 | 869,668 | 6.0% | 7,308 | 26.99 |
| **EBITDA** | 4,769,480 | 36.6% | 40,080 | 148.01 | 4,910,264 | 36.6% | 41,263 | 151.96 | 5,010,934 | 36.6% | 42,109 | 155.50 | 5,136,208 | 36.6% | 43,161 | 159.39 | 5,264,613 | 36.6% | 44,240 | 163.37 |
| Replacement Reserves (FF&E) | 521,428 | 4.0% | 4,382 | 16.18 | 535,928 | 4.0% | 4,504 | 16.59 | 547,825 | 4.0% | 4,604 | 17.00 | 561,521 | 4.0% | 4,719 | 17.42 | 575,559 | 4.0% | 4,837 | 17.86 |
| **EBITDA Less Replacement Reserve** | 4,248,051 | 32.6% | 35,698 | 131.82 | 4,374,336 | 32.6% | 36,759 | 135.37 | 4,463,109 | 32.6% | 37,505 | 138.50 | 4,574,687 | 32.6% | 38,443 | 141.96 | 4,689,054 | 32.6% | 39,404 | 145.51 |

Copyright © Jones Lang LaSalle IP, Inc. 2021 All Rights Reserved

## Revenues

### Rooms Revenue

Room revenue was projected at the beginning of this section at $3,697,869. This is supported by a detailed penetration and yield study within the Market Analysis section.

## Rooms Revenue

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 60.0% | 67.6% | 53.7% | 56.5% |
| $ / Avail Room | $51,507 | $60,095 | $68,258 | $93,843 |
| $ / Occ Room Night | $190.51 | $218.35 | $251.18 | $347.23 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $3,744,000 | $7,307,000 | $5,057,000 | $11,427,000 | $3,833,365 | $3,697,869 | $6,475,470 | $8,445,284 | $9,376,660 |
| % of Rooms Revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| $/ Avail.Room | $49,920 | $69,590 | $61,671 | $78,267 | $32,213 | $31,075 | $54,416 | $70,969 | $78,795 |
| $/Occ. Room Night | $195.69 | $227.70 | $207.31 | $269.35 | $283.11 | $207.28 | $241.47 | $269.93 | $290.18 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

### Food and Beverage Income

This revenue includes all food and beverage sales from the restaurant as well as from the bars and room service.

## Food and Beverage Revenue

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 31.1% | 27.1% | 31.7% | 32.3% |
| $ / Avail Room | $26,697 | $24,100 | $40,347 | $53,703 |
| $ / Occ Room Night | $98.74 | $87.57 | $148.47 | $198.70 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $458,000 | $949,000 | $404,000 | $5,440,000 | $0 | $356,799 | $938,592 | $1,251,460 | $1,454,102 |
| % of Rooms Revenue | 12.2% | 13.0% | 8.0% | 47.6% | – | 9.6% | 14.5% | 14.8% | 15.5% |
| $/ Avail.Room | $6,107 | $9,038 | $4,927 | $37,260 | – | $2,998 | $7,887 | $10,516 | $12,219 |
| $/Occ. Room Night | $23.94 | $29.57 | $16.56 | $128.23 | – | $20.00 | $35.00 | $40.00 | $45.00 |

The subject did not have any revenue booked in the food and beverage department because it was leased.

According to management, the tenant has not been paying rent since the third month of operation. We have assumed that the hotel will terminate the existing restaurant and bar lease. The restaurant of the hotel was closed, and the bars were operating on limited days/hours as of the effective date of value.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Based on our research, the market rates for restaurant leases in the area range from $50 to $85 per square foot depending on quality and location. Also, due to the Covid-19 pandemic, the feedback from market participants indicates that it would be challenging to find a new tenant given the then market conditions.

We have analyzed the potential profit from the food & beverage department considering the restaurant and bars are to be managed instead of are to be leased. The profit would yield $17,840 in FY2021, $140,789 in FY2022, $275,321 in FY 2023 and $363,525 in FY 2024. The expected lease based on market rates would be approximately $212,000 per year (2,500 square feet x $85) The profit would be higher than a lease at market rates. Therefore, we have concluded that it would be more economically beneficial to operate the restaurant and bars. As such, we have assumed the hotel will reopen and start operating the restaurant beginning January 2021.

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Other Operated Departments

At the subject, this category includes miscellaneous sources, such as guest laundry, vending machine commissions, valet parking and resort fee that are offset by a corresponding expense

## Other Operated Departments Revenue

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 5.0% | 2.6% | 8.4% | 7.3% |
| $ / Avail Room | $4,288 | $2,274 | $10,628 | $12,053 |
| $ / Occ Room Night | $15.86 | $8.26 | $39.11 | $44.60 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $363,000 | $398,000 | $261,000 | $304,000 | $496,286 | $670,241 | $1,032,690 | $1,234,929 | $1,307,348 |
| % of Rooms Revenue | 9.7% | 5.4% | 5.2% | 2.7% | 12.9% | 18.1% | 15.9% | 14.6% | 13.9% |
| % of Total Operating Revenue | 8.0% | 4.6% | 4.6% | 1.8% | 11.5% | 14.2% | 12.2% | 11.3% | 10.8% |
| $/ Avail.Room | $4,840 | $3,790 | $3,183 | $2,082 | $4,170 | $5,632 | $8,678 | $10,378 | $10,986 |
| $/Occ. Room Night | $18.97 | $12.40 | $10.70 | $7.17 | $36.65 | $37.57 | $38.51 | $39.47 | $40.46 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Total Revenue Projections

The following table summarizes historical and both the budgeted and our projection of total revenue.

## Income History and Projections

| | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 4 |
|---|---|---|---|
| Rooms | $3,833,365 | $3,697,869 | $9,376,660 |
| Food & Beverage | $0 | $356,799 | $1,454,102 |
| Other Operated Departments | $496,286 | $670,241 | $1,307,348 |
| Total Income | $4,329,651 | $4,724,909 | $12,138,110 |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Departmental Expenses

## Rooms Expense

Rooms expense includes wages for front desk and housekeeping personnel, payroll taxes, guest supplies, cleaning supplies and laundry, linens, and miscellaneous expenses.

## Rooms Expense

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Room Revenue | 24.3% | 28.2% | 25.1% | 27.7% |
| $ / Avail Room | $12,516 | $16,944 | $17,103 | $25,995 |
| $ / Occ Room Night | $46.29 | $61.57 | $62.94 | $96.18 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $1,034,000 | $1,931,000 | $1,515,000 | $2,414,000 | $1,314,552 | $1,529,469 | $1,979,755 | $2,280,227 | $2,437,932 |
| % of Rooms Revenue | 27.6% | 26.4% | 30.0% | 21.1% | 34.3% | 41.4% | 30.6% | 27.0% | 26.0% |
| $/ Avail.Room | $13,787 | $18,390 | $18,476 | $16,534 | $11,047 | $12,853 | $16,637 | $19,162 | $20,487 |
| $/Occ. Room Night | $54.05 | $60.17 | $62.11 | $56.90 | $97.09 | $85.73 | $73.82 | $72.88 | $75.45 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Food and Beverage Expense

This expense is an offset to the associated Food & Beverage revenue. It consists of cost of goods sold and wages and associated benefits.

