**EXHIBIT C**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO.: 1:20-cv-22800-RNS**

DIEGO AGNELLI,

        Plaintiff,

v.

LENNOX MIAMI CORP.,

        Defendant.

_____

**Expert Rebuttal Report of Sheri Fiske Schultz, CPA/ABV/CFF**

**September 17, 2021**

Fiske & Company

1250 South Pine Island Road

Suite 300

Plantation, Florida 33324

Telephone: 954.236.8600

Sheri@fiskeco.com

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

## TABLE OF CONTENTS

Assignment ...................................................................................................................3

Expert Qualifications .....................................................................................................3

Summary of Expert Rebuttal Opinions..........................................................................4

Identified Deficiencies in the Report .............................................................................5

Indicated Fair Value of 125 Shares in Lennox Miami Corp..........................................10

Fees. ............................................................................................................................13

Other Matters. .............................................................................................................13


### EXHIBITS

Exhibit A – Asset Approach / Adjusted Net Asset Value Method ..................................14


### APPENDICES

Appendix A – Sources of Information .........................................................................15

Appendix B – Statement of Assumptions and Limiting Conditions .............................17

Appendix C – Valuation Analyst's Statement of Representations / Certifications .......19

Appendix D – Sheri Fiske Schultz, CPA/ABV/CFF – Statement of Qualifications ...................21

Appendix E – Sheri Fiske Schultz, CPA/ABV/CFF – Cases Testified Last Four Years .............25

Appendix F – Richard Gray, CPA/ABV, CVA, ASA – Statement of Qualifications .................29

ASSIGNMENT

1. I, Sheri Fiske Schultz, CPA/ABV/CFF, of Fiske & Company ("Fiske") have been retained by Holland & Knight on behalf of their client, Diego Agnelli, in the matter of *Diego Agnelli v. Lennox Miami Corp.,* in the United States District Court for the Southern District of Florida, Miami Division, Case No.: 1:20-cv-22800-RNS to provide expert rebuttal opinions in response to the Expert Report prepared by Cameron E. Cook, ASA, CIA, CDBV, Patrick Millar, ASA, and Craig Kucik, CVA of Gordon Brothers Asset Advisors, LLC titled Lennox Miami Corp Valuation & Review – Business Valuation (hereinafter, "Gordon Report") dated April 23, 2021, where Gordon Brothers Asset Advisors, LLC, was "retained by Shutts & Bowen LLP on behalf of Lennox Miami Corp (the "Client") to determine the Fair Value of 125 shares out of 1,000 outstanding shares in Lennox Miami Corp ("Lennox" or the "Company") as of August 16, 2020, on a minority, non-marketable basis."[1]

2. I am not opining on any legal matters involved in this dispute.

3. This Expert Report (hereinafter, "Report") will demonstrate that the Gordon Report significantly understated the Fair Value of 125 shares in Lennox Miami Corp. in this matter.

4. Included in this Report is a Summary Report that estimates the Fair Value of 125 common shares of Lennox Miami Corp. as of June 30, 2021.

EXPERT QUALIFICATIONS

5. I, Sheri Fiske Schultz, CPA/ABV/CFF, am the Managing Partner of Fiske & Company, a full-service CPA firm that specializes in business valuation and litigation support services. I joined Fiske & Company in 1990 and have provided business valuation and litigation support services to manufacturers, wholesalers, retailers, medical practices, restaurants, service entities, family limited partnerships and public companies, including valuing intangibles and intellectual property. I am a frequent speaker on topics such as business valuation and forensic accounting and have written articles on these topics. Additionally, I

---

[1] Lennox Miami Corp Valuation & Review – Business Valuation report - Section I. Introduction, page 1

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

have broad-based tax experience in mergers and acquisitions, reorganizations, estate issues and tax compliance. As a member of the American Institute of Certified Public Accountants ("AICPA") National Business Valuation Committee, I assisted in writing and gaining approval for the AICPA Statement on Standards for Valuation Services No.1, Valuation of a Business, Business Ownership Interest, Security or Intangible Asset, which became effective January 1, 2008. I have been retained by law firms, plaintiffs, and defendants to provide economic damages calculations and business valuations in cases relating to breach of contract, shareholder disputes, and marital dissolutions. I have provided expert witness testimony in both State and Federal court. I began my business career with Coopers & Lybrand. I am a Certified Public Accountant ("CPA") in the State of Florida and hold the designations of Accredited in Business Valuation ("ABV") and Certified in Financial Forensics ("CFF") with the AICPA. I received a Bachelor of Science in Accounting and Master of Science in Taxation degrees from the University of Florida. My curriculum vitae and case history are included following the report.

## SUMMARY OF EXPERT REBUTTAL OPINIONS

6. The Gordon Report fails to properly identify and define the Fair Value standard of value appropriate in this matter in their analysis and incorrectly applied discounts for lack of control and lack of marketability in its methodology, resulting in an understatement of the Fair Value of the 125 shares in Lennox.

7. The Gordon Report fails to properly account for contingent liabilities in its analysis, resulting in an understatement of the Fair Value of the 125 shares in Lennox.

8. The Gordon Report fails to include the value of a trademark in its analysis, resulting in an understatement of the Fair Value of the 125 shares in Lennox.

9. Due to the methodological and other deficiencies identified in the Gordon Report analyses, I find that the expert opinions in the Gordon Report are unsubstantiated and cannot be relied on.

10. My detailed expert opinions are contained in the body of this Expert Rebuttal Report.

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

**IDENTIFIED DEFICIENCIES IN THE REPORT**

11. Under "Standard of Value", page 3 of the Gordon Report states "Mr. Agnelli was seeking dissolution of Lennox pursuant to Fla. Stat. §607.1430. As an alternative to dissolution, Fla. Stat. §§607.1434 and §607.1436(1) provide that the corporation or its other shareholders may elect to purchase all of the petitioning shareholder's shares for their Fair Value."[2] The Gordon Report further states that "Fla. Stat. §§607.1430 through 607.1436 do not limit or otherwise define Fair Value. Fair Value is synonymous with Fair Market Value and used interchangeably herein."[3] The error in the Gordon Report is that it fails to recognize that under Fla. Stat. §607.1301(5), "Fair Value" is defined as "the value of the corporation's shares determined:

    (a) Immediately before the effectiveness of the corporate action to which the shareholder objects.

    (b) Using customary and current valuation concepts and techniques generally employed for similar businesses in the context of the transaction requiring appraisal, excluding any appreciation or depreciation in anticipation of the corporate action unless exclusion would be inequitable to the corporation and its remaining shareholders.

    (c) Without discounting for lack of marketability or minority status."[4]

    The Gordon Report states that it "used the adjusted balance sheet approach to determine the Fair Value of 100.0% of Lennox's shareholders' equity as of August 16, 2020 on a controlling, marketable basis."[5] In the application of the "adjusted balance sheet approach" on page 16 of the Gordon Report, it clearly shows a reduction in the calculated Fair Value amount by applying both a discount for lack of control of 20.0% and a discount for lack of marketability of 20.0% to the calculated Fair Value amount in contradiction to Fla. Stat. §607.1301(5). Adding back the amount of the discounts would result in an increase of $1,071,088 in the value of the Equity.

