# COMPOSITE EXHIBIT F

Page 1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2
3        CASE NO:   0:20-cv-22800-CIV-SCOLA/TORRES
4
5    DIEGO AGNELLI,
6            Plaintiff/Counter-Defendant,
7    vs.
8    LENNOX MIAMI CORP.,
9            Defendant/Counter-Plaintiff.
     _____/
10
                        By Zoom Videoconference
11                      10:00 a.m. to 5:04 p.m.
                        Tuesday, October 12, 2021
12
13
14           DEPOSITION OF KATHLEEN CONROY
     (Portions of this transcript, Pages 186 through 195,
15    have been marked confidential and bound separately)
16
17
18        Taken on behalf of the
19   Defendant/Counterplaintiff, before Debbie L. Oates,
20   RPR, Notary Public in and for the State of Florida at
21   Large, pursuant to Notice of Taking Deposition in the
22   above cause.
23
24
25

```
 1   APPEARANCES: (All attended remotely)
 2        BRIAN KOCH, ESQUIRE
          HOLLAND & KNIGHT
 3        701 Brickell Avenue
          Suite 3000
 4        Miami, Florida 33131
          brian.koch@hklaw.com
 5        Attorney for Plaintiff
 6
          ERIK MATHENEY, ESQUIRE
 7        GEOFFREY TRAVIS, ESQUIRE
          DOUGLAS KRAMER, ESQUIRE
 8        SHUTTS & BOWEN
          200 South Biscayne Boulevard
 9        Suite 4100
          Miami, Florida 33131
10        ematheney@shutts.com
          gtravis@shutts.com
11        Attorneys for Defendant/Counter-Plaintiff
12
13
14   ALSO PRESENT:
15        Charlotte Kang
          Roberta Oncken
16        Ignacio Perez-Cortes, Esquire
17
18
19
20
21
22
23
24
25
```

```
 1                          INDEX
 2    WITNESS                                            PAGE
 3    KATHLEEN CONROY
 4      Direct Examination by Mr. Matheney .............4
 5      Cross-Examination by Mr. Koch    ..............236
 6
 7                        EXHIBITS
 8    NUMBER              DESCRIPTION                    PAGE
 9    Exhibit 1    Proposal for Expert Consulting .....7
                   & Litigation Support Services,
10                 Lennox Hotel Litigation -
                   Engagement Agreement - Bates
11                 Number Lennox-HVs-0000816
                   through 822
12
13    Exhibit 2    Appraisal Report .................17
14
      Exhibit 3    Proposal for a Summary of .........40
15                 Findings Report and Financial
                   Projections - Proposed Lennox
16                 Hotel, Miami Beach, FL
17
      Exhibit 4    Supplement to HVS Appraisal .......99
18                 Report
19
      Exhibit 5    Rebuttal and Supplemental ........214
20                 Report
21
      Exhibit 6    Lennox Hotels Miami brochure .....225
22
23
24
25
```

Page 18

1   BY MR. MATHENEY:
2        Q.    Do you see that?
3        A.    I do.
4        Q.    And this report, I'm just going to scan to
5   the second page.  This report is dated August 16,
6   2021, which we've talked about already in your
7   deposition, right?  That's the date of your report,
8   correct?
9        A.    Right.
10       Q.    And this report is actually addressed to
11  Brian Koch of Holland & Knight, correct?
12       A.    Correct.
13       Q.    And I looked in your report as well as
14  your engagement letter, and I didn't see either of
15  those where you in any way were engaged to determine
16  the fair value of the shares that Diego Agnelli held
17  in Lennox Miami corporation.  Is that in fact
18  correct, you were not engaged to determine the fair
19  value of the shares that Mr. Agnelli held in the
20  Lennox Miami corporation?
21       A.    That is correct.
22       Q.    And you were not engaged to do a valuation
23  of the corporation that owns the Lennox Hotel?
24       A.    Correct.
25       Q.    You told us about your experience

Page 19

1  providing appraisals for hotels, but have you ever
2  testified as a business valuation expert?
3      A.   No.
4      Q.   Have you ever provided expert opinion
5  testimony about the value of someone's shares in a
6  company?
7      A.   No.
8      Q.   So you're not qualified in this case to
9  provide an opinion about the fair value of the shares
10 that Mr. Diego Agnelli holds in the Lennox Miami
11 corporation, are you?
12     A.   That's not my area of expertise.
13     Q.   Right.  And so my question then is, since
14 that's not your area of expertise, you're in fact not
15 qualified to provide an opinion about the value of
16 Mr. Agnelli's shares in the Lennox Miami corporation,
17 are you?
18     A.   No, I'm not.
19     Q.   Indeed you have not attempted in any way
20 to determine the fair value of the shares that Diego
21 Agnelli holds in the Lennox Miami corporation,
22 correct?
23     A.   Can you repeat the question, please?
24     Q.   Well, I've looked at your reports which
25 you've said contain all of the opinions that you will

Page 19

1   providing appraisals for hotels, but have you ever
2   testified as a business valuation expert?
3        A.   No.
4        Q.   Have you ever provided expert opinion
5   testimony about the value of someone's shares in a
6   company?
7        A.   No.
8        Q.   So you're not qualified in this case to
9   provide an opinion about the fair value of the shares
10  that Mr. Diego Agnelli holds in the Lennox Miami
11  corporation, are you?
12       A.   That's not my area of expertise.
13       Q.   Right.  And so my question then is, since
14  that's not your area of expertise, you're in fact not
15  qualified to provide an opinion about the value of
16  Mr. Agnelli's shares in the Lennox Miami corporation,
17  are you?
18       A.   No, I'm not.
19       Q.   Indeed you have not attempted in any way
20  to determine the fair value of the shares that Diego
21  Agnelli holds in the Lennox Miami corporation,
22  correct?
23       A.   Can you repeat the question, please?
24       Q.   Well, I've looked at your reports which
25  you've said contain all of the opinions that you will

1   be expressing in this case, and I will tell you in
2   the reports I did not see anywhere where you
3   attempted to determine the fair value of the shares
4   that Diego Agnelli held in the Lennox Miami
5   corporation. Is that in fact the case, nowhere in
6   any -- either of your reports do you attempt to
7   determine the fair value of the shares that Diego
8   Agnelli holds in Lennox Miami corporation?
9       A.   That is correct. Thank you for
10  clarifying.
11      Q.   All right. And so my next question is,
12  then you have not indeed attempted to determine the
13  fair value of the shares that Diego Agnelli holds in
14  Lennox Miami Corp., correct?
15      A.   Correct.
16      Q.   Now, talking about your report, which as
17  you've told us this report and that supplemental
18  report dated October 7, 2021, they contain all your
19  opinions in this case, that report was prepared in
20  accordance with the Uniform Standards of Professional
21  Appraisal Practice, correct?
22      A.   Correct.
23      Q.   Is that pronounced, is that use pap, us
24  pap? I want to make sure I pronounce that correctly.
25  How do you pronounce the acronym?

Page 223

1  you speak to Mr. Diego Agnelli?
2       A.   He accompanied us on the tour of the hotel
3  and we had a coffee after the tour, so in that
4  respect I did speak to him, but we really never
5  discussed anything material relative to the
6  appraisal.  It was kind of a social coffee before
7  everybody left to go to their respective homes.
8       Q.   Was that your only time speaking with
9  Mr. Agnelli?
10      A.   It was.
11      Q.   And you simply didn't talk about this case
12 or the appraisal or the value of the hotel at all?
13      A.   No.
14      Q.   Anyone else that you spoke to about this
15 case or anything having to do with this case?
16      A.   Well, outside of my colleagues and working
17 on it, the hotel operators that I've testified to
18 earlier.
19      Q.   Anyone else?
20      A.   Right now that's my recollection.
21      Q.   Have you spoken to anyone from Fiske?
22      A.   And who or what is Fiske?
23      Q.   Well, Fiske is someone who's also been
24 recently engaged as an expert for Mr. Agnelli, and
25 they actually issued a report, I think, in September

Page 224

1    of this year.  Were you aware of that one way or the
2    other?
3         A.    All I was aware of is there was another
4    expert being hired by Mr. Agnelli that was going to
5    deal more with, I think, the valuation of his shares
6    in the company, but I do not know their name and I
7    have not spoken to them.
8         Q.    When did you become aware that there would
9    be this other expert engaged?
10        A.    Well, I think just early on, when we were
11   engaged to value the asset, you know, we made -- in
12   understanding what is our scope of work, it was clear
13   that we were not going to be valuing shares, which
14   was fine because that's not my expertise, and that we
15   were valuing the asset and there would be some other
16   expert hired to then take our results of the value of
17   the asset and continue with their analysis of the
18   value of the shares.
19        Q.    When you say early on, I know that your
20   engagement letter is dated in March of this year.  It
21   was actually executed by Mr. Agnelli in April of this
22   year.  When you say early on, are you talking about
23   that time frame?
24        A.    That's my recollection, yes.
25        Q.    But you have not spoken to anyone from