# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22800-RNS

DIEGO AGNELLI,

    Plaintiff,

v.

LENNOX MIAMI CORP.,

    Defendant.

## **ORDER**

THIS CAUSE came before the Court on Plaintiff's Motion For A One Month Continuance Of Trial As A Result Of The Denial Of Plaintiff's Visa Application And Request For Expedited Resolution On New Visa Application Currently Pending Or, In The Alternative, In Further Support Of Bifurcation and Request for Expedited Briefing Schedule (the "Motion") and the Court, having read the Motion and being otherwise fully advised in premises, does hereby:

**ORDER and ADJUDGE,**

1. Plaintiff's Motion is **GRANTED**.

2. Trial in this matter is continued for one (1) month and is set for May 2022.

3. Mr. Diego Agnelli is required to attend the trial set to begin Monday, May__, 2022 and shall make any and all efforts necessary to secure authorization from the U.S. State Department and/or the U.S. Department of Homeland Security to attend the trial.

4. This Order shall serve to advise the U.S. State Department and/or the U.S. Department of Homeland Security of the Court's interest in Mr. Agnelli's physical attendance at the trial in this case for the purposes of determining whether Mr. Agnelli should be granted the

2

visa the Court has been informed he is requesting to attend this trial and the trial in his divorce proceeding.

5. This Order may be provided to the U.S. State Department and/or the U.S. Department of Homeland Security.

**DONE and ORDERED** in Miami, Florida on this _____ day of February, 2022.

_____
ROBERT N. SCOLA
UNITED STATES DISTRICT JUDGE

cc: counsel of record