IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22800-RNS

DIEGO AGNELLI,

    Plaintiff,

v.

LENNOX MIAMI CORP.,

    Defendant.

## NOTICE OF FILING ORDER FROM STATE COURT CASE REGARDING AGNELLI APPEARANCE FOR TRIAL PREPARATION AND TRIAL

Plaintiff, Diego Agnelli ("Agnelli"), submits this Notice of Filing the March 4, 2022 Order on Mr. Agnelli's Appearance for Trial Preparation and Trial entered in *Agnelli v. Castellanos*, Case No. 2020-009887-FC-04 (Fla. Cir. Ct.) (Miami-Dade), which is related to the Motion for Continuance of Trial (ECF No. 90), which seeks an Order for Mr. Agnelli to appear for trial and for which a hearing was held on March 1, 2022.

Respectfully submitted,

*/s/ Brian H. Koch*
JESUS E. CUZA
Fla. Bar No. 428991 (jesus.cuza@hklaw.com)
BRIAN H. KOCH
Fla. Bar No. 637335 (brian.koch@hklaw.com)
ANNELISE DEL RIVERO
Fla. Bar No. 1003234 (annelise.delrivero@hklaw.com)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that the foregoing was served via email on March 7, 2022 to Geoffrey Travis, Esq. and Douglas Kramer, Esq.

*/s/ Brian H. Koch*
BRIAN H. KOCH

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-009887-FC-04
SECTION: FC16
JUDGE: George A. Sarduy

**Agnelli, Diego**

Petitioner(s)

vs.

**Castellanos, Analia**

Respondent(s)

_____/

### ORDER ON MR. AGNELLI'S APPEARANCE FOR TRIAL PREPARATION AND TRIAL

THIS CAUSE came before the Court on *Husband's Urgent Motion for Court Order Compelling Husband's Attendance at Trial* (the "Motion") and the Court, having read the Motion and being otherwise fully advised in premises, does hereby:

**ORDER and ADJUDGED,**

1. Husband's Motion is **GRANTED**.

2. Mr. Diego Agnelli is required to attend the trial set to begin Monday, June 6, 2022 through July 1, 2022 and shall make any and all efforts necessary to secure authorization from the U.S. State Department and/or the U.S. Department of Homeland Security to attend the trial in person.

3. Mr. Agnelli's physical presence is also required in advance of the trial for preparation with his counsel commencing May 2, 2022 in order to ensure the timely administration of the Court's judicial resources.

4. This Order shall serve to advise the U.S. State Department and/or the U.S. Department of Homeland Security of the Court's interest in Mr. Agnelli's physical attendance at the trial and pretrial preparation in this case for the purposes of determining whether Mr. Agnelli should be granted the visa the Court has been informed he is requesting to attend this trial and the trial in his federal case against Lennox Miami Corp.

5. This Order may be provided to the U.S. State Department and/or the U.S. Department of Homeland Security.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>4th day of March, 2022</u>.

<u>2020-009887-FC-04 03-04-2022 9:44 AM</u>
Hon. George A. Sarduy

**CIRCUIT COURT JUDGE**
Electronically Signed

---

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

---

**Electronically Served:**
Amanda Nicole Perez Tackenberg, amanda@tackenberglaw.com
Amanda Nicole Perez Tackenberg, service@tackenberglaw.com
Amanda Nicole Perez Tackenberg, janise@tackenberglaw.com
Amanda P. Tackenberg, amanda@tackenberglaw.com
Amanda P. Tackenberg, service@tackenberglaw.com
Andrew M Leinoff, Eservice@llpa.com
Andrew M Leinoff, valerie@llpa.com

Andrew M Leinoff, dina@llpa.com
Angela Eguiluz, angela@llpa.com
Antonio Alonso, alonsoa@aapalaw.com
Antonio Alonso, alonsoa@gmail.com
Division 16, 11thFC16@jud11.flcourts.org
Dori Foster-Morales, dori@fostermorales.com
Dori Foster-Morales, legalassistant@fostermorales.com
Dori Foster-Morales, service@fostermorales.com
Douglas Mark Kramer, dkramer@shutts.com
Douglas Mark Kramer, lak@shutts.com
Geoffrey L. Travis, gtravis@shutts.com
Gonzalo R Dorta, grd@dortalaw.com
Gonzalo R Dorta, jpedraza@dortalaw.com
Gonzalo R Dorta, jgonzalez@dortalaw.com
Judge Sarduy - Emergency Motions, 11thFC16@jud11.flcourts.org
Karina Vilar, karinavilar@mac.com
Lauri Ross, RossGirten@laurilaw.com
Lauri Ross, lwrpa@laurilaw.com
Maria L Larrabure Larrabure, mlarrabure@svlawus.com
Maria L Larrabure Larrabure, earcia@svlawus.com
Maria L Larrabure Larrabure, eservice@svlawus.com
Max Leinoff, Max@llpa.com
Max Leinoff, Eservice@llpa.com
Max Leinoff, legalassistant@llpa.com
Michael I Kean, mkean@lorenkeanlaw.com
Michael I Kean, mmarin@lorenkeanlaw.com
Michael I Kean, mlucas@lorenkeanlaw.com
Paul S Leinoff, amanda@llpa.com
Paul S Leinoff, eservice@llpa.com
Paul S Leinoff, paul@llpa.com
Valerie Madrigal, valerie@llpa.com
Vincent F Alexander, vincent.alexander@lewisbrisbois.com
Vincent F Alexander, claudia.pena@lewisbrisbois.com
Vincent F Alexander, ftlemaildesig@lewisbrisbois.com
Wade Williams, wade.williams@lewisbrisbois.com

**Physically Served:**