UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22800-Civ-SCOLA/TORRES

DIEGO AGNELLI,

    Plaintiff/Counter-Defendant,

vs.

LENNOX MIAMI CORP.,

    Defendant/Counter-Plaintiff.

_____/

## ORDER COMPELLING ATTENDANCE AT TRIAL

This matter is before the Court on Plaintiff's motion for continuance of trial. For good cause shown, principally Plaintiff's current inability to appear for trial as scheduled on March 28, 2022, the trial was continued to May 23, 2022. For that purpose, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff Diego Agnelli is ORDERED to attend the trial set to begin Monday, May 23, 2022, and shall make any and all efforts necessary to secure authorization from the U.S. State Department and/or the U.S. Department of Homeland Security to attend the trial.

2. This Order shall serve to advise the U.S. State Department and/or the U.S. Department of Homeland Security of the Court's interest in Mr. Agnelli's physical attendance at the trial in this case. The orderly and speedy disposition of the action requires his physical presence.

      3.      This Order may be provided to the U.S. State Department and/or the U.S. Department of Homeland Security.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11 day of March, 2022.

                                                    EDWIN G. TORRES  
                                                   United States Magistrate Judge