## Food & Beverage Expense

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of F & B Revenue | 66.9% | 75.8% | 69.3% | 75.9% |
| $ / Avail Room | $17,872 | $18,276 | $27,946 | $40,735 |
| $ / Occ Room Night | $66.10 | $66.41 | $102.84 | $150.72 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $447,000 | $1,001,000 | $273,000 | $4,708,000 | $0 | $338,959 | $797,803 | $976,139 | $1,090,576 |
| % of Food & Beverage Revenue | 97.6% | 105.5% | 67.6% | 86.5% | – | 95.0% | 85.0% | 78.0% | 75.0% |
| $/ Avail.Room | $5,960 | $9,533 | $3,329 | $32,247 | – | $2,848 | $6,704 | $8,203 | $9,165 |
| $/Occ. Room Night | $23.36 | $31.19 | $11.19 | $110.97 | – | $19.00 | $29.75 | $31.20 | $33.75 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Other Operated Departments Expense

The expense is an offset of the related miscellaneous income.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Other Operated Departments

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Other Income | 67.4% | 62.6% | 78.1% | 79.2% |
| $ / Avail Room | $2,890 | $1,424 | $8,299 | $9,550 |
| $ / Occ Room Night | $10.69 | $5.17 | $30.54 | $35.33 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $86,000 | $101,000 | $26,000 | $0 | $192,198 | $303,279 | $470,968 | $536,647 | $562,758 |
| % of Other Operated Departments Revenue | 23.7% | 25.4% | 10.0% | – | 38.7% | 45.2% | 45.6% | 43.5% | 43.0% |
| $/ Avail.Room | $1,147 | $962 | $317 | – | $1,615 | $2,549 | $3,958 | $4,510 | $4,729 |
| $/Occ. Room Night | $4.50 | $3.15 | $1.07 | – | $14.19 | $17.00 | $17.56 | $17.15 | $17.42 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Undistributed Operating Expenses

### Administrative and General

Administrative and General expenses include the general manager and administrative salaries, office expenses, supplies, credit card fees, accounting, bookkeeping, computer expense and systems, bank charges, professional fees, etc.

### Administrative & General Expense

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 8.1% | 8.1% | 7.2% | 8.0% |
| $ / Avail Room | $6,967 | $7,249 | $9,094 | $13,240 |
| $ / Occ Room Night | $25.77 | $26.34 | $33.47 | $48.99 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $463,000 | $602,000 | $710,000 | $1,908,000 | $530,577 | $527,097 | $683,622 | $791,158 | $848,055 |
| % of Total Operating Revenue | 10.1% | 7.0% | 12.4% | 11.1% | 12.3% | 11.2% | 8.1% | 7.2% | 7.0% |
| $/ Avail.Room | $6,173 | $5,733 | $8,659 | $13,068 | $4,459 | $4,429 | $5,745 | $6,648 | $7,127 |
| $/Occ. Room Night | $24.20 | $18.76 | $29.11 | $44.97 | $39.19 | $29.55 | $25.49 | $25.29 | $26.24 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

### Info & Telecom Systems

Includes wireless internet and telephone.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Information And Telecommunications Systems

| | | South Atlantic | Urban | Resort | Luxury |
|---|---|---|---|---|---|
| | | 2020 HOST Study | | | |
| % of Total Revenue | | 1.3% | 1.5% | 1.2% | 1.5% |
| $ / Avail Room | | $1,128 | $1,341 | $1,569 | $2,436 |
| $ / Occ Room Night | | $4.17 | $4.87 | $5.77 | $9.01 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $200,000 | $164,000 | $44,000 | $325,000 | $59,593 | $60,217 | $61,723 | $63,266 | $64,847 |
| % of Total Operating Revenue | 4.4% | 1.9% | 0.8% | 1.9% | 1.4% | 1.3% | 0.7% | 0.6% | 0.5% |
| $/ Avail.Room | $2,667 | $1,562 | $537 | $2,226 | $501 | $506 | $519 | $532 | $545 |
| $/Occ. Room Night | $10.45 | $5.11 | $1.80 | $7.66 | $4.40 | $3.38 | $2.30 | $2.02 | $2.01 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Sales and Marketing Costs

Marketing expenses include national franchise marketing fees including both the royalty fee and the national advertising fee. Additionally, it includes the cost of local marketing efforts.

# Sales & Marketing

| | | South Atlantic | Urban | Resort | Luxury |
|---|---|---|---|---|---|
| | | 2020 HOST Study | | | |
| % of Total Revenue | | 8.5% | 8.3% | 7.0% | 7.0% |
| % of Room Revenue | | 14.1% | 12.3% | 13.1% | 12.4% |
| $ / Avail Room | | $7,266 | $7,396 | $8,911 | $11,648 |
| $ / Occ Room Night | | $26.87 | $26.87 | $32.79 | $43.10 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $619,000 | $1,264,000 | $624,000 | $1,832,000 | $313,893 | $380,800 | $714,000 | $833,000 | $892,500 |
| % of Total Operating Revenue | 13.6% | 14.6% | 10.9% | 10.7% | 7.2% | 8.1% | 8.5% | 7.6% | 7.4% |
| $/ Avail.Room | $8,253 | $12,038 | $7,610 | $12,548 | $2,638 | $3,200 | $6,000 | $7,000 | $7,500 |
| $/Occ. Room Night | $32.35 | $39.39 | $25.58 | $43.18 | $23.18 | $21.35 | $26.62 | $26.62 | $27.62 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject. We have placed more weight in expense comp 3 given that it is an independent property like the subject but smaller. Therefore, we have projected the Sales & Marketing expenses to stabilize at $7,500 per available room, slightly lower than Comp 3, given the subject is larger and could achieve better economies of scale.

## Property Operation and Maintenance

Repair and maintenance expenses include building maintenance and repair, parking lot maintenance, lawn care, landscaping, minor room repair and maintenance costs.

## Property Operations & Maintenance Expense

| | 2020 HOST Study | | | |
| --- | --- | --- | --- | --- |
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 4.0% | 4.0% | 4.0% | 3.9% |
| $ / Avail Room | $3,422 | $3,551 | $5,070 | $6,413 |
| $ / Occ Room Night | $12.66 | $12.90 | $18.66 | $23.73 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total | $231,000 | $331,000 | $368,000 | $673,000 | $318,009 | $321,300 | $378,344 | $418,726 | $441,885 |
| % of Total Operating Revenue | 5.1% | 3.8% | 6.4% | 3.9% | 7.3% | 6.8% | 4.5% | 3.8% | 3.6% |
| $/ Avail.Room | $3,080 | $3,152 | $4,488 | $4,610 | $2,672 | $2,700 | $3,179 | $3,519 | $3,713 |
| $/Occ. Room Night | $12.07 | $10.31 | $15.09 | $15.86 | $23.49 | $18.01 | $14.11 | $13.38 | $13.67 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Utility Costs

Energy costs include all heat, light and power costs.

## Utilities Expense

| | 2020 HOST Study | | | |
| --- | --- | --- | --- | --- |
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 2.8% | 2.7% | 2.8% | 2.4% |
| $ / Avail Room | $2,435 | $2,434 | $3,506 | $4,048 |
| $ / Occ Room Night | $9.01 | $8.84 | $12.90 | $14.98 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total | $120,000 | $144,000 | $183,000 | $335,000 | $130,006 | $208,250 | $229,340 | $245,095 | $255,335 |
| % of Total Operating Revenue | 2.6% | 1.7% | 3.2% | 2.0% | 3.0% | 4.4% | 2.7% | 2.2% | 2.1% |
| $/ Avail.Room | $1,600 | $1,371 | $2,232 | $2,295 | $1,092 | $1,750 | $1,927 | $2,060 | $2,146 |
| $/Occ. Room Night | $6.27 | $4.49 | $7.50 | $7.90 | $9.60 | $11.67 | $8.55 | $7.83 | $7.90 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject.

## Management

Management costs are for off-site professional management. The projection is based on typical hotel operations. Management expense classified by hotel type is in the following chart.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Investor Survey Q1 2020 Management Fees (% of Total Revenue)

| Property Type | | Management Fees |
|---|---|---|
| US | | |
| Limited Service | Range | 2.0% – 5.0% |
| | Average | 3.5% |
| Full Service | Range | 1.0% – 4.0% |
| | Average | 2.6% |
| Luxury/Upper Upscale | Range | 2.5% – 5.0% |
| | Average | 3.3% |
| Select Service | Range | 2.0% - 4.0% |
| | Average | 3.1% |

Source: PwC Real Estate Investor Survey.

## Management Fees

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 3.5% | 3.5% | 3.4% | 3.3% |
| $ / Avail Room | $2,975 | $3,108 | $4,297 | $5,532 |
| $ / Occ Room Night | $11.00 | $11.29 | $15.81 | $20.47 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $137,000 | $183,000 | $229,000 | $515,000 | $142,732 | $141,747 | $253,403 | $327,950 | $364,143 |
| % of Total Operating Revenue | 3.0% | 2.1% | 4.0% | 3.0% | 3.3% | 3.0% | 3.0% | 3.0% | 3.0% |
| $/Avail.Room | $1,827 | $1,743 | $2,793 | $3,527 | $1,199 | $1,191 | $2,129 | $2,756 | $3,060 |
| $/Occ. Room Night | $7.16 | $5.70 | $9.39 | $12.14 | $10.54 | $7.95 | $9.45 | $10.48 | $11.27 |

Considering all of the available data, a management fee of 3.0% appears to be reasonable and is applied as the projected amount.

## Fixed Expenses

### Property and Other Taxes

Property and other taxes were presented in the Real Estate Tax Analysis section of this report. While data is shown for both national and competitive properties, taxation practices in the local area are a better measure for estimating taxes on an ongoing basis.

## Property and Other Taxes

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 3.1% | 4.4% | 2.5% | 3.5% |
| $ / Avail Room | $2,626 | $3,956 | $3,205 | $5,734 |
| $ / Occ Room Night | $9.71 | $14.37 | $11.79 | $21.22 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $265,000 | $315,000 | $278,000 | $782,000 | $118,386 | $340,233 | $348,739 | $357,457 | $366,394 |
| % of Total Operating Revenue | 5.8% | 3.6% | 4.9% | 4.6% | 2.7% | 7.2% | 4.1% | 3.3% | 3.0% |
| $/ Avail.Room | $3,533 | $3,000 | $3,390 | $5,356 | $995 | $2,859 | $2,931 | $3,004 | $3,079 |
| $/Occ. Room Night | $13.85 | $9.82 | $11.40 | $18.43 | $8.74 | $19.07 | $13.00 | $11.43 | $11.34 |

The calendar year 2020 taxes for the Subject are $340,233 payable in November of 2020. For the remaining years, Real Estate Taxes are projected to continue to grow at an inflationary rate of 2.5% per year.

Insurance

The insurance expense covers fire, theft and liability for the subject. This expense is fixed and is best measured as the cost per available room.

## Insurance

| | 2020 HOST Study | | | |
|---|---|---|---|---|
| | South Atlantic | Urban | Resort | Luxury |
| % of Total Revenue | 1.2% | 0.8% | 1.1% | 1.0% |
| $ / Avail Room | $988 | $702 | $1,455 | $1,624 |
| $ / Occ Room Night | $3.65 | $2.55 | $5.36 | $6.01 |

| | Comp 1 2019 | Comp 2 2019 | Comp 3 2019 | Comp 4 2019 | Actual 2020 | JLL Projection Year 1 | JLL Projection Year 2 | JLL Projection Year 3 | JLL Projection Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| Total | $172,000 | $216,000 | $255,000 | $361,000 | $154,800 | $339,150 | $347,629 | $356,319 | $365,227 |
| % of Total Operating Revenue | 3.8% | 2.5% | 4.5% | 2.1% | 3.6% | 7.2% | 4.1% | 3.3% | 3.0% |
| $/ Avail.Room | $2,293 | $2,057 | $3,110 | $2,473 | $1,301 | $2,850 | $2,921 | $2,994 | $3,069 |
| $/Occ. Room Night | $8.99 | $6.73 | $10.45 | $8.51 | $11.43 | $19.01 | $12.96 | $11.39 | $11.30 |

We base this projection on the nation industry surveys and the expense comparables, which are in the same competitive segment as the subject. Based on feedback from market participants in the lodging industry, hotels were seeing increasing insurance premiums as of the effective date of value. Therefore, our insurance estimate for the subject on a per available basis being on the higher end of the range is reasonable

Reserves for Replacement

A reserve for replacement is included in our analysis to account for long term replacement of items such as paving, mechanicals, carpeting and furniture, fixtures and equipment. National survey data supporting this estimate is presented below.

## Investor Survey Q3 2020 Replacement Reserves (% of Total Revenue)

| Property Type | | Replacement Reserves |
|---|---|---|
| US | | |
| Limited Service | Range | 3.0% - 6.0% |
| | Average | 4.4% |
| Full Service | Range | 2.5% - 5.0% |
| | Average | 4.0% |
| Luxury/Upper Upscale | Range | 4.0% – 6.0% |
| | Average | 4.6% |
| Select Service | Range | 2.0% - 7.0% |
| | Average | 4.5% |

Source: PwC Real Estate Investor Survey.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

## Replacement Reserves

| | 2020 HOST Study | | | |
| | South Atlantic | Urban | Resort | Luxury |
|---|---|---|---|---|
| % of Total Revenue | 2.7% | 2.7% | 2.5% | 2.5% |
| $ / Avail Room | $2,346 | $2,358 | $3,227 | $4,093 |
| $ / Occ Room Night | $8.68 | $8.57 | $11.87 | $15.14 |

Based on all of the above information, and the subject's newly renovated condition, we applied a reserve of 2.0% of Total Revenue for fiscal year 2021, increasing to 3.0% in fiscal year 2022 and stabilizing at 4.0% of Total Revenue from fiscal year 2023 on. The ramp up in replacement reserves for new or newly renovated hotels is not an atypical practice and is widely acceptable by market participants.

## Net Operating Income

Based on the preceding income and expense projections, stabilized net operating income is projected as follows:

### Net Operating Income Projection

| | JLL Projection Year 1 | | | JLL Projection Year 4 | | |
| | Total | $/Room | % of Total Income | Total | $/Room | % of Total Income |
|---|---|---|---|---|---|---|
| Room Revenue | $3,697,869 | $31,075 | 78.3% | $9,376,660 | $78,795 | 198.5% |
| Total Revenue | $4,724,909 | $39,705 | 100.0% | $12,138,110 | $102,001 | 256.9% |
| Total Expenses | $4,584,999 | $38,529 | 97.0% | $8,175,176 | $68,699 | 173.0% |
| NOI | $139,910 | $1,176 | 3.0% | $3,962,934 | $33,302 | 83.9% |

## Capitalization Rate

The capitalization rate is the factor that converts the stabilized net operating income (NOI) to a present value. It is the ratio of net income to value or sale price.

NOI ÷ Sale Price = Capitalization Rate

### National Investor Surveys

Data pertaining to investment grade properties are summarized in the following tables.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Recent Investor Survey Hotel Cap Rates

| Property Type | Source | Period | | Cap Rate |
|---|---|---|---|---|
| US | | | | |
| Economy/Ltd Service | PWC | 20 Q3 | Range | 7.00% - 12.00% |
| | | 20 Q3 | Average | 9.50% |
| Full Service | PWC | 20 Q3 | Range | 6.00% - 9.00% |
| | | 20 Q3 | Average | 7.30% |
| Luxury/Upper Upscale | PWC | 20 Q3 | Range | 4.00% - 9.50% |
| | | 20 Q3 | Average | 7.40% |
| Select Service | PWC | 20 Q3 | Range | 7.00% - 11.00% |
| | | 20 Q3 | Average | 8.50% |



Hotel Cap Rate Trends

Based on the survey data, a capitalization rate within a range of 4.00% to 9.50% could be expected for the subject.

## Band of Investment

The band of investment method derives a capitalization rate from the weighted average of the mortgage and equity demands on net income generated from the property. This method involves an estimate of typical financing terms as well as an estimated rate of return on equity capital sufficient to attract investors. The rate indicated by this method is shown in the following table.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Direct Capitalization Analysis

We have not used the Direct Capitalization Method to calculate the value of the subject because the property has only one year of operation and part of this period was affected by the Covid-19 pandemic. Therefore, it is not a representative year to apply a direct capitalization.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Discounted Cash Flow Analysis

### Holding Period

A ten-year holding period is consistent with typical investor analysis.

## Discount Rate and Reversion Capitalization Rate Selection

Data from national investor surveys is summarized below.

### Investor Survey Q3 2020 Hotel Statistics

| Property Type | | Discount Rate | Exit Cap Rate | ADR Growth Rate | Expense Growth Rate |
|---|---|---|---|---|---|
| US | | | | | |
| Economy/Ltd Service | Range | 7.00% - 12.00% | 8.00% - 12.00% | (10.00%) - 4.00% | 2.00% - 4.00% |
| | Average | 9.50% | 9.50% | -0.10% | 2.95% |
| Full Service | Range | 8.75% - 11.00% | 7.00% - 10.00% | 0.00% - 3.00% | 0.00% – 4.00% |
| | Average | 9.93% | 8.50% | 0.70% | 2.80% |
| Luxury/Upper Upscale | Range | 6.50% - 12.00% | 5.75% - 9.50% | (10.00%) - 3.00% | 1.00% - 7.00% |
| | Average | 9.63% | 7.83% | -0.80% | 3.40% |
| Select Service | Range | 8.00% - 12.00% | 7.00% - 10.50% | (5.00%) to 20.00% | 2.00% – 20.00% |
| | Average | 10.00% | 8.68% | 4.60% | 6.45% |

Source: PwC Real Estate Investor Survey

### Discount Rate

The surveys indicate that discount rates for luxury/upper upscale hotel properties range from 6.5% to 12.00% and average 9.63%. Rates have moved upward over the past year due to the negative impacts of Covid-19. Considering the then economic conditions, the quality of the subject, and market area demographics and trends, we conclude that a discount rate of 10.00% is appropriate for the subject.

### Exit Capitalization Rate

The surveys indicate a range of exit capitalization rates of 5.75% to 9.50%, with an average of 7.83%, for luxury/upper upscale hotel properties. For the subject, we conclude to an exit capitalization rate of 7.00%, at the lower end of the range exhibited by the survey given its locational and physical characteristics and positioning.

## Value Indication – Discounted Cash Flow Analysis

The value indications produced by the discounted cash flow analysis are as follows:

Lennox Hotel Miami Beach Real Estate Appraisal

| Lennox Hotel Miami Beach | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Discounted Cash Flow Asset Value Analysis (USD'000) | | | | | | | | |

**Summary of Assessment**

| | |
|---|---|
| Date of Valuation | 7/31/2020 |
| Holding Period | 10 Years |
| Land Tenure | Freehold/Fee - Simple |

**Key Variables**

| | |
|---|---|
| Discount Rate | 10.0% |
| Terminal Cap Rate | 7.0% |
| Closing Costs % | 2.0% |

**Value Calculations**

| | | | | Gross Yield | Net Yield |
|---|---|---|---|---|---|
| PV of Terminal | 25,300 | | 2021 | 0.3% | 0.3% |
| PV of Income Stream | 19,600 | | 2022 | 4.3% | 4.3% |
| Gross Value | 45,000 | 378 / key | 2023 | 7.4% | 7.4% |
| | | | 2024 | 8.8% | 8.8% |
| Capital Deductions | 0 | | 2025 | 9.0% | 9.0% |
| **Net Value** | **45,000** | **378 / key** | 2026 | 9.2% | 9.2% |
| **Terminal Value** | | | 2027 | 9.4% | 9.4% |
| Year 11 EBITDA Less Replacement Reserve | 4,689 | | 2028 | 9.7% | 9.7% |
| Year 10 Terminal Value | 67,000 | | 2029 | 9.9% | 9.9% |
| Closing Costs | 1,340 | | 2030 | 156.3% | 156.2% |
| **Net Reversion Proceeds** | **65,700** | **552 / key** | | | |

**Present Value Matrix - Net Value after Capital Deductions**
**Value USD'000, Value USD/ key, 2021 Adj. EBITDA Cap Rate**

| Discount Rate | Terminal Cap Rate | | | | |
|---|---|---|---|---|---|
| | 6.0% | 6.5% | 7.0% | 7.5% | 8.0% |
| 9.0% | 53,100<br>446 / key<br>.3% | 50,600<br>425 / key<br>.3% | 48,500<br>408 / key<br>.3% | 46,600<br>392 / key<br>.3% | 45,000<br>378 / key<br>.3% |
| 9.5% | 51,100<br>429 / key<br>.3% | 48,700<br>409 / key<br>.3% | 46,700<br>392 / key<br>.3% | 44,900<br>377 / key<br>.3% | 43,300<br>364 / key<br>.3% |
| 10.0% | 49,200<br>413 / key<br>.3% | 46,900<br>394 / key<br>.3% | **45,000**<br>**378 / key**<br>**.3%** | 43,300<br>364 / key<br>.3% | 41,800<br>351 / key<br>.3% |
| 10.5% | 47,400<br>398 / key<br>.3% | 45,200<br>380 / key<br>.3% | 43,300<br>364 / key<br>.3% | 41,700<br>350 / key<br>.3% | 40,300<br>339 / key<br>.3% |
| 11.0% | 45,600<br>383 / key<br>.3% | 43,500<br>366 / key<br>.3% | 41,800<br>351 / key<br>.3% | 40,200<br>338 / key<br>.3% | 38,900<br>327 / key<br>.4% |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

Lennox Hotel Miami Beach Real Estate Appraisal

# Final Reconciliation

Reconciliation involves the weighting of alternative value indications, based on the judged reliability and applicability of each approach to value, to arrive at a final value conclusion. Reconciliation is required because different value indications result from the use of multiple approaches and within the application of a single approach. The values indicated by our analyses are as follows:

## Summary of Value Indications

|  | Retrospective Fair Market Value |
|---|---|
| Cost Approach | Not Used |
| Sales Comparison Approach | $45,200,000 |
| Income Capitalization Approach | $45,000,000 |
| **Reconciled** | **$45,000,000** |

## Cost Approach

As previously discussed, the reliability of the Cost Approach is judged to be limited due to the nature of the property as a historic hotel building that was renovated. As such, a cost approach has been considered but has not been utilized.

## Sales Comparison Approach

The sales comparison approach is most reliable in an active market when an adequate quantity and quality of comparable sales data are available. In addition, it is typically the most relevant method for owner-user properties, because it directly considers the prices of alternative properties with similar utility for which potential buyers would be competing.

Significant adjustments are required for many of the sales because of differences in the various elements of comparison. This reduces the reliability of this approach. As a result, the sales comparison approach is used primarily as support for the income capitalization approach.

## Income Capitalization Approach

The income capitalization approach is usually given greatest weight when evaluating investment properties. The value indication from the income capitalization approach is supported by market data regarding income, expenses and required rates of return.  An investor is the most likely purchaser of the appraised property, and a typical investor would place greatest reliance on the income capitalization approach. For these reasons, the income capitalization approach is given greatest weight in the conclusion of value.

## Final Opinion of Value

Based on the preceding valuation analysis and subject to the definitions, assumptions, and limiting conditions expressed in the report, our opinion of value is as follows:

### Value Conclusion

| Appraisal Premise | Interest Appraised | Effective Date of Value | Value Conclusion | Per Room |
|---|---|---|---|---|
| Retrospective Fair Market Value | Fee Simple | August 16, 2020 | $45,000,000 | $378,200 |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Extraordinary Assumptions and Hypothetical Conditions

The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results. An extraordinary assumption is uncertain information accepted as fact. If the assumption is found to be false as of the effective date of the appraisal, we reserve the right to modify our value conclusions.

1. As of the effective date of value, the hotel management indicated that the owner was seeking to terminate the food & beverage lease agreement with Mira South Beach LLC because of payment delinquency. Based on conversations with a leasing agent, due to the significant impact of the Covid-19 pandemic in the food & beverage industry, finding a new tenant with similar terms as those in the existing contract would be challenging. We have assumed that the restaurant and bars will reopen beginning January 2021 and be operated as part of the hotel operation.

2. The subject has currently two personal property taxes IDs with two different assessed values for 2020 ($5,192,208 and $110,063). It is our understanding that the disparity was caused by administrative errors. This has been communicated to the representatives at the Miami-Dade Assessor's office. However, since the final personal property tax assessment was not available at the time of the report preparation, we have reviewed the personal property tax assessments of comparables and estimated the personal property taxes applicable at the subject. We have assumed our estimate is accurate and similar to the final

3. We have assumed the condition of the subject as of the date of value was the same as that on the dates of our virtual inspection and physical inspection.

The value conclusions are based on the following hypothetical conditions that may affect the assignment results. A hypothetical condition is a condition contrary to known fact on the effective date of the appraisal but is supposed for the purpose of analysis.

1. It was brought to our attention that some of the rooms and public areas of the subject were not ADA compliant as of the effective date of value.However, there was no estimate of the cost of the remediations. We have made the hypothetical assumption that the hotel was ADA compliant as of the effective date of value. Estimating the cost is outside the scope of this assignment. As such, no associated cost to cure the deficiency has been deducted in our report. In reality (without the hypothetical condition), a knowledgeable buyer would likely deduct an estimated cost to arrive at the market value, which could potentially result in a lower value than that reported herein.

## Exposure Time

Exposure time is the length of time the subject property would have been exposed for sale in the market had it sold on the effective valuation date at the concluded market value. Exposure time is always presumed to precede the effective date of the appraisal. Based on our review of recent sales transactions for similar properties and our analysis of supply and demand in the local hotel market, it is our opinion that the probable exposure time for the subject at the concluded market value stated previously is 6 to 12 months.

## Marketing Time

Marketing time is an estimate of the amount of time it might take to sell a property at the concluded market value immediately following the effective date of value. The outbreak of the COVID-19 virus (novel coronavirus) since the end of January 2020 has resulted in market uncertainty and volatility. In some property types we have already seen sale transaction closings postponed. Market evidence associated with marketing times is something we are monitoring closely given current market conditions. Given the market uncertainty and volatility, marketing times are currently difficult to predict. it is our opinion that a reasonable marketing period for the subject is likely to be the same as the exposure time. Accordingly, we estimate the subject's marketing period at 6 to 12 months.

Our estimate is supported by the following national investor survey data.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Investor Survey Q3 2020 Hotel Marketing Time

| Property Type | | Marketing Time |
|---|---|---|
| US | | |
| Economy/Ltd Service | Range | 2.0 – 12.0 |
| | Average | 6.6 |
| Full Service | Range | 3.0 – 9.0 |
| | Average | 6.3 |
| Luxury/Upper Upscale | Range | 3.0 – 12.0 |
| | Average | 7.5 |
| Select Service | Range | 2.0 - 10.0 |
| | Average | 5.2 |

Source: PwC Real Estate Investor Survey.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Allocation of Going-Concern Value

As part of the assignment, we have been asked to separate the tangible, intangible, and real property components of the going-concern value. In performing this analysis, we consider the following definitions from The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015.

| | |
|---|---|
| Going Concern | 1) An established and operating business having an indefinite future life. |
| | 2) An organization with an indefinite life that is sufficiently long that, over time, all currently incomplete transformations [transforming resources from one form to a different, more valuable form] will be completed. |
| Tangible Property | Property that can be perceived with the senses; includes land, fixed improvements, furnishings, equipment and physical supplies, inventory, and merchandise. Some accounting sources indicate that tangible property includes all property not properly classified as identifiable intangible assets or goodwill. On that basis, tangible property includes real estate, personal property, and working capital assets such as cash, cash equivalents, accounts receivable, supplies, and inventory, although cash and accounts receivable are not themselves tangible per se. |
| Real Property | An interest or interests in real estate. |
| Furniture, Fixtures and Equipment (FF&E) | Business trade fixtures and personal property, exclusive of inventory. |
| Intangible Property | Nonphysical assets, including but not limited to franchises, trademarks, patents, copyrights, goodwill, equities, securities, and contracts as distinguished from physical assets such as facilities and equipment |

In the case of the subject, our opinion of going-concern value reflects the continuing hotel operation, including the contributory value of land, building improvements, furniture, fixtures and equipment (FF&E), and intangible property assets. Specifically excluded from the valuation are cash and equivalents and current liabilities.

# Value of Furniture, Fixtures and Equipment (FF&E)

According to Marshall Valuation Service, the typical cost new range of FF&E is $18,000 to $35,000 for upper upscale hotels at the time of construction. Considering that FF&E is short-lived and depreciates faster than the overall property, it is reasonable to expect that the ratio declines as the items age.

Based on the age and condition of the subject FF&E, we estimate the contributory value as follows:

## Furniture, Fixtures & Equipment

| Appraisal Premise | Rooms | Value/Room | Total | Rounded |
|---|---|---|---|---|
| Retrospective Fair Market Value | 119 | $32,200 | $3,831,800 | $3,830,000 |

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Allocation of Going-Concern Value

The allocation of value components is based on the going-concern premise, which holds that the value of a business as a going-concern is equal to the sum of the values of the tangible and intangible assets.

Allocation of Going Concern Value

| | Amount | % of Total |
|---|---|---|
| **Tangible Property** | | |
| Land & Improvements | $41,170,000 | 91.5% |
| Furniture, Fixtures & Equipment (FF&E) | $3,830,000 | 8.5% |
| Total Tangible Property | $45,000,000 | 100.0% |
| **Intangible Property** | $0 | 0.0% |
| **Retrospective Fair Market Value** | $45,000,000 | 100.0% |

The preceding allocation of value components assumes continued operation of the hotel business. Were the hotel business to cease operations, values of the individual components would likely be different from the allocated values of the going-concern.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Assumptions and Limiting Conditions

1. The report represents an opinion of value, based on forecasts of net income such as are typically used in valuing income-producing properties. Actual results may vary from those forecast in the report. There is no guaranty or warranty that the opinion of value reflects the actual value of the property.

2. The conclusions stated in our report apply only as of the effective date of value, and no representation is made as to the effect of subsequent events.

3. We are not obligated to predict future political, economic or social trends.  We assume no responsibility for economic factors that may affect or alter the opinions in this report if said economic factors were not present as of the date of the letter of transmittal accompanying this report.

4. The report reflects a valuation of the property free and clear of any or all liens or encumbrances unless otherwise stated.

5. Responsible ownership and competent property management are assumed.

6. All facts set forth in this report are true and accurate to the best of our knowledge. However, it should be noted that the appraisal process inherently requires information from a wide variety of sources. The information furnished by others is believed to be correct and complete and is up to date and can be relied upon, but no warranty is given for its accuracy. We do not accept responsibility for erroneous information provided by others. We assume that no information that has a material effect on our valuations has been withheld.

7. We assume, unless informed to the contrary, that each property has a good and marketable title, that all documentation is satisfactorily drawn and that there are no encumbrances, restrictions, easements or other adverse title conditions, which would have a material effect on the value of the interest under consideration, nor material litigation pending.  Where we have been provided with documentation we recommend that reliance should not be placed on our interpretation without verification by your lawyers. We have assumed that all information provided by the client, or its agents, is correct, up to date and can be relied upon.

8. We are not responsible for considerations requiring expertise in other fields, including but not limited to: legal descriptions and other legal matters, geologic considerations such as soils and seismic stability, engineering, or environmental and toxic contaminants.

9. All engineering studies are assumed to be correct. The plot plans and illustrative material in this report are included only to help the reader visualize the property.

10. It is assumed that there are no hidden or unapparent conditions of the property, subsoil or structures that render it more or less valuable. No responsibility is assumed for such conditions or for obtaining the engineering studies that may be required to discover them.

11. It is assumed that the property is in full compliance with all applicable federal, state, and local environmental regulations and laws unless the lack of compliance is stated, described, and considered in the report. No environmental impact studies were either requested or made in conjunction with this appraisal, and we reserve the right to revise or rescind any of the value opinions based upon any subsequent environmental impact studies. If any environmental impact statement is required by law, the appraisal assumes that such statement will be favorable and will be approved by the appropriate regulatory bodies.

12. Unless otherwise stated in this report, the existence of hazardous materials, which may or may not be present on the property, was not observed by us.  We have no knowledge of the existence of such

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

materials on or in the property.  We, however, are not qualified to detect such substances.  The presence of substances such as asbestos, urea-formaldehyde foam insulation and other potentially hazardous materials may affect the value of the property.  The value estimated is predicated on the assumption that there is no such material on or in the property that would cause a loss in value.  No responsibility is assumed for such conditions or for any expertise or engineering knowledge required to discover them.  Client is urged to retain an expert in this field, if desired. None of us and our affiliates, officers, owners, managers, directors, agents, subcontractors or employees shall be responsible for any such environmental conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because we are not experts in the field of environmental conditions, the appraisal report cannot be considered as an environmental assessment of the property.

13. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the Subject Property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. We claim no expertise in ADA issues, and render no opinion regarding compliance of the Subject Property with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

14. It is assumed that the property conforms to all applicable zoning and use regulations and restrictions unless a non-conformity has been identified, described and considered in the appraisal report.

15. It is assumed that all required licenses, certificates of occupancy, consents, and other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

16. It is assumed that the use of the land and improvements is confined within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

17. Although we reflect our general understanding of a tenant's status in our valuations (i.e. the market's general perception of their creditworthiness), inquiries as to the financial standing of actual or prospective tenants are not normally made unless specifically requested. Where properties are valued with the benefit of leasing, it is therefore assumed, unless we are informed otherwise, that the tenants are capable of meeting their financial obligations under the lease and that there are no arrears of rent or undisclosed breaches of covenant.

18. Although we conducted cursory inspection of the subject sites, we did not conduct a formal survey of the property and assume no responsibility in connection with such matters. The spatial data, including sketches and/or surveys included in this report, have been supplied by the client and are assumed to be correct.

19. Any allocation of the total value estimated in this report between the land and the improvements applies only under the stated program of utilization.  The separate values allocated to the land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

20. Neither all nor any part of this report, or copy thereof, shall be used for any purpose by anyone but the client and intended users specified in the report without our written consent. This report was prepared for the client's use at their sole discretion within the framework of the intended use stated in this report. Its use for any other purpose or use by any party not identified as an intended user of this

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

report is beyond the scope of work of this assignment. Possession of this report, or a copy thereof, does not carry with it the right of publication.

21. We, by reason of the report, are not required to give further consultation or testimony or to be in attendance in court with reference to the property in question unless arrangements have been previously made.

22. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the consultant who prepared the report, or the firm with which the consultant is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of us, except as outlined in the attached engagement letter.

23. Unless expressly advised to the contrary we assume that appropriate insurance coverage is and will continue to be available on commercially acceptable terms.

24. Unless otherwise stated our valuation excludes any additional value attributable to goodwill, or to fixtures and fittings which are only of value, in situ, to the present occupier. No allowance has been made for any plant, machinery or equipment unless it forms an integral part of the building and would normally be included in a sale of the building. We do not normally carry out or commission investigations into the capacity or condition of services. Therefore we assume that the services, and any associated controls or software, are in working order and free from defect. We also assume that the services are of sufficient capacity to meet current and future needs.

25. It is assumed that no changes in any federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated.

26. In the case of property where construction work is in progress, such as refurbishment or repairs, or where developments are in progress, we have relied upon cost information supplied to us by the client or their appointed specialist experts. In the case of property where construction work is in progress, or has recently been completed, we do not normally make allowance for any liability already incurred, but not yet discharged, in respect of completed work, or obligations in favor of contractors, subcontractors or any members of the professional or design team. We assume the satisfactory completion of construction, repairs or alterations in a workmanlike manner.

27. By use of this report, each party that uses this report agrees to be bound by all the Assumptions and Limiting Conditions, Hypothetical Conditions and Extraordinary Assumptions stated herein.

28. If the Report is submitted to a lender or investor with our prior approval, such party should consider this Report as only one factor, together with its independent investment considerations and underwriting criteria, in its overall investment decision. Such lender or investor is specifically cautioned to understand all Hypothetical Conditions and Extraordinary Assumptions and the Assumptions and Limiting Conditions incorporated in this Report.

29. In the event of a claim against the company or its affiliates or our respective officers or employees in connection with or in any way relating to this report or this engagement, the maximum damages recoverable shall be the amount of the monies actually collected by us or our affiliates for this report and under no circumstances shall any claim for consequential damages be made.

30. The persons signing the report may have reviewed available flood maps and may have noted in the appraisal report whether the property is located in an identified Special Flood Hazard Area. However, we are not qualified to detect such areas and therefore do not guarantee such determinations. The presence of flood plain areas and/or wetlands may affect the value of the property, and the value conclusion is predicated on the assumption that wetlands are non- existent or minimal.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



# *Appendix A*

Appraiser Qualifications

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

## Qualifications



# Charlotte Kang, MAI, FRICS

**Managing Director**
**National Practice Lead – Hotels & Hospitality**
**Valuation Advisory, U.S.**



**Current responsibilities**
At Jones Lang LaSalle, Charlotte Kang is a Managing Director in the Valuation & Advisory Services Group, overseeing the U.S. Hotels & Hospitality Practice. As a national director, Ms. Kang leads a national team that provides hotel advisory services in the Americas, with primary focus on valuation, acquisition due diligence services, portfolio planning, development feasibility advisory and specialty consulting services.

**Experience**
During Ms. Kang's over 20 years of valuation and consulting practice, she has provided international and domestic hospitality and commercial real estate advisory services in the United States, Caribbean Basin, Central America and Asia. Her area of expertise includes, but not limited to, portfolio optimization, strategic planning, acquisition services, due diligence services, valuation, market studies, feasibility studies, financial analysis, impact studies, purchase price allocation, property tax appeals, and highest and best use analysis. Ms. Kang has managed and conducted a diverse assortment of consulting and appraisal assignments that involved the public and private sectors, single asset and complex portfolio projects. She led the development of complex financial analysis of large-scale projects and appraisals of portfolio acquisitions, recommended development program and scope of facility for new, proposed and/or repositioned hospitality assets, and provided guidance to clients on meeting investment requirements. Prior to joining JLL, Ms. Kang was a Managing Director Southeast Region with Butler Burgher Group (BBG) where she led and managed the commercial real estate valuation practices and served as a national client manager. Prior to that, Ms. Kang was a Vice President with the Atlanta office of PKF Consulting USA, after leaving her position as a consultant – real estate appraiser for Hospitality Asset Advisors Pte. Ltd, Singapore. Additionally, she held several commercial real estate valuation positions in Singapore and Malaysia.

**Education and affiliations**
Ms. Kang holds a Bachelor of Science Estate Management degree with First Class Honors (summa cum laude) from the University of Greenwich, United Kingdom. She holds the MAI designation from the Appraisal Institute and she is a Fellow Member (FRICS) of the Royal Institution of Chartered Surveyors. Ms. Kang has served on the Appraisal Institute's Experience Review Panel and played an instrumental role in AI's China membership expansion by way of translating the comprehensive exam, and conducting experience interviews and screening. Additionally, Ms. Kang was the founding co-chair of the Southeast Chapter of RICS. Ms. Kang served on the AHLA's Women In Lodging (WIL) Executive Council and is the founding chair of the Georgia Women In Lodging (GWIL) as well as the recipient of AHLA's 2010 State Leadership Award.. Ms. Kang is multi-lingual in English, Mandarin Chinese, and Cantonese.

*Certified General Real Estate Appraiser:*

- *Alabama*
- *Arizona*
- *California*
- *Colorado*
- *District of Columbia*
- *Florida*
- *Georgia*
- *Illinois*
- *Indiana*
- *Kentucky*
- *Louisiana*
- *Maryland*
- *Massachusetts*
- *Michigan*
- *Minnesota*
- *Mississippi*
- *Missouri*
- *Nevada*
- *New Jersey*

- *New Mexico*
- *New York*
- *North Carolina*
- *Ohio*
- *Oklahoma*
- *Pennsylvania*
- *South Carolina*
- *Tennessee*
- *Texas*
- *Utah*
- *Virginia*

COPYRIGHT © JONES LANG LASALLE IP, INC. 2021. All Rights Reserved



# Qualifications (cont.)

Publications
2016: How does your garden grow? Or hotel real estate portfolio? – JLL SAAM Thought Leadership publication
2016: How to maximize asset value with the right operator – Hotel Management.net
2017: Finding alpha for your hotel portfolio - JLL SAAM Thought Leadership publication
2019: Right-sizing your resort: is bigger better? – Hotel Management.net

Deposition Experience
MGM Grant Detroit LLC v City of Detroit, et. al., Michigan Tax Tribunal, January 9, 2020,
Case No. 15-002842

**Contact**
T +1 404 995 2108
charlotte.kang@am.jll.com

COPYRIGHT © JONES LANG LASALLE IP, INC. 2021. All Rights Reserved



*Appendix B*

Definitions

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Definitions

The source of the following definitions is the Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), unless otherwise noted.

**As Is Market Value**

The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.

**Business Enterprise Value**

The value contribution of the total intangible assets of a continuing business enterprise such as marketing and management skill, an assembled workforce, working capital, trade names, franchises, patents, trademarks, contracts, leases, customer base, and operating agreements.

**Business Value**

The market value of a going concern, including real estate, personal property, and the intangible assets of the business.

**Deferred Maintenance**

Needed repairs or replacement of items that should have taken place during the course of normal maintenance.

**Depreciation**

A loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date.

**Discounted Cash Flow (DCF) Analysis**

The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analyst specifies the quantity, variability, timing, and duration of the income streams and the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate.

**Disposition Value**

The most probable price that a specified interest in real property should bring under the following conditions:

1. Consummation of a sale within a future exposure time specified by the client.

2. The property is subjected to market conditions prevailing as of the date of valuation.

3. Both the buyer and seller are acting prudently and knowledgeably.

4. The seller is under compulsion to sell.

5. The buyer is typically motivated.

6. Both parties are acting in what they consider to be their best interests.

7. An adequate marketing effort will be made during the exposure time specified by the client.

8. Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto.

9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms.

**Effective Date of Appraisal**

The date on which the analyses, opinions, and advice in an appraisal, review, or consulting service apply.

**Entrepreneurial Profit**

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

1. A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses.

2. In economics, the actual return on successful management practices, often identified with coordination, the fourth factor of production following land, labor, and capital; also called entrepreneurial return or entrepreneurial reward.

**Excess Land**

Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land may have the potential to be sold separately and is valued independently.

**Exposure Time**

1. The time a property remains on the market.

2. The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market.

**Fee Simple Estate**

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

**Floor Area Ratio (FAR)**

The relationship between the above-ground floor area of a building, as described by the building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area.

**Furniture, Fixtures & Equipment (FF&E)**

Business trade fixtures and personal property, exclusive of inventory.

**Going Concern**

1. An established and operating business having an indefinite future life.

2. An organization with an indefinite life that is sufficiently long that, over time, all currently incomplete transformations [transforming resources from one form to a different, more valuable form] will be completed.

**Going Concern Premise**

One of the premises under which the total assets of a business can be valued; the assumption that a company is expected to continue operating well into the future (usually indefinitely).

**Gross Building Area (GBA)**

Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the region.

**Highest and Best Use**

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. Alternatively, the probable use of land or improved property – specific with respect to the user and timing of the use – that is adequately supported and results in the highest present value.

**Intangible Property**

Nonphysical assets, including but not limited to franchises, trademarks, patents, copyrights, goodwill, equities, securities, and contracts as distinguished from physical assets such as facilities and equipment. (USPAP, 2016-17 ed.)

**Investment Value**

1.  The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market.

2.  The value of an asset to the owner or a prospective owner for individual investment or operational objectives.

**Lease**

A contract in which rights to use and occupy land or structures are transferred by the owner to another for a specified period of time in return for a specified rent.

**Leased Fee Interest**

A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e, a lease).

**Leasehold Interest**

The tenant's possessory interest created by a lease.

**Liquidation Value**

The most probable price that a specified interest in real property should bring under the following conditions:

1.  Consummation of a sale within a short time period.

2.  The property is subjected to market conditions prevailing as of the date of valuation.

3.  Both the buyer and seller are acting prudently and knowledgeably.

4.  The seller is under extreme compulsion to sell.

5.  The buyer is typically motivated.

6.  Both parties are acting in what they consider to be their best interests.

7.  A normal marketing effort is not possible due to the brief exposure time.

8.  Payment will be made in cash in U.S. dollars, or in terms of financial arrangements comparable thereto.

9.  The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms.

**Marketing Time**

An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

**Market Rent**

The most probable rent that a property should bring in a competitive and open market reflecting all conditions and restrictions of the lease agreement, including permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements.

**Market Value**

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- buyer and seller are typically motivated;

- both parties are well informed or well advised, and acting in what they consider their own best interests;

- a reasonable time is allowed for exposure in the open market;

- payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

  *(Source: Code of Federal Regulations, Title 12, Chapter I, Part 34.42[g]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472)*

**Market Value of the Going Concern**

The market value of an established and operating business including the real property, personal property, financial assets, and the intangible assets of the business.

**Market Value of the Total Assets of the Business**

The market value of all of the tangible and intangible assets of a business as if sold in aggregate as a going concern.

**Personal Property**

The interests, benefits, and rights inherent in the ownership of tangible objects that are considered by the public as being personal; also called tangible personal property.

**Prospective Opinion of Value**

A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

**Real Property**

An interest or interests in real estate.

**Rentable Floor Area (RFA)**

Rentable area shall be computed by measuring inside finish of permanent outer building walls or from the glass line where at least 50% of the outer building wall is glass. Rentable area shall also include all area within outside walls less stairs, elevator shafts, flues, pipe shafts, vertical ducts, air conditioning rooms, fan rooms, janitor closets, electrical closets, balconies and such other rooms not actually available to the tenant for his furnishings and personnel and their enclosing walls. No deductions shall be made for columns and

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

projections unnecessary to the building. (Source: Income/Expense Analysis, 2013 Edition – Conventional Apartments, Institute of Real Estate Management, Chicago, Illinois)

**Replacement Cost**

The estimated cost to construct, at current prices as of the effective appraisal date, a substitute for the building being appraised, using modern materials and current standards, design and layout.

**Reproduction Cost**

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building.

**Stabilized Income**

Income at that point in time when abnormalities in supply and demand or any additional transitory conditions cease to exist and the existing conditions are those expected to continue over the economic life of the property; projected income that is subject to change, but has been adjusted to reflect an equivalent, stable annual income.

**Surplus Land**

Land that is not currently needed to support the existing improvement but cannot be separated from the property and sold off. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel.

**Tangible Property**

Property that can be perceived with the senses; includes land, fixed improvements, furnishings, equipment and physical supplies, inventory, and merchandise. Some accounting sources indicate that tangible property includes all property not properly classified as identifiable intangible assets or goodwill. On that basis, tangible property includes real estate, personal property, and working capital assets such as cash, cash equivalents, accounts receivable, supplies, and inventory, although cash and accounts receivable are not themselves tangible per se.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved



# *Appendix C*

## Comparable Data

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Improved Sale Comparables

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Hotel Improved Sales Comparable 1

## Property Information

| | |
|---|---|
| Property Name | Lord Balfour |
| Property Type | Full Service |
| Address | 350 Ocean Drive |
| City | Miami Beach |
| State | FL |
| Zip | 33139 |
| Market | Miami Beach |
| Tax ID | 02-4203-003-0450 |



## Transaction Details

| | |
|---|---|
| Price | $34,750,000 |
| Date | 8/15/2019 |
| Price Per SF | $1,210.21 |
| Grantor | Green Comet LLC |
| Grantee | Henley Investment Management |
| Property Rights | Fee Simple |
| Conditions of Sale | Normal |
| Transaction Type | Closed Sale |
| Book/Page or Reference Doc | 31572-3918 |

| | |
|---|---|
| Acres | 0.40 |
| Land SF | 17,424 |
| Zoning | R-PS3 |

## Improvement Data

| | |
|---|---|
| GBA | 28,714 |
| Year Built | 1940 |
| Renovations | 2020 |
| No. of Buildings | 2 |
| Stories | 3 |
| FAR | 1.65 |
| No. of Rooms | 81 |

## Site Data

## Comments

The 81-room Lord Balfour Hotel was sold by Green Comet, LLC to Henley Investment Management in August of 2019. The hotel sold for $34,750,000 or $429,012 per key.  The hotel includes 64 rooms in a 1940's tower and a new tower with 17 rooms. The  new owner invested $5.0 million and converted the hotel  into the  Life House Ocean Drive after the sale. We have attempted to confirm the sale with the parties involved with no success. The sale was confirmed by secondary sources and the recorded deed.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Hotel Improved Sales Comparable 2

## Property Information

| | |
|---|---|
| Property Name | Vintro Hotel |
| Property Type | Full Service |
| Address | 2216 Park Ave. |
| City | Miami Beach |
| State | FL |
| Zip | 33139 |
| Tax ID | 02-3226-001-0310 |



## Transaction Details

| | |
|---|---|
| Price | $20,000,000 |
| Date | 9/5/2018 |
| Price Per SF | $771.28 |
| Grantor | Encotell, LLC |
| Grantee | HUSA LH VN, LLC |
| Property Rights | Fee Simple |
| Conditions of Sale | Arm's Length |
| Transaction Type | Closed Sale |
| Book/Page or Reference Doc | 31127 - 2491 |

Zoning: CD-3

## Improvement Data

| | |
|---|---|
| GBA | 25,931 |
| Year Built | 1934 |
| Renovations | 2014 |
| No. of Buildings | 1 |
| Stories | 3 |
| FAR | 1.91 |
| No. of Rooms | 50 |

## Site Data

| | |
|---|---|
| Acres | 0.31 |
| Land SF | 13,600 |

## Comments

The 50-room Vintro hotel was sold by Encotel LLC to Henley USA, LLC on August 2018. The hotel sold for $20,000,000 or $400,000 per key. The hotel includes a restaurant, bar, rooftop lounge and pool. It is located in the Collins Park neighborhood of Miami Beach, near the Miami Beach Convention Center. The hotel was built in 1934 and renovated in 2014, according to property records. The hotel was converted into the Life House Collin Park after the sale. We have reached out to the parties involved but were unable to confirm the sale. The sale was confirmed by a secondary source and the recorded deed.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Hotel Improved Sales Comparable 3

## Property Information

| | |
|---|---|
| Property Name | The Haddon Hall |
| Property Type | Full Service |
| Address | 1500 Collins Avenue |
| City | Miami Beach |
| State | FL |
| Zip | 33139 |
| Market | Miami Beach |
| Tax ID | 02-3234-019-1190 |



## Transaction Details

| | |
|---|---|
| Price | $63,500,000 |
| Date | 1/18/2018 |
| Price Per SF | $875.21 |
| Grantor | Rockwood Capital |
| Grantee | Grup Peralada |
| Property Rights | Fee Simple |
| Conditions of Sale | Normal |
| Transaction Type | Closed Sale |
| Book/Page or Reference Doc | 30834-3786 |

| | |
|---|---|
| Land SF | 60,548 |
| Zoning | MXE |

## Improvement Data

| | |
|---|---|
| GBA | 72,554 |
| Year Built | 1940 |
| Renovations | 2016 |
| No. of Buildings | 1 |
| Stories | 3 |
| FAR | 1.20 |
| No. of Rooms | 163 |

## Site Data

| | |
|---|---|
| Acres | 1.39 |

## Comments

The 163-room hotel formerly known as The Haddon Hall was sold in January of 2018 by Rockwood Capital LLC to Grupo Peralada. The hotel was sold for $63,500,000 or approximately $389,600 per key. The new owners closed the hotel and invested another $12.2 million to convert it into the Axel Hotel.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved

# Hotel Improved Sales Comparable 4

## Property Information

| | |
|---|---|
| Property Name | The Redbury South Beach |
| Property Type | Full Service |
| Address | 1776 Collins Ave |
| City | Miami Beach |
| State | FL |
| Zip | 33139 |
| Market | Miami Beach |
| Tax ID | 02-3234-019-0360 |



## Transaction Details

| | |
|---|---|
| Price | $32,000,000 |
| Date | 6/16/2017 |
| Price Per SF | $395.06 |
| Grantor | Heyat Hospitality Group |
| Grantee | Blue Road LLC |
| Property Rights | Fee Simple |
| Conditions of Sale | Normal |
| Transaction Type | Closed Sale |
| Book/Page or Reference Doc | 30591-2965 |

| | |
|---|---|
| Acres | 0.44 |
| Land SF | 19,166 |
| Zoning | MXE |

## Improvement Data

| | |
|---|---|
| GBA | 81,000 |
| Year Built | 1951 |
| Renovations | 2017 |
| No. of Buildings | 1 |
| Stories | 5 |
| FAR | 4.23 |
| No. of Rooms | 69 |

## Site Data

## Comments

The 69-room The Redbury was sold by SBE Entertainment to Blue Road LLC in June of 2017. The hotel was sold for $32,000,000 or $463,768 per key. The new owner owns the hotel next door (Hotel 18) which will be demolished and rebuilt as an expansion of the Redbury. Once completed, the Redbury will have a total of 138 rooms. The information about the sale was reported by a secondary source. We have tried to contact the buyer and the seller to confirm the sale but were unable to get a response.

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved





450 Brickell Avenue, Suite 2110
Miami, FL 33131
+1 305-448-1333
+1 305-448-6767

**Charlotte Kang, MAI, FRICS**
Managing Director
Valuation Advisory
+1 (404) 995-2108

**charlotte.kang@am.jll.com**

Copyright © Jones Lang LaSalle IP, Inc. 2021. All Rights Reserved