---

[2] Ibid – Standard of Value, page 3
[3] Ibid – Standard of Value, page 3
[4] Fla. Stat. §607.1301(5)
[5] Lennox Miami Corp Valuation & Review – Business Valuation report - Section IV. Approaches to Value, page 12

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

12. In the determination of the fair value of 125 shares in Lennox, the Gordon Report included a number of "Additional Adjustments to Indicated Fair Value of Equity"[6].  One of these adjustments was to subtract $243,095 from the Indicated Fair Value of Equity – Controlling, Marketable Value to account for a Paycheck Protection Program ("PPP") loan. According to the Gordon Report, "In the spring of 2020, Lennox Payroll, LLC ("Lenox"), a subsidiary of Driftwood Hospitality Management II, LLC ("Driftwood"), obtained a PPP loan for $243,095 on behalf of Lennox.  In conjunction with that loan, Lennox entered into a repayment agreement with Lennox and Driftwood whereby Lennox agreed to repay the loan if the loan was not forgiven.  As of August 16, 2020, the loan had not yet been forgiven and represented a contingent liability for Lennox."[7] The error in the Gordon Report is in the inclusion of the PPP loan amount in the method.  In measuring a "contingent liability" under Generally Accepted Accounting Principles (GAAP), a company is required to classify contingent losses as 'remote' (meaning the chances that a loss will occur are slight), 'probable' (that is, likely to occur), or 'reasonably possible' (falling somewhere between remote and probable). If a contingent loss is remote, no disclosure or accrual is required. On January 12, 2021, the Small Business Administration (SBA) issued a Press Release titled "1.1 Million Paycheck Protection Program Loans Forgiven So Far Totaling over $100 Billion"[8].  On May 28, 2021, the Cleveland Business Journal reported that "roughly 69.5% of the more than 5.2 million PPP loans made in 2020 have been forgiven in whole or in part, according to SBA data."[9]  Although both of these references are subsequent to the Valuation Date of August 16, 2020 in the Gordon Report, they were published prior to the Report date of August 18, 2021 and therefore, the authors of the Gordon Report should have been aware of these conclusions.  This would indicate that the likelihood of the PPP loan representing a contingent liability is remote and the adjustment to subtract $243,095 from the Indicated Fair Value of Equity – Controlling, Marketable

---

[6] Ibid – Section V. Adjusted Balance Sheet Approach, page 15 and as a footnote to page 16
[7] Ibid - Section V. Adjusted Balance Sheet Approach, page 15 and as a footnote on page 16
[8] Small Business Administration at https://www.sba.gov/article/2021/jan/12/11-million-paycheck-protection-program-loans-forgiven-so-far-totaling-over-100-billion
[9] Cleveland Business Journal at https://www.cleveland.com/business/2021/05/the-sba-has-forgiven-two-thirds-of-2020-ppp-loans-its-looking-to-simplify-the-process.html

Value was incorrectly made. Adding back the PPP loan would result in an increase of $243,095 in the value of the Equity.

13. Another adjustment to the equity value made in the Gordon Report was a subtraction of $14,460,909 described as "Excess Paid in Capital"[10]  According to the Gordon Report, the adjustment was made "As indicated earlier, Mr. Castellanos or Invernorth Limited (collectively the "Major Shareholder') funded the renovations to the hotel.  An analysis of Lennox's shareholders' equity shows the Majority Shareholder contributed approximately $14.46 million in excess capital contributions that were to be credited solely to its equity account.   Since each shareholder would be entitled to a return of its excess capital contributions upon a winding up of the business, Gordon Brothers deducted Invernorth Limited's excess capital contribution of $14.46 million from the adjusted equity value of $38.26 million to arrive at the computation of the pro rata equity value of Mr. Agnelli's 125 shares."[11]  This analysis and explanation is flawed based on a number of issues.  First, it assumes that a "winding up of the business" is imminent without any substantiation or support.  In determining the fair value of the 125 shares, the Gordon Report would need to determine the *premise of value* of Lennox.  A premise of value is defined as "An assumption regarding the most likely set of transactional circumstances that may be applicable to the subject valuation (e.g., going concern, liquidation)."[12]  The Gordon Report fails to state a specific premise of value but appears to rely on the *going-concern*[13] premise of value used in the Valuation Advisory[14], valuation of the Lennox Miami Beach Hotel.  As a going concern, there is no "winding up of the business" and therefore, there would be no imminent payment of any excess capital contributions reducing the value of the equity.  Second, if there was a consideration of any future repayment of excess capital, the analysis would need to consider the future date of the repayment and determine the

---

[10] Lennox Miami Corp Valuation & Review – Business Valuation report - Section V. Adjusted Balance Sheet Approach, page 15 and as a footnote on page 16
[11] Ibid - Section V. Adjusted Balance Sheet Approach, page 15 and as a footnote on page 16
[12] International Glossary of Business Valuation Terms
[13] Going concern is defined as *"An ongoing business enterprise."* International Glossary of Business Valuation Terms
[14] Valuation Advisory – Appraisal of Lennox Hotel Miami Beach dated August 3, 2021, prepared by JLL Valuation & Advisory Services – page 102

present value of the repayment as the basis for the reduction in equity value.  The Gordon Report fails on both of these points.  Adding back the excess paid in capital amount would result in an increase of $14,460,909 in the value of the Equity.[15]

14. On its Balance Sheet as of August 16, 2020, Lennox recorded $15,926 for a Trademark asset.  In the methodology to determine the fair value of the 125 shares, the Gordon Report is flawed in its consideration of Lennox's Trademark asset.  The Gordon Report states that, "As of the Effective Date, Lennox reported a trademark asset with a book value of $15,926. Considering the many years the hotel was under renovation and the limited time the hotel was open before the COVID-19 pandemic broke out in the United States, Gordon Brothers doubts investors would ascribe any measurable value for the Lennox trade name.  Further, and importantly, the value of the trademark asset is incorporated into the fair market value of the hotel as appraised by JLL.  Therefore, no separate Fair Value was assigned to the trademark asset."  The Gordon Report is flawed in that it draws a conclusion as to the value of the Lennox trade name without any analysis.  As to the statement that "the value of the trademark asset is incorporated into the fair market value of the hotel as appraised by JLL', a search of the JLL Report for the term "trademark" does result in the term being located three different times in the JLL Report, however, the JLL Report does not refer to the specific trademark but simply lists the term "trademark" being included as one of a number of intangible assets[16].  It appears that the JLL Report does not actually incorporate the value of the trademark into the fair market value of the hotel as there is no analysis or discussion of the trademark in the JLL Report.  In referencing trademarks, the language in the JLL Report simply defines a trademark as a type of intangible asset and adds no language describing the trademark belonging to Lennox; the language appears to be "boilerplate language".  Adding back the value of the trademark would result in an increase of $15,926 in the value of the Equity.

---

[15] The Gordon Report also does not provide sufficient supporting documentation to determine the reasonableness of the "Excess Paid in Capital" figure or how such amount has historically been inputted on the financial statements of Lennox.

[16] Valuation Advisory – Appraisal of Lennox Hotel Miami Beach dated August 3, 2021 prepared by JLL Valuation & Advisory Services – pages 101, 109, and 111

15. In addition to the trademark issue noted above, the Gordon Report also states that "It is Gordon Brothers' understanding that software on Lennox's books consists of reservation software.  Since the value of software is captured in the $45 million Fair Market Value of the hotel as appraised by JLL, the software account was reduced to $0."[17]  A search of the JLL Report for the term "software" results in a single location in the JLL Report where the term is mentioned, that is in the JLL Report's Assumptions and Limiting Conditions which state, "Therefore we assume that the services, and any associated controls or software, are in working order and free from defect."[18] The JLL Report does not mention any consideration of the value of the Lennox software in its Report. Adding back the value of the software would result in an increase of $65,876 in the value of the Equity.

16. The Gordon Report states that "Lennox's August 16, 2020, balance sheet does not include accrued real estate taxes for 2020."[19] The Gordon Report then adds a liability adjustment of $185,852 as an "Additional Adjustments to Equity Value"[20] in its Fair Value of 125 Shares calculation which reduces the Fair Value of the Equity by $185,852.  The adjustment may be in error as a review of the unadjusted Balance Sheet for Lennox on page 14 of the Gordon Report shows an "Other Payable" amount of $186,093 in the Unadjusted column.  This amount is not further described in any detail but these two amounts are remarkably close so it may be that Lennox already had an accrued real estate tax amount on its Balance Sheet as of August 16, 2020.  If the accrued real estate taxes were already recorded by Lennox as of August 16, 2020, the Fair Value of Equity as calculated in the Gordon Report is understated by $185,852.

---

[17] Lennox Miami Corp Valuation & Review – Business Valuation report - Section V. Adjusted Balance Sheet Approach, page 13
[18] Valuation Advisory – Appraisal of Lennox Hotel Miami Beach dated August 3, 2021, prepared by JLL Valuation & Advisory Services – page 105
[19] Lennox Miami Corp Valuation & Review – Business Valuation report - Section V. Adjusted Balance Sheet Approach, page 15
[20] Ibid – Section V. Adjusted Balance Sheet Approach, page 16

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

**INDICATED FAIR VALUE OF 125 SHARES IN LENNOX MIAMI CORP.**

17. I have estimated the Fair Value of the equity in Lennox Miami Corp. (hereinafter, "Company") in this Summary Report based upon a *fair value*[21] standard of value and a *going concern*[22] premise of value. I chose the Fair Value standard of value as appropriate in this matter.  Based on my analysis, the conclusion of value of the Fair Value of the 125 shares in Lennox as of June 30, 2021, was $8,356,000 as shown on Exhibit A.

18. The Fair Value of the equity in Lennox Miami Corp. was determined as of June 30, 2021, i.e., the Valuation Date, in order to correspond to the valuation of the real property as performed as of July 13, 2021, in the HVS Appraisal Report Lennox Miami Beach prepared by HVS Consulting & Valuation, Miami, Florida and dated August 16, 2021.  We were not aware of any material or significant events that occurred between June 30, 2021 and July 13, 2021 which would result in a change in the value of the real property.

19. In estimating the Fair Value of the equity in the Company, I considered the three generally accepted approaches for valuing an ongoing business entity: the Market Approach, the Income Approach, and the Asset (Cost) Approach.

    a. Market Approach - The market approach calculates the value of a business, business ownership interest, security, or intangible asset by using one or more methods that compare the subject to similar businesses, business ownership interests, securities, or intangible assets that have been sold.

    b. Income Approach - The income approach determines the value indication of a business, business ownership interest, security, or intangible asset using one or more methods that convert anticipated benefits into a present single amount.

    c. Asset (Cost) Approach - The asset approach calculates the value of a business, business ownership interest, or security by using one or more methods based on the value of the assets of that business net of liabilities.

    Although I considered both the Income Approach and the Market Approach in this engagement, there was not sufficient data available to properly apply either Approach.  The

---

[21] Fair value as defined in Fla. Stat. §607.1301(5) and as stated in this Report.
[22] Going concern is defined as *"An ongoing business enterprise."* International Glossary of Business Valuation Terms

Income Approach and Market Approach, however, were considered and used in the development of the value of the real property as found in the independent appraisal performed by HVS Consulting & Valuation ("HVS").

20. Based on the facts that the Company can be defined as a real estate investment holding company, I chose the Asset (Cost) Approach, and specifically, the Adjusted Net Asset Value Method in my determination of the Fair Value of the equity of the Company.

21. Valuation analysis includes consideration of both "the economic outlook in general and the condition and outlook of the specific industry in particular."[23] The analysis of the economy and industry are included in the independent appraisal performed by HVS.

22. We received the Miami South Beach | Lennox Balance Sheet as of June 30, 2021, which reported the business operations of Lennox and did not include assets and liabilities specifically related to the real property.[24] Based on this, certain adjustments were made to the Company's assets and liabilities as shown on Exhibit A.  These adjustments included:

   a. As the Miami South Beach | Lennox Balance Sheet as of June 30, 2021, included the assets, liabilities, and equity of the business operations of the Company and not the real property of the Company, adjustments were necessary to include the values of the Company's real and personal property according to the independent appraisal performed by HVS.  Adjustments were made to the reported Inventories, Real property, and Property & equipment to adjust the value of the real property to $71,500,000 as reported by HVS.

   b. As the principal balance of the Mortgage payable as of June 30, 2021, was not provided for this analysis, an adjustment of $5,252,050 was added to the $340,333 amount on the Balance Sheet to arrive at a conservative estimate of the total Mortgage payable of $5,592,383 based on the total Mortgage payable amount (current portion plus long-term portion) as reported in the Gordon Report as of August 16, 2020.  It would be safe to assume that the mortgage payable at the

---

[23] Internal Revenue Service Revenue Ruling 59-60
[24] Drift.000177

       Valuation Date would be lower than what we are assuming due to the payments made between August 16, 2020, and June 30, 2021 which would result in an increased Fair Value of the equity of the Company and of the 125 shares.

   c. I considered the adjustments reported by Berkowitz Pollack Brant Advisors + CPAs [25] that were included in the Gordon Report but did not apply these adjustments due to the fact that (1) they were applied as of a Valuation Date of August 16, 2020, which differs from the Valuation Date of June 30, 2021 and, (2) the report showing the adjustments did not include sufficient supporting documentation to determine the reasonableness of the adjustments.

   d. No other adjustments were considered appropriate in the analysis.

23. As shown on Exhibit A, the Adjusted Net Asset Value Method under the Asset (Cost) Approach resulted in a Fair Value of 125 Shares in Lennox Miami Corp. as of June 30, 2021, to be $8,356,000.

24. My analysis and report are in compliance with the Statement of Standards for Valuation Services (VS Section 100) issued by the American Institute of Certified Public Accountants ("AICPA").

25. My analysis and report conform to various Internal Revenue Service pronouncements including Revenue Ruling 59-60, which is acknowledged as a primary authority and guideline for the valuation of closely held businesses for tax reporting purposes. Revenue Ruling 59-60 outlines the approaches, methods, and factors to be considered in valuing shares of the capital stock of closely held corporations for federal tax purposes. I considered the requirements of Revenue Ruling 59-60; however, as an independent valuation analyst, I retain the right and obligation to differ from any opinions expressed in the rulings or court decisions when I conclude that such ruling or decisions are contrary to generally accepted business valuation techniques and practices.

---

[25] Lennox Miami Corp – Financial Statements – Income Tax Basis – Berkowitz Pollack Brant Advisors + CPAs

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

26. The conclusion of value is subject to the Statement of Assumptions and Limiting Conditions found in Appendix B and to the Valuation Analyst's Representations/Certifications found in Appendix C.

**FEES**

27. Fees for professional services provided by Fiske & Company are based on hours worked by each assigned staff member multiplied by the individual's standard hourly rate. My standard hourly rate is $475.  My hourly rate for testimony is $525.  Hourly rates for other professionals working on this matter range from $130 to $375. Fees are not contingent on the outcome of this matter.

**OTHER MATTERS**

28. In the performance of the engagement, we did not receive the full financial information, i.e., balance sheets and income statements of Lenox Miami Corp, for the periods prior to and as of the Valuation Date.

29. To the extent that additional relevant information comes to light, including but not limited to, supplemental production from the parties or other information produced through discovery, further reports from either party's expert(s) and rulings from the Court, I may amend or supplement my opinions as necessary.

30. This Report has been prepared in connection with the above-referenced case. The Report is to be used for the specific purpose of this litigation and is not to be used for any other purpose without the express written consent of Fiske & Company and Sheri Fiske Schultz, CPA/ABV/CFF.  While I have included citations in this report in order to direct the reader to exemplary source materials, such citations should not be deemed to be exhaustive of all the evidence supporting the opinions contained herein.

_____     September 17, 2021_____
Sheri Fiske Schultz, CPA/ABV/CFF                              Date

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

EXHIBIT A

FAIR VALUE OF 125 SHARES IN LENNOX MIAMI CORP.

ASSET (COST) APPROACH / ADJUSTED NET ASSET VALUE METHOD

JUNE 30, 2021

| | Balance per Books (a) | Adjustment | Notes | Adjusted Amount |
|---|---|---|---|---|
| **Assets** | | | | |
| Current Assets | | | | |
| Cash | $ 1,389,554 | | | $ 1,389,554 |
| Accounts receivable, net | 198,260 | | | 198,260 |
| Inventories | 150,725 | (150,725) | (b) | - |
| Prepaid expenses | 196,069 | | | 196,069 |
| Total Current Assets | 1,934,608 | | | 1,783,883 |
| | | | | |
| Fixed Assets | | | | |
| Real property | - | 71,500,000 | (b) | 71,500,000 |
| Property & equipment | 184,053 | (184,053) | (b) | - |
| Other assets | 30,000 (d) | | | 30,000 |
| Total fixed assets | 214,053 | | | 71,530,000 |
| Less: Accumulated depreciation | - | | | - |
| Total Net Fixed Assets | 214,053 | | | 71,530,000 |
| | | | | |
| **Total Assets** | $ 2,148,661 | | | $ 73,313,883 |
| | | | | |
| **Liabilities and Equity** | | | | |
| **Liabilities** | | | | |
| Current Liabilities | | | | |
| Accounts payable | $ 254,609 | | | $ 254,609 |
| Advanced deposits | 38,856 | | | 38,856 |
| Accrued payroll | 322,099 | | | 322,099 |
| Accrued property taxes | 11,400 | | | 11,400 |
| Accrued taxes | 111,785 | | | 111,785 |
| Accrued expenses | 135,586 | | | 135,586 |
| Total Current Liabilities | 874,335 | | | 874,335 |
| | | | | |
| Long-term Liabilities | | | | |
| Mortgage payable | 340,333 | 5,252,050 | (c) | 5,592,383 |
| Total Long-term Liabilities | 340,333 | | | 5,592,383 |
| | | | | |
| **Total Liabilities** | 1,214,668 | | | $ 6,466,718 |
| | | | | |
| **Equity** | | | | |
| Owners equity | (737,312) | | | |
| Retained earnings/(deficit) | (491,894) | | | |
| Net profit | 2,163,200 | | | |
| **Total Equity** | 933,994 | | | |
| | | | | |
| **Total Liabilities and Equity** | $ 2,148,662 | | | |

| | | |
|---|---|---|
| **Adjusted Net Asset Value (NAV)** | $ | 66,847,165 |
| **Total Shares Issued and Outstanding** | | 1,000 |
| **Fair Value Per Share** | $ | 66,847 |
| **Subject Interest - Number of Shares** | | 125 |
| **Fair Value of 125 Shares** | $ | 8,355,875 |
| | | |
| **Fair Value of 125 Shares - rounded** | $ | 8,356,000 |

*Notes:*
*(a)*   Amounts obtained from Miami South Beach | Lennox - Balance Sheet - June 30, 2021.
*(b)*   To adjust the value of the real and personal property based on the HVS Appraisal Report of the Lennox Miami Beach as of July 13, 2021 prepared by HVS Consulting & Valuation, Miami, Florida and dated August 16, 2021.
*(c)*   To adjust the mortgage payable on the real property to the balance as of August 16, 2020 as stated in the Lennox Miami Corp - Financial Statements - Income Tax Basis prepared by Berkowitz Pollack Brant Advisors and Accountants, LLP, Miami, Florida.
*(d)*   We were not provided with the detail of the "Other assets" and assumed that they were not part of the real property. There was no accumulated depreciation on the Balance Sheet associated with the Other assets so the basis may not represent value.
*(e)*   Note that amounts may be off by an immaterial amount due to rounding in the Excel file.

Page **14**

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

APPENDIX A

SOURCES OF INFORMATION

In the performance of this matter, I was provided with/or relied upon various documents and information, including but not limited to, the following:

1. Diego Agnelli, Plaintiff v. Lennox Miami Corp., Defendant - Amended Complaint – Case No.: 1:20-cv-22800-RNS;

2. Diego Agnelli, Plaintiff/Counter-Defendant v. Lennox Miami Corp., Defendant/Counter-Plaintiff – Lennox's Answer to Amended Complaint – Affirmative Defenses and counterclaim - Case No.: 1:20-cv-22800-RNS;

3. Lennox Miami Corp Valuation & Review – Business Valuation dated April 23, 2021, prepared by Gordon Brothers Asset Advisors, LLC., Boston, Massachusetts.

4. Lennox Miami Corp – Financial Statements – Income Tax Basis – Berkowitz Pollack Brant Advisors + CPAs – As of and for the years ended December 31, 2014, 2015, 2016, 2017, 2018, 2019 and as of and for the seven and a half months ended August 16, 2020;

5. Valuation Advisory – Appraisal Lennox Hotel Miami Beach dated August 3, 2021, prepared by JLL Valuation & Advisory Services;

6. Miami South Beach | Lennox Balance Sheet – June 30, 2021, included with Miami South Beach | Lennox Balance Sheet Statement of Operations for period ending June 30, 2021;

7. HVS Appraisal Report Lennox Miami Beach dated August 16, 2021 prepared by HVS Consulting & Valuation, Miami, Florida;

8. 2021 Florida Statutes at http://www.leg.state.fl.us/Statutes/index.cfm?Mode=View%20Statutes&Submenu=1&Tab=statutes;

9. International Glossary of Business Valuation Terms;

10. Small Business Administration at https://www.sba.gov/article/2021/jan/12/11-million-paycheck-protection-program-loans-forgiven-so-far-totaling-over-100-billion;

11. Cleveland Business Journal at https://www.cleveland.com/business/2021/05/the-sba-has-forgiven-two-thirds-of-2020-ppp-loans-its-looking-to-simplify-the-process.html; and

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

12. Miami-Dade County – Property Tax Search for Real Estate account #02-3226-001-0140

at https://miamidade.county-taxes.com/public/real_estate/parcels/0232260010140.

APPENDIX B
STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This analysis is subject to the following assumptions and limiting conditions:

1. The conclusion of value arrived at herein is valid only for the stated purpose as of the date of the valuation.

2. Financial statements and other related information provided by Counsel, the Client, the Company, or other representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the enterprise's business conditions and operating results for the respective periods, except as specifically noted herein. The Firm has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

3. Public information and industry and statistical information, if obtained, has been derived from sources we believe to be reliable. However, we make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate the information.

4. The conclusion of value arrived at herein is based on the assumption, unless otherwise noted in the Report, that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

5. This Report and the conclusion of value arrived at herein are for the exclusive use of the Counsel for the sole and specific purposes as noted herein. They may not be used for any other purpose or by any other party for any purpose. Furthermore, the report and conclusion of value are not intended by the author and should not be construed by the reader to be investment advice in any manner whatsoever. The estimate of value represents the considered opinion of the Valuation Analyst based on information furnished to her by Counsel, the Client, the Company, or other representatives and other sources.

6. Neither all nor any part of the contents of this Report (especially the conclusion of value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication without the prior written consent and approval of the Firm.

7. No change of any item in this Report shall be made by anyone other than the Valuation Analyst, and I shall have no responsibility for any such unauthorized change.

8. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

9. Unless otherwise informed or determined independently by the Valuation Analyst, it is assumed that there are no regulations of any government entity to control or restrict the use of the subject business's underlying assets and that the underlying assets will not operate in violation of any applicable government regulations, codes, ordinances, or statutes. We also assume that, unless otherwise informed or determined independently, the subject

business is in compliance with all federal, state and local laws and regulations, as well as up to date in regard to all filing and reporting requirements.

10. Unless otherwise, I have relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate, investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this report. We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the entity has good title to all assets.

11. The conclusion of value is based on the stated definition of value. An actual transaction involving the business, the business ownership interest, the security, or the intangible asset may occur at a higher or lower value, depending on the circumstances surrounding the business, the business ownership interest, the security, or the intangible asset, and the motivations and knowledge of both the buyers and sellers at that time. We make no guarantees about what values individual buyers and sellers may reach in an actual transaction.

12. The conclusion of value reflects facts and circumstances existing as of the Valuation Date. Except as noted, I have not considered subsequent events and we have no obligation to update the conclusion of value for such events.

13. I assume there are no other hidden or unexpected conditions of the entity that would adversely affect value, other than those indicated.

14. No opinion is intended to be expressed for matters that require legal or other specialized expertise, investigation, or knowledge beyond that customarily employed by valuation specialists valuing a business, a business ownership interest, security, or intangible asset.

15. I have not knowingly withheld or omitted anything from this valuation engagement that would affect the conclusion of value.

16. No investigation of titles to the properties or of any claims on ownership of the properties by any individual(s) or entity has been undertaken.  Consequently, I make no warranty or representation, either expressed or implied, as to the legal position of the entity and the impact this position may have on the conclusion of value of the Subject Interest.  Unless otherwise stated in this Report, title is assumed clear and free of encumbrances and as provided to the appraiser.

17. The report may use personal pronouns such as "we" and "our"; regardless, the opinions contained herein represent the professional opinion of the Valuation Analyst signing this report.

APPENDIX C
VALUATION ANALYST'S REPRESENTATIONS / CERTIFICATIONS

I represent/certify that, to the best of my knowledge and belief:

- The statements of fact contained in this Report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions. This Report is the result of my personal, impartial, independent, unbiased, objective professional analyses, opinions, and conclusions.

- Fiske & Company's (hereinafter, "Firm") compensation for completing this assignment is fee-based and is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the outcome of the valuation engagement, the amount of the conclusion of value, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- This engagement assignment was not contingent upon developing or reporting predetermined results.

- The parties for which the information and use of the valuation report is restricted are identified; the valuation report is not intended to be and should not be used by anyone other than such parties.

- Certain data included in the valuation report have been obtained from various printed or electronic reference sources that I believe to be reliable. I have not performed any corroborating procedures to substantiate that data.

- I have no obligation to update the report or the conclusion of value for information that comes to my attention after the date of the report.

- I have no present or contemplated interest in the subject of this valuation, nor do I have any personal financial or other interest or bias with respect to the parties involved.

- This engagement was performed in compliance with the following:

  o *Statement of Standards for Valuation Services No. 1* (SSVS No.1) issued by the American Institute of Certified Public Accountants (AICPA),

  o *Professional Standards* for conducting and reporting on business valuations issued by the National Association of Certified Valuators and Analysts (NACVA),

  o *Uniform Standards of Professional Appraisal Practice* (USPAP) promulgated by The Appraisal Foundation, and

  o *ASA Business Valuation Standards* used in conjunction with the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers (ASA).

- The individuals below are compliance with the mandatory recertification programs for those accreditation organizations to which I am a member.

- The analysis and Report were prepared by Richard Gray, under supervision, and me. No other person provided significant professional guidance other than the persons whose signatures appear on the following page.

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

SHERI FISKE SCHULTZ, CPA/ABV, CFF          RICHARD GRAY, CPA/ABV, CVA, ASA

APPENDIX D
SHERI FISKE SCHULTZ, CPA/ABV/CFF
STATEMENT OF QUALIFICATIONS

APPENDIX D

## STATEMENT OF QUALIFICATIONS
## SHERI FISKE SCHULTZ, CPA/ABV/CFF
Managing Partner

| | |
|---|---|
| **Education** | B.S., Major in Accounting, University of Florida, 1984 |
| | Masters of Accounting, University of Florida, 1985 |
| | |
| **Professional History** | Fiske & Company, Certified Public Accountants, Managing Partner, 1990 – Present |
| | Coopers & Lybrand, Tax Supervisor, 1985-1990 |
| | |
| **Licenses & Accreditations** | Certified Public Accountant (CPA) |
| | AICPA Accreditation in Business Valuations (ABV) |
| | AICPA Certification in Financial Forensics (CFF) |
| | |
| **Awards** | South Florida Business & Wealth's First-Annual Finance Awards (CPA Category) 2021 |
| | South Florida Business Journal's 2017-2021 Top Women-Owned Business |
| | South Florida Legal Guide Honoree: Top CPAs Litigation Support, 2006-2021 |
| | South Florida Business & Wealth Apogee Award 2019 |
| | South Florida Business Journal's 2016 Influential Business Women |
| | AICPA ABV Champion of the Year Award, 2014 |
| | FICPA's Woman to Watch Award, 2014 |
| | South Florida Business Journal 2012 Key Partners Award |
| | South Florida Business Leader Magazine Woman Extraordinaire Award, 2008 & 2011 |
| | 100 Outstanding Women of Broward County Award, 2011 |
| | Professional Excellence Award for Jewish Community Foundation, 2009 |
| | Presidential Service Award FICPA, 2006-2007 |
| | Valuation and Litigation Service Section Outstanding Chair FICPA, 2004-2005 |
| | |
| **Professional Affiliations** | Assistant Director, National Association of Divorce Professionals Fort Lauderdale Lunch Chapter, Member since 2018 |
| | Chair, FICPA Valuation, Forensic Accounting and Litigation Support Conference, 2001, 2019 - 2020 |
| | Expert Resource Connection (ERC) Symposium Chair (2020) |
| | Co-Chair, Florida FVS Conference, 2018 |
| | North America Board of Directors, CPA Associates International, 2015-2017 |
| | Chair, CPAAI Valuation, Litigation and Forensic Committee, CPA Associates International, 2016-2017 |
| | Chair Business Valuations Committee of CPAAI, 2012-2016 |
| | AICPA ABV Credential Committee, 2012-2015 |
| | AICPA ABV Chair Champion Task Force, 2012-2015 |
| | Member, Ft. Lauderdale Estate Tax Council (Board Member 2010-2019) |
| | Member, BDO Alliance USA, 2017-Present |
| | Member, American Institute of Certified Public Accountants (AICPA) |
| | Member, Florida Institute of Certified Public Accountants (FICPA) |
| | Past Co-Chair, Tax and Estate Planning Seminar for United Way, Broward Community and Jewish Council |
| | Member, Board of Trustees of Broward County Jewish Community |

## STATEMENT OF QUALIFICATIONS CONTINUED
### SHERI FISKE SCHULTZ, CPA/ABV/CFF
Managing Director

Foundation, 1997-2005, 2007-Present
Treasurer, Broward Professional Alliance, 2009 - Present
Member, Board of Directors for Broward County Jewish Federation, 2012-Present
Chair, Women's Executive Circle, Jewish Federation, 2018-2020
President, Estate Planning Council of Broward County, Inc., 2017-2019
Member, FICPA Business Valuation Conference Committee, 2002-2013
Founding Member, Women in Leadership Committee of the FICPA 2010-2013
Board of Governors, FICPA, 1998-2000 and 2006-2011
Co-Chair, Professional Advisory Committee, Jewish Community Foundation 2007-2009
Chair of Section Task Force for the FICPA 2006-2007
First Vice President, North Broward and South Dade Estate Tax Council, 2005-2007
Chair, FICPA Business Valuation/Litigation Services Section, 2004-2005
Vice-Chair, FICPA Business Valuation/Litigation Services Section, 2001-2004
Member, AICPA Business Valuation Committee, 2001-2004
Co-Chair, AICPA Editorial Advisory Task Force, 2004
Member, AICPA Business Valuation Conference Committee, 2001 & 2003
President, FICPA Gold Coast Chapter, 1999-2000
Member, Board of Directors for FICPA Gold Coast Chapter, 1992-2000
Programming Chair, Federation Professional Advisory Executive Committee, 1998-1999
CPE Chairperson for the FICPA, Gold Coast Chapter, 1991-1992
Member, South Broward Bar Association
Member, Weston Bar Association

**Speaking Engagements**

Educator at National Institute of Trial Advocacy's (NITA) 2017 and 2018 Family Law Advocacy's Institute

Presented topics on Business Valuation and Litigation Support Issues to various national and regional professional organizations

Presented at the Broward County Bar Association 2013-2019 Biennial Bench and Bar Conferences

Presented at the Dade County Bench and Bar 2019

Presented at AICPA National Business Valuation Conferences

Presented at FICPA Business Valuation Conferences & North Dade/South Broward Local Chapter

Presented at American Academy of Matrimonial Lawyers National Conference

Presented at Financial Planning Association Annual Conference

Presented at CPA Associates International, Inc. Annual Business Valuation Symposium

**Range of Experience**

**Business Valuation Services:**
Extensive experience preparing valuations for construction entities, insurance agencies, restaurants, medical practices, professional service firms, manufacturers, wholesalers,

## STATEMENT OF QUALIFICATIONS CONTINUED
## SHERI FISKE SCHULTZ, CPA/ABV/CFF
Managing Director

retailers, service entities, as well as public companies.  Also experience with valuation of intellectual property including patents and trademarks.

Prepared numerous valuations for closely held companies, family limited partnerships and limited liability companies for estate and gift tax purposes, and valuations of various entities for shareholder dispute and family dissolution purposes.  Valuation services for buy/sell agreements, financial statement reporting and mergers/acquisitions.

Worked on engagements with businesses filing claims against the Florida Department of Transportation in eminent domain matters involving the determination of business damages.

**Forensic Services:**
Expert witness testimony and consulting services in matters involving misappropriation of funds and other fraudulent activities, complex accounting matters, and analyzing transfers of assets.

Reviewing and analyzing books and records for misappropriation of corporate assets by shareholders.

Preparing lost profits and damage claims and testifying in court.

Preparing demonstrative exhibits for trial, preparing expert reports, presenting expert witness testimony, and analyzing opposing experts' damage models.

Involvement with mediation and arbitration regarding shareholder's disputes and family law.

**Other Services:**
Qualified as an expert witness in Federal and State Courts.

Consultant to high net wealth individuals and businesses on investment and general business matters, including acting as Personal Representative and Trustee for large estates and trusts.

Extensive tax experience in areas of mergers and acquisitions, reorganizations, and estate/trust/gift issues.  Managed Tax Department in all areas of tax compliance.

Assisted in writing and gaining approval for the AICPA Statement on Standards for Valuation Services No. 1, Valuation of a Business, Business Ownership Interest, Security or Intangible Asset, which became effective January 1, 2008.  All CPA's must comply with these standards when writing business valuation reports.

*EXPERT REBUTTAL REPORT of Sheri Fiske Schultz, CPA/ABV/CFF*
*Diego Agnelli v. Lennox Miami Corp.*
*September 17, 2021*

APPENDIX E
SHERI FISKE SCHULTZ, CPA/ABV/CFF
CASES TESTIFIED LAST FOUR YEARS

APPENDIX E



**SHERI FISKE SCHULTZ, CPA/ABV/**
**CFF CASES TESTIFIED LAST FOUR**
**YEARS As of 06/17/2021**

| CASE NUMBER | COURT | JUDGE | STYLE | QUALIFIED AS EXPERT WITNESS IN: | TRIAL/DEPO | TESTIMONY DATE |
|---|---|---|---|---|---|---|
| FMCE11008436 | 17th Judicial Circuit Broward County Family Circuit Civil | Keathan B. Frink | Andrea Colsky Steinberg v. Jeffrey Steinberg | Forensic Accounting | Hearing | 01/23/17 |
| FMCE11008436 | 17th Judicial Circuit Broward County Family Circuit Civil | Keathan B. Frink | Andrea Colsky Steinberg v. Jeffrey Steinberg | Forensic Accounting | Deposition | 02/16/17 |
| FMCE11008436 | 17th Judicial Circuit Broward County Family Circuit Civil | Keathan B. Frink | Andrea Colsky Steinberg v. Jeffrey Steinberg | Forensic Accounting | Deposition | 03/22/17 |
| 2014 CA 002909 AJ | Southern District of Florida | Donald M. Middlebrooks | Michael Shane Enterprises LLC v. Courtroom Connect, LLC, Courtroom Connect, Inc., Courtroom Connect Corp., David Feinberg & Kenneth Feinberg | Damages Associated with Breach of Contract | Deposition | 04/03/17 |
| FMCE11008436 | 17th Judicial Circuit Broward County Family Circuit Civil | Keathan B. Frink | Andrea Colsky Steinberg v. Jeffrey Steinberg | Forensic Accounting | Trial | 5/8/17, 5/9/17, and 5/11/17 |
| FMCE11008436 | 17th Judicial Circuit Broward County Family Circuit Civil | Keathan B. Frink | Andrea Colsky Steinberg v. Jeffrey Steinberg | Forensic Accounting | Trial | 08/25/17 |
| 15-13820 CA (06) | 11th Judicial Circuit, Miami-Dade County Circuit Court | Samantha Ruiz-Cohen | Lupetto, Inc. vs. South Bay Developers Group, LLC & 1548 Brickell Avenue, LLC | Damages Associated with Breach of Contract | Deposition | 09/06/17 |
| CACE2014020793 (04) | 17th Judicial Circuit, Broward County Circuit Civil | Sandra Pearlman | Victor Brisk v. Shoreline Foundation, Inc., James A. Royo, Barry Reed & John McGee | Damages Including Lost Profits | Deposition | 10/19/17 |
| 17-CV-80442 | Southern District of Florida | Donald M. Middlebrooks | Helene Rahal vs. Mussel Beach Restaurant, Inc., Mark Mezzancello, Patricia Mezzancello & DCB321, LLC | Forensic Accounting | Deposition | 01/16/18 |
| CACE2014020793 (04) | 17th Judicial Circuit, Broward County Circuit Civil | Sandra Pearlman | Victor Brisk v. Shoreline Foundation, Inc., James A. Royo, Barry Reed & John McGee | Damages Including Lost Profits | Trial | 1/25/18 and 1/26/18 |
| CACE 16-CV-644 | Western District of Wisconsin | Jason Peterson | Sanchelima International Inc vs Walker Stainless Equipment Company; Bulk Solutions and Bulk Tank Intl | Damages Including Lost Profits | Deposition | 01/31/18 |
| CACE 16-CV-644 | Western District of Wisconsin | Jason Peterson | Sanchelima International Inc vs Walker Stainless Equipment Company; Bulk Solutions and Bulk Tank Intl | Damages Including Lost Profits | Trial | 02/15/18 |
| CACE 17-018876 (08) | 17th Judicial Circuit, Broward County Complex Civil Division | Jack Tuter | Mitch Talenfeld vs. Todd Beauregard, Custom Cuts Printing, Inc. & MDT Tracking, Inc. | Business Valuation | Deposition | 03/22/18 |
| CACE2017018876 (08) | 17th Judicial Circuit, Broward County Complex Civil Division | Jack Tuter | Mitch Talenfeld vs. Todd Beauregard, Custom Cuts Printing, Inc. & MDT Tracking, Inc. | Business Valuation | Deposition | 05/01/18 |



**SHERI FISKE SCHULTZ, CPA/ABV/CFF**
**CASES TESTIFIED LAST FOUR YEARS**
**As of 06/17/2021**

| CASE NUMBER | COURT | JUDGE | STYLE | QUALIFIED AS EXPERT WITNESS IN: | TRIAL/DEPO | TESTIMONY DATE |
|---|---|---|---|---|---|---|
| CACE2017018876 (08) | 17th Judicial Circuit, Broward County Complex Civil Division | Jack Tuter | Mitch Talenfeld vs. Todd Beauregard, Custom Cuts Printing, Inc. & MDT Tracking, Inc. | Business Valuation | Trial | 05/11/18 |
| Case No9:17-cv-81214-BB | Southern District of Florida | Beth Bloom | Balthazar Management vs. Beale Street Blues, Inc.; Stewart Peters; Elizabeth Peters and Todd Becker | Damages Including Lost Profits | Deposition | 06/26/18 |
| Case No9:17-cv-81214-BB | Southern District of Florida | Beth Bloom | Balthazar Management vs. Beale Street Blues, Inc.; Stewart Peters; Elizabeth Peters and Todd Becker | Damages Including Lost Profits | Trial | 11/20/18 |
| CACE 15-015036 (07) | 17th Judicial Circuit, Broward County Complex Civil Division | Fabien Fahnestock | Truce Holdings, LLC; Todd Levine v Jay Katari; 4 Boys Holdings, LLC; Bin Boy Management, LLC Mission Thrift City, LLC; Thrift City Lewisville, LLC; Thrift City Margate, LLC; Thrift City Texas, LLC; Leon Creek Thrift City, LLC; Thrift City McAllen, LLC Thrift City, Inc.; Fife Kittrell Holdings, LLC; Charity Recycling Service, LLC; LFK Consulting, Inc.; and Leslie Kittrell | Business Valuation | Hearing | 8/01/19 and 08/02/19 |
| 15-13820 CA 06 | 11th Judicial Circuit, Miami-Dade County Circuit Court | Abby Cynamon | Lupetto, Inc. v. South Bay Developers Group, LLC and 1548 Brickell Avenue, LLC | Damages Associated with Breach of Contract | Trial | 1/23/19 - 1/24/19 |
| CACE-16-000714 | 17th Judicial Circuit Broward County Circuit Civil | William Haury | Hair Solutions, Inc. v. Hair Solutions of Fort Lauderdale, Lisa Nothardt and Diane Destefano | Business Valuation | Trial | 02/26/20 |
| CACE-19-020585 | 17th Judicial Circuit, Broward County Complex Civil Division | Jack Tuter | Michael S. Bush v. Jordan Gold, Bonnie Lane and Stretch Zone | Business Valuation | Deposition | 06/26/20 |
| 19--31658 CA 44 | 17th Judicial Circuit Broward County Circuit Civil | William Thomas | Grove Bay Investment Group, LLC v Grove Harbour Marina and Caribbean Marketplace, LLC | Damages Associated with Breach of Contract | Deposition | 07/08/20 |
| 2018-035993-CA-01 | 11th Judicial Circuit, Miami-Dade County Circuit Court | Abby Cynamon | Shiela E. Brown & Jeffrey M. Brown v. Pamela Altman and Richard D. Altman | Forensic Accounting | Hearing | 09/22/20 |
| CACE2016014391 | 17th Judicial Circuit, Broward County Circuit Civil | Sandra Perlman | Ori Darmon, D.O.D. Investments, LLC. et al v. D.O.D. Investments, LLC, Continental Connections USA, LLC, et al. | Forensic Accounting | Deposition | 10/30/20 |
| CACE2016014391 | 17th Judicial Circuit, Broward County Circuit Civil | Sandra Perlman | Ori Darmon, D.O.D. Investments, LLC. et al v. D.O.D. Investments, LLC, Continental Connections USA, LLC, et al. | Forensic Accounting | Trial | 11/18/20 |



**SHERI FISKE SCHULTZ, CPA/ABV/CFF**
**CASES TESTIFIED LAST FOUR YEARS**
**As of  06/17/2021**

| CASE NUMBER | COURT | JUDGE | STYLE | QUALIFIED AS EXPERT WITNESS IN: | TRIAL/DEPO | TESTIMONY DATE |
|---|---|---|---|---|---|---|
| CACE20007649 | 17th Judicial Circuit, Broward County Circuit Criminal | Michele Towbin Singer | Manors Club Inc, et al v. Manors of Inveraray Condominium I Association, et al | Forensic Accounting | Hearing | 12/28/20 |
| 2018-004702-CA-01 | 11th Judicial Circuit, Miami-Dade County Circuit Court | Peter R. Lopez | Jozef Opdeweegh, v. Jonathan Cauff, Melissa Cauff, And Stuart Cauff | Damages Including Lost Wages | Deposition | 01/13/21 |
| 50-2019-CA-009940-XXXX-MB | 15th Circuit Court, Palm Beach Florida Circuit Civil | Donald W. Hafele | Andre Decastro And Daniela Decastro v. Ernani Dos Santos Ferraz, Individually, And Wellington Royal Kitchen & Granite, Inc | Business Valuation | Hearing | 01/15/21 |
| CACE 17-014794 (03) | 17th Judicial Circuit, Broward County Circuit Civil | Nicholas Lopane | All Paving Inc v. All Paving & Sealcoating LLC, et al | Damages Including Lost Profits | Deposition | 01/28/21 |
| CACE20007649 | 17th Judicial Circuit, Broward County Circuit Criminal | Michele Towbin Singer | Manors Club Inc, et al v. Manors of Inveraray Condominium I Association, et al | Forensic Accounting | Hearing | 02/22/21 |
| CACE-012846-CA-01 | 11th Judicial Circuit, Miami-Dade County Circuit Court | Jennifer D. Bailey | Hebrew Homes Health Network, Inc. et al v. Greenberg Traurig, P.A., et al | Damages Including Lost Profits | Deposition | 03/11/21 |
| 50-2019-CA-009940-XXXX-MB | 15th Circuit Court, Palm Beach Florida Circuit Civil | Donald W. Hafele | Andre Decastro And Daniela Decastro v. Ernani Dos Santos Ferraz, Individually, And Wellington Royal Kitchen & Granite, Inc | Business Valuation | Deposition | 03/23/21 |
| 2019-CA-004436 | 9th Judicial Circuit, Orange County | John E. Jordan | Amar Patel, Ramkrishna Patel, derivitively on behalf of Colonial Drugs, LLC v. Satvik Thakkar, Spar USA, LLC d/b/a Signature Pharmacy and Model Pharmacy LLC, a Florida limited liability company | Complex Business Litigation | Deposition | 05/10/21 |
| CACE-012846-CA-01 | 11th Judicial Circuit, Miami-Dade County Circuit Court | Jennifer D. Bailey | Hebrew Homes Health Network, Inc. et al v. Greenberg Traurig, P.A., et al | Damages Including Lost Profits | Hearing | 05/18/21 |
| 20-cv-61119-RNS | United States District Court Sothern District of Florida | Robert N. Scola | VSI SALES, LLC, a Pennsylvania limited liability company; STRUCTURES U.S. LLC, a Kentucky Limited liability company; and STRUCTURES U.S.A., LLC, a Kentucky limited liability company, v. ANTHONY DiSIMONE, an individual, ANGELA DiSIMONE, an individual, and ENGINEERED POLE STRUCTURES, LLC, a Florida limited liability company, | Trademark | Deposition | 06/17/21 |

APPENDIX F
RICHARD GRAY, CPA/ABV, CVA, ASA
STATEMENT OF QUALIFICATIONS

# RICHARD GRAY, CPA/ABV, CVA, ASA
## DIRECTOR OF FORENSIC AND VALUATION SERVICES

**FISKE & COMPANY**
**1250 South Pine Island Road**
**Suite 300**
**Plantation, Florida 33324**
**Cell: 561.400.1552**
*RICK@FISKECO.COM*

## *CURRICULUM VITAE*

### LICENSES, CERTIFICATIONS, AND EDUCATION:

| | |
|---|---|
| 2007 | Accredited Senior Appraiser (ASA) |
| 2006 | Certified Public Accountant (CPA) - Florida |
| 2002 | Accredited in Business Valuation (ABV) |
| 1998 | Certified Valuation Analyst (CVA) |
| 1988 | Certified Public Accountant (CPA) - Maryland |
| 1982 | Loyola College, Baltimore, Maryland - Master in Business Administration |
| 1979 | University of Maryland - Bachelor of Science |

### PROFESSIONAL EXPERIENCE:

#### BUSINESS VALUATION AND LITIGATION SUPPORT SERVICES

Over thirty years of professional experience in public accounting, the last twenty years spent exclusively in the fields of valuation and litigation support services.  I began my career as an auditor and tax accountant and currently my expertise lies in the fields of valuation, litigation support, forensic accounting, and damages calculations.  Specific client engagement experience includes: commercial litigation, marital dissolution, fraud investigations, mergers and acquisitions, buy-sell agreements, corporate reorganization, succession planning, estate and gift tax valuations and valuation for financial reporting.

I hold licenses to practice as a Certified Public Accountant in both the states of Florida and Maryland and hold certifications as an expert in the field of business valuation from the American Institute of Certified Public Accountants (AICPA), the National Association of Certified Valuators and Analysts (NACVA), and the American Society of Appraisers (ASA).  I am a member of the Florida Institute of Certified Public Accountants (FICPA). Since beginning my specialization in the area of business valuation and litigation support, I have performed numerous valuation engagements and analyses for various entities and purposes.  I have qualified as an expert witness for litigation in jurisdictions including Maryland, Florida, Georgia, Colorado and Virginia as well as Federal court.  I am an instructor in the field of business valuation, have made a number of presentations, and have authored numerous articles in the areas of valuation and litigation support.

#### PRIOR EXPERIENCE – HEALTH CARE INDUSTRY

Prior to my career in public accounting and consulting, worked in the health care industry in an acute care setting, ultimately as an operations manager establishing a for-profit ancillary clinical laboratory for a Baltimore-based health care system.  In this setting supervised 6 individuals.

RICHARD GRAY, CPA/ABV, CVA, ASA
CURRICULUM VITAE
PAGE 2 OF 4

---

**PROFESSIONAL AFFILIATIONS:**

American Institute of Certified Public Accountants

Florida Institute of Certified Public Accountants

National Association of Certified Valuators and Analysts (NACVA)
- ➢ Instructor – Fundamental and Advanced Courses
- ➢ Mentor
- ➢ Curriculum Development

Florida Atlantic University – Adjunct Professor of Business Valuation / Communications / Accounting

NACVA Education Quality Assurance Board – Past Board Chair

NACVA Executive Advisory Board – Past Board Chair

NACVA Valuation Credentialing Board – Past Board Chair

American Society of Appraisers

Becker CPA Review – Past Faculty Member

**SPEAKING ENGAGEMENTS:**

*Profitability of Capitation Contracts-* St. Agnes Hospital, 1993

*Overview of the Valuation Process for Physicians -* Mercy Medical Center, 1995

*Physician Practice Valuations -* University of Maryland Medical School, 1998

*Cost of Capital and Discount Rates -* Clifton Gunderson, LLP, 2001

*Business Valuation Breakfast Seminar Series for Attorneys -* Clifton Gunderson, LLP, 2002

*Purchase Price Allocation Under FAS 141: What Happened to Goodwill? -* Virginia Society of CPAs, 2002

*Case Preparation Review* (Moderator) - NACVA, December 20, 2002

*Current Developments in Valuation - Estates/Trusts -* Baltimore County Estates & Trust Committee, 2004

*Accounting & Auditing Update: Fair Value Issues -* Resources Connection, November 13, 2004

*Valuing Fast-Food Restaurants and Retail Stores -* NACVA Consultants Training Institute, 2004, 2005, 2006, 2007, 2008

*Business Valuations*: *Fundamentals, Techniques and Theory* – NACVA Business Valuation Training Centers – various dates and locations, 2002 to present

*Advanced Valuation & Case Study Workshop* – NACVA Business Valuation Training Centers – various dates and locations, 2004 to present

*"Negotiating the Term Sheet – Preserving Equity Capital"* – Florida Venture Forum – October 5, 2006

*"Angel Investing in Today's Rapidly Changing Economy"*– Gold Coast Venture Capital Association/Florida Venture Forum – May 30, 2007

---

**SPEAKING ENGAGEMENTS (CONTINUED):**

*"Duff & Phelps – Beyond Exhibits A & B"*- AGN International North America Business Valuation/Litigation Support Sharegroup Teleconference- January 8, 2009

*"Using the Duff & Phelps Database"*- The Consultants Training Institute (NACVA) – Webinar – February 24, 2009

*"Company Specific Risk Premium in Discount/Capitalization Rates – Definition and Measurement"* – AGN International 2009 North American Regional Meeting – May 18, 2009

*"Business Valuation in the Economic Downturn – An Interactive Discussion"*-AGN International North America Business Valuation/Litigation Support Sharegroup Teleconference – August 27, 2009

*"Valuing Family Limited Partnerships: Workshop"* – The Consultants Training Institute (NACVA) – various dates and locations, Fall 2010 to present

*"Top Ten Errors Found in Valuation Reports"* – Alpern Rosenthal Seminar Series – February 3, 2011

*"The Income Approach to Business Valuation in a Tax and Legal Context"* – Alpern Rosenthal Seminar Series – March 23, 2011

*"Adequate Disclosure in a Valuation Report: What Constitutes Adequate?"* – Alpern Rosenthal Seminar Series – May 26, 2011

*"Valuation of Undivided Interests in Real Estate"* - AGN - NA University – January 12, 2012

*"Business Valuation Report Writing Clinic"* - NACVA and CTI 2014 Annual Consultants' Conference – June 20, 2014

*"Cost of Capital Workshop"* - AGN International - 2015 North American Regional Meeting – May 18, 2015

*"Curriculum Vitae and Engagement Letters"* - NACVA and CTI 2015 Annual Consultants' Conference – June 25, 2015

*"Current Issues in Estimating the Cost of Capital - Workshop"* - AGN International – 2017 North American Regional Meeting – June 25, 2015

**ARTICLES AND PUBLICATIONS:**

*Surviving Tax Season*
Physicians Practice Digest

*Valuing Your Closely Held Company Now Can Alert You to Opportunities*
Relationships, Winter 2001

*Daubert/Kumho Tire Issues in Financial Expert Testimony*
Maryland State Bar Association Newsletter, October 15, 2002
Litigation & Valuation Report, September/October 2005 (update)

*Pick Your Partner and Dance: Standards of Value and Buy-Sell Agreements*
Litigation & Valuation Report, July/August 2006

*Value is in the Eye of the Beholder, as long as the Beholder is an Appraiser*
Litigation & Valuation Report, November 22, 2006

*Corporate Divorce: 'Breaking Up is Hard to Do'*
Financial Valuation and Litigation Expert, June/July 2007

RICHARD GRAY, CPA/ABV, CVA, ASA
CURRICULUM VITAE
PAGE 4 OF 4

---

ARTICLES AND PUBLICATIONS (CONTINUED):

*What Is My Company Worth…And How Can I Make It Worth More?*
Litigation & Valuation Report, July/August 2007

*Red Flags for Fraud in Healthcare*
HealthLeaders Magazine, April 14, 2008

*Baby Boomer Business Owners and Retirement: Nest Eggs May Be Cracking*
Litigation & Valuation Report, January/February 2009

*Family Limited Partnerships and the Courts – An Update*
Insights on Valuation, 2nd Quarter 2010

*What is Fair Value?*
Insights on Valuation, 3rd Quarter 2010

*Standards of Value – Legal Definition*
Insights on Valuation, 2nd Quarter 2011

*Baby Boomer Business Owners and Retirement: Nest Eggs May Be Cracking*
Leading Edge, Spring 2011

*Forecasting Cash Flow in the COVID- Era*
Caler, Donten, Levine, Cohen, Porter & Veil, P.A., Website Blog, December 14, 2020

*Business Owners and Retirement: The Time to Plan is Now*
Caler, Donten, Levine, Cohen, Porter & Veil, P.A., Website Blog, January 14, 